CHRISTOPHER J. COX (BAR NO. 151650)
Email:  chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3029
Facsimile:  (650) 802-3100

DAVID C. RADULESCU*
Email:  david@radulescullp.com
TIGRAN VARDANIAN*
Email:  tigran@radulescullp.com
GREGORY S. MASKEL*
Email:  greg@radulescullp.com
RADULESCU LLP
136 Madison Avenue, 6th Floor
New York, NY  10016
Telephone:  (646) 502-5950
Facsimile:  (646) 502-5959

*to be admitted *pro hac vice*

*Attorneys for Plaintiff*
FINISAR CORPORATION

ROBERT F. KRAMER (BAR NO. 181706)
Email:  robert.kramer@dentons.com
DENTONS US LLP
1530 Page Mill Road
Suite 200
Palo Alto, CA  94304-1125
Telephone:  (650) 798-0356
Facsimile: (650) 798-0310

*Attorneys for Defendant*
NISTICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>NISTICA, INC., a Delaware corporation,<br><br>                    Defendant. | CASE NO. 3:13-CV-03345-EDL<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF FINISAR CORPORATION'S COMPLAINT**<br><br>The Honorable Elizabeth D. Laporte |

1  WHEREAS, Plaintiff Finisar Corporation filed its complaint in this matter on July 17, 2013 and served that complaint on Defendant Nistica, Inc. on July 19, 2013;

WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant presently has until August 9, 2013 to respond to Plaintiff's complaint;

WHEREAS, Defendant has requested additional time to respond to the complaint;

WHEREAS, Plaintiff is willing to grant Defendant additional time to respond to the complaint;

WHEREAS, Northern District Civil Local Rule 6-1(a) allows the "[p]arties [to] stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order"; and

WHEREAS, the parties are unaware of any deadlines fixed by the Court that would be affected by the parties' stipulation;

NOW, THEREFORE, Plaintiff and Defendant stipulate as follows:

(1)  Defendant's deadline to respond to the complaint shall be extended by 30-days to September 9, 2013.

DATED: August 9, 2013         WEIL, GOTSHAL & MANGES LLP


By:_____/s/ *Christopher J. Cox*_____
         Christopher J. Cox

201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3029
Facsimile:  (650) 802-3100

Attorneys for Plaintiff
FINISAR CORPORATION

STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT                                  1                            CASE NO. 3:13-CV-03345-EDL

1 | DATED:  August 9, 2013              DENTONS US LLP

By: _____/s/ *Robert F. Kramer*_____
　　　　　　　Robert F. Kramer

1530 Page Mill Road
Suite 200
Palo Alto, CA  94304-1125
Telephone:  (650) 798-0356
Facsimile: (650) 798-0310

Attorneys for Defendant
NISTICA, INC.

　　　　Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.