CHRISTOPHER J. COX (BAR NO. 151650)
Email:  chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3029
Facsimile:  (650) 802-3100

DAVID C. RADULESCU (*admitted pro hac vice*)
Email:  david@radulescullp.com
TIGRAN VARDANIAN (*admitted pro hac vice*)
Email:  tigran@radulescullp.com
ETAI LAHAV (*admitted pro hac vice*)
Email:  etai@radulescullp.com
GREGORY S. MASKEL (*admitted pro hac vice*)
Email:  greg@radulescullp.com
DANIEL KESACK (*admitted pro hac vice*)
Email: daniel@radulescullp.com
RADULESCU LLP
136 Madison Avenue, 6th Floor
New York, NY  10016
Telephone:  (646) 502-5950
Facsimile:  (646) 502-5959

Attorneys for Plaintiff
FINISAR CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NISTICA INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:13-cv-03345-YGR<br><br>**ANSWER TO AMENDED COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Finisar Corporation ("Finisar") by and through the undersigned counsel, files this Answer to the Amended Counterclaims filed by Nistica Inc. ("Nistica") on October 24, 2013 (Dkt. No. 35). ("Counterclaims").

Pages 1-15, line 20 of the Amended Answer to Complaint and Counterclaims contain Nistica's responses to the Complaint filed by Finisar on July 17, 2013, and therefore do not require a response from Finisar.  To the extent any allegations in that portion of the Amended Answer to Complaint and Counterclaims require a responsive pleading, Finisar denies those allegations.

1.      Finisar is informed and believes and therefore admits the allegations in Paragraph 1 of the Parties section of the Counterclaims.

2.      Finisar admits the allegations in Paragraph 2 of the Parties section of the Counterclaims.

3.      Finisar admits that Nistica purports to bring declaratory judgment counterclaims for non-infringement and invalidity.  Finisar does not contest subject matter jurisdiction for purposes of this action.  Finisar denies the remaining allegations in Paragraph 3 of the Jurisdiction and Venue section of the Counterclaims.

4.      Finisar does not contest personal jurisdiction for purposes of this action.

5.      Finisar admits that venue is proper in this District.

6.      Finisar admits the allegations in Paragraph 6 of the Jurisdiction and Venue Section of the Counterclaims.

**COUNT I**

1.     Finisar[1] repeats and realleges its responses to Paragraphs 1-7 above as if set forth herein; to the extent Nistica purports to reallege and incorporate by reference the answers and allegations set forth in Paragraphs 1-58 of its Answer and Affirmative Defenses, to the extent so required, admits that Nistica so responds to those paragraphs in Nistica's Counterclaims, and denies any of Nistica's allegations therein.

2.     Finisar denies the allegations of Paragraph 2 of the Counterclaims.

3.     Finisar denies the allegations of Paragraph 3 of the Counterclaims.

**COUNT II**

4.     Finisar repeats and realleges its responses to Paragraphs 1-9 above as if set forth herein; to the extent Nistica purports to reallege and incorporate by reference the answers and allegations set forth in Paragraphs 1-58 of its Answer and Affirmative Defenses, to the extent so required, admits that Nistica so responds to those paragraphs in Nistica's Counterclaims, and denies any of Nistica's allegations therein.

5.     Finisar denies the allegations of Paragraph 5 of the Counterclaims.

6.     Finisar denies the allegations of Paragraph 6 of the Counterclaims.

**COUNT III**

7.     Finisar repeats and realleges its responses to Paragraphs 1-12 above as if set forth herein; to the extent Nistica purports to reallege and incorporate by reference the answers and allegations set forth in Paragraphs 1-58 of its Answer and Affirmative Defenses, to the extent so required, admits that Nistica so responds to those paragraphs in Nistica's Counterclaims, and denies any of Nistica's allegations therein.

8.     Finisar denies the allegations of Paragraph 8 of the Counterclaims.

---

[1] The "Counterclaims" section of Nistica's Amended Answer to Complaint and Counterclaims contains two sets of paragraph numbers.  In particular, the paragraph numbering restarts after Paragraph 6.  For the first set of paragraph numbers, 1-6, Finisar identifies those paragraphs by the Title of the section where the paragraph appears (e.g. "Paragraph 1 of the Parties section").  Finisar refers to the second set of paragraph numbers (*i.e.* Counts I through XII) as "Paragraph of the Counterclaims."  Finisar's paragraph numbering conforms to the format used in Nistica's Amended Answer and Counterclaims.

