1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

12

13

14

15

16

17

| FINISAR CORPORATION, a Delaware corporation,<br><br>                 Plaintiff,<br><br>        v.<br><br>NISTICA INC., a Delaware corporation,<br><br>                 Defendant. | Case No. 4:13-cv-03345 YGR<br><br>CASE MANAGEMENT **ORDER**<br><br>Honorable Yvonne Gonzalez Rogers |
| --- | --- |

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] CASE MANAGEMENT ORDER                                     CASE NO. 4:13-CV-03345-YGR

1    Pursuant to Federal Rule of Civil Procedure 26(f) and Civil Local rule 16-9, a Case

2  Management Conference was held on December 2, 2013.  The Court hereby enters the following

3  Case Management Order:

| Event | Date |
|---|---|
| Initial Disclosures due (FRCP 26(a)) | November 8, 2013 |
| Joint Report due (FRCP 26(f)) | November 25, 2013 |
| Case Management Conference | December 2, 2013 |
| Finisar's Infringement Contentions and accompanying document production due (Patent L.R. 3-1 and 3-2) | December 22, 2013 |
| Nistica's Invalidity Contentions and accompanying document production due (Patent L.R. 3-3 and 3-4) | February 5, 2014 |
| Parties exchange proposed claim terms for construction (Patent L.R. 4-1) | February 19, 2014 |
| Parties exchange proposed constructions for the identified claim terms and identify all supporting evidence and experts (Patent L.R. 4-2) | March 12, 2014 |
| Joint Claim Construction Prehearing Statement due (Patent L.R. 4-3) | April 7, 2014 |
| Deadline to complete all discovery related to claim construction (Patent L.R. 4-4) | May 5, 2014 |
| Finisar's opening claim construction brief due (Patent L.R. 4-5(a)) | May 20, 2014 |
| Nistica's responsive claim construction brief due (Patent L.R. 4-5(b)) | June 20, 2014 |
| Finisar's reply claim construction brief due (Patent L.R. 4-5(c)) | June 30, 2014 |
| Claim construction tutorial and further case management conference | July 11, 2014, 10 AM |
| Claim construction hearing (Patent L.R. 4-6) | July 18, 2014, 10 AM |

It is so ordered.

DATED:  December 5, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE