# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FINISAR CORPORATION,**<br>    **Plaintiff**<br>    vs.<br>**NISTICA, INC.,**<br>    **Defendant.** | **Case No.: 13-CV-3345 YGR**<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

In this patent case, on January 22, 2014, Defendant Nistica, Inc. filed, among other things, (1) a motion to limit the number of Plaintiff Finisar Corporation's asserted patent claims (Dkt. No. 49) and (2) a motion to strike certain of Plaintiff's infringement contentions (Dkt. No. 51). Defendant noticed both these motions for a March 4, 2014 hearing before the undersigned. In view of Defendant's February 5, 2014 deadline to serve invalidity contentions (*see* Dkt. No. 47), Defendant also moved to shorten the time for its two substantive motions to be heard (Dkt. No. 50 ("Motion for Order Shortening Time")). Defendant seeks to have them heard February 4, 2014. (*Id.*)

On January 24, 2014, Plaintiff opposed the Motion for Order Shortening Time. (Dkt. No. 53.)

Pursuant to Local Rule 72-1, and the multi-week criminal felony trial over which the undersigned Judge is currently presiding, Defendants' motions of January 22, 2014 (Dkt. Nos. 48-51) are hereby **REFERRED** to Magistrate Judge Jacqueline Scott Corley for appropriate reports and recommendations.

The parties will be advised of the date, time and place of any appearance by notice from Judge Corley.

**IT IS SO ORDERED**.

Dated: January 24, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: MagRef Email; Assigned M/J