# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME:** Finisar Corporation v Nistica, Inc.

**CASE NO.** C13-3345 YGR (JSC)

**COURTROOM DEPUTY**: Ada Means

**DATE**: February 3, 2014        **TIME:** 43 minutes (FTR 9:33-9:54; 12:28012:50)

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Christopher Cox | Shailendra Maheshwari |
| Tigran Vardanian | Cynthia Liu |
| David Radulescu | |
| Robin Harris | |

**PROCEEDINGS**

[ ]  SETTLEMENT CONFERENCE

[x]  DISCOVERY CONFERENCE

[ ]  STATUS CONFERENCE RE:

[ ]  TELEPHONIC CONFERENCE RE:

CASE CONTINUED TO:_____FOR_____

NOTES:

Parties to submit a stipulation re: claim construction briefing schedule.

cc:

*T=Telephonic Appearance