ROBERT F. KRAMER (Bar No. 181706)
Email: robert.kramer@dentons.com
C. GIDEON KORRELL (Bar No. 284890)
Email: gideon.korrell@dentons.com
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA  94304-1125
Telephone:  (650) 798-0300
Facsimile:   (650) 798-0310

SHAILENDRA MAHESHWARI (*Pro Hac Vice*)
Email: shailendra.maheshwari@dentons.com
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, D.C.  20005-3364
Telephone:  (202) 408-6400
Facsimile:   (202) 408-6399

JOEL N. BOCK (*Pro Hac Vice*)
Email: joel.bock@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
Telephone:  (212) 768 6700
Facsimile:   (212) 768 6800

Attorneys for Defendant
NISTICA, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NISTICA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:13-cv-03345-YGR<br><br>**DEFENDANT NISTICA, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE SUPPLEMENTAL INFRINGEMENT CONTENTIONS**<br><br>**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**<br><br>Date:  March 6, 2014<br>Time:  9:00 a.m.<br>Place:  San Francisco Courthouse, Courtroom F<br>Judge:  Hon.  Jacqueline Scott Corley |

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that on March 6, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom F of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, in San Francisco, California, Defendant Nistica Inc., by and through its counsel, shall and hereby does move for an order (1) striking Plaintiff Finisar Corporation's supplemental infringement contentions related to Nistica's Twin WSS Modules/High Port Count Series products and (2) staying the related discovery unless and until Finisar serves infringement contentions that satisfy Patent Local Rule 3-1.

Nistica's motion is based upon this Notice, the attached Memorandum of Points and Authorities, the complete files and records of this action, any oral argument the Court permits, and any further information that may properly be presented to the Court for consideration at the hearing.

1
2
3
4
5
6
7
8

# Subject to Administrative Motion To File Under Seal

# Nistica's Motion To Strike Supplemental Infringement Contentions - Memorandum Of Points And Authorities

| Dated:  February 21, 2014 | DENTONS US LLP |
|---|---|
| | By   /s/ Robert F. Kramer           |
| | ROBERT F. KRAMER |
| | Attorneys for Defendant |
| | NISTICA, INC. |

-1-

NISTICA'S MOTION TO STRIKE
SUPPLEMENTAL INFRINGEMENT CONTENTIONS