# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME: Finisar Corporation v Nistica, Inc.**

**CASE NO. C13-3345 YGR (JSC)**

**COURTROOM DEPUTY**: Ada Means

**DATE**: **March 6, 2014**                              **TIME: 33 minutes (FTR 8:59-9:32)**

<u>COUNSEL FOR PLAINTIFF:</u>                    <u>COUNSEL FOR DEFENDANT:</u>
   **David Radulescu**                               **Shailendra Maheshwari**
   **Robin Davis**                                      **Cynthia Liu**

---

### PROCEEDINGS

[ ]   SETTLEMENT CONFERENCE

[x]   DISCOVERY CONFERENCE

[ ]   STATUS CONFERENCE RE:

[ ]   TELEPHONIC CONFERENCE RE:


CASE CONTINUED TO:_____FOR_____

NOTES:


Defendant's Motion to Strike Supplemental Infringement Contentions (Dkt. No. 62) is denied.

The pending Administrative Motions to Seal (Dkt. Nos. 61 & 65) are denied. Parties shall confer as to what documents should be sealed and file a new administrative motion to seal by March 11, 2014.


cc:

*T=Telephonic Appearance