1  ROBERT F. KRAMER (Bar No. 181706)
   Email: robert.kramer@dentons.com
2  C. GIDEON KORRELL (Bar No. 284890)
   Email: gideon.korrell@dentons.com
3  DENTONS US LLP
   1530 Page Mill Road, Suite 200
4  Palo Alto, CA 94304-1125
   Telephone:  (650) 798-0300
5  Facsimile:   (650) 798-0310

6  SHAILENDRA MAHESHWARI (Pro Hac Vice)
   Email: shailendra.maheshwari@dentons.com
7  MATTHEW P. LARSON (Bar No. 266936)
   Email:  matthew.larson@dentons.com
8  DENTONS US LLP
   1301 K Street, NW
9  Suite 600, East Tower
   Washington, D.C. 20005-3364
10 Telephone:  (202) 408-6400
   Facsimile:   (202) 408-6399
11
   JOEL N. BOCK (Pro Hac Vice)
12 Email: joel.bock@dentons.com
   DENTONS US LLP
13 1221 Avenue of the Americas
   New York, NY 10020-1089
14 Telephone:  (212) 768 6700
   Facsimile:   (212) 768 6800
15
   Attorneys for Defendant
16 NISTICA, INC.

17                     **UNITED STATES DISTRICT COURT**

18                     **NORTHERN DISTRICT OF CALIFORNIA**

19                                **OAKLAND DIVISION**

20

21  FINISAR CORPORATION, a Delaware       | Case No. 4:13-cv-03345-YGR
    corporation,
22
            Plaintiff,                    | **ORDER REGARDING WITHDRAWAL OF**
23                                        | **MATTHEW P. LARSON AS COUNSEL OF**
        vs.                               | **RECORD**
24
    NISTICA, INC., a Delaware corporation,
25
            Defendant.
26

27

28
                                         - 1 -

1  Having considered the request of Nistica, Inc. ("Nistica") to allow Matthew P. Larson to
2  withdraw his appearance as counsel of record for Nistica in this action.
3  IT IS HEREBY ORDERED that:
4  1. Nistica's request is GRANTED; and
5  2. Matthew P. Larson is relieved as counsel of record for Nistica.
6  **IT IS SO ORDERED.**

8  Dated:  April 1, 2014                    By: /s/ Yvonne Gonzalez Rogers
9                                           Honorable Yvonne Gonzalez Rogers
                                             United States District Court Judge