UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FINISAR CORPORATION,

    Plaintiff,

v.

NISTICA, INC.,

    Defendant.

Case No. 13-cv-03345-BLF

**CASE MANAGEMENT ORDER**

On 05/14/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Court adopts currently set briefing schedule with date changes of Claims Construction Tutorial and Claims Construction Hearing.  Parties are to notify court as to which day in July to reserve for Claims Construction Tutorial by 05/23/2014.

IT IS FURTHER ORDERED THAT Claims Construction Hearing is set for 08/08/2014 at 9:00 am.

Dated:  May 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge