CHRISTOPHER J. COX (BAR NO. 151650)
Email: chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3029
Facsimile: (650) 802-3100

DAVID C. RADULESCU (*pro hac vice*)
Email: david@radulescullp.com
TIGRAN VARDANIAN (*pro hac vice*)
Email: tigran@radulescullp.com
ROBIN M. DAVIS (*pro hac vice*)
Email: robin@radulescullp.com
RADULESCU LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
Telephone: (646) 502-5950
Facsimile: (646) 502-5959

*Attorneys for Plaintiff*
*FINISAR CORPORATION*

ROBERT F. KRAMER (Bar No. 181706)
Email: robert.kramer@dentons.com
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0300
Facsimile:  (650) 798-0310

SHAILENDRA K. MAHESHWARI (*pro hac vice*)
Email: shailendra.maheshwari@dentons.com
DENTONS US LLP
1301 K St., NW
Washington, DC 20005
Telephone: (202) 408-6445

JOEL N. BOCK (*pro hac vice*)
Email: joel.bock@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768 6700
Facsimile:  (212) 768 6800

*Attorneys for Defendant*
*NISTICA, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NISTICA INC., a Delaware corporation,<br><br>Defendant. | No. 5:13-cv-03345-BLF<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT L.R. 4-3** |

Pursuant to the Order Re: Joint Discovery Letter (Dkt. No. 93) and Northern District of California Patent Local Rule 4-3, Plaintiff Finisar Corporation ("Finisar") and Defendant Nistica, Inc. ("Nistica") provide the following Joint Claim Construction and Prehearing Statement regarding U.S. Patent Nos. 6,430,328, 6,956,687, 7,092,599, 7,123,833, 7,126,740, and 7,397,980.

## I.   The Construction Of Terms On Which The Parties Agree (Pat. L.R. 4-3(a))

The parties have agreed on the construction of the following claim terms:

| Patent | Term To Be Construed | Agreed Construction |
|---|---|---|
| 7,126,740 | achromatic lens | a lens that provides accurate focus for multiple wavelengths |
| 7,126,740 | Fourier lens | a lens used to collimate or focus a beam of light where the source or image is located the focal length away from the lens |
| 7,092,599 | polarization alignment element [for aligning the polarization state of said optical signal] | an optical element or a series of optical elements that align the two polarization components of one or more optical signals |

The Parties note that there are presently no disputed terms for construction in U.S. Patent Nos. 7,092,599 and 7,123,833.

## II.   The Parties' Proposed Constructions and Supporting Evidence for Disputed Terms (Pat. L.R. 4-3(b))

The Parties' proposed constructions and supporting intrinsic and extrinsic evidence for the disputed claim limitations are identified in Exhibit A.

## III.   Identification of Disputed Terms Significant To The Resolution Of The Case (Pat. L.R. 4-3(c))

Finisar identifies the following terms as most significant to resolution of the case:

1. "spatial separating means for simultaneously spatially separating at least a first and a second group of light from said series of optical signals" (from U.S. Patent No. 7,397,980)

2. "wavelength processing means for separately processing each of the separated

wavelengths of said first and second group" (from U.S. Patent No. 7,397,980)

Nistica identifies the following terms as most significant to resolution of the case:

1. "the spatial light modulator having a first set of micromirrors programmed to perform a first overall optical function on the first optical input signal, and having a second set of micromirrors programmed to perform a second overall optical function on the second optical signal" (from U.S. Patent No. 7,126,740)

2. "spatial separating means for simultaneously spatially separating at least a first and a second group of light from said series of optical signals" (from U.S. Patent No. 7,397,980)

3. "displaceable reflectors" (from U.S. Patent No. 6,430,328)

The Parties do not believe that construction of any of the disputed terms will be case dispositive.  Finisar does not believe that the construction of any of the disputed terms will be claim dispositive.  Nistica believes that the terms identified above may be patent or claim dispositive.

