# Exhibit A

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| "wavelength processing means for separately processing each of the separated wavelengths of said first and second group" | 7,397,980 | Finisar contends that this term is governed by 35 U.S.C. § 112(6).<br><br>Function: separately processing each of the separated wavelengths of said first and second group [of light]<br><br>Structure: a spatial light modulator having a plurality of independently addressable pixels as described in the '980 patent at 5:26-30, and equivalents thereto, and as further described at<br><br>'980 at 5:22-63<br><br>'980 at 7:11-42<br><br>'980 at 8:32-35<br><br>'980 at 8:39-67 | Nistica contends that this term is construed under 35 U.S.C. § 112(6).<br><br>FUNCTION:<br>separately processing each of the separated wavelengths of the first and second group of light from the series of optical signals<br><br>CORRESPONDING STRUCTURE:<br>a liquid crystal on silicon Optical Phased Matrix Coupling device having two groups of spatially separated wavelength channels.<br><br>**INTRINSIC EVIDENCE:**<br>**Specification:**<br>Col. 5, lines 15-63; Col. 15, lines 37-42; Col. 16, line 50 - Col. 20, line 4; Fig. 6.<br><br>**Prosecution History:**<br>Requirement for Restriction dated 2/28/06; |

---

[1] Where Finisar cites to a particular drawing or figure in the accompanying charts, the citation encompasses the description of the drawing or figure, as well as any text associated with the drawing or figure. Similarly, where Finisar cites to particular text concerning a drawing or figure, the citation encompasses that drawing or figure as well. Finisar reserves the right to cite to any evidence identified by Nistica. Finisar reserves the right to amend or otherwise supplement its identification of supporting intrinsic and extrinsic evidence.

[2] Nistica's cites to a particular drawing or figure in the accompanying charts encompasses the description of the drawing or figure in the specification, as well as any text associated with the drawing or figure. Similarly, where Nistica cites to text concerning a drawing or figure, the citation encompasses that drawing or figure as well. Nistica reserves the right to cite to any evidence identified by Finisar. Nistica reserves the right to amend or otherwise supplement its identification of supporting intrinsic and extrinsic evidence.

**EXHIBIT A**           1

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | '980 at 10:4-42<br><br>'980 at 12:43-13:44<br><br>'980 at 15:37-42<br><br>'980 at 16:18-21<br><br>'980 at 16:50-64<br><br>'980 at 17:26-20:4<br><br>Figure 3 (e.g., liquid crystal on silicon spatial light modulator (LCOS SLM) 180, one group of separated wavelength channels 185, and another group of separated wavelength channels 186);<br><br>Figure 5 (e.g., liquid crystal on silicon spatial light modulator (LCOS SLM) 180, one group of separated wavelength channels 185, and another group of separated wavelength channels 186);<br><br>Figure 6 (e.g., Liquid crystal spatial light modulator (OPMC) 280, one group of spatially separated wavelength channels 285, and another group of spatially separated wavelength channels 286); and<br><br>Figure 14 (e.g, OPMC Device 520). | Response to Restriction Requirement dated 3/27/06; Office Action dated 6/16/06); Notice of Allowance dated 4/17/08.<br>2008-06-18 Issue Notification; 2008-04-17 Notice of Allowance and Fees Due; 2008-01-24 Amendment/Req. Reconsideration-After Non-Final Reject; 2008-01-24 Applicant Arguments/Remarks Made in an Amendment; 2007-08-24 Non-Final Rejection; 2007-05-29 Request for Continued Examination (RCE); 2007-05-29 Amendment Submitted/Entered with Filing of CPA/RCE; 2007-05-29 Applicant Arguments/Remarks Made in an Amendment; 2007-01-04 Final Rejection; 2006-10-16 Amendment/Req. Reconsideration-After Non-Final Reject; 2006-10-16 Applicant Arguments/Remarks Made in an Amendment; 2006-06-16 Non-Final Rejection; 2006-03-30 Response to Election / Restriction Filed; 2006-03-30 Applicant Arguments/Remarks Made in an Amendment; 2006-02-28 Requirement for Restriction/Election<br><br>**Extrinsic Evidence:**<br>**Expert Testimony: Dr. Joseph Ford** |

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | **Intrinsic Evidence:**<br>'980 patent at 5:22-63<br><br>'980 patent at 7:11-42<br><br>'980 patent at 8:32-35<br><br>'980 patent at 8:39-67<br><br>'980 patent at 10:4-42<br><br>'980 patent at 12:43-13:44<br><br>'980 patent at 15:37-42<br><br>'980 patent at 16:18-21<br><br>'980 patent at 16:50-64<br><br>'980 patent at 17:26-20:4<br><br>'980 patent at Figure 3;<br><br>'980 patent at Figure 5;<br><br>'980 patent at Figure 6; and<br><br>'980 patent at Figure 14.<br><br>2/28/2006 Office Action re: US Patent Application No. 10/868,521<br><br>3/24/2006 Amendment and Response to 2/28/2006 Office Action dated re: US Patent Application No. 10/868,521 | |

**EXHIBIT A**                                3

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | 6/16/2006 Office Action re: US Patent Application No. 10/868,521 | |
| | | 10/16/2006 Amendment and Response to 6/16/2006 Office Action re: US Patent Application No. 10/868,521 | |
| | | 1/4/2007 Office Action re: US Patent Application No. 10/868,521 | |
| | | 5/25/2007 Amendment and Response to 1/4/2007 Office Action re: US Patent Application No. 10/868,521 | |
| | | 8/24/2007 Office Action re: US Patent Application No. 10/868,521 | |
| | | 1/24/2008 Amendment and Response to 8/24/2007 Office Action re: US Patent Application No. 10/868,521 | |
| | | 4/17/2008 Notice of Allowability re: US Patent Application No. 10/868,521 | |
| | | **Extrinsic Evidence:** | |
| | | Expert Testimony of Katherine Hall, Ph.D. (concerning the proper construction of | |

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | "wavelength processing means for separately processing each of the separated wavelengths of said first and second group") | |
| "spatial separating means for simultaneously spatially separating at least a first and a second group of light from said series of optical signals" | 7,397,980 | Finisar contends that this term is governed by 35 U.S.C. § 112(6).<br><br>Function: simultaneously spatially separating at least a first and a second group of light from said series of optical signals<br><br>Structure: polarization manipulation element and/or series of optical power elements as described in '980 patent at 5:4-14, and equivalents thereto, and as further described at<br><br>5:64-6:23;<br><br>6:63-7:10;<br><br>8:12-31;<br><br>8:36-67; 1<br><br>10:65-11:67;<br><br>14:1-15:27; | Nistica contends that this term is construed under 35 U.S.C. § 112(6).<br><br>FUNCTION:<br>simultaneously spatially separating at least a first and a second group of light from said series of optical signals<br><br>CORRESPONDING STRUCTURE:<br>Compensating birefringent wedge (CBRW).<br><br>**INTRINSIC EVIDENCE:**<br>**Specification:**<br>Col. 4, line 60-Col. 5 line 14; Col. 11, lines 5-30; Col. 14, lines 1-57; Col. 15, lines 4-42; Col. 16, lines 50-64; Fig. 6; Fig. 7.<br><br>**Prosecution History:**<br>Requirement for Restriction dated 2/28/06; Response to Restriction Requirement dated 3/27/06; Office Action dated 6/16/06); Notice of Allowance dated 4/17/08.<br>2008-06-18 Issue Notification; 2008-04-17 |

EXHIBIT A                                                           5

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | 15:53-16:16; 16:22-49; and Figure 3 (e.g., microlens array (110), walk off crystal (115), birefringent wedge element (130), cylindrical mirror (140), cylindrical lens (160)); Figure 4 (e.g., optical power microlens array (110), birefringent walk-off element (115), and CBRW (130)); Figure 6 (e.g., spherical microlens array (210), walk-off crystal (215), polarization diversity element (220), cylindrical mirror (240), cylindrical lens (260)); Figure 7 (e.g., optical power microlens array (210), birefringent walk-off element (215), composite waveplate (220), CBRW (230)); Figure 8 (e.g., composite waveplate (220)); Figure 9 (e.g., composite waveplate (220)); Figure 10 (e.g., polarization equalization element (320)). **Intrinsic Evidence:** '980 patent at 5:4-14; '980 patent at 5:64-6:23; | Notice of Allowance and Fees Due; 2008-01-24 Amendment/Req. Reconsideration-After Non-Final Reject; 2008-01-24 Applicant Arguments/Remarks Made in an Amendment; 2007-08-24 Non-Final Rejection; 2007-05-29 Request for Continued Examination (RCE); 2007-05-29 Amendment Submitted/Entered with Filing of CPA/RCE; 2007-05-29 Applicant Arguments/Remarks Made in an Amendment; 2007-01-04 Final Rejection; 2006-10-16 Amendment/Req. Reconsideration-After Non-Final Reject; 2006-10-16 Applicant Arguments/Remarks Made in an Amendment; 2006-06-16 Non-Final Rejection; 2006-03-30 Response to Election / Restriction Filed; 2006-03-30 Applicant Arguments/Remarks Made in an Amendment; 2006-02-28 Requirement for Restriction/Election  **Extrinsic Evidence:** **Expert Testimony: Dr. Joseph Ford** |

**EXHIBIT A**

6

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | '980 patent at 6:63-7:10; <br><br> '980 patent at 8:12-31; <br><br> '980 patent at 8:36-67; 1 <br><br> '980 patent at 10:65-11:67; <br><br> '980 patent at 14:1-15:27; <br><br> '980 patent at 15:53-16:16; <br><br> '980 patent at 16:22-49; and <br><br> '980 patent at Figure 3; <br><br> '980 patent at Figure 4; <br><br> '980 patent at Figure 6; <br><br> '980 patent at Figure 7; <br><br> '980 patent at Figure 8; <br><br> '980 patent at Figure 10. <br><br> 2/28/2006 Office Action re: US Patent Application No. 10/868,521 <br><br> 3/24/2006 Amendment and Response to 2/28/2006 Office Action dated re: US Patent Application No. 10/868,521 <br><br> 6/16/2006 Office Action re: US Patent Application No. 10/868,521 | |

Case 5:13-cv-03345-BLF   Document 98-1   Filed 06/04/14   Page 9 of 18

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | 10/16/2006 Amendment and Response to 6/16/2006 Office Action re: US Patent Application No. 10/868,521<br><br>1/4/2007 Office Action re: US Patent Application No. 10/868,521<br><br>5/25/2007 Amendment and Response to 1/4/2007 Office Action re: US Patent Application No. 10/868,521<br><br>8/24/2007 Office Action re: US Patent Application No. 10/868,521<br><br>1/24/2008 Amendment and Response to 8/24/2007 Office Action re: US Patent Application No. 10/868,521<br><br>4/17/2008 Notice of Allowability re: US Patent Application No. 10/868,521<br><br>**Extrinsic Evidence:**<br><br>Expert Testimony of Katherine Hall, Ph.D. (concerning the proper construction of "spatial separating means for simultaneously spatially separating at least a first and a second group of light from said series of optical signals") | |
| "displaceable reflectors" | 6,430,328 | moveable reflectors | reflectors of a spatial light modulator array that |

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | **Intrinsic Evidence:**<br><br>'328 patent at 1:55-64<br><br>'328 patent at 2:38-3:34<br><br>'328 patent at 4:12-29<br><br>'328 patent at 4:64-5:14<br><br>'328 patent at 5:27-31<br><br>'328 patent at 8:33-65<br><br>'328 patent 10:1-55<br><br>'328 patent Figs. 1, 2, 3, 4, 5A, 5B, 6A, 6B, 16, 17, 18, 20<br><br>11/19/2001 Notice of Allowability re: US Patent Application No. 09/689,694<br><br>**Extrinsic Evidence**:<br><br>Webster's New World Dictionary of Science 554, (1998)<br><br>The New Penguin Dictionary of Science 200, 662 (1998) | move substantially perpendicular to the plane of the reflective surface of the reflective element.<br><br>**INTRINSIC EVIDENCE:**<br>Col. 1, lines 25-30 and 60-64;<br>Col. 2, line 27 - Col. 3, line 58;<br>Col. 8, lines 44-65;<br>Fig. 1; Fig. 2.<br><br>**Prosecution History**<br>11/19/2001 Notice of Allowability re: US Patent Application No. 09/689,694;<br>Amendment to claims 1/2/2002;<br><br>**EXTRINSIC EVIDENCE:**<br>**Expert Testimony: Dr. Joseph Ford** |

**EXHIBIT A**               9

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
|  |  | A Dictionary of Science 238, 671 (1999)<br><br>New Shorter Oxford English Dictionary 706 (2002)<br><br>The Newport Catalog with Applications: Precision Laser/Optics Products For Research – Industry – Education M-2 – M-25 (Newport Corporation 1987)<br><br>Rajiv Ramaswami & Kumar N. Sivarajan, Optical Networks: A Practical Perspective 1-19, 87-97, 152-159 (1998)<br><br>Leonid Kazovsky, et al., Optical Fiber Communication Systems 513-599, 612-631 (1996)<br><br>Expert Testimony of Katherine Hall, Ph.D. (concerning the proper construction of "displacable reflectors") |  |
| "scattered light from a dropped signal is directed onto the micromirror device to reflect away from the return path" | 6,956,687 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'687 patent at 11:13-12:65 | Light from the dropped signal that is scattered from the edges of the micro-mirrors used to block that signal is directed onto micro-mirrors of the spatial light modulator so that the scattered light is reflected away from the output path |

**EXHIBIT A**

10

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | '687 patent at Figs. 21, 22 & 24<br><br>3/19/2003 Preliminary Amendment re: US Patent Application No. 10/327,695<br><br>6/5/2003 Preliminary Amendment re: US Patent Application No. 10/327,695<br><br>9/6/2003 Office Action re: US Patent Application No. 10/327,695<br><br>10/6/2003 Response to Notice of Non-Compliance/Preliminary Amendment re: US Patent Application No. 10/327,695<br><br>3/17/2004 Office Action re: US Patent Application No. 10/327,695<br><br>6/17/2004 Amendment and Response to 3/17/2004 Office Action re: US Patent Application No. 10/327,695<br><br>9/22/2004 Office Action re: US Patent Application No. 10/327,695<br><br>12/22/2004 Amendment and Response to 9/22/2004 Office Action re: US Patent Application No. 10/327,695<br><br>1/19/2005 Advisory Action re: US Patent | **INTRINSIC EVIDENCE:**<br><br>**Specification:**<br><br>Col. 11, line 13- Col. 12, line 65; (Figs. 21, 22, and 24)<br><br><br>**Prosecution History**<br><br>2005-05-17 Notice of Allowance and Fees Due (PTOL-85); 2005-02-22 Preliminary Amendment and Applicant Arguments/Remarks Made in an Amendment; 2005-01-19 Advisory Action (PTOL-303); 2004-12-22 Applicant Arguments/Remarks Made in an Amendment and Response After Final Action; 2004-09-22 Final Rejection; 2004-06-21 Applicant Arguments/Remarks Made in an Amendment and Amendment/Req. Reconsideration-After Non-Final Reject; 2004-03-17 Non-Final Rejection; 2003-10-09 Preliminary Amendment; 2003-10-09 Applicant Arguments/Remarks Made in an Amendment 2003-10-09 Miscellaneous Incoming Letter; 2003-06-06 Preliminary Amendment and Applicant Arguments/Remarks Made in an Amendment; 2003-03-25 Applicant Arguments/Remarks Made in an Amendment |

**Finisar Corporation v. Nistica, Inc.**
**N.D. Cal. Case. No. 5:13-cv-03345-BLF**
**Parties' Proposed Constructions and Supporting Evidence**

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | Application No. 10/327,695<br><br>2/22/2005 Preliminary Amendment re: US Patent Application No. 10/327,695<br><br>8/17/2005 Notice of Allowance & Notice of Allowability re: US Patent Application No. 10/327,695<br><br>**Extrinsic Evidence:**<br><br>The New Penguin Dictionary of Science 662 (1998)<br><br>Webster's New World Dictionary of Science 554 (1998)<br><br>The Newport Catalog with Applications: Precision Laser/Optics Products For Research – Industry – Education M-2 – M-25 (Newport Corporation 1987)<br><br>Rajiv Ramaswami & Kumar N. Sivarajan, Optical Networks: A Practical Perspective 1-19, 87-97, 152-159 (1998)<br><br>Leonid Kazovsky, et al., Optical Fiber Communication Systems 513-599, 612-631 (1996) | and Amendment/Req. Reconsideration-After on-Final Reject ; 2003-03-25 Miscellaneous Incoming Letter<br><br>**EXTRINSIC EVIDENCE:**<br><br>**Expert Testimony: Dr. Joseph Ford** |

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | Chandra Mouli Ramani, Optical MEMS: Boom, Bust and Beyond (2006)<br><br>Lih Y. Lin & Evan L. Goldstein, "Opportunities and Challenges for MEMS in Lightwave Communications," IEEE Journal on Selected Topics in Quantum Electronics, 163-172 (2002)<br><br>Govind P. Agarwal, Fiber-Optic Communication Systems 284-315 (1997)<br><br>Expert Testimony of Katherine Hall, Ph.D. (concerning the proper construction of "scattered light from a dropped signal is directed onto the micromirror device to reflect away from the return path") | |
| "the spatial light modulator having a first set of micromirrors programmed to perform a first overall optical function on the first optical input signal, and having a second set of micromirrors programmed to perform a second overall optical function on the second | 7,126,740 | plain and ordinary meaning<br><br>**Intrinsic Evidence:**<br><br>'740 patent at 2:46-3:41<br><br>'740 patent at 5:51-6:8<br><br>'740 patent at 7:36-50<br><br>'740 patent at 8:59-9:11 | the spatial light modulator having a first set of micromirrors programmed to perform a first set of one or more optical function(s) on a first optical input signal as it transits the reconfigurable multifunctional optical device, and a second set of micromirrors programmed to perform a second set of one or more optical function(s) on the second optical signal as it transits the reconfigurable multifunctional optical device, wherein the first set of optical function(s) and the second set of optical |

**EXHIBIT A**                                                                 13

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| optical signal" | | '740 patent at 9:46-13:5<br><br>'740 patent at 13:6-16:36<br><br>'740 patent at 17:8-19:67<br><br>'740 patent at 21:65-22:9<br><br>'740 patent at Figs. 1, 2, 10, 12, 14, 16, 22, 23, 24<br><br>6/3/2004 Office Action re: US Patent Application No. 10/353,772<br><br>12/3/2004 Amendment and Response to 6/3/2004 Office Action re: US Patent Application No. 10/353,772<br><br>12/30/2004 Office Action re: US Patent Application No. 10/353,772<br><br>1/11/2005 Amendment and Response to 12/30/2004 Office Action re: US Patent Application No. 10/353,772 and 6/3/2004 Office Action re: US Patent Application No. 10/353,772<br><br>5/4/2005 Office Action re: US Patent Application No. 10/353,772<br><br>9/6/2005 Amendment and Response to | function(s) are different.<br><br>**INTRINSIC EVIDENCE:**<br><br>**Specification:**<br><br>Col. 2, lns. 28-42; Col. 2, lns. 49-65; Col. 2, ln. 66 - Col. 3, ln. 14; Col. 9, ln. 65 - Col. 10, ln. 9.<br><br>**Prosecution History:**<br><br>Response to Office Action dated 4/4/2006; Final Office Action dated 5/4/2005.<br><br>2006-06-14 Notice of Allowance and Fees Due; 2006-06-14 Examiner Interview Summary Record; 2006-04-04 Supplemental Response or Supplemental Amendment; 2006-04-04 Applicant Arguments/Remarks Made in an Amendment; 2006-03-09 Request for Continued Examination; 2006-02-14 Examiner Interview Summary Record; 2005-10-19 Examiner Interview Summary Record; 2005-10-06 Notice of Appeal Filed; 2005-09-19 Advisory Action ; 2005-09-08 Response After Final Action; 2005-09-08 Applicant Arguments/Remarks Made in an Amendment; 2005-05-04 Final Rejection; 2005-01-14 Amendment/Req. Reconsideration-After Non- |

Finisar Corporation v. Nistica, Inc.
N.D. Cal. Case. No. 5:13-cv-03345-BLF
Parties' Proposed Constructions and Supporting Evidence

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | 5/4/2005 Office Action re: US Patent Application No. 10/353,772<br><br>9/19/2005 Office Action re: US Patent Application No. 10/353,772<br><br>10/4/2005 Notice of Appeal re: US Patent Application No. 10/353,772<br><br>10/19/2005 Interview Summary re: US Patent Application No. 10/353,772<br><br>2/14/2006 Interview Summary re: US Patent Application No. 10/353,772<br><br>4/4/2006 Amendment and Request for Continued Examination re: US Patent Application No. 10/353,772<br><br>6/14/2006 Notice of Allowability re: US Patent Application No. 10/353,772<br><br>**Extrinsic Evidence:**<br><br>New Shorter Oxford English Dictionary 2010, 2046 (2002)<br><br>The Newport Catalog with Applications: Precision Laser/Optics Products For Research – Industry – Education M-2 – M-25 (Newport Corporation 1987) | Final Reject; 2005-01-14 Applicant Arguments/Remarks Made in an Amendment; 2004-12-06 Informal or Non-Responsive Amendment; 2004-12-06 Claim-Amendment Not Entered; 2004-12-06 Applicant Arguments/Remarks Made in an Amendment; 2004-06-03 Non-Final Rejection<br><br><br>**EXTRINSIC EVIDENCE**:<br><br>**Expert Testimony: Dr. Joseph Ford** |

**EXHIBIT A**             15

**Finisar Corporation v. Nistica, Inc.**
**N.D. Cal. Case. No. 5:13-cv-03345-BLF**
**Parties' Proposed Constructions and Supporting Evidence**

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | A. R. Dias & J.W. Goodman, Spatial Light Modulator Technology: Materials, Devices, and Applications v-vi, 571-584 (Uzi Efron, ed., 1995)<br><br>Shin-Tson Wu, Spatial Light Modulator Technology: Materials, Devices, and Applications v-vi, 1-29 (Uzi Efron, ed., 1995)<br><br>Garret Moddel, Spatial Light Modulator Technology: Materials, Devices, and Applications 287-349 (Uzi Efron, ed., 1995)<br><br>Rajiv Ramaswami & Kumar N. Sivarajan, Optical Networks: A Practical Perspective 1-19, 87-97, 152-159 (1998)<br><br>Leonid Kazovsky, et al., Optical Fiber Communication Systems 513-599, 612-631 (1996)<br><br>Chandra Mouli Ramani, Optical MEMS: Boom, Bust and Beyond (2006)<br><br>Lih Y. Lin & Evan L. Goldstein, "Opportunities and Challenges for MEMS in Lightwave Communications," IEEE | |

**Finisar Corporation v. Nistica, Inc.**
**N.D. Cal. Case. No. 5:13-cv-03345-BLF**
**Parties' Proposed Constructions and Supporting Evidence**

| Claim Term | Patent | Finisar's Proposed Construction[1] | Nistica's Proposed Construction[2] |
|---|---|---|---|
| | | Journal on Selected Topics in Quantum Electronics, 163-172 (2002)<br><br>Stamatios V. Kartalopoulos, Introduction to DWDM Technology: Data in a Rainbow xix-xxi, 1-31, 69-81, 87-93, 132-149 (2000)<br><br>Govind P. Agarwal, Fiber-Optic Communication Systems 284-315 (1997)<br><br>Expert Testimony of Katherine Hall, Ph.D. (concerning the proper construction of "the spatial light modulator having a first set of micromirrors programmed to perform a first overall optical function on the first optical input signal, and having a second set of micromirrors programmed to perform a second overall optical function on the second optical signal") | |

**EXHIBIT A**                                          17