# Exhibit B

CHRISTOPHER J. COX (BAR NO. 151650)
Email: chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3029
Facsimile: (650) 802-3100

DAVID C. RADULESCU (*pro hac vice*)
Email: david@radulescullp.com
TIGRAN VARDANIAN (*pro hac vice*)
Email: tigran@radulescullp.com
ROBIN M. DAVIS (*pro hac vice*)
Email: robin@radulescullp.com
RADULESCU LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
Telephone: (646) 502-5950
Facsimile: (646) 502-5959

*Attorneys for Plaintiff*
*FINISAR CORPORATION*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>              Plaintiff,<br><br>        v.<br><br>NISTICA INC., a Delaware corporation,<br><br>              Defendant. | No. 5:13-cv-03345-BLF<br><br>**EXPERT DECLARATION OF KATHERINE L. HALL REGARDING CLAIM CONSTRUCTION** |

I, Katherine L. Hall, declare as follows:

1.    I have been retained as an independent expert by Radulescu LLP, on behalf of Finisar Corporation ("Finisar"), in connection with the above-captioned litigation with Nistica, Inc. ("Nistica") concerning U.S. Patent Nos. 6,430,328, 6,956,687, 7,092,599, 7,123,833, 7,126,740, and 7,397,980.

2.    I respectfully submit this declaration in support of Finisar's claim construction positions.  If called upon as a witness, I could competently testify to the truth of each statement herein.

**PROFESSIONAL BACKGROUND**

3.    I am an expert in the field of optical communications, optical telecommunications systems and devices, high-speed optical switches, and free space optics, and I have been an expert in this field since prior to 2000.  A copy of my current curriculum vitae is provided as Ex. 1, and it provides a comprehensive description of my academic, employment, and publication history.

4.    I received a B.A. degree in Physics from Wellesley College in 1984.  After working in the Lightwave Systems Research Department at AT&T Bell Laboratories from 1984-1987, I attended graduate school at the Massachusetts Institute of Technology where I received a M.S. degree in Electrical Engineering and Computer Science in 1990 and a Ph.D. in Electrical Engineering and Computer Science in 1993.  During that time, my post-baccalaureate and doctoral work focused on the development of optical fiber communication systems, short pulse lasers, novel optical spectroscopic techniques and identifying, characterizing, and utilizing non-linear effects in optical fibers and semiconductor amplifiers.

5.    In 1993 I went to work in the Advanced Networks Group at M.I.T. Lincoln Laboratory, where I led an effort to develop optical time division multiplexing (OTDM) technologies including high bit rate data sources, clocking techniques and processors based on high speed all optical switches.  I also worked on terrestrial and space-based wavelength division multiplexing (WDM) telecommunication components, sub-systems, and test beds being developed by Lincoln Laboratory at that time.  In 1999 I left Lincoln Laboratory to found an

1   optical networking company called PhotonEx. As the Chief Technology Officer at PhotonEx, I

2   led the teams that developed the first commercially available 40 Gb/s long-haul wavelength

3   division multiplexed systems, which were successfully field-trialed by Deutsche Telekom in

4   2002.  After PhotonEx, I founded Wide Net Technologies, a small company developing novel

5   technologies for high speed WDM optical telecommunications systems and high speed quantum

6   cryptographic systems.  In 2007, I joined WiTricity Corporation, a supplier of wireless power

7   solutions, as the CTO.  I have continued to perform technical consulting on topics related to

8   optical networking, components and systems since founding Wide Net Technologies in 2003.

9       6.      I am a Fellow of the Optical Society of America (OSA), a distinction that is

10   awarded to less than 10% of the membership, and I am a Senior Member of the Institute of

11   Electrical and Electronics Engineers (IEEE).  In addition to serving on numerous conference

12   program committees and reviewing articles submitted to peer reviewed journals such as the IEEE

13   Journal of Lightwave Technology, IEEE Photonics Technology Letters, and Electronics Letters, I

14   was the Program Chair of the IEEE/LEOS Annual Meeting in 2000 and the General Chair in

15   2002 and an Organizer of the National Academy of Engineering's Frontiers in Engineering

16   Conference in 2004.  In addition I have served on the Board of Governors for both the OSA and

17   for the IEEE Lasers and Electro-Optics Society (now the IEEE Photonics Society) and was an

18   Assessment Panel Member for the National Research Council reviewing activities at the National

19   Institute of Science and Technology (NIST) from 2002-2006. I was an associate editor of IEEE

20   Photonics Technology Letters from 1996 to 2008. I have published over 100 journal articles and

21   conference proceedings, a book chapter entitled "Nonlinearities in Active Media" and I am an

22   inventor on 40 issued U.S. Patents.  I have published papers describing novel lasers, optical

23   amplifiers, optical memories and non-linear optical switches with titles such as "Ultrafast Optical

24   TDM Networking: Extension to the Wide Area," "Architectures and Technologies for High-

25   Speed Optical Data Networks" and "Interferometric All-Optical Switches for Ultrafast Signal

26   Processing."  I have also been invited to give overviews of the state of the art of high-speed

27   optical networking and optical communications techniques.  I have served as a faculty opponent

28   for a graduate student in Sweden and I have supervised MIT graduate and undergraduate students

EXPERT DECL. OF K.L. HALL                                                                    3
RE: CLAIM CONSTRUCTION

1  performing research on optical devices and communication systems.  In addition to being named

2  a Fellow of the OSA last year, I was recently awarded the NCWIT Symons Innovator Award by

3  the National Center for Women and Information Technology.

4       7.     Additional contributions of mine to the field are set forth in my current *curriculum*

5  *vitae* (Ex. 1) and my list of publications is further provided as Ex. 2.

6  **PRIOR TESTIMONY AND COMPENSATION**

7       8.     I have previously provided deposition and trial testimony in connection with

8  *Emcore Corp. & JDS Uniphase Corp. v. Optium Corp.*, Case No. 2:07-cv-00326-DWA (W.D.

9  Pa.) on behalf of Optium Corp., which was acquired by Finisar.  I have also provided testimony

10  in connection with a confidential arbitration.

11       9.     For my expert witness services in connection with this litigation, I am being

12  compensated at the rate of $500 per hour.  My compensation is not dependent, or related in any

13  manner, to the outcome of the current litigation.  I have no financial interest whatsoever in the

14  outcome of the current litigation.

15  **SCOPE OF THE ASSIGNMENT**

16       10.     I have been retained by Radulescu LLP on behalf of Finisar as an expert in the

17  area of optical communications, optical telecommunications systems and devices, high-speed

18  optical switches, and free space optics.

19       11.     This declaration provides my opinion regarding the proper construction of the

20  claims at issue in U.S. Patent Nos. 6,430,328, 6,956,687, 7,126,740, and 7,397,980.  I understand

21  that the parties to this litigation have no disputes regarding the proper construction of the claims

22  at issue in U.S. Patent Nos. 7,092,599 and 7,123,833 and do not offer any opinions on those

23  patents herein.

24  **MATERIALS CONSIDERED**

25       12.     The documents I have reviewed in preparing this declaration include U.S. Patent

26  Nos. 6,430,328 (the "'328 patent"), 6,956,687 (the "'687 patent"), 7,126,740 (the "'740 patent"),

27  and 7,397,980 (the "'980 patent").  I have also reviewed the file histories of the '328, '687, '740,

28  and '980 patents, as well as all of the references cited as extrinsic evidence in Finisar's

Preliminary Proposed Claim Constructions pleading and Joint Statement of Claim Construction.

**PERSON OF ORDINARY SKILL IN THE ART**

13.     It is my opinion that a person of ordinary skill in the art of the '328, '687, '740, and '980 patents, at the time of their claimed priority dates, would be someone with either (1) a post-graduate degree in an engineering discipline or a science, such as physics, optics, or materials science, and at least three years of relevant post-graduate experience in optical switching technology and optical telecommunications; or (2) an undergraduate degree in an engineering discipline or a science, such as physics, optics, or materials science, and at least five years of relevant experience in optical switching technology and optical telecommunications.

**STANDARDS FOR CLAIM CONSTRUCTION**

14.     It is my understanding that when construing claims, one must first consider the intrinsic evidence, which includes the claim language, the specification, and the prosecution history.

15.     In particular, I understand that one must first consider the words of the claims themselves, giving those words their customary and ordinary meaning as understood by one skilled in the art.  After reviewing the text of the claims, one must then consider the specification to determine whether the inventor has employed any terms or words in a manner that is inconsistent with their ordinary meaning.  In addition to the claims and specification, one must review the patent's prosecution history, which is the complete record of all the proceedings before the Patent and Trademark Office, including any express representations made by the applicant regarding the scope of the claims.

16.     I also understand that one may also consider extrinsic evidence to ensure that a claim construction is not inconsistent with clearly expressed and widely held understandings in the pertinent technical field.  Such extrinsic evidence may take the form of technical treatises, articles, dictionaries, and expert and/or inventor testimony.  I further understand that one may not rely on extrinsic evidence to contradict or vary the meaning of claims provided by the intrinsic evidence of record.

17.     I understand that claims are to be construed from the perspective of one of

1   ordinary skill in the art at the time the alleged invention was made.

2        18.    I further understand that an inventor may use functional claiming to describe his

3   or her invention.  I understand that functional claiming allows an inventor to use the shorthand of

4   merely reciting the function that is performed and claiming a generic "means for" performing that

5   function.  I understand that inventors often use the phrase "means for" to signal their intent to

6   take advantage of "means-plus-function" claiming.

7        19.    I understand that a proper construction of a "means-plus-function" claim

8   limitation requires two steps: (1) identification of the claimed function and (2) and identification

9   of the corresponding structure in the specification of the patent that performs the claimed

10   function.  Additionally, I understand that structure corresponding to a functional claim limitation

11   is the structure clearly linked or associated with the claimed function in the specification, and

12   equivalents thereto.

13   **CLAIM CONSTRUCTION OF THE '328 PATENT**

14   **displaceable reflectors:**

15        20.    It is my opinion that a person of ordinary skill in the art would construe the term

16   "displaceable reflectors" as Finisar has, to mean "moveable reflectors."  It is my opinion that this

17   construction is consistent with the ordinary and customary usage of the term "displaceable

18   reflectors" in the field of optical communication devices.

19        21.    I have reviewed the intrinsic and extrinsic evidence cited in Finisar's Preliminary

20   Proposed Claim Constructions pleading and Joint Statement of Claim Construction, and it is my

21   opinion that the cited intrinsic and extrinsic evidence supports Finisar's proposed construction for

22   this term.

23        22.    It is my opinion, after review of the '328 patent, its specification, and other

24   intrinsic evidence, that the patent has not defined a special meaning for this term inconsistent

25   with its ordinary and customary usage in the field of optical communication devices.

26        23.    It is also my opinion that Nistica's proposed construction for this term should be

27   rejected because it is inconsistent with the ordinary technical meaning of this term and not

28   supported by the intrinsic evidence.  For example, Nistica's proposed construction improperly

limits the meaning of this term to require that "displacable reflectors" are only able to "move substantially perpendicular to the plane of the reflective surface of the reflective element," without basis in the intrinsic evidence for such a limitation.

## CLAIM CONSTRUCTION OF THE '687 PATENT

### scattered light from a dropped signal is directed onto the micromirror device to reflect away from the return path:

24.     It is my opinion that a person of ordinary skill in the art would construe the term "scattered light from a dropped signal is directed onto the micromirror device to reflect away from the return path" to have its plain and ordinary meaning.  It is my opinion that construing this term to have its plain and ordinary meaning, in the context of the '687 patent, will allow this term to be readily understood by the trier of fact without the need for further construction.

25.     I have reviewed the intrinsic and extrinsic evidence cited in Finisar's Preliminary Proposed Claim Constructions pleading and Joint Statement of Claim Construction, and it is my opinion that the cited intrinsic and extrinsic evidence supports Finisar's proposed construction for this term.

26.     It is my opinion, after review of the '687 patent, its specification, and other intrinsic evidence, that the patent has not defined a special meaning for this term inconsistent with its plain and ordinary meaning to a person of ordinary skill in the art.

27.     It is also my opinion that Nistica's proposed construction for this term should be rejected because it is inconsistent with the ordinary meaning of this term and not supported by the intrinsic evidence.  For example, Nistica's proposed construction improperly limits the meaning of this term to require that "scattered light" may only be "light from the dropped signal that is scattered from the edges of the micro-mirrors used to block that signal," without basis in the intrinsic evidence for such a limitation.

## CLAIM CONSTRUCTION OF THE '740 PATENT

### the spatial light modulator having a first set of micromirrors programmed to perform a first overall optical function on the first optical input signal, and having a second set of micromirrors programmed to perform a second overall optical function on the second optical signal:

28.     It is my opinion that a person of ordinary skill in the art would construe the term "the spatial light modulator having a first set of micromirrors programmed to perform a first overall optical function on the first optical input signal, and having a second set of micromirrors programmed to perform a second overall optical function on the second optical signal" to have its plain and ordinary meaning.  It is my opinion that construing this term to have its plain and ordinary meaning, in the context of the '740 patent, will allow this term to be readily understood by the trier of fact without the need for further construction.

29.     I have reviewed the intrinsic and extrinsic evidence cited in Finisar's Preliminary Proposed Claim Constructions pleading and Joint Statement of Claim Construction, and it is my opinion that the cited intrinsic and extrinsic evidence supports Finisar's proposed construction for this term.

30.     It is my opinion, after review of the '740 patent, its specification, and other intrinsic evidence, that the patent has not defined a special meaning for this term inconsistent with its plain and ordinary meaning to a person of ordinary skill in the art.

31.     It is also my opinion that Nistica's proposed construction for this term should be rejected because it is inconsistent with the ordinary meaning of this term and not supported by the intrinsic evidence.  For example, Nistica's proposed construction adds limitations into the claim, such as "as it transits the reconfigurable multifunctional optical device," without out basis from the intrinsic evidence for imposing such a limitation.

## CLAIM CONSTRUCTION OF THE '980 PATENT

**wavelength processing means for separately processing each of the separated wavelengths of said first and second group:**

32.     It is my opinion that the term "wavelength processing means for separately processing each of the separated wavelengths of said first and second group" is a "means-plus-function" claim limitation.  I understand that Nistica agrees that this term is a "means-plus-function" claim limitation.

33.     It is my opinion that the claimed function for this term is that set forth by the claim language itself, namely, "separately processing each of the separated wavelengths of said

first and second group [of light]."

34.     It is further my opinion that the corresponding structure for this term is "a spatial light modulator having a plurality of independently addressable pixels as described in the '980 patent at 5:26-30, and equivalents thereto, and as further described in the '980 patent at 5:22-63, 7:11-42, 8:32-35, 8:39-67, 10:4-42, 12:43-13:44, 15:37-42, 16:18-21, 16:50-64, 17:26-20:4, Figure 3 (e.g., liquid crystal on silicon spatial light modulator (LCOS SLM) 180, one group of separated wavelength channels 185, and another group of separated wavelength channels 186), Figure 5 (e.g., liquid crystal on silicon spatial light modulator (LCOS SLM) 180, one group of separated wavelength channels 185, and another group of separated wavelength channels 186), Figure 6 (e.g., Liquid crystal spatial light modulator (OPMC) 280, one group of spatially separated wavelength channels 285, and another group of spatially separated wavelength channels 286), and Figure 14 (e.g, OPMC Device 520)."  It is my opinion that this corresponding structure is clearly linked to the claimed function in the specification of the '980 patent.

35.     I have reviewed the intrinsic evidence cited in Finisar's Preliminary Proposed Claim Constructions pleading and Joint Statement of Claim Construction, and it is my opinion that the cited evidence supports Finisar's proposed construction for this term.

36.     It is also my opinion that Nistica's proposed construction for this term should be rejected because it is inconsistent with claimed structure set forth in the '980 patent and further incorrectly identifies the corresponding structure for the claimed function of this term.  For example, Nistica's proposed function deviates from the language of the claim without basis for doing so.  As a further example, Nistica's proposed identification of corresponding structure excludes much of the structure clearly associated with the claimed function that Finisar has properly identified in Paragraph 34 above.

**spatial separating means for simultaneously spatially separating at least a first and a second group of light from said series of optical signals:**

37.     It is my opinion that the term "spatial separating means for simultaneously spatially separating at least a first and a second group of light from said series of optical signals " is a "means-plus-function" claim limitation.  I understand that Nistica agrees that this term is a

"means-plus-function" claim limitation.

38.     It is my opinion that the claimed function for this term is that set forth by the claim language itself, namely, "simultaneously spatially separating at least a first and a second group of light from said series of optical signals."  I understand that Nistica agrees that this is the claimed function for this term.

39.     It is further my opinion that the corresponding structure for this term is "polarization manipulation element and/or series of optical power elements as described in '980 patent at 5:4-14, and equivalents thereto, and as further described at in the '980 patent at 5:64-6:23; 6:63-7:10; 8:12-31; 8:36-67; 10:65-11:67; 14:1-15:27; 15:53-16:16; 16:22-49; and Figure 3 (e.g., microlens array (110), walk off crystal (115), birefringent wedge element (130), cylindrical mirror (140), cylindrical lens (160)); Figure 4 (e.g., optical power microlens array (110), birefringent walk-off element (115), and CBRW (130)); Figure 6 (e.g., spherical microlens array (210), walk-off crystal (215), polarization diversity element (220), CBRW (230), cylindrical mirror (240), cylindrical lens (260)); Figure 7 (e.g., optical power microlens array (210), birefringent walk-off element (215), composite waveplate (220), CBRW (230)); Figure 8 (e.g., composite waveplate (220)); Figure 9 (e.g., composite waveplate (220)); Figure 10 (e.g., polarization equalization element (320))."  It is my opinion that this corresponding structure is clearly linked to the claimed function in the specification of the '980 patent.

40.     I have reviewed the intrinsic evidence cited in Finisar's Preliminary Proposed Claim Constructions pleading and Joint Statement of Claim Construction, and it is my opinion that the cited evidence supports Finisar's proposed construction for this term.

41.     It is also my opinion that Nistica's proposed construction for this term should be rejected because it incorrectly identifies the corresponding structure for the claimed function of this term.  For example, Nistica's proposed identification of corresponding structure excludes much of the structure clearly associated with the claimed function that Finisar has properly identified in Paragraph 39 above—indeed, Nistica improperly attempts to narrow the corresponding structure for this term to a single component (a compensating birefringent wedge ("CBRW")).

**OTHER COMMENTS**

42.    I may offer additional opinions to respond or rebutt opinions that Nistica's expert(s) may present and based on information that I may receive in the future.  I reserve my right to offer any such further opinions.

43.    In connection with my anticipated testimony in this action at the technology tutorial and/or the claim construction hearing, I may use as exhibits various documents referenced in Finisar's Preliminary Proposed Claim Constructions pleading, Joint Statement of Claim Construction and/or various documents produced in this case which refer or relate to the matters discussed in this declaration.  I have not yet selected the particular exhibits that might be used.  In addition, I may create or assist in the creation of certain demonstrative exhibits to assist me in testifying.  Again, those exhibits have not yet been created.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that the foregoing is executed on June 4, 2014 in Arlington, MA.

DATED:  June 4, 2014                    Respectfully submitted,

_____

Katherine L. Hall, Ph.D.

# Exhibit 1

# Dr. Katherine L. Hall

Cutter Hill Consulting
82 Cutter Hill Road
Arlington, MA 02474
781-760-2828 (cell)
katie.hall@alum.mit.edu

**Education**
- Massachusetts Institute of Technology, Ph. D.,  (1993)
- Massachusetts Institute of Technology, M.S.,  (1990)
- Wellesley College, B.A.,  (1984)

**Employment**
- Chief Technology Officer, WiTricity Corporation, 2007-2014
  - Consultant, WiTricity Corporation, 2014-present
- Founder, Cutter Hill Consulting, LLC, 2013-present
- Founding Partner, Wide Net Technologies, Inc., 2003-2012
- Chief Technology Officer, Director, co-Founder, PhotonEx Corporation, 1999-2003
- Assistant Group Leader, Advanced Networks Group, M.I.T. Lincoln Laboratory, 1999
  - Senior Staff, Advanced Networks Group, M.I.T. Lincoln Laboratory, 1998-1999
  - Staff Member, Advanced Networks Group, M.I.T. Lincoln Laboratory, 1993-1998
- Research Affiliate, Optics and Quantum Electronics Group, M.I.T., 1993-2012
  - Research Assistant, Optics and Quantum Electronics Group, M.I.T., 1987-1993
- Member of Technical Staff, AT&T Bell Laboratories, 1986-1987
  - Senior Technical Associate, AT&T Bell Laboratories, 1984-1986

**Honors/Activities**
- National Center for Women and Information Technology, 2014 Symons Innovator Award
- Fellow, Optical Society of America, 2013
- Director-at-Large, Optical Society of America, 2004-2006
- Associate Editor, *IEEE Photonics Technology Letters*, 1996-2008
- Organizer, NAE's Japan-America Frontiers in Engineering Conference, 2004
- Assessment Panel Member, National Research Council, NIST, 2002-2006
- ECE Industrial Advisory Council, College of Engineering, Boston University, 2001-2007
- Board of Governors, IEEE Lasers and Electro-Optics Society (LEOS), 1999-2002
- General Chair/Program Chair, IEEE LEOS Annual Meeting, 2002/2000
- Senior Member, Institute of Electrical and Electronics Engineers (IEEE)
- Joint Services Electronics Program (JSEP) Fellowship, 1991-1993
- Honors Thesis, Wellesley College, 1984

**Publications**
- K.L. Hall, E.R. Thoen and E.P. Ippen, "Nonlinearities in Active Media", in *Semiconductors and Semimetals*, vol. 59, Nonlinear Optics in Semiconductors II, Academic Press, San Diego.
- Author or co-author of over 100 journal articles and conference presentations.
- 40 United States patents granted.

# Exhibit 2

**Katherine L. Hall**

**Publications**

**Journal Papers**

1. E.R. Thoen, J.P. Donnelly, S.H. Groves, K.L. Hall, and E.P. Ippen, "Proton Bombardment for Enhanced Four-Wave-Mixing in InGaAsP-InP Waveguides", *IEEE Photon. Technol. Lett.*, vol. 12, no. 3, 311-313, (2000).

2. K.L. Hall, D.T. Moriarty, H. Hakimi, F. Hakimi, B.S. Robinson and K.A. Rauschenbach, "An Ultrafast Variable Optical Delay Technique", *IEEE Photon. Technol. Lett.*, vol. 12, no. 2, 208-210, (2000).

3. H. Hakimi, F. Hakimi, K.L. Hall, and K.A. Rauschenbach, "A New Wide-Band Pulse-Restoration Technique for Digital Fiber-Optic Communication Systems Using Temporal Gratings", *IEEE Photon. Technol. Lett.*, vol. 11, no. 8, 1048-1050, (1999).

4. P.A. Schulz and K.L. Hall, "Impulse Response Measurements with 50-GHz Bandwidth", *IEEE Microwave and Guided Wave Lett.*, vol. 9, no. 3, 120, (1999).

5. J.D. Moores, J. Korn, K.L. Hall, S.G. Finn, and K.A. Rauschenbach, "Ultrafast Optical TDM Networking: Extension to the Wide Area", *IEICE Trans. Comm.*, vol. E82-B, no. 2, 209-221, (1999).

6. V.S.W. Chan, K.L. Hall, E. Modiano and K.A. Rauschenbach, "Architectures and Technologies for High-Speed Optical Data Networks", *J. Lightwave Technol.*, vol. 16, no. 12, 2146-2168, (1998).

7. K.L. Hall and K.A. Rauschenbach, "100-Gbit/s bitwise logic", *Opt. Lett*., vol. 23, no. 16, 1271-1273, (1998).

8. M.H. Hu, Z. Huang, K.L. Hall, R. Scarmozzino and R.M. Osgood, "An Integrated Two-Stage Cascaded Mach-Zehnder Device in GaAs", *J. Lightwave Technol.*, vol. 16, no. 8, 1447-1455, (1998).

9. N.S. Patel, K.L. Hall and K.A. Rauschenbach, "Interferometric all-optical switches for ultrafast signal processing",  *Appl. Opt.*,  vol. 37, no. 14, 2831-2842, (1998).

10. K.L Hall and K.A. Rauschenbach, "All-Optical Buffering of 40 Gb/s Data Packets", *IEEE Photon. Technol. Lett.*, vol. 10, no. 3, 442-444, (1998).

11. D.J. Jones, K.L. Hall, H.A. Haus, and E.P. Ippen, "Asynchronous Phase-Modulated Optical Fiber Ring Buffer", *Opt. Lett.*, vol. 23, no. 3, 177-179, (1998).

12. K.L. Hall, J.P. Donnelly, S.H. Groves, C.I. Fennelly, R.J. Bailey, and A. Napoleone, "40-Gb/s all-optical circulating shift register with an inverter", *Opt. Lett.*, vol. 22, no. 19, 1479-1481, (1997).

13. N.S. Patel, K.L. Hall and K.A. Rauschenbach, "Optical Rate Conversion for High-Speed TDM Networks", I*EEE Photon. Technol. Lett*., vol. 9, no. 9, 1277, (1997).

14. K.L. Hall, K.A. Rauschenbach, S.G. Finn, R.A. Barry, N.S. Patel, and J.D. Moores, "100 Gb/s Optical Network Technology", in *Trends in Optics and Photonics*, vol. 13, Ultrafast Electronics and Optoelectronics, Martin Nuss and John Bowers, eds. (Optical Society of America, Washington, DC 1997), pp. 31-36.

15. N.S. Patel, K.A. Rauschenbach and K.L. Hall, "40 Gb/s demultiplexing using an ultrafast nonlinear interferometer", *IEEE Photon. Technol. Lett.*, vol. 8, no. 12, 1695, (1996).

16. N.S. Patel, K.L Hall and K.A. Rauschenbach,"40 Gb/s cascadable all-optical logic with an ultrafast nonlinear interferometer", *Opt. Lett.*, vol. 21, no. 18, 1466, (1996).

17. K.L Hall and K.A. Rauschenbach, "All-Optical Bit Pattern Generation and Matching", *Electron. Lett.*, vol. 32, no. 13, 1214, (1996).

18. R.A. Barry, V.W.S. Chan, K.L. Hall, E.S. Kintzer, J.D. Moores, K.A. Rauschenbach, E.A. Swanson, L.E. Adams, C.R. Doerr, S.G. Finn, H.A. Haus, E.P. Ippen, W.S. Wong and M. Haner, "All-Optical Network Consortium-Ultrafast TDM Networks", *IEEE Journal on Selected Areas in Communications*, vol. 14, no. 5, 999, (1996).

19. J.D. Moores, W.S. Wong and K.L. Hall, "50 Gb/s Optical Pulse Storage Ring Using Novel Rational-Harmonic Modulation", *Opt. Lett.*, vol. 20, no. 24, 2547, (1995).

20. K.L. Hall, J.D. Moores, K.A. Rauschenbach, W.S. Wong, E.P. Ippen and H.A. Haus , "All-Optical Storage of a 1.25 kb Packet at 10 Gb/s", *IEEE Photon. Technol. Lett.*, vol. 7, 1093, (1995).

21. J.D. Moores, K.L. Hall, S.M. LePage, K.A. Rauschenbach, W.S. Wong, H.A. Haus and E.P. Ippen , "20-GHz Optical Storage Loop/Laser Using Amplitude Modulation, Filtering and Artificial Fast Saturable Absorption", *IEEE Photon. Technol. Lett.*, vol. 7, 1096, (1995).

22. K.L. Hall, K. A. Rauschenbach, E.A. Swanson, S.R. Chinn, and G. Raybon, "Picosecond-Accuracy All-Optical Bit Phase Comparison Using a Nonlinear Optical Loop Mirror", *IEEE Photon. Technol. Lett.*, vol. 7, 935, (1995).

23. E. A. Swanson, S.R. Chinn, K. Hall, K. A. Rauschenbach, R.S. Bondurant, and J.W. Miller, "100-GHz Soliton Pulse Train Generation using Soliton Compression of Two Phase Sidebands from a Single DFB Laser", *IEEE Photon. Technol. Lett.*, vol. 6, 1194, (1994).

24. K.A. Rauschenbach, K.L. Hall, J.C. Livas and G. Raybon, "All-Optical Pulse Width and Wavelength Conversion at 10 Gb/s Using a Nonlinear Optical Loop Mirror", *IEEE Photon. Technol. Lett.*, vol. 6, 1130, (1994).

25. K.L. Hall, G. Lenz, A.M. Darwish, and E.P. Ippen, "Subpicosecond Gain and Index Nonlinearities in InGaAsP Diode Lasers", *Opt. Comm.*, vol. 111, 589, (1994).

26. K.L. Hall, A.M. Darwish, E.P. Ippen, U. Koren and G. Raybon, "Femtosecond Index Nonlinearities in InGaAsP Optical Amplifiers", *Appl. Phys. Lett.*, vol. 62, no. 12, 1320, (1993).

27. K.L. Hall, G. Lenz, E.P. Ippen, U. Koren and G. Raybon, "Carrier Heating and Spectral Hole Burning in Strained-Layer Multiple Quantum Well Lasers at 1.5 μm", *Appl. Phys. Lett*., vol. 61, 2512, (1992).

28. K.L. Hall, G. Lenz, E.P. Ippen and G. Raybon, "Heterodyne pump-probe technique for time-domain studies of optical nonlinearities in waveguides", *Opt. Lett.*, vol. 17, no. 12, 874, (1992).

29. K.L. Hall, G. Lenz and E.P. Ippen, "Femtosecond Time Domain Measurement of Group Velocity Dispersion in Diode Lasers at 1.5 μm",  *J. Lightwave Technol*., vol. 10, no. 5, 616-619, (1992).

30. K.L. Hall, Y. Lai, E.P. Ippen, G. Eisenstein and U.Koren, "Femtosecond Gain Dynamics and Saturation Behavior in InGaAsP Multiple Quantum Well Optical Amplifiers", *Appl. Phys. Lett*., vol. 57, no. 27, 2888, (1990).

31. Y. Lai, K.L. Hall, E.P. Ippen and G. Eisenstein, "Short Pulse Gain Saturation in InGaAsP Diode Laser Amplifiers", *IEEE Photon. Tech. Lett.*, vol. 2, no. 10, 711, (1990).

32. K.L. Hall, E.P. Ippen and G. Eisenstein, "Bias-Lead Monitoring of Ultrafast Nonlinearities in InGaAsP Diode Laser Amplifiers", *Appl. Phys. Lett*., vol. 57, no. 2, 129, (1990).

33. K.L. Hall, J. Mark, E.P. Ippen, and G. Eisenstein, "Femtosecond Gain Dynamics in InGaAsP Optical Amplifiers", *Appl. Phys. Lett*., vol. 56, no. 18, 1740, (1990).

34. J. Mark, L.Y. Liu, K.L. Hall, H.A. Haus and E.P. Ippen, "Femtosecond Pulse Generation in a Laser with a Nonlinear External Resonator", *Opt. Lett*., vol. 14, 48-50, (1989).

35. R.M. Jopson, K.L. Hall, G. Eisenstein, G. Raybon, and M.S. Whalen, "Observation of Two-Colour Gain Saturation in an Optical Amplifier", *Electron. Lett*., vol. 23, no. 10, 510-512, (1987).

36. R.M. Jopson, G. Eisenstein, K.L. Hall, G. Raybon, C.A. Burrus, and U. Koren, "Polarisation-Dependent Gain Spectrum of a 1.5 μm Travelling-Wave Optical Amplifier", *Electron. Lett*., vol. 22, no. 21, pp 1105-1107, (1986).

37. B.L. Kasper, C.A. Burrus, J.R. Talman, and K.L. Hall, "Balanced Dual-Detector for Optical Heterodyne Communication at Gbit/s Rates", *Electron. Lett.*, vol. 22, no. 8, 413-414, (1986).

38. R.M. Jopson, G. Eisenstein, M.S. Whalen, K.L. Hall, U. Koren, and J.R. Simpson, "A 1.55-μm Semiconductor-Optical Fiber Ring Laser", *Appl. Phys. Lett.*, vol. 48, 204, (1986).

39. E. Marden Marshall and K.L. Hall, "Collisional Drift Instability in Hollow and Coaxial Plasmas", *Plasma Physics and Controlled Fusion*, vol. 28, no. 12A, 1867-1884, (1986).

40. R.M. Jopson, G. Eisenstein, K.L.Hall and J.R. Simpson, "Microlenses for Stressed-Cladding Polarisation-Preserving Fibre", *Electron. Lett.*, vol. 21, no. 17, 758-759, (1985).

41. G. Eisenstein, R.M. Jopson, R.A. Linke, C.A. Burrus, U. Koren, M.S. Whalen and K.L. Hall, "Gain Measurements of InGaAsP 1.5 μm Optical Amplifiers", *Electron. Lett.*, vol. 21, 1076, (1985).

42. Y.K. Jhee, K.Y. Liou, C.A. Burrus, and K.L. Hall, "Linewidth Reduction of Cleaved-Coupled-Cavity Lasers by Optical Feedback from a Single-Mode Polarisation-Preserving Fibre External Cavity", *Electron. Lett.*, vol. 21, 1146, (1985).

43. K.Y. Liou, Y.K. Jhee, C.A. Burrus, K.L. Hall and P.J. Anthony, "Narrow-Linewidth Fibre-External-Cavity Injection Lasers", *Electron. Lett.*, vol. 21, no. 20, 933-934, (1985).

44. R.M. Jopson, G. Eisenstein, H.E. Earl, and K.L. Hall, "Bulk Optical Isolator Tunable from 1.2 μm to 1.7 μm", *Electron. Lett.*, vol. 21, no. 18, 783-784, (1985).

45. G. Eisenstein, R.S. Tucker, S.K. Korotky, U. Koren, J.J. Veselka, L.W. Stulz, R.M. Jopson, and K.L. Hall, "Active Mode-Locking of an InGaAsP 1.55μm Laser in a Fibre Resonator With an Integrated Single-Mode-Fibre Output Port", *Electron. Lett*, vol. 21, no. 5, 173-175, (1985).

46. G. Eisenstein, S.K. Korotky, L.W. Stulz, J.J. Veselka, R.M. Jopson, and K.L. Hall, "Antireflection Coatings on Lithium Niobate Waveguide Devices Using Electron Beam Evaporated Yttrium Oxide", *Electron. Lett.*, vol. 21, no. 9, 363-364, (1985).

47. E. Marden Marshall and K.L. Hall, "Density Gradient Driven Drift Instability in Hollow and Coaxial Plasmas", *Bulletin of the American Physical Society*, vol. 29, 1264, (1984).

48. E. Marden Marshall and K.L. Hall, ``Collisional Drift Instability in Plasmas with Modified Cross-Sections'', *Bulletin of the American Physical Society*, vol. 28, 1067, (1983).

## Book Chapters

1. K.L. Hall, E.R. Thoen and E.P. Ippen, "Nonlinearities in Active Media", in *Semiconductors and Semimetals*, vol. 59, Nonlinear Optics in Semiconductors II, Academic Press, San Diego.

## Patents

1. K.L. Hall, J.D. Moores, K.A. Rauschenbach, "Optical Memory and Data Pattern Generator", U.S. Patent No. 5,566,261.
2. K.L. Hall, K.A. Rauschenbach, "Apparatus and Method for Comparing Optical Bits", U.S. Patent No. 5,831,731.
3. N.S. Patel, K.L. Hall, J.D. Moores, K.A. Rauschenbach, S.G. Finn, R.A. Barry, "Optical Bit Rate Converter", U.S. Patent No. 6,175,433.
4. M. Medard, J.D. Moores, K.L. Hall, K.A. Rauschenbach, S. Parikh, A.H. Chan, "Pseudorandom Noise Sequence Generator", U.S. Patent No. 6,201,870.
5. K.L. Hall, H. Hakimi, F. Hakimi, D.T Moriarty, K.A. Rauschenbach, "Fast Variable Optical Delay", U.S. Patent No. 6,356,677.
6. K.L. Hall, K.A. Rauschenbach, "All-Optical Bit Phase Sensing and Clock Recovery Apparatus and Methods", U.S. Patent No. 6,388,753.
7. F. Hakimi, H. Hakimi, K.L. Hall, "Wavelength Shifting and Optical Switching", U.S. Patent No. 6,427,039.
8. N.S. Patel, K.L. Hall, J.D. Moores, K.A. Rauschenbach, S.G. Finn, R.A. Barry, "Optical Bit Rate Converter", U.S. Patent No. 6,563,895.
9. K.L. Hall and K.A. Rauschenbach, "All-Optical Bit Phase Sensing", U.S. Patent No. 6,634,813.
10. F. Hakimi, H. Hakimi, K.L. Hall, "Wavelength Shifting and Optical Switching", U.S. Patent No. 6,671,427.
11. K.L. Hall, H. Hakimi, F. Hakimi, D.T. Moriarty, K.A. Rauschenbach, "Fast Variable Optical Delay", U.S. Patent No. 6,674,930.
12. A.B. Kurs, A. Karalis, K.L. Hall, M.P. Kesler, M. Soljacic, , "Wireless Energy Transfer using Planar Capacitively Loaded Conducting Loop Resonators", U.S. Patent No. 8,035,255.
13. D.A. Schatz, H.T. Lou, M.P. Kesler, K.L. Hall, K.J. Kulikowski, E.R. Giler, R. Fiorello, "Wireless Energy Transfer for Refrigerator Application", U.S. Patent No. 8,106,539.
14. A. Karalis, A.B. Kurs, A. Campanella, K.J. Kulikowski, K.L. Hall, M. Soljacic, M.P. Kesler, "Wireless Energy Transfer using Field Shaping to Reduce Loss", U.S. Patent No. 8,304,935.
15. A. Karalis, A.B. Kurs, A. Campanella, K.J. Kulikowski, K.L. Hall, M. Soljacic, M.P. Kesler, "Wireless Energy Transfer using Magnetic Materials to Shape Field and Reduce Loss", U.S. Patent No. 8,324,759.
16. A.B. Kurs, A. Karalis, M.P. Kesler, A. Campanella, K.L. Hall, K.J. Kulikowski, Q. Li, M. Soljacic, , "Wireless Energy Transfer for Computer Peripheral Applications", U.S. Patent No. 8,400,017.

17. A.B. Kurs, A. Karalis, M.P. Kesler, A. Campanella, K.L. Hall, K.J. Kulikowski, M. Soljacic, "Low AC Resistance Conductor Designs", U.S. Patent No. 8,410,636.

18. A. Karalis, A.B. Kurs, A. Campanella, D.A. Schatz, H.T. Lou, M.P. Kesler, K.L. Hall, K.J. Kulikowski, E.R. Giler, R. Fiorello, M. Soljacic, "Multi-Resonator Wireless Energy Transfer for Exterior Lighting", U.S. Patent No. 8,441,154.

19. M.P. Kesler, A. Karalis, A.B. Kurs, A. Campanella, R. Fiorello, Q. Li, K.J. Kulikowski, E.R. Giler, F.J. Pergal, D.A. Schatz, K.L. Hall, M. Soljacic, "Wireless Energy Transfer Systems", U.S. Patent No. 8,461,719.

20. A.B. Kurs, A. Campanella, K.J. Kulikowski, K.L. Hall,, M. Soljacic, M.P. Kesler, A. Karalis, "Wireless Energy Transfer using Conducting Surfaces to Shape Fields and Reduce Loss", U.S. Patent No. 8,461,720.

21. A. Karalis, A.B. Kurs, A. Campanella, K.J. Kulikowski, K.L. Hall, M. Soljacic, M.P. Kesler, "Wireless Energy Transfer using Object Positioning for Low Loss", U.S. Patent No. 8,461,721.

22. A.B. Kurs, A. Campanella, K.J. Kulikowski, K.L. Hall, M. Soljacic, M.P. Kesler, A. Karalis, "Wireless Energy Transfer using Conducting Surfaces to Shape Field and Improve k", U.S. Patent No. 8,461,722.

23. A. Karalis, A.B. Kurs, A. Campanella, D.A. Schatz, M.P. Kesler, K.L. Hall, E.R. Giler, M. Soljacic, M.P. Kesler, "Tunable Wireless Energy Transfer for Outdoor Lighting Applications", U.S. Patent No. 8,466,583.

24. A. Karalis, A.B. Kurs, A. Campanella, K.J. Kulikowski, K.L. Hall, M. Soljacic, M.P. Kesler, "Wireless Energy Transfer Over Distance using Field Shaping to Improve the Coupling Factor", U.S. Patent No. 8,471,410.

25. A. Karalis, A.B. Kurs, A. Campanella, K.J. Kulikowski, K.L. Hall, M. Soljacic, M.P. Kesler, "Wireless Energy Transfer with High-Q Resonators using Field Shaping to Improve k", U.S. Patent No. 8,476,788.

26. A.B. Kurs, A. Karalis, M.P. Kesler, A. Campanella, K.L. Hall, K.J. Kulikowski, M. Soljacic, "Wireless Energy Transfer using Variable Size Resonators and System Modeling", U.S. Patent No. 8,482,158.

27. M.P. Kesler, A. Karalis, A.B. Kurs, A. Campanella, R. Fiorello, Q. Li, K.J. Kulikowski, E.R. Giler, D.A. Schatz, K.L. Hall, M. Soljacic, "Wireless Energy Transfer Resonator Kit", U.S. Patent No. 8,487,480.

28. K.L. Hall, M.P. Kesler, K.J. Kulikowski, A.J. Campanella, "Wireless Energy Transfer Converters", U.S. Patent No. 8,497,601.

29. D.A. Schatz, H.T. Lou, M.P. Kesler, K.L. Hall, K.J. Kulikowski, E.R. Giler, R. Fiorello, "Wireless Energy Transfer with Feedback Control for Lighting Applications", U.S. Patent No. 8,552,592.

30. A. Karalis, A.B. Kurs, A.J. Campanella, K.J. Kulikowski, K.L. Hall, M. Soljacic, M.P. Kesler, "Wireless Energy Transfer Using Object Positioning for Improved k", U.S. Patent No. 8,569,914.

31. D.A. Schatz, A. Karalis, K.L. Hall, M.P. Kesler, M. Soljacic, E.R. Giler, A.B. Kurs, K.J. Kulikowski, "Wireless Energy Transfer Using High-Q Resonators for Lighting Applications", U.S. Patent No. 8,587,153.

32. E.R. Giler, K.L. Hall, M.P. Kesler, M. Soljacic, A. Karalis, A.B. Kurs, Q. Li, S.J. Ganem, "Wireless Energy Transfer Using Repeater Resonators", U.S. Patent No. 8,587,155.

33. K.L. Hall, M.P. Kesler, K.J. Kulihowski, M.A. Feldstein, V. Efe, "Resonator Arrays for Wireless Energy Transfer", U.S. Patent No. 8,598,743.
34. A.B. Kurs, A. Karalis, M.P. Kesler, A.J. Campanella, K.L. Hall, K.J. Kulikowski, Q. Li, M. Soljacic, "Wireless Energy Transfer Systems", U.S. Patent No. 8,618,696.
35. A.B. Kurs, A. Karalis, M.P. Kesler, A.J. Campanella, K.L. Hall, K.J. Kulikowski, Q. Li, M. Soljacic, "Wireless Energy Transfer Systems", U.S. Patent No. 8,629,578.
36. A.J. Campanella, H.T. Lou, M.P. Kesler, K.L. Hall, R. Fiorello, A. Karalis, "Tunable Wireless Energy Transfer Systems", U.S. Patent No. 8,643,326.
37. D.A. Schatz, A. Karalis, K.L. Hall, M.P. Kesler, M. Soljacic, E.R. Giler, A.B. Kurs, K.J. Kulikowski, "Wireless Energy Transfer For Supplying Power and Heat to a Device", U.S. Patent No. 8,686,598.
38. D.A. Schatz, A. Karalis, K.L. Hall, M.P. Kesler, M. Soljacic, E.R. Giler, A.B. Kurs, K.J. Kulikowski, "Wireless Energy Transfer with Frequency Hopping", U.S. Patent No. 8,692,410.
39. A.B. Kurs, A. Karalis, M.P. Kesler, A.J. Campanella, K.L. Hall, K.J. Kulikowski, and M. Soljacic, "Low AC Resistance Conductor Designs", U.S. Patent No. 8,716,903.
40. D.A. Schatz, K.L. Hall, M.P. Kesler, A.B. Kurs, and K.J. Kulikowski, "Wireless Energy Transfer Using Repeater Resonators", U.S. Patent No. 8,729,737.

## Conference Papers and Presentations

1. K.L. Hall, "Speed", *Executive Forum Proceedings*, Asia-Pacific Optical & Wireless Communications (APOC), Shanghai, China, (2002).

2. K.L. Hall, "Scalability and Viability of 40 Gb/s Technology", *SPIE Symposium on Optical Transmission Systems and Equipment for WDM Networking '02*, Boston, MA, (2002).

3. Q. Zhang, J. Maloney, C. Menyuk, K. Hall, A. Liang, J. Jacob, M. LaGasse, B. Brewington, E. Thoen, S. Verghese and F. Sun, "Performance Comparison of Dispersion Managed 40 Gbps Transmission; CSRZ vs. RZ", *Conference on Lasers and Electro-optics Technical Digest*, 2002 OSA Technical Digest Series (Optical Society of America, Washington, DC, 2002), p. 530.

4. D.J. Jones, J.M. Jacob, S.R. Henion, J.G. Maloney, M.P. Kesler, M.J. LaGasse, E.R. Thoen, B. Brewington, Q. Zhang, and K.L. Hall, "High-Speed, High-Capacity, Long-Haul Terrestrial Networking", *Digest of the IEEE/LEOS 2001 Summer Topical Meetings-Ultralong Haul DWDM Transmission and Networking*, 2001 OSA Technical Digest Series, (2001).

5. E.R. Thoen, D.J. Jones, J.M. Jacob, S. Henion, B. Romkey, M. Jafri, J.G. Maloney, J. Lopez, F. Jodoin, M.P. Kesler, M.J. LaGasse, H. Rao, and K.L. Hall, "Multi-Wavelength 40 Gb/s Transmission Systems for Long-Haul Applications", *Technical Proceedings for*

*NFOEC 2001*, p. 524, Baltimore, MD,  (2001).

6.  K.L. Hall, "High-Speed Transmission", *Technical Digest for the IEEE/LEOS Annual Meeting*, vol. 1, p. 12, San Francisco, CA, (2001).

7.  B.S. Robinson and K.L. Hall, "Experimental Analysis of Switching Windows in Semiconductor-Based Optical Switches", *Conference on Lasers and Electro-optics Technical Digest*, 2000 OSA Technical Digest Series (Optical Society of America, Washington, DC, 2000), p. 331.

8.  K.L. Hall, "High-Speed TDMA Techniques", *Optical Fiber Communications Conference Technical Digest*, paper no. ThV4, p. 311, Baltimore, MD, (2000).

9.  K.L. Hall, "Progress in High-Speed TDMA Communications", *Technical Digest for the IEEE/LEOS Annual Meeting*, vol. 2, p. 535, San Francisco, CA, (1999).

10. F. Hakimi, H. Hakimi, K.L. Hall, and K.A. Rauschenbach, "Temporal Gratings and Their Applications in Fiber Optics Communications and Measurements", *Technical Digest for the IEEE/LEOS Annual Meeting*, vol. 1, p. 206, San Francisco, CA, (1999).

11. K.L. Hall, D.T. Moriarty, H. Hakimi, F. Hakimi, B.S. Robinson and K.A. Rauschenbach, "Ultrafast Variable Optical Delay Technique", *Technical Digest for the IEEE/LEOS Annual Meeting*, vol. 1, p. 208, San Francisco, CA. (1999).

12. K.L. Hall, B.S. Robinson, S.G. Finn, D.T. Moriarty, and K.A. Rauschenbach, "Ultrafast Optical Data Networking", *Digest of the OSA Annual Meeting 1999*, 1999 OSA Technical Digest Series, paper WN3, (1999).

13. K.L. Hall, W. Atia, J.D. Moores, R.S. Bondurant and K.A. Rauschenbach, "A 100 Gb/s, 9-Watt Optical Transmitter", *Conference on Lasers and Electro-optics Post Deadline Technical Digest*, 1999 OSA Technical Digest Series (Optical Society of America, Washington, DC, 1999), p. CPD17.

14. K.L. Hall and B.S. Robinson, "Bit Error Rate Characterization of 100 Gb/s All-Optical Demultiplexers", *Conference on Lasers and Electro-optics Technical Digest*, 1999 OSA Technical Digest Series (Optical Society of America, Washington, DC, 1999), p. 214.

15. K.L. Hall, K.A. Rauschenbach, S.G. Finn, R.A. Barry, J.D. Moores, E.A. Swanson and S.R. Chinn, "Ultrafast Soliton Multiple-Access Networks", in *New Trends in Optical Soliton Transmission Systems*, p. 419, Kluwer Academic Publishers, Netherlands, (1998).

16. K.L. Hall, K.A. Rauschenbach and S.G. Finn, "Ultrafast Time Division Multi-Access Networks", *Technical Digest for ICAPT'98*, SPIE, (1998).

17. B.S. Robinson and K.L. Hall, "Interferometric all-optical switching using nonlinearities in semiconductor amplifiers biased at transparency", in *Conference on Lasers and Electro-*

*optics Technical Digest*, vol. 6, 1998 OSA Technical Digest Series (Optical Society of America, Washington, DC, 1998), p. 2.

18. K.L. Hall and K.A. Rauschenbach, "100 Gb/s All-Optical Logic", *Optical Fiber Communications Conference Technical Digest*, paper no. PD5, San Jose, CA, (1998).

19. S.G. Finn, K.L. Hall, K. A. Rauschenbach, J.D. Moores, R.A. Barry, "100 Gb/s Optical Packet Networks", *Technical Digest for the IEEE/LEOS Annual Meeting*, vol. 2, p. 334, San Francisco, CA, (1997).

20. M. Medard, A.H. Chan, J.D. Moores, K.L. Hall, K.A. Rauschenbach and S. Parikh, "Ultrafast Cryptography Using Optical Logic in Reconfigurable Feedback Shift Registers", in *Multimedia Networks: Security, Displays, Terminals and Gateways*, Proc. SPIE 3228, p.342, (1997).

21. K.L. Hall, "Progress and outlook for all-optical ultrafast switching", tutorial in *Digest of the OSA Annual Meeting 1997*, 1997 OSA Technical Digest Series, paper ThH2, (1997).

22. K.L. Hall, "All-Optical Buffers for High-Speed Slotted TDM Networks", *Digest of the IEEE/LEOS 1997 Summer Topical Meetings-Advanced Semiconductor Lasers and Applications*, 1997 OSA Technical Digest Series, paper ThA1, p. 15, (1997).

23. K.L. Hall, J.P. Donnelly, S.H. Groves, C.I. Fennelly, R.J. Bailey and A. Napoleone, "40 Gb/s All-Optical Circulating Shift Register using and Inverting Ultrafast Nonlinear Interferometer", in *Conference on Lasers and Electro-optics Technical Digest*, vol. 11, 1997 OSA Technical Digest Series (Optical Society of America, Washington, DC, 1997), pp. CPD11-1,3.

24. K.L. Hall, S.R. Chinn, D.M. Boroson, and K.A. Rauschenbach, "Wideband RF Signal Generation Using All-Optical Switching", in *Conference on Lasers and Electro-optics Technical Digest*, vol. 11, 1997 OSA Technical Digest Series (Optical Society of America, Washington, DC, 1997), pp. 296-297.

25. K.L. Hall, K.A. Rauschenbach, S.G. Finn, R.A. Barry, N.S. Patel and J.D. Moores, "100 Gb/s Optical Network Technology", *Digest of the IEEE/LEOS 1997 Spring Topical Meetings-Ultrafast Electronics and Optoelectronics*, 1997 OSA Technical Digest Series, paper UMA2, p. 3, (1997).

26. K.L. Hall, K.A. Rauschenbach and N.S. Patel, "High-Speed Optical Logic", *Optical Fiber Communications Conference Technical Digest*, p. 248, paper no. ThD1, Dallas, TX, (1997).

27. K.L. Hall, "40 Gb/s Optical Packet Buffering", *Optical Fiber Communications Conference Technical Digest*, p. 250, paper no. ThD3, Dallas, TX, (1997).

28. K.A. Rauschenbach, S. Finn, R. Barry, K. Hall, J. Moores, N. Patel, "100 Gb/s Time - Division Multiplexed Multi-Access Networks", *Optical Fiber Communications Conference Technical Digest*, p. 86, paper no. TuQ1, Dallas, TX, (1997).

29. N.S. Patel, K.L. Hall, J.D. Moores, K.A. Rauschenbach, and B.S. Robinson, "All-Optical Rate Conversion", *Optical Fiber Communications Conference Technical Digest*, p. 87, paper no. TuQ2, Dallas, TX, (1997).

30. K.A. Rauschenbach, S.G. Finn, R.A. Barry, K.L. Hall, J.D. Moores, N.S. Patel, "Ultrafast Time -Division Multiplexed Multi-Access Networks", *Technical Digest for the IEEE/LEOS Annual Meeting*, p. 109, paper no. WO1, Boston, MA, (1996).

31. K.L. Hall and K.A. Rauschenbach, "A Fiber Loop Buffer Storing Variable Length Data Packets at 18 Gb/s for 200 Circulations", *Digest of the IEEE/LEOS 1996 Summer Topical Meetings-Broadband Optical Networks*, 1996 OSA Technical Digest Series, paper MB2, p. 16, (1996).

32. N.S. Patel, K.A. Rauschenbach and K.L. Hall, "40 Gb/s Cacadable All-Optical Logic using an Ultrafast Nonlinear Interferometer", *Optical Fiber Communications Conference Technical Digest*, paper no. PD14-2, San Jose, CA, (1996).

33. K.L. Hall and K.A. Rauschenbach, "All-Optical Bit Pattern Generation and Matching at 10 Gb/s", *Optical Fiber Communications Conference Technical Digest*, p. 133, paper no. WH3, San Jose, CA, (1996).

34. K.L. Hall, K.A. Rauschenbach, J.D. Moores, R.A. Barry, and S.G. Finn, "All-Optical Switching in Ultra-High-Speed Time Division Multiplexed Systems", *SPIE Symposium on Lasers and Integrated Optics '96*, San Jose, CA, (1996).

35. E.A. Swanson, S.R. Chinn, K.L. Hall, J.D. Moores and K.A. Rauschenbach, "Optical Pulse Train Generation Using Soliton Compression of the Beat Signal Between Two Optical Carriers", *SPIE Symposium on Lasers and Integrated Optics '96*, San Jose, CA, paper 2684-13, (1996).

36. J.D. Moores, K.L. Hall and W.S. Wong, "Optical Pulse Storage Loops", *SPIE Symposium on Lasers and Integrated Optics '96*, San Jose, CA, paper 2684-33, (1996).

37. K.L. Hall, K.A. Rauschenbach, and J.D. Moores, "Applications of Guided-Wave Electro-Optic Devices in Ultrafast TDM\ Systems", *Technical Digest for the IEEE/LEOS Annual Meeting*, IO3.1, 111, (1995).

38. S.M. LePage, K.L. Hall, G. Lenz and E.P. Ippen, "Widely Tunable Source Generating Subpicosecond Pulses at 1550 nm", in *All-Optical Communication Systems: Architecture, Control, and Network Issues*, Proc. SPIE 2614, p.35, (1995).

39. N.S. Patel, K.L. Hall, and K.A. Rauschenbach, "All-Fiber Optical Demultiplexer and XOR Gate", in *Emerging Components and Technologies for All-Optical Networks*, Proc. SPIE 2613, p.126, (1995).

40. K.L. Hall, K.A. Rauschenbach and J.D. Moores, "Wavelength Converters for Ultrafast TDM Networks", *Technical Digest for the OSA Annual Meeting*, p. 52, Portland, OR, (1995).

41. K.A. Rauschenbach, K.L Hall, J.D. Moores, S. Finn and R. Barry, "Ultrafast Optical Time-Domain Network Technology", *Technical Digest for CLEO Pacific Rim '95*, Chiba, Japan, 11-14 July, (1995).

42. K.L Hall, J.D. Moores, K.A. Rauschenbach, W.S. Wong, E.P. Ippen and H.A. Haus, "All-Optical Storage of a 1.25 kbit Packet at 10 Gb/s", *Conference on Lasers and Electro-Optics Technical Digest*, Baltimore, MD, (1995), paper CPD16-2.

43. K.L. Hall, K.A. Rauschenbach, E.A. Swanson, S.R. Chinn, and G. Raybon, "Gigahertz Clock Synchronization using a Nonlinear Optical Loop Mirror as an All-Optical Phase Comparator", in *Photonics in Switching*, vol. 12, 1995 OSA Technical Digest Series, p. 61, (1995).

44. K. Rauschenbach, K. Hall, J. Moores, S. Finn, R. Barry, W. Wong, H. Haus, E. Ippen, and M. Haner, "Technologies for Ultra-High-Bit-Rate Time-Division-Multiplexed Networks", *Photonics in Switching*, vol. 12, 1995 OSA Technical Digest Series, p. 45, (1995).

45. K. Rauschenbach, K. Hall, J. Moores, E. Swanson, M. Haner, H. Haus, and W. Wong, "Broadband Optical Local Area Network Technologies", *IEEE Lasers and Electro-Optics Society Conference Proceedings*, vol. 2, Boston, MA, p. 196, UO4.1, (1994).

46. K.L. Hall, K.A. Rauschenbach, J.C. Livas and G. Raybon, "All-Optical Pulse Width and Wavelength Conversion", *LEOS Summer Topicals Technical Digest*, Lake Tahoe, NV, (1994), T2.2.

47. E.A. Swanson, S.R. Chinn, K.L. Hall, K.A. Rauschenbach, R.S. Bondurant, and J. Miller, "A Near-Transform-Limited 100 GHz Soliton Pulse Train Using Soliton Compression of Two Phase Sidebands from a Single Laser", *Optical Fiber Communications Conference Technical Digest*, paper no. PD15, San Jose, CA, (1994).

48. K.L. Hall, A.M. Darwish, E.P Ippen, U. Koren and G. Raybon, "Subpicosecond Index Nonlinearities in InGaAsP Diode Laser Amplifiers", *Conference on Lasers and Electro-optics Technical Digest*, Baltimore, MD, (1993), paper JThA2.

49. C.T. Hultgren, K.L. Hall, G. Lenz, D.J. Dougherty, and E.P. Ippen, "Spectral-Hole Burning and Carrier Heating Nonlinearities in Active Waveguides", *OSA Proceedings on Picosecond Electronics and Optoelectronics*, San Francisco, CA, (1993).

50. K.L. Hall, G. Lenz and E.P. Ippen, "Novel, heterodyne pump-probe measurement of femtosecond nonlinearities in waveguides", *Conference on Lasers and Electro-optics Technical Digest*, Anaheim, CA, (1992), paper JThF4.

51. K.L. Hall, Y. Lai, E.P. Ippen, G. Eisenstein, and U. Koren, "Short Pulse Gain Saturation in a 1.5-μm Multiple Quantum Well Optical Amplifier", *Conference on Lasers and Electro-optics Technical Digest*, Anaheim, CA, (1990), paper CFL-3.

52. K.L. Hall, E.P. Ippen, J. Mark, and G. Eisenstein, "Subpicosecond Gain Dynamics in InGaAsP Diode Laser Amplifiers", *Conference on Lasers and Electro-optics Technical Digest*, Baltimore, MD, (1989), paper no. THI1.

53. L.Y. Liu, J. Mark, K.L. Hall, H.A. Haus, and E.P. Ippen, "Additive Pulse Modelocking: A Mechanism for Femtosecond Pulse Generation with Coupled Nonlinear Resonators", *Conference on Lasers and Electro-optics Technical Digest*, Baltimore, MD, (1989), paper no. FQ2.

54. K.L. Hall, E.P. Ippen, J. Mark, and G. Eisenstein, "Ultrafast Nonlinearities in InGaAsP Diode Laser Amplifiers", *Picosecond Electronics and Optoelectronics Technical Digest*, vol. 4, p. 73, Salt Lake City, Utah, (1989).

55. G. Eisenstein, R.M. Jopson, M.S. Whalen, and K.L. Hall, "Active Mode-Locking of an InGaAsP Optical-Fiber Ring Laser", *Digest of Ultrafast Phenomenon Meeting*, paper no. MD8-1, Snowmass CO, (1986).

56. K.L. Hall, R.M. Jopson, G. Eisenstein and J.R. Simpson, "Microlenses for Stressed-Cladding Polarisation-Preserving Fiber", *Conference on Lasers and Electro-optics Technical Digest*, Baltimore, MD, (1985), paper no. THZZ 8.

57. R.S. Tucker, G. Eisenstein, S.K. Korotky, U. Koren, L.W. Stulz, R.M. Jopson, J.J. Veselka, and K.L. Hall, "20 GHz Active Mode-Locking of a 1.55 μm InGaAsP Laser", *Optical Fiber Conference Technical Digest*, San Diego, CA, (1985), paper no. PD11.