9.      Finisar denies the allegations of Paragraph 9 of the Counterclaims.

**COUNT IV**

10.     Finisar repeats and realleges its responses to Paragraphs 1-15 above as if set forth herein; to the extent Nistica purports to reallege and incorporate by reference the answers and allegations set forth in Paragraphs 1-58 of its Answer and Affirmative Defenses, to the extent so required, admits that Nistica so responds to those paragraphs in Nistica's Counterclaims, and denies any of Nistica's allegations therein.

11.     Finisar denies the allegations of Paragraph 11 of the Counterclaims.

12.     Finisar denies the allegations of Paragraph 12 of the Counterclaims.

**COUNT V**

13.     Finisar repeats and realleges its responses to Paragraphs 1-18 above as if set forth herein; to the extent Nistica purports to reallege and incorporate by reference the answers and allegations set forth in Paragraphs 1-58 of its Answer and Affirmative Defenses, to the extent so required, admits that Nistica so responds to those paragraphs in Nistica's Counterclaims, and denies any of Nistica's allegations therein.

14.     Finisar denies the allegations of Paragraph 14 of the Counterclaims.

15.     Finisar denies the allegations of Paragraph 15 of the Counterclaims.

**COUNT VI**

16.     Finisar repeats and realleges its responses to Paragraphs 1-21 above as if set forth herein; to the extent Nistica purports to reallege and incorporate by reference the answers and allegations set forth in Paragraphs 1-58 of its Answer and Affirmative Defenses, to the extent so required, admits that Nistica so responds to those paragraphs in Nistica's Counterclaims, and denies any of Nistica's allegations therein.

17.     Finisar denies the allegations of Paragraph 17 of the Counterclaims.

18.     Finisar denies the allegations of Paragraph 18 of the Counterclaims.

**COUNT VII**

19.     Finisar repeats and realleges its responses to Paragraphs 1-24 above as if set forth herein; to the extent Nistica purports to reallege and incorporate by reference the answers and

allegations set forth in Paragraphs 1- 58 of its Answer and Affirmative Defenses, to the extent so required, admits that Nistica so responds to those paragraphs in Nistica's Counterclaims, and denies any of Nistica's allegations therein.

20.   Finisar denies the allegations of Paragraph 20 of the Counterclaims.

21.   Finisar denies the allegations of Paragraph 21 of the Counterclaims.

22.   Finisar denies the allegations of Paragraph 22 of the Counterclaims.

23.   Finisar denies the allegations of Paragraph 23 of the Counterclaims.

24.   Finisar denies the allegations of Paragraph 24 of the Counterclaims.

25.   Finisar denies the allegations of Paragraph 25 of the Counterclaims.

26.   Finisar denies the allegations of Paragraph 26 of the Counterclaims.

**COUNT VIII**

27.   Finisar repeats and realleges its responses to Paragraphs 1-32 above as if set forth herein; to the extent Nistica purports to reallege and incorporate by reference the answers and allegations set forth in Paragraphs 1-58 of its Answer and Affirmative Defenses, to the extent so required, admits that Nistica so responds to those paragraphs in Nistica's Counterclaims, and denies any of Nistica's allegations therein.

28.   Finisar denies the allegations of Paragraph 28 of the Counterclaims.

29.   Finisar denies the allegations of Paragraph 29 of the Counterclaims.

30.   Finisar denies the allegations of Paragraph 30 of the Counterclaims.

31.   Finisar denies the allegations of Paragraph 31 of the Counterclaims.

32.   Finisar denies the allegations of Paragraph 32 of the Counterclaims.

33.   Finisar denies the allegations of Paragraph 33 of the Counterclaims.

**COUNT IX**

34.   Finisar repeats and realleges its responses to Paragraphs 1-39 above as if set forth herein; to the extent Nistica purports to reallege and incorporate by reference the answers and allegations set forth in Paragraphs 1-58 of its Answer and Affirmative Defenses, to the extent so required, admits that Nistica so responds to those paragraphs in Nistica's Counterclaims, and denies any of Nistica's allegations therein.

35.     Finisar denies the allegations of Paragraph 35 of the Counterclaims.

36.     Finisar denies the allegations of Paragraph 36 of the Counterclaims.

37.     Finisar denies the allegations of Paragraph 37 of the Counterclaims.

38.     Finisar denies the allegations of Paragraph 38 of the Counterclaims.

**COUNT X**

39.     Finisar repeats and realleges its responses to Paragraphs 1-44 above as if set forth herein; to the extent Nistica purports to reallege and incorporate by reference the answers and allegations set forth in Paragraphs 1- 58 of its Answer and Affirmative Defenses, to the extent so required, admits that Nistica so responds to those paragraphs in Nistica's Counterclaims, and denies any of Nistica's allegations therein.

40.     Finisar denies the allegations of Paragraph 40 of the Counterclaims.

41.     Finisar denies the allegations of Paragraph 41 of the Counterclaims.

42.     Finisar denies the allegations of Paragraph 42 of the Counterclaims.

43.     Finisar denies the allegations of Paragraph 43 of the Counterclaims.

44.     Finisar denies the allegations of Paragraph 44 of the Counterclaims.

**COUNT XI**

45.     Finisar repeats and realleges its responses to Paragraphs 1-50 above as if set forth herein; to the extent Nistica purports to reallege and incorporate by reference the answers and allegations set forth in Paragraphs 1- 58 of its Answer and Affirmative Defenses, to the extent so required, admits that Nistica so responds to those paragraphs in Nistica's Counterclaims, and denies any of Nistica's allegations therein.

46.     Finisar denies the allegations of Paragraph 46 of the Counterclaims.

47.     Finisar denies the allegations of Paragraph 47 of the Counterclaims.

48.     Finisar denies the allegations of Paragraph 48 of the Counterclaims.

49.     Finisar denies the allegations of Paragraph 49 of the Counterclaims.

50.     Finisar denies the allegations of Paragraph 50 of the Counterclaims.

51.     Finisar denies the allegations of Paragraph 51 of the Counterclaims.

1

**COUNT XII**

2          52.       Finisar repeats and realleges its responses to Paragraphs 1-57 above as if set forth

3    herein; to the extent Nistica purports to reallege and incorporate by reference the answers and

4    allegations set forth in Paragraphs 1- 58 of its Answer and Affirmative Defenses, to the extent so

5    required, admits that Nistica so responds to those paragraphs in Nistica's Counterclaims, and

6    denies any of Nistica's allegations therein.

7          53.       Finisar denies the allegations of Paragraph 53 of the Counterclaims.

8          54.       Finisar denies the allegations of Paragraph 54 of the Counterclaims.

9          55.       Finisar denies the allegations of Paragraph 55 of the Counterclaims.

10         56.       Finisar denies the allegations of Paragraph 56 of the Counterclaims.

11         57.       Finisar denies the allegations of Paragraph 57 of the Counterclaims.

12         58.       Finisar denies the allegations of Paragraph 58 of the Counterclaims.

13         59.       Finisar denies the allegations of Paragraph 26 of the Counterclaims.

14         Finisar reserves the right to rely on all defenses which may hereafter become available or

15    appear during any discovery proceeding or otherwise in this case and hereby reserves its right to

16    amend its Answer to Nistica's Counterclaims accordingly.

17    WHEREFORE, Finisar denies that Nistica is entitled to the relief requested in its "Exceptional

18    Case" and "Prayer for Relief" or any relief from Finisar whatsoever, and seeks an order

19    dismissing with prejudice all claims against Finisar in the Counterclaims, awarding Finisar the

20    attorneys' fees, expenses, and costs Finisar incurs in this action, and granting Finisar such other

21    relief as the Court deems just and proper.

22                              **DEMAND FOR JURY TRIAL**

23         Finisar hereby demands trial by jury on all issues so triable.

24    Dated:  November 13, 2013                              Respectfully submitted,

25                                                          WEIL, GOTSHAL & MANGES LLP

26

27                                           By:      */s/ Christopher J. Cox*
                                                     CHRISTOPHER J. COX
28                                                   Attorneys for Plaintiff
                                                     FINISAR CORPORATION

1

*Of Counsel*:

2

DAVID C. RADULESCU
TIGRAN VARDANIAN

3

ETAI LAHAV
GREGORY S. MASKEL

4

DANIEL KESACK
RADULESCU LLP

5

136 Madison Avenue, 6th Floor
New York, NY  10016

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28