**IV.      Anticipated Length Of Time For Claim Construction Hearing (Pat. L.R. 4-3(d))**

The Parties anticipate that no more than four hours will be necessary for the claim construction hearing, with time to be split evenly between the parties.

**V.      Witnesses At Claim Construction Hearing (Pat. L.R. 4-3(e))**

Finisar reserves the right to call Dr. Katherine L. Hall as a witness at the claim construction hearing and has provided a declaration regarding Dr. Hall's proposed testimony to Nistica (attached hereto as Exhibit B).  Dr. Hall's testimony will relate to the proper construction of the disputed terms.  Finisar further reserves the right to call Dr. Hall to offer opinions in rebuttal to any expert witness testimony offered by Nistica.

Nistica reserves the right to call Dr. Joseph Ford as a witness at the claim construction hearing and has provided a declaration, attached hereto as Exhibit C, t that details Dr. Ford's proposed testimony. Nistica reserves the right to call Dr. Ford to offer opinions in rebuttal to any expert witness testimony offered by Finisar.

1

2

3   Dated:   June 4, 2014                     Respectfully Submitted,

4                                              /s/ *David C. Radulescu*

5                                             David C. Radulescu (*pro hac vice*)
                                              david@radulescullp.com
6                                             Tigran Vardanian (*pro hac vice*)
                                              tigran@radulescullp.com
7                                             Robin M. Davis (*pro hac vice*)
                                              robin@radulescullp.com
8                                             RADULESCU LLP
9                                             136 Madison Avenue, 6th Floor
                                              New York, NY 10016
10                                            Telephone: (646) 502-5950
                                              Facsimile: (646) 502-5959
11

12                                            Christopher J. Cox (151650)
                                              chris.cox@weil.com
13                                            WEIL GOTSHAL & MANGES LLP
                                              201 Redwood Shores Parkway
14                                            Redwood Shores, CA 94065
15                                            Telephone: (650) 802-3029
                                              Facsimile: (650) 802-3100
16

17                                            **Attorneys for Plaintiff**
18                                            **FINISAR CORPORATION**

19   Dated:   June 4, 2014                     /s/ *Robert F. Kramer*

20                                            ROBERT F. KRAMER (Bar No. 181706)
                                              Email: robert.kramer@dentons.com
21                                            C. GIDEON KORRELL (Bar No. 284890)
                                              Email: gideon.korrell@dentons.com
22                                            DENTONS US LLP
23                                            1530 Page Mill Road, Suite 200
                                              Palo Alto, CA 94304-1125
24                                            Telephone:  (650) 798-0300
                                              Facsimile:   (650) 798-0310
25

26                                            SHAILENDRA MAHESHWARI (*pro hac vice*)
                                              Email: shailendra.maheshwari@dentons.com
27                                            DENTONS US LLP
                                              1301 K Street, NW
28                                            Suite 600, East Tower

JOINT CLAIM CONSTRUCTION AND PREHEARING                                    4
STMT. PURSUANT TO PATENT L.R. 4-3

1

2

Washington, D.C. 20005-3364
Telephone:  (202) 408-6400
Facsimile:   (202) 408-6399

3

4

JOEL N. BOCK (*pro hac vice*)
Email: joel.bock@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768 6700
Facsimile:   (212) 768 6800

5

6

7

8

**Attorneys for Defendant
NISTICA, INC.**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Jae Ko, hereby declare:

I am a member of the bar of this court. I am over the age of eighteen years and not a party to the within action. My business address is Radulescu LLP, 136 Madison Avenue, 6th Floor, New York, New York 10016.

On June 4, 2014, I caused the following documents, described as:

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT L.R. 4-3**

to be served via CM/ECF, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website.

I declare under penalty of perjury that the above is true and correct. Executed on June 4, 2014, in New York, New York.

*/s/ Jae Ko*
Jae Ko