# Exhibit 3

Case 5:13-cv-03345-BLF   Document Page 1 Filed 08/11/14 Page ... of ...

US007126740B2

(12) **United States Patent**
Szczepanek et al.

(10) Patent No.: **US 7,126,740 B2**
(45) Date of Patent: **Oct. 24, 2006**

(54) **MULTIFUNCTIONAL OPTICAL DEVICE HAVING A SPATIAL LIGHT MODULATOR WITH AN ARRAY OF MICROMIRRORS**

(75) Inventors: **Paul Szczepanek**, Middletown, CT (US); **John A. Moon**, Wallingford, CT (US); **Alan D. Kersey**, S. Glastonbury, CT (US); **James S. Sirkis**, Wallingford, CT (US); **James R. Dunphy**, S. Glastonbury, CT (US); **Joseph Pinto**, Wallingford, CT (US); **Christian O'Keefe**, Durham, CT (US); **Michael A. Davis**, Glastonbury, CT (US)

(73) Assignee: **CiDRA Corporation**, Wallingford, CT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/353,772**

(22) Filed: **Jan. 28, 2003**

(65) **Prior Publication Data**

US 2004/0008401 A1     Jan. 15, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/327,695, filed on Dec. 19, 2002, now Pat. No. 6,956,687, and a continuation-in-part of application No. 10/298,264, filed on Nov. 15, 2002, now Pat. No. 6,934,069, and a continuation-in-part of application No. 10/255,141, filed on Sep. 25, 2002, now abandoned, and a continuation-in-part of application No. 10/255,133, filed on Sep. 25, 2002, and a continuation-in-part of application No. 10/255,132, filed on Sep. 25, 2002, now Pat. No. 6,922,277, and a continuation-in-part of application No. 10/255,129, filed on Sep. 25, 2002, now abandoned, and a continuation-in-part of application No. 10/216,000, filed on Aug. 8, 2002, and a continuation-in-part of application No. 10/120,617,

filed on Apr. 11, 2002, now abandoned, and a continuation-in-part of application No. 10/115,648, filed on Apr. 3, 2002, and a continuation-in-part of application No. 10/115,647, filed on Apr. 3, 2002.

(60) Provisional application No. 60/365,741, filed on Mar. 18, 2002, provisional application No. 60/365,682, filed on Mar. 18, 2002, provisional application No. 60/365,461, filed on Mar. 18, 2002, provisional application No. 60/365,446, filed on Mar. 18, 2002, provisional application No. 60/354,794, filed on Feb. 6, 2002, provisional application No. 60/352,297, filed on Jan. 28, 2002, provisional application No. 60/344,585, filed on Dec. 28, 2001, provisional application No. 60/332,319, filed on Nov. 16, 2001, provisional application No. 60/332,318, filed on Nov. 16, 2001, provisional application No. 60/325,068, filed on Sep. 25, 2001, provisional application No. 60/325,066, filed on Sep. 25, 2001, provisional application No. 60/325,065, filed on Sep. 25, 2001, provisional application No. 60/325,064, filed on Sep. 25, 2001, provisional application No. 60/310,991, filed on Aug. 9, 2001, provisional application No. 60/311,002, filed on Aug. 8, 2001, provisional application No. 60/283,197, filed on Apr. 11, 2001, provisional application No. 60/281,079, filed on Apr. 3, 2001.

(51) **Int. Cl.**
**G02B 26/00**      (2006.01)

(52) **U.S. Cl.** ........................ **359/290**; 359/298; 385/18; 398/81; 398/86; 398/87; 398/88

(58) **Field of Classification Search** ............... 359/290, 359/301, 302, 315, 318, 320, 618, 629, 634, 359/639, 850, 872, 223–224, 291, 107, 108, 359/298; 385/11, 15–18, 24, 1–3, 31, 10, 385/36, 37; 398/86–88, 81, 82, 84
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,626,066 A | 12/1986 | Levinson | 385/22 |
| 4,799,795 A | 1/1989 | Fateley | 356/310 |
| 4,819,084 A | 4/1989 | Bark | 358/296 |
| 5,121,239 A | 6/1992 | Post | 352/272 |



## US 7,126,740 B2
Page 2

| | | | |
|---|---|---|---|
| 5,158,420 A | 10/1992 | Weyer | 414/694 |
| 5,166,766 A | 11/1992 | Grudkowski et al. | 257/15 |
| 5,271,078 A | 12/1993 | Franz et al. | |
| 5,504,575 A | 4/1996 | Stafford | 356/330 |
| 5,699,462 A | 12/1997 | Fouquet et al. | 385/18 |
| 5,729,386 A | 3/1998 | Hwang | 359/618 |
| 5,774,604 A | 6/1998 | McDonald | 385/18 |
| 5,915,063 A | 6/1999 | Colbourne et al. | 385/140 |
| 6,128,077 A | 10/2000 | Jovin et al. | 356/330 |
| 6,128,078 A | 10/2000 | Fateley | |
| 6,160,928 A | 12/2000 | Schroeder | 385/18 |
| 6,204,946 B1 * | 3/2001 | Aksyuk et al. | 398/9 |
| 6,222,954 B1 * | 4/2001 | Riza | 385/18 |
| 6,246,818 B1 | 6/2001 | Fukushima | 385/47 |
| 6,263,123 B1 | 7/2001 | Bishop et al. | |
| 6,263,127 B1 | 7/2001 | Dragone et al. | 385/24 |
| 6,304,688 B1 | 10/2001 | Korn et al. | |
| 6,434,291 B1 | 8/2002 | Kessler et al. | 385/24 |
| 6,459,484 B1 | 10/2002 | Yokoi | 356/318 |
| 6,525,863 B1 | 2/2003 | Riza | 359/290 |
| 6,636,654 B1 * | 10/2003 | McGuire, Jr. | 385/17 |
| 6,647,164 B1 * | 11/2003 | Weaver et al. | 385/16 |
| 2001/0046350 A1 | 11/2001 | Tedesco | |
| 2002/0009257 A1 | 1/2002 | Bouevitch et al. | |
| 2002/0081070 A1 | 6/2002 | Tew | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 052 868 A2 | 11/2000 |
| WO | WO 01/11419 A2 | 2/2001 |
| WO | WO 02/082165 A2 | 10/2002 |
| WO | WO 02/082166 A2 | 10/2002 |

### OTHER PUBLICATIONS

S. Yuan et al., "General Formula for Coupling-loss Characterization of Single-Mode Fiber Collimators by Use of Gradient-Index Rod Lenses, Applied Optics", vol. 38. No. 15, May 20, 1999, pp. 3214-3222.

N. Riza, "Reconfigurable Optical Wireless", IEEE Lasers and Electro-Optics Society 1999 Annual Meeting, vol. 1, pp. 70-71.

N. Riza et al., "Digitally Controlled Fault-Tolerant Multiwavelength Programmable Fiber-Optic Attenuator Using a Two-Dimensional Digital Micromirror Device", 1999 Optical Society of America.

N. Riza et al., "Multiwavelength Three Dimensional 2X2 Fiber-Optic Switch Structure Using Small Tilt Micro-Mirrors", SPIE vol. 3749, pp. 470-471.

G. Love, "Liquid-crystal Phase Modulator For Unpolarized Light", Applied Optics, vol. 32, No. 13, May 1, 1993, pp. 2222-2223.

N. Riza et al., "Synchronous Amplitude and Time Control for an Optimum Dynamic Range Variable Photonic Delay Line", Applied Optics, vol. 38, No. 11, Apr. 10, 1999, 2309-2318.

N. Riza et al., "Robust Packaging of Photonic RF Modules Using Ultra-Thin Adaptive Optical Interconnect Devices", SPIE vol. 3160, pp. 170-176.

N. Riza et al., "Demonstration of a Liquid-crystal adaptive alignment tweeker for high-speed Infrared Band Fiber-Fed Free-space Systems", Opt. Eng. 37(6), Jun. 1998, 1876-1880.

M. D. Johnson et al., "Two-axis Micromirror Scanner", SPIE vol. 3787, Jul. 1999, pp. 88-95.

H. Laor et al., "Performance of a 576X576 Optical Cross Connect", National Fiber Optic Engineers Conference, Sep. 26-30, 1999, pp. 276-281.

* cited by examiner

Primary Examiner—Hung Xuan Dang
Assistant Examiner—Joseph Martinez

(57)                    ABSTRACT

A reconfigurable multifunctional optical device has an optical arrangement for receiving an optical signal, each having optical bands or channels, and a spatial light modulator for reflecting the at least one optical signal provided thereon. The optical arrangement features a free optics configuration with a light dispersion element for spreading each optical signal into one or more respective optical bands or channels for performing separate optical functions on each optical signal. The spatial light modulator includes a micro-mirror device with an array of micro-mirrors, and the respective optical bands or channels reflect off respective micro-mirrors. The free optics configuration includes a common set of optical components for performing each separate optical function on each optical signal. The separate optical functions reflect off separate non-overlapping areas on the spatial light modulator. The separate optical functions include optical switching, conditioning or monitoring functions.

51 Claims, 26 Drawing Sheets

Case 5:13-cv-03345-BLF   Document 99-4   Filed 06/13/14   Page 4 of 44



Fig. 1

Fig. 2



Fig. 3



Fig. 4b

Fig. 5

Fig. 4a



Mirror −10 deg          84          200

204          Mirror +10 deg          84

204

202

Hinge

Yoke

Landing Tip          CMOS
Substrate

Fig. 6    (Prior Art)



84

205

86

Fig. 7

Case 5:13-cv-03345-BLF   Document 99-4   Filed 06/13/14   Page 8 of 44



Fig. 8b



Fig. 8a



Fig. 9a



FIG. 9b



FIG. 9c



FIG. 9d

U.S. Patent   Oct. 24, 2006   Sheet 8 of 26   US 7,126,740 B2



Fig. 10



Fig. 11

U.S. Patent     Oct. 24, 2006     Sheet 10 of 26     US 7,126,740 B2



Fig. 12



Fig. 13

U.S. Patent

Oct. 24, 2006

Sheet 12 of 26

US 7,126,740 B2



Fig. 14



Fig. 15

U.S. Patent

Oct. 24, 2006

Sheet 14 of 26

US 7,126,740 B2



Fig. 16



Fig. 17



Fig. 18



Fig. 19



Fig. 20



Fig. 21α



FIG. 21b



FIG. 22



FIGURE 23



FIG. 24



F/G. 25



FIG. 26



FIG. 27a

FIG. 27b

US 7,126,740 B2

1

# MULTIFUNCTIONAL OPTICAL DEVICE HAVING A SPATIAL LIGHT MODULATOR WITH AN ARRAY OF MICROMIRRORS

## CROSS REFERENCE TO RELATED APPLICATIONS

This patent claims the benefit of U.S. Provisional Patent Application Ser. No. 60/352,297, filed Jan. 28, 2002; and is a continuation-in-part of U.S. patent application Ser. No. 10/115,647, filed Apr. 3, 2002, which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/281,079, filed Apr. 3, 2001, U.S. Provisional Patent Application Ser. No. 60/311,002, filed Aug. 8, 2001, U.S. Provisional Patent Application Ser. No. 60/332,319, filed Nov. 16, 2001 U.S. Provisional Patent Application Ser. No. 60/365,741, filed Mar. 18, 2002, and U.S. Provisional Patent Application Ser. No. 60/365,461, filed Mar. 18, 2002; and is a continuation-in-part of U.S. patent application Ser. No. 10/120,617, filed Apr. 11, 2002 now abandoned, which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/283,197, filed Apr. 11, 2001; and is a continuation-in-part of U.S. patent application Ser. No. 10/115,648, filed Apr. 3, 2002, which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/365,682, filed Mar. 18, 2002, and U.S. Provisional Patent Application Ser. No. 60/365,446, filed Mar. 18, 2002; and is a continuation-in-part of U.S. patent application Ser. No. 10/216,000, filed Aug. 8, 2002, which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/310,991, filed Aug. 9, 2001, and U.S. Provisional Patent Application Ser. No. 60/354,794, filed Feb. 6, 2002; and is a continuation-in-part of U.S. patent application Ser. No. 10/255,141, filed Sep. 25, 2002 now abandoned, which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/325,065, filed Sep. 25, 2001; and is a continuation-in-part of U.S. patent application Ser. No. 10/255,133, filed Sep. 25, 2002, which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/325,066, filed Sep. 25, 2001; and is a continuation-in-part of U.S. patent application Ser. No. 10/255,129, filed Sep. 25, 2002 now abandoned, which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/325,068, filed Sep. 25, 2001; and is a continuation-in-part of U.S. patent application Ser. No. 10/298,264, filed Nov. 16, 2002 now U.S. Pat. No. 6,934,069, which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/332,318, filed Nov. 16, 2001; and is a continuation-in-part of U.S. patent application Ser. No. 10/255,132, filed Sep. 25, 2002 now U.S. Pat. No. 6,922,277, which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/325,064, filed Sep. 25, 2001; and is a continuation-in-part of U.S. patent application Ser. No. 10/327,695, filed Dec. 19, 2002 now U.S. Pat. No.6,956,687, which claims the benefit of U.S. Provisional Patent Application Ser. No. 60/344,585, filed Dec. 28, 2001, all of which are incorporated herein by reference in their entirety.

## BACKGROUND OF THE INVENTION

### 1. Technical Field

The present invention relates to tunable optical devices, and more particularly to a reconfigurable multifunctional optical device including a spatial light modulator to selectively attenuate, condition and/or redirect at least one optical channel of a wavelength division multiplexing (WDM) optical signal.

2

### 2. Description of Related Art

MEMS micro-mirrors have been widely explored and used for optical switching and attenuation applications. The most commonly used application is for optical cross-connect switching. In most cases, individual micro-mirror elements are used to 'steer' a beam (i.e., an optical channel) to a switched port or to deflect the beam to provide attenuation on a channel-by-channel basis. Each system is designed for a particular 'wavelength plan'—e.g. "X" number of channels at a spacing "Y", and therefore each system is not 'scalable' to other wavelength plans.

Further, dynamic gain equalization (or "flattening") is a critical technology for deployment of next-generation optical network systems. Dynamic gain equalizing filters (DGEF's) function by adding varying amounts of attenuation at different spectral locations in the signal spectrum of optical fiber communication systems. For instance, a DGEF may be designed to operate in the "C-band" (~1530–1565 nanometers (nm)) of the communication spectrum that is capable of selectively attenuating spectrally concatenated "bands" of some preselected spectral width (e.g., 3 nm). The total number of bands within the DGEF is determined by the width of an individual band.

In the networking systems, it is often necessary to route different channels (i.e., wavelengths) between one fiber and another using a reconfigurable optical add/drop multiplexer (ROADM) and/or an optical cross-connect device.

One issue with the above optical MEMs device is that it is not "channel plan independent". In other words, each MEMs device is limited to the channel spacing (or channel plan) originally provide. Another concern is that if the absolute value of a channel wavelength changes, a respective optical signal may begin to hit an edge of a corresponding mirror leading to large diffraction losses. Further, since each channel is aligned to an individual mirror, the device must be carefully adjusted during manufacturing and kept in alignment when operated through its full temperature range in the field.

It would be advantageous to provide an optical switching or attenuating device using a spatial light modulator and to combine multiple optical functions using a single spatial light modulator.

## SUMMARY OF THE INVENTION

An object of the present invention is to provide a multifunctional optical device using a single spatial light modulator.

The invention provides a new and unique reconfigurable multifunctional optical device comprising an optical arrangement for receiving at least one optical signal, each optical signal having one or more optical bands or channels, and a spatial light modulator for reflecting the at least one optical signal provided thereon. The optical arrangement features a free optics configuration with a light dispersion element for spreading each optical signal into one or more respective optical bands or channels for performing separate optical functions on each optical signal. In one embodiment, the spatial light modulator may include a micro-mirror device with an array of micro-mirrors, and the one or more respective optical bands or channels reflect off a respective plurality of micro-mirrors. In effect, the free optics configuration includes a common set of optical components for performing each separate optical function on each optical signal.

The separate optical functions reflect off separate non-overlapping areas on the spatial light modulator and may

3

include different optical functions. The separate optical functions include optical switching, conditioning or monitoring functions such as either an optical add/drop multiplexer (OADM) function, an optical channel monitor (OCM) function, an optical cross-connect (CC) function, an optical interleaver/deinterleaver (INT/DEINT), a dynamic gain equalization filter (DGEF) or dynamic spectral equalizer (DSE), or some combination thereof. The at least one optical signal typically includes two or more optical input signals, on which a respective function is performed. The scope of the invention is also intended to include performing an optical function on one optical input signal, and performing a second optical function on the output signal from the first optical function.

The one or more light dispersion elements include either a diffraction grating, an optical splitter, a holographic device, a prism, or a combination thereof.

In accordance with an embodiment of the present invention, the multifunctional optical device may include a collimator that collimates a first and second optical input signal. Each of the first and second optical input signals includes a plurality of optical input channels. Each optical input channel is centered at a central wavelength. A light dispersion element substantially separates the optical channels of the collimated first and second input signals. A spatial light modulator reflects each of the first and second optical input channels along a respective first optical path or second optical path, in response to a control signal. The spatial light modulator comprises a micro-mirror device that includes an array of micro-mirrors selectively disposable between a first and a second position in response to the control signal. Each separated optical input channel of each of the first and second input signals is incident on a respective group of micro-mirrors. Each separated optical channel is incident on the respective group of micro-mirrors, wherein each respective separated optical input channel reflects along the respective first optical path when the micro-mirrors are disposed in the first position, or along the respective second optical path when the micro-mirrors are disposed in the second position. A controller generates the control signal in accordance with a switching algorithm.

BRIEF DESCRIPTION OF THE DRAWING

The drawing includes the following Figures:

FIG. **1** is a plan view of a block diagram of a reconfigurable optical filter including a spatial light modulator in accordance with the present invention;

FIG. **2** is a side elevational view of a block diagram of the optical filter of FIG. **1**;

FIG. **3** is a block diagram of a spatial light modulator of the optical filter of FIG. **1**, wherein the optical channels of a WDM input signal are distinctly projected onto the micro-mirror device, in accordance with the present invention;

FIG. **4***a* is a pictorial cross-sectional view of the micro-mirror device of FIG. **3** showing a partial row of micro-mirrors, when the micro-mirrors are disposed in a first position perpendicular to the light beam of the input signal in accordance with the present invention;

FIG. **4***b* is a pictorial cross-sectional view of the micro-mirror device of FIG. **3** showing a partial row of micro-mirrors, when the micro-mirrors are disposed in a second position non-orthogonal to the light beam of the input signal in accordance with the present invention;

FIG. **5** is a plan view of a micro-mirror of the micro-mirror device of FIG. **3** in accordance with the present invention;

4

FIG. **6** is a perspective view of a portion of a known micro-mirror device;

FIG. **7** is a plan view of a micro-mirror of the micro-mirror device of FIG. **6**;

FIG. **8***a* is a pictorial cross-sectional view of the micro-mirror device of FIG. **6** showing a partial row of micro-mirrors, when the micro-mirrors are disposed in a second position non-orthogonal to the light beam of the input signal in accordance with the present invention;

FIG. **8***b* is a pictorial cross-sectional view of the micro-mirror device of FIG. **6** showing a partial row of micro-mirrors, when the micro-mirrors are disposed in a first position perpendicular to the light beam of the input signal in accordance with the present invention;

FIG. **9***a* is a pictorial cross-sectional view of the micro-mirror device of FIG. **6** disposed at a predetermined angle in accordance with the present invention;

FIG. **9***b* is a plot of the power of the optical channels imaged onto the micromirror device, wherein the optical channels of a WDM input light are substantially dispersed onto the micro-mirror device as shown in FIG. **9***a* in accordance with the present invention;

FIG. **9***c* is a graphical representation of a transmission filter function of an optical filter, wherein the optical channels of a WDM input light are substantially dispersed onto the micro-mirror device as shown in FIG. **9***a*, in accordance with the present invention;

FIG. **9***d* is a plot of attenuation curve when a single channel is dropped from the optical input signal of the optical filter of FIG. **9***a*;

FIG. **10** is a plan view of a block diagram of a reconfigurable multi-function optical device having an OCM function and optical filter function;

FIG. **11** is a block diagram of the spatial light modulator of FIG. **10**, wherein the optical channels of the WDM input signals to the OCM and optical filter are distinctly projected onto the micro-mirror device, in accordance with the present invention;

FIG. **12** is a plan view of a block diagram of another multifunction optical device having an OCM function and reconfigurable optical add/drop multiplexer (ROADM) function;

FIG. **13** is a block diagram of the spatial light modulator of FIG. **12**, wherein the optical channels of the WDM input signals to the OCM and ROADM are distinctly projected onto the micro-mirror device, in accordance with the present invention;

FIG. **14** is a plan view of a block diagram of another multifunction optical device having an OCM function; ROADM function and optical filter function;

FIG. **15** is a block diagram of the spatial light modulator of FIG. **14**, wherein the optical channels of the WDM input signals to the OCM, ROADM and optical filter are distinctly projected onto the micro-mirror device, in accordance with the present invention;

FIG. **16** is a plan view of a block diagram of another multifunction optical device having an interleaver function, blocking filter function and ROADM function;

FIG. **17** is a block diagram of the spatial light modulator of FIG. **10**, wherein the optical channels of the WDM input signals to the interleaver device, blocking filter and ROADM are distinctly projected onto the micro-mirror device, in accordance with the present invention;

FIG. **18** is a block diagram of a spatial-light modulator of another embodiment of a multifunctional optical device, wherein the optical channels of a WDM input signal are

US 7,126,740 B2

5

distinctly projected onto the micro-mirror device, in accordance with the present invention;

FIG. 19 is an enlarged view of a portion of another embodiment of a multifunctional optical device, in accordance with the present invention;

FIG. 20 is a block diagram of a spatial light modulator of another embodiment of a multifunctional optical device, wherein the optical channels of a WDM input signal are distinctly projected onto the micro-mirror device, in accordance with the present invention;

FIG. 21a is a block diagram of a spatial light modulator of another embodiment of a multifunctional optical device, wherein the optical channels of a WDM input signal are distinctly projected onto the micro-mirror device, in accordance with the present invention;

FIG. 21b is a block diagram of a spatial light modulator of another embodiment of an optical filter having a micro-mirror device, wherein the optical channels of a WDM input light are overlappingly dispersed onto the micro-mirror device in various degrees of overlap, in accordance with the present invention;

FIG. 22 shows an alternative embodiment of a reconfigurable multifunctional optical device having one or more optic devices for minimizing polarization dispersion loss (PDL);

FIG. 23 shows an embodiment of a reconfigurable multifunctional optical device having a chisel prism in accordance with the present invention;

FIG. 24 shows an alternative embodiment of a reconfigurable multifunctional optical device having a chisel prism in accordance with the present invention;

FIG. 25 shows an alternative embodiment of a reconfigurable multifunctional optical device having a chisel prism in accordance with the present invention;

FIG. 26 is side elevational view of a portion of the reconfigurable multifunctional optical device of FIG. 40;

FIG. 27a is a graphical representation of a portion of the optical filter wherein the grating order causes the shorter wavelengths of light to image onto the micromirror device that is closer than the section illuminated by the longer wavelengths, in accordance with the present invention; and

FIG. 27b is a graphical representation of a portion of the optical filter wherein the grating order causes the longer wavelengths of light to image onto the micromirror device that is closer than the section illuminated by the shorter wavelengths in accordance with the present invention.

### BEST MODE FOR CARRYING OUT THE INVENTION

The present invention provides a multifunctional optical device that uses a single spatial modulator to provide multiple optical switching and/or conditioning of at least one optical input signal. For example, the optical device may function as both an optical filter and a reconfigurable optical add/drop device (ROADM). Another example is an optical device that may function as an optical channel monitor (OCM) and a dynamic gain equalizer filter (DGEF). In this manner, the functionality of the spatial light modulator can be efficiently utilized. To better understand the specific embodiments of the present invention, a reconfigurable optical filter 10 is first described in FIGS. 1–9, which has a substantial number of components common to the specific multifunctional embodiments.

Referring to FIGS. 1–3, the reconfigurable optical filter 10 selectively filters or attenuates a desired optical channel 14 of light (i.e., a wavelength band) of an optical WDM input

6

signal 12. The optical filter 10 is similar to that shown and described in co-pending U.S. Patent Application Ser. No. 60/281,079, U.S. Patent Application Ser. No. 60/311,002, and U.S. Patent Application Ser. No. 60/525,066, which are incorporated herein by reference in their entirety. Each optical channel 14 (see FIG. 3) of the input signal 12 is centered at a respective channel wavelength ($\lambda_1$, $\lambda_2$, $\lambda_3$, . . . $\lambda_N$).

FIG. 1 is a top plan view of the optical filter 10. To better understand the optical filter 10 of FIG. 1, a side elevational view of the filter is illustrated in FIG. 2. As shown in FIG. 2, the optics of the filter 10 is disposed in two tiers or horizontal planes. Specifically, the filter includes a three-port circulator 18, an optical fiber or pigtail 20, a collimator 22, a light dispersive element 24, a mirror 26, and a bulk lens 28 (e.g., a Fourier lens) for directing light to and from a spatial light modulator 30. As shown, the pigtail 20, the collimator 22 and the light dispersive element 24 are disposed in a first tier or horizontal plane. The mirror 26, bulk lens 28 and the spatial light modulator 30 are disposed in the second tier or second horizontal plane which is substantially parallel to the first horizontal plane.

Referring to FIGS. 1 and 2, the three-port circulator 18 directs light from a first port 32 to a second port 33 and from the second port to a third port 34. The optical fiber or pigtail 20 is optically connected to the second port of the circulator 18. A capillary tube 36, which may be formed of glass, is attached to one end of the pigtail 20 such as by epoxying or collapsing the tube onto the pigtail. The circulator 18 at the first port 32 receives the WDM input signal 12 tapped from an optical network (not shown) via optical fiber 38, and directs the input light to the pigtail 20. The input signal 12 exits the pigtail (into free space) and passes through the collimator 22, which collimates the input signal. The collimator 22 may be an aspherical lens, an achromatic lens, a doublet, a GRIN lens, a laser diode doublet or similar collimating lens. The collimated input signal 40 is incident on the light dispersion element 24 (e.g., a diffraction grating or a prism), which separates spatially the optical channels of the collimated input signal 40 by diffracting or dispersing the light from (or through) the light dispersion element.

In one embodiment, the diffraction grating 24 is comprised of a blank of polished fused silica or glass with a reflective coating (such as evaporated gold or aluminum), wherein a plurality of grooves 42 (or lines) are etched, ruled or otherwise formed in the coating. The diffractive grating 24 has a predetermined number of lines, such as 600 lines/mm, 835 lines/mm and 1200 lines/mm. The resolution of the optical filter 10 improves as the number of lines/mm in the grating increases. The grating 24 may be similar to those manufactured by Thermo RGL, part number 3325FS-660 and by Optometrics, part number 3-9601. Alternatively, the diffraction grating may be formed using holographic techniques, as is well known in the art. Further, the light dispersion element may include a prism or optical splitter to disperse the light as the light passes therethrough, or a prism having a reflective surface or coating on its backside to reflect the dispersed light.

As best shown in FIG. 2, the diffraction grating 24 directs the separated light 44 to the mirror 26 disposed in the second tier. The mirror 26 reflects the separated light 44 to the bulk lens 28, which focuses the separated light onto the spatial light modulator 30, as shown in FIG. 3. In response to a switching algorithm and input command 46, the spatial light modulator 30 selectively attenuates at least one optical input channel and reflects the channels (one of which is attenuated) back through the same optical path to the pigtail 20 as

US 7,126,740 B2

7

indicated by arrows **94**, and reflects the attenuated portion of optical input channels away from the bulk lens **28** as indicated by arrows **96**, as best shown in FIG. **1**. The attenuated and non-attenuated input channels propagate from the second port **33** to the third port **34** of the optical circulator **18** to provide an output signal **48** from optical fiber **50**.

As shown in FIG. **3**, the spatial light modulator **30** comprises a micro-mirror device **82** having a two-dimensional array of micro-mirrors **84**, which cover a surface of the micro-mirror device. The micro-mirrors **84** are generally square and typically 14–20µ wide with 1µ spaces between them. FIG. **4**a illustrates a partial row of micro-mirrors **84** of the micro-mirror device **82**, when the micro-mirrors are disposed in a first position to reflect the light back along the return path **94** and provide the selected input channel **14** to the optical fiber **50**. FIG. **4**b illustrates a partial row of micro-mirrors **84** when the micro-mirrors are disposed in a second position, and therefore reflected the attenuated portion of the optical input channels **14** away from the return path, as indicated by arrows **96**. The micro-mirrors may operate in a "digital" fashion. In other words, the micro-mirrors either lie flat in a first position, as shown in FIG. **4**a, or be tilted, flipped or rotated to a second position, as shown in FIG. **4**b.

As described herein before, the positions of the mirrors, either flat or tilted, are described relative to the optical path **92** wherein "flat" refers to the mirror surface positioned orthogonal to the optical path, either coplanar in the first position or parallel as will be more fully described hereinafter. The micro-mirrors flip about an axis **85** parallel to the spectral axis **86**, as shown in FIGS. **3** and **5**. One will appreciate, however, that the micromirrors may flip about any axis, such as parallel to the spatial axis **88** or at a 45 degrees angle to the spatial axis.

Referring to FIG. **3**, the micro-mirrors **84** are individually flipped between the first position and the second position in response to a control signal **87** provided by a controller **90** in accordance with a switching algorithm and an input command **46** from the processing unit **54**. The switching algorithm may provide a bit (or pixel) map indicative of the state (flat or tilted) of each of the micro-mirrors **84** of the array to attenuate the desired optical channel(s) **14** to provide the output signal **48** at optical fiber **50** (see FIG. **1**), and thus requiring a bit map for each configuration of channels to be dropped. Alternatively, each group of micromirrors **84**, which reflect a respective optical channel **14**, may be individually controlled by flipping the group of micro-mirrors **84** to direct the channel along a desired optical path.

As shown in FIGS. **1** and **4**a, the micro-mirror device **82** is oriented to reflect the focused light **92** of the input signal **12** back through the bulk lens **28** to the pigtail **20**, as indicated by arrows **94**, to provide the output signal **48**, when the micro-mirrors **84** are disposed in the first position. As shown in FIGS. **1** and **4**b, the focused light **92** reflects away from the bulk lens **28**, as indicated by arrows **96**. This "digital" mode of operation of the micro-mirrors advantageously eliminates the need for any type of feedback control for each of the micro-mirrors. The micro-mirrors are either "on" or "off" (i.e., first position or second position), respectively, and therefore, can be controlled by simple binary digital logic circuits.

FIG. **3** further illustrates the outline of the optical channels **14** of the optical input signal **12**, which are dispersed off the diffraction grating **24** and focused by the bulk lens **28**, onto the array of micro-mirrors **84** of the micro-mirror

8

device **82**. Each optical channel **14** is distinctly separated from other channels across the spectrum and has a generally circular cross-section, such that the input channels do not substantially overlap when focused onto the spatial light modulator **30**. The optical channels have a circular cross-section that project the beam over a multitude of micromirrors **84**, while keeping the optical channels separated by a predetermined spacing. One will appreciate though that the diffraction grating **24** and bulk lens **28** may be designed to reflect and focus any input channel or group of input channels with any desired cross-sectional geometry, such as elliptical, rectangular, square, polygonal, etc. Regardless of the cross-sectional geometry selected, the cross-sectional area of the channels **14** should illuminate a plurality of micro-mirrors **84**, which effectively pixelates the optical channels. In an exemplary embodiment, the cross sectional area of the input channels **14** is generally circular in shape, whereby the spectral width of the optical channel beam spans over approximately 12 micromirrors.

One will appreciate that while the spacing between the channels are predetermined, the spacing between may be non-uniform. For example, one grouping of channels may be spaced to correspond to a 100 GHz spacing, and another group of channels may be spaced to correspond to a 50 GHz spacing.

While the embodiment of an optical filter embodying the present invention described hereinbefore includes optics disposed in two planes, one will appreciate that the optics may be disposed in one plane, as described in co-pending U.S. Patent Application Ser. No. 60/281,079, U.S. Patent Application Ser. No. 60/311,002, and U.S. Patent Application Ser. No. 60/325,066.

The micro-mirror device **82** of FIGS. **1**–**3** is similar to the Digital Micromirror Device™ (DMD™) manufactured by Texas Instruments and described in the white paper entitled "Digital Light Processing™ for High-Brightness, High-Resolution Applications", white paper entitled "Lifetime Estimates and Unique Failure Mechanisms of the Digital Micromirror Device (DMD)", and news release dated September 1994 entitled "Digital Micromirror Display Delivering On Promises of 'Brighter' Future for Imaging Applications", which are incorporated herein by reference.

FIG. **6** illustrates a pair of micro-mirrors **84** of a micromirror device **200** manufactured by Texas Instruments, namely a digital micromirror device (DMD™). The micromirror device **200** is monolithically fabricated by CMOS-like processes over a CMOS memory **202**. Each micromirror **84** includes an aluminum mirror **204**, 16µ square, that can reflect light in one of two directions, depending on the state of the underlying memory cell **202**. Rotation, flipping or tilting of the mirror **204** is accomplished through electrostatic attraction produced by voltage differences between the mirror and the underlying memory cell. With the memory cell **202** in the on (1) state, the mirror **204** rotates or tilts approximately +10 degrees. With the memory cell in the off (0) state, the mirror tilts approximately −10 degrees. As shown in FIG. **7**, the micro-mirrors **84** flip about an axis **205**.

FIGS. **8**a and **8**b illustrate the orientation of a micromirror device **200** similar to that shown in FIG. **6**, wherein neither the first or second position (i.e., on or off state) of the micro-mirrors **84** is parallel to the base or substrate **210** of the micromirror device **200**, as shown in FIGS. **4**a and **4**b. Consequently as shown in FIG. **8**a, the base **210** of the micro-mirror device **200** is mounted at a non-orthogonal angle α relative to the collimated light **83** to position the micro-mirrors **84**, which are disposed at the first position,

9

perpendicular to the collimated light **44**, so that the light reflected off the micro-mirrors in the first position reflect substantially back through the return path, as indicated by arrows **94**, to provide the output signal **48** at optical fiber **50**. Consequently, the tilt angle of the mirror between the horizontal position and the first position (e.g., 10 degrees) is approximately equal to the angle α of the micro-mirror device. FIG. **8***b* is illustrative of the micro-mirror device **200** when the micro-mirrors **84** are disposed in the second position to drop an input channel **14** to the output signal **48** at optical fiber **50**.

As described hereinbefore, the micro-mirrors **84** of the micro-mirror device **200** flip about a diagonal axis **205** as shown in FIGS. **7** and **9***a*. In an exemplary embodiment of the present invention shown in FIG. **9***a*, the optical input channels **14** are focused on the micro-mirror device **200** such that the spectral axis **86** of the optical channels **14** is parallel to the tilt axis **205** of the micro-mirrors. This configuration is achieved by rotating the micro-mirror device 45 degrees compared to the configuration shown in FIG. **3**. Alternatively, the optical channels **14** may be focused such that the spectral axes **86** of the channels are perpendicular to tilt axis **205** of the micro-mirrors. Further, one will appreciate that the orientation of the tilt axis **205** and the spectral axis **86** may be at any angle.

As shown in FIGS. **9***a* and **9***b*, the optical channels **14** are dispersed, such that the optical channels do not substantially overlap spectrally when focused onto the spatial light modulator **36**. For example, as shown in FIGS. **9***a* and **9***c*, the optical channels **14** are sufficiently separated such that when a channel is substantially attenuated or dropped (e.g. approximately 30 dB power loss) the adjacent channels are attenuated less than approximately 0.1% for unmodulated signals and less than approximately 0.2% for a modulated signal. In other words, as shown in FIGS. **9***c* and **9***d*, the optical channels are substantially separated and non-overlapping when an optical channel is attenuated or dropped ($P_{LOSS}$) such that the power of the adjacent channels drops less than a predetermined level (dA) at a predetermined delta (§ f) from the center frequency (or wavelength) of the adjacent channels. For example, for a 50 GHz WDM input signal wherein an optical channel at $\lambda_2$ is attenuated ($P_{LOSS}$) greater than 30 dB, the loss (dA) at adjacent channels is approximately less than 0.2 dB at the channel center +/−10 GHz.

In FIG. **10**, an embodiment of a multi-functional optical device **300** in accordance with the present invention is shown. The device combines the functions of an optical channel monitor (OCM) and an optical filter using one spatial modulator including a micromirror device. The optical device includes an optical filter portion **302** substantially the same as the optical filter **10** of FIGS. **1**–**3** described hereinbefore, and therefore like components have the same reference numerals. The functionality of the OCM is added to the filter portion **302** by adding a second pigtail **304**, a second circulator **306**, a photodetector **308** and a processing unit **310**. Not only does the OCM use a common spatial light modulator **30** in this embodiment, the OCM uses common free-space optics, namely the collimator **22**, mirror **26**, diffraction grating **24** and Fourier lens **28**. The OCM portion **312** of the optical device **300** is substantially the same as the OCM described in co-pending U.S. Patent Application Ser. No. 60/325,066, which is incorporated herein by reference in its entirety.

The ends of the pigtails **20**, **304** are spaced in the spatial direction **88** so that the input light **12**, **314** of the filter portion **302** and OCM portion **312**, respectively, propagate

10

along separate optical paths and intersect the micromirror device **82** in separate non-overlapping areas. As a result, the diffracted light **92**, **316** is spaced spatially on the micromirror device **82** as illustrated in FIG. **11**. As shown, the diffracted light **316** of the input light **314** of the OCM **312** is spread spectrally over the upper portion of the micromirror device **82**, and the diffracted light **92** of the input light **12** of the optical filter **302** is spread spectrally over the lower portion of the micro-mirror device.

For the OCM **304**, a portion of the micromirrors are tilted to the second position, as indicated by the black squares, to reflected the optical channels **14** at $\lambda_1$, $\lambda_2$ and $\lambda_4$–$\lambda_N$ away from the return path **318** as indicated by arrows **96**. The other micromirrors associated with the optical channel **14** at $\lambda_3$ is tilted to the first position, as indicated by the white squares, to reflect the optical channel at $\lambda_3$ back along the return path **318** to the second pigtail **304**. The returned optical channel **14** at $\lambda_3$ passes through the second circulator **306** to the photodetector **308**, which provides an electrical signal **320** indicative of the returned optical channel to the processing unit **310**. The processing unit provides an output signal to an external device(s) **322** and a control signal **46** to controller **90** of the spatial light modulator **30** to control the flipping of the micromirrors **84** for reflecting any optical channel or channels **14** to the photodetector **308** for sensing.

The optical filter **302** substantially operates as described hereinbefore. As shown in FIG. **11**, the micromirrors **84** of the micromirror device **82** are selectively tilted to attenuate at least one optical channel **14**. For instance, the optical channel **14** at $\lambda_1$ attenuate the upper and lower portions of the channel by tilting the micromirrors disposed at the upper and lower portions of the channel to the second position, as indicated by the black squares, to reflect the corresponding portions of light away from the return path **94** as indicated by arrows **96**. The other micromirrors disposed over the remaining portion of the optical channel **14** at $\lambda_1$ are tilted to the first position, as indicated by the white squares, to reflect that portion of the optical channel back along the return path to the first pigtail **20** to provide an output signal **48** at optical fiber **50**. As shown in FIG. **11**, any pattern or number of micromirrors may be titled to the second position to attenuate a particular optical channel **14**. Further, the present invention contemplates that the micro-mirrors **84** of the optical filter **302** may be tilted to function as a blocking filter as described in U.S. Patent Application Ser. No. 60/344,585, which is incorporated herein by reference in its entirety. Further, it is also contemplated that the micromirrors of the optical filter **302** may be titled to function as a dynamic gain equalization filter (DGEF) as described in U.S. Patent Application Ser. Nos. 60/281,019 and 60/311, 002, which are incorporated herein by reference in their entirety.

While the DGEF (or optical filter) **302** and the OCM **312** of the multifunctional device of FIG. **9***a* operate independently having separate inputs and outputs, the present invention contemplates providing the output **50** of the DGEF to the input **321** of the OCM to provide a closed loop DGEF for a smart node, similar to that described in U.S. Patent Application Ser. No. 60/354,794, which is incorporated herein by reference in its entirety. In the operation, the OCM detects the output signal **48** of the DGEF **302** and provides a feedback signal **46** to the spatial light modulator **30**. The controller **90** of FIG. **11** then flips the micromirrors **84** to adjust the attenuate of the channels **14** of the optical channels of the input signal **12** of the DGEF.

In FIG. **12**, an embodiment of a multifunctional optical device **400** in accordance with the present invention is

US 7,126,740 B2

11                                                                    12

shown. The optical device **400** combines the functions of an optical channel monitor (OCM) and a reconfigurable optical add/drop multiplexer (ROADM) using one spatial modulator **30** including a micromirror device **82**. The optical device includes an OCM portion **402** substantially the same as the OCM portion **312** of FIG. **10** described hereinbefore, and therefore like components have the same reference numerals. The functionality of the ROADM is added to the OCM **402** by adding second and third pigtails **404**, **406**, second and third circulators **408**, **410**, and a second set of free-space optics **412** similar to the first set of free-space optics **414**. The second set of free-space optics includes a collimator **422**, a mirror **426**, a diffraction grating **424** and a Fourier lens **428**. Similar to the optical device **300**, both the OCM and ROADM use the first set of free-space optics **414**, namely the collimator **22**, mirror **26**, diffraction grating **24** and Fourier lens **28**, and a common spatial light modulator **30**. The ROADM portion **430** of the optical device **400** is substantially the same as an ROADM described in co-pending U.S. Patent Application Ser. No. 60/325,065, which is incorporated herein by reference in its entirety.

The ends of pigtails **304**, **404** are spaced in the spatial direction **88** so that the input signal **314**, **418** of the OCM portion **402** and the ROADM portion **430**, respectively, propagate along separate optical paths. Consequently, the diffracted light **316**, **431** is spaced on the micromirror device **82** as illustrated in FIG. **13**. As shown, the diffracted light **316** of the input light **314** of the OCM **312** is spread spectrally over the upper portion of the micromirror device **82**, and the diffracted light **431** of the input light **12** of the ROADM **430** is spread spectrally over the lower portion of the micromirror device.

The OCM **402** substantially operates as described hereinbefore for the OCM **313** of FIGS. **10**, **11**. As shown in FIG. **13**, a portion of the micromirrors **84** are tilted to the second position, as indicated by the black squares, to reflected the optical channels **14** at $\lambda_1$, $\lambda_2$, and $\lambda_4$–$\lambda_N$ away from the return path **31** as indicated by arrows **96**. The other micromirrors associated with the optical channel **14** at $\lambda_3$ are tilted to the first position, as indicated by the white squares, to reflect the optical channel at $\lambda_3$ back along the return path **318** to pigtail **304**. The returned optical channel at $\lambda_3$ passes through the circulator **316** to the photodetector **308**, which provides an electrical signal **320** indicative of the returned optical channel **14** to the processing unit **310**. The processing unit provides an output signal to an external device(s) **322** and a control signal **46** to controller **90** of the spatial light modulator **30** to control the flipping of the micromirrors **84** for reflecting any optical channel or groups/band(s) of channels **14** to the photodetector **308** for sensing.

Referring to FIG. **12**, the ROADM **430** comprises a pair of optical portions **412**, **414** wherein one portion receives the optical input signal **418** and the other portion **412** receives an optical add signal **432**. The optics of the optical portion **414** is disposed in two tiers or horizontal planes similar to that described in FIGS. **1** and **2**. Specifically, the optical portion **414** includes a three-port circulator **408**, an optical fiber or pigtail **404**, a collimator **22**, a light dispersive element **24**, a mirror **26**, and a bulk lens **28** for directing light to and from a spatial light modulator **30**.

The circulator **408** receives the WDM input signal (IN) **418** from an optical network (not shown) via optical fiber **434**, and directs the input light to the pigtail **404**. The input signal **418** exits the pigtail **404** (into free space) and passes through the collimator **22**, which collimates the input signal. The collimated input signal **40** is incident on the light dispersion element **24** (e.g., a diffraction grating or a prism),

which separates spatially the optical channels of the collimated input signal **40** by diffracting or dispersing the light from (or through) the diffraction grating **24**.

The diffraction grating **24** directs the separated light **44** to the mirror **26**. The mirror **26** reflects the separated light **44** to the Fourier lens **28** which focuses the separated light onto the spatial light modulator **30**, as shown in FIG. **13**. In response to a switching algorithm and input command **46**, the spatial light modulator **30** reflects selected optical input channel(s) away from the Fourier lens (i.e., the dropped channels) to the other optical portion **412** and reflects the remaining optical input channel(s) (i.e., returned or express optical channels) back through the same optical path to the pigtail **404**. The returned optical input channel(s) propagates through the optical circulator **408** to provide an express output signal **438** from optical fiber **440**.

The dropped channel(s) passes through the other optical portion **412** of the ROADM **430**. Specifically, the dropped channel(s) passes through the bulk lens **428** (e.g., a Fourier lens), and then reflects off the mirror **426** onto a light diffraction element **424** (e.g., a diffraction grating). The diffraction grating **424** further disperses the dropped channel(s). A collimator **422** focuses the dispersed light **62** onto the second pigtail **406**, which is optically connected to the second 3-port circulator **410**. The dropped channel(s) propagates from the second pigtail **406** to the output optical fiber **442** to provide an optical drop signal **444**.

One or more optical channels **14** of an optical WDM add signal **432** may be added to the express/output signal **438** by providing to the optical fiber **446** the optical channels to be added. The added channel(s) **14** exits the pigtail **406** and passes through the collimator **422** to the diffraction grating **424**, which separates spectrally the add channels of the collimated add signals **450** by dispersing or diffracting from (or through) the diffraction grating **424**. The diffraction grating **424** directs the separated light **452** to the mirror **426** disposed in the second tier, similar to that described above in FIG. **2**. The mirror **426** reflects the separated light **452** to the Fourier lens **28**, which focuses the separated light **452** onto the spatial light modulator **30**. The spatial light modulator **30** reflects selected add channel(s) of the separated light **452** to the Fourier lens **428** and reflects the remaining add channel(s) away from the spatial light modulator **30**, as shown by arrows **454**.

The selected add channel(s) **19** passes through the Fourier lens **28**, which are then reflected off the mirror **26** onto the diffraction grating **24**. The diffraction grating **24** further disperses the selected add channel(s) onto the collimator **22** which focuses the selected add channels to the pigtail **404**. The selected add channel(s) propagates from the pigtail **404** to optical fiber **440**, to thereby add the selected added channel(s) to the express/output signal **438**. As will be described hereinafter, the selected add channels **19** and input channels **14** at the same wavelengths reflect off the same portion of spatial light modulator **30**, and therefore when an add channel **19** is added to the express signal **438**, the corresponding input channel **14** is dropped simultaneously.

In the operation of the ROADM **430**, portions of the micromirrors **84** are tilted to the second position, as indicated by the black squares, to add and/or drop optical channels at $\lambda_2$, $\lambda_6$, $\lambda_7$ and $\lambda_{10}$. Specifically, the micromirrors at **456** reflect the optical channels **14** of the input light **418** at $\lambda_2$, $\lambda_6$, $\lambda_7$ and $\lambda_{10}$ away from the return path **433**, as indicated by arrows **458**, to the drop output **442**. Further, the micromirrors at **456** reflect the optical channels **14** of the add signal **432** at $\lambda_2$, $\lambda_6$, $\lambda_7$ and $\lambda_{10}$ along the return path, as indicated by arrows **433**, to the express output **440**. When

13

the micromirrors **84** are tilted to the first position, as indicated by the white squares, the optical channels **14** of the input signal **418** are returned to the express output **440**, while the optical channels of the add signal **432** reflect along the optical path indicated by arrows **454**.

In FIG. **14**, an embodiment of a multi-functional optical device **500** in accordance with the present invention is shown. The optical device **500** combines the function of a reconfigurable optical filter **502**, an optical channel monitor (OCM) **504** and a reconfigurable optical add/drop multiplexer (ROADM) **506** using one spatial modulator **30**. The optical filter portion **502** is substantially the same as the optical filter portion **302** of FIG. **10** as described hereinbefore. The OCM portion **504** is substantially the same as the OCM portion **302** of FIG. **10** as described hereinbefore. The ROADM portion **506** is substantially the same as the ROADM portion **430** of FIG. **12** as described hereinbefore.

Not only does each device **502**, **504**, **506** use a common spatial light modulator **30** in this embodiment, the devices use a common set of free-space optics, namely the collimator **22**, mirror **26**, diffraction grating **24** and Fourier lens **28**, similar to the device **400** of FIG. **12**. The ends of the pigtails **20**, **304**, **404** of each device **502**, **504**, **506**, respectively, are spaced in the spatial direction **88** so that the input light **12**, **314**, **418** of the devices **502**, **504**, **506** propagate along separate optical paths. Consequently, the diffracted light is spaced spatially on the micromirror device as illustrated in FIG. **15**. As shown, the diffracted light of the input light **12** of the optical filter **502** is spectrally spread over the upper portion of the micromirror device **82**, the diffracted light of the input light **418** and add light **432** of the ROADM **506** is spectrally spread over the intermediate portion of the micromirror device, and the diffracted light of the input light **314** of the OCM **504** is spectrally spread over the lower portion of the micromirror device. The operation of the devices **502**, **504**, **506** is the same as the optical filter **302** of FIGS. **10**, the OCM **312** of FIG. **10** and the ROADM portion **430** of FIG. **12**, as described hereinbefore.

In FIG. **16**, an embodiment of a multi-functional optical device **600** in accordance with the present invention is shown. The device **600** combines the functions of an interleaver/deinterleaver device **602**, a dual pass blocking filter **604** and a reconfigurable optical add/drop multiplexer (ROADM) **606** using one spatial modulator **30**. Similar to the embodiments described hereinbefore, the devices **602**, **604**, **606** also use a common set of free-space optics **414**, namely the collimator **22**, mirror **26**, diffraction grating **24** and Fourier lens **28**, similar to the device **400** of FIG. **12**. In addition, the interleaver/deinterleaver device **602** and the ROADM **606** also use a second set of common optics **412** that comprise the collimator **422**, mirror **426**, diffraction grating **424** and Fourier lens **428**, similar to the device **400** of FIG. **12**. The ROADM portion **606** is substantially the same as the ROADM portion **430** of FIG. **12**, as described hereinbefore.

The functionality of the interleaver/deinterleaver device **602** is added to the ROADM device **606** by adding an input pigtail **610**, a circulator **612**, and an output pigtail **614**. Not only does the interleaver/deinterleaver device **602** use a common spatial light modulator **30** in this embodiment, the interleaver/deinterleaver device uses common first and second set of free-space optics **412**, **414**, namely the collimators **22**, **422**, mirrors **26**, **426**, diffraction grating **24**, **424** and Fourier lens **28**, **428**. The interleaver/deinterleaver portion **602** of the optical device **600** is substantially the same as the interleaver/deinterleaver described in co-pending U.S.

14

Patent Application Ser. No. 60/325,064, which is incorporated herein by reference in its entirety.

The functionality of the dual pass blocking filter **604** is added to the ROADM device **606** by adding a pair of three-port circulators **620**, **622** and a pair of input pigtails **624**, **626**. Not only does the blocking filter **604** use a common spatial light modulator **30** in this embodiment, the blocking filter uses common set of free-space optics **412**, namely the collimators **22**, mirrors **26**, diffraction grating **24**, and Fourier lens **28**. The blocking filter **604** of the optical device **600** is substantially the same as the blocking filter described in co-pending U.S. Patent Application Ser. No. 60/344,585, which is incorporated herein by reference in its entirety.

The ends of the input pigtails **610**, **622**, **624**, **404** of each device **602**, **604**, **606** are spaced in the spatial direction **88** so that the input light **630**, **632**, **418** of the devices **602**, **604**, **606** propagate along separate optical paths. Consequently, the diffracted light is spaced spatially on the micromirror device **82** as illustrated in FIG. **17**. As shown, the diffracted light of the input light **630** of the interleaver device **602** is spectrally spread over the upper portion of the micromirror device **82**, the diffracted light of the input light **632** of the blocking filter **604** is spectrally spread over the intermediate portion of the micromirror device, and the diffracted light of the input light **418** of the ROADM **606** is spectrally spread over the lower portion of the micromirror device. The operation of the ROADM **606** is the same as the ROADM portion **312** of FIG. **12**, as described hereinbefore.

The interleaver/deinterleaver device **602** may function as an interleaver device or a deinterleaver device. As an interleaver, the device combines at least two optical WDM input signals **630**, **634** into a single optical output signal **636**. In one embodiment, as shown, one input signal **630** includes the odd input channels **14** (e.g., $\lambda_1$, $\lambda_3$, $\lambda_5$), and the other input signal **634** includes the even input channels (e.g., $\lambda_2$, $\lambda_4$, $\lambda_6$). The combined input signals **630**, **634** provide a WDM output signal having each input channel **14**, **14'** (e.g., $\lambda_1$–$\lambda_6$). As a deinterleaver, the deinterleaver device separates an optical WDM input signal **642** into at least two optical output signals **638**, **640**. In one embodiment, as shown, the input signal **642** includes a WDM output signal having input channels at $\lambda_1$–$\lambda_6$. The input signal **642** is separated such that one output signal **638** includes the odd input-channels **14**,**14'** (i.e., $\lambda_1$, $\lambda_3$, $\lambda_5$), and the other output signal **640** includes the even input channel (i.e., $\lambda_2$, $\lambda_4$, $\lambda_6$). In FIG. **16**, the input signals **630**, **634** and output signal **636** of the interleaver device are shown as solid arrows, while the input signal **642** and the output signals **638**, **640** of the deinterleaver device are shown as dashed arrows. To simplify the description of the present invention, the interleaver/deinterleaver device is described as an interleaver, however, one should appreciate that the device may function as a deinterleaver by configuring one of the input ports to an output port, as illustrated by the dashed arrows **638**, **640**, **642**.

Accordingly, the interleaver device **602** comprises a pair of optical portions **412**, **414** that focuses and receives light to and from the spatial light modulator **30**. A three-port circulator **612** provides input signals **630** to and receives an output signal **636** (at optical fiber **644**) from the optical portion **414** via pigtail **610**. The pigtail **614** receives the other input signal **634** from the second optical portion **412**.

The first input signal **630** exits pigtail **610** (into free space) and passes through the first collimator **22**, which collimates the first input signal. The collimated input signal is incident on the light dispersion element **24** (e.g., a diffraction grating or a prism), which separates spatially the optical channels of

US 7,126,740 B2

15

the collimated input signal by diffracting or dispersing the light from (or through) the first light dispersion element. The diffraction grating 24 directs the separated light to the mirror 26. The first mirror 26 reflects the separated light to the first bulk lens 28 (e.g., a Fourier lens), which focuses the separated light onto the spatial light modulator 30, as shown in FIG. 17.

In response to a switching algorithm and input command 46, the spatial light modulator 30 reflects the optical input channel(s) 14 of first input signal back through the same optical path to the pigtail 610. The returned optical input channel(s) propagates to the optical circulator 612 to provide an output signal 636 from optical fiber 642.

The optical channels 14' of the second input signal 634 are combined with or added to the output signal 636. The channel 14' of the second input signal 634 exit the second pigtail 614 and passes through the collimator 422 to the diffraction grating 424, which separates spectrally the channels 14' of the collimated second input signal 634 by dispersing or diffracting from (or through) the diffraction grating 424. The diffraction grating 424 directs the separated light to the mirror 426 for the optical portion 412. The mirror 426 reflects the separated light to the bulk lens 428, which focuses the separated light onto the spatial light modulator 30. As shown in FIG. 17, the separated light of the first input signal 630 and the separate light of the second input signal 634 occupy different, alternating portion (or sections) of the spatial light modulator 30. The spatial light modulator 30 reflects the channel 14' of the separated light to the bulk lens 28.

The channel 14' of the second input signal 634 passes through the bulk lens 28, which are then reflected off the mirror 26 onto the diffraction grating 24. The diffraction grating 24 further disperses the channel 14' onto the collimator 22 which focuses the channels 14' to the pigtail 610. The channels 14' propagate from the pigtail 610 to optical fiber 642, to thereby combine the channels 14' to the output signal 636.

FIG. 17 further illustrates the outline of the optical channels 14, 14' of the first and second input signals 630, 634, respectively, which are dispersed off respective diffraction gratings 24, 424 and focused by bulk lens 28, 428 respectively, onto the array of micro-mirrors 84 of the micro-mirror device 82. Each channel 14, 14' is distinctly separated from other channels across the spectrum and have a generally circular cross-section, such that the optical channels do not substantially overlap spatially when focused onto the spatial light modulator 30. The optical channels have a circular cross-section to project as much of the beam as possible over a multitude of micro-mirrors 84, while keeping the optical channels separated by a predetermined spacing. One will appreciate though that the diffraction gratings 24, 424 and bulk lens 28, 428 may be designed to reflect and focus any optical channel or group of optical channels with any desired cross-sectional geometry, such as elliptical, rectangular, square, polygonal, etc. Regardless of the cross-sectional geometry selected, the cross-sectional area of the channels 14 should illuminate a plurality of micro-mirrors 84, which effectively pixelates the optical channels.

FIG. 17 further illustrates the position of the micro-mirrors 84 of the micro-mirror device 82 for combining the optical channels 14, 14' of the input signals 630, 634. The outline of each channel 14, 14' is shown to provide a reference to visually locate the groups of tilted mirrors 650. As shown, the groups of mirrors 650 associated with each respective optical channel 14' at $\lambda_2, \lambda_4, \lambda_6, \lambda_8, \lambda_{10}, \lambda_{12}$ of

16

second input signal 634 are tilted away from the return path to the second position, as indicated by the blackening of the micro-mirrors 84. Each group of tilted mirrors 650 provides a generally rectangular shape, but one will appreciate that any pattern or shape may be tilted to redirect an optical channel. In an exemplary embodiment, each group of micro-mirrors 650 reflects substantially all the light of each respective optical channel 14' and reflects substantially no light of any adjacent channels. The remaining micro-mirrors 84 reflects substantially all the light of each channel 14 at $\lambda_1, \lambda_3, \lambda_5, \lambda_7, \lambda_9$ are flat (i.e., first position), as indicated by the white micro-mirrors, to reflect the light back along the return path to the first pigtail 610, as described hereinbefore.

Referring to FIGS. 16 and 17 in the operation of the blocking filter 604, the input signal 632 is first dispersed by the diffraction grating 24 onto the micro-mirror device 82 of the spatial light modulator 30. Each input channel 14 is spread along the spectral axis 86 as shown in FIG. 17. The groups 452, 453, 454 of shaded micro-mirrors 84 delete the optical input channels at $\lambda_2, \lambda_6, \lambda_7$ and $\lambda_{10}$ of the input signal 632, and reflect the through input channels at $\lambda_1, \lambda_3-\lambda_5, \lambda_8, \lambda_9$ and $\lambda_{11}-\lambda_N$ back to the first pigtail 622. The through input channels at $\lambda_1, \lambda_3-\lambda_5, \lambda_8, \lambda_9$ and $\lambda_{11}-\lambda_N$ then propagate to second pigtail 624 through the circulators 620, 622 respectively. The end of the second pigtail 624 is displaced spatially such that the through input channels 14' at $\lambda_1, \lambda_3-\lambda_5, \lambda_8, \lambda_9$ and $\lambda_{11}-\lambda_N$ are dispersed onto the micro-mirror device 82 and spaced in the spatial axis 88 a predetermined distance from the input channels 14 at $\lambda_1-\lambda_N$, as shown in FIG. 17. The micro-mirrors 84 are tilted to reflect the selected input channel 14' back to second pigtail 624, while the micro-mirrors adjacent the input channels at $\lambda_2, \lambda_6, \lambda_7$ and $\lambda_{10}$ are tilted to delete any remaining light. The through input channels 14' then propagate through the second circulator 622 to the output fiber 656 to provide output signal 658.

While the embodiments of the present invention described hereinbefore provide optical channels having a circular cross-section imaged on the micromirror device 82 of the spatial light modulator 30, the present invention contemplates imaging optical channels onto the micromirror device having different cross-sectional geometry as shown in FIG. 18. As shown, the cross-sectional geometry of one optical function is elliptical while the cross-sectional geometry of the second optical function is circular. To accomplish the different cross-sections using the same optical components (e.g., collimator 28), an additional lens 700 (e.g., a cylindrical lens) is provided in the optical path of one of the collimated light beams as shown in FIG. 19.

In the embodiments of the present invention described hereinbefore, the launch pigtails of the optical function are spaced in the spatial direction 88 that results in the channels of the corresponding input signals being similarly space in the spatial direction. The present invention, however, contemplates spacing the launch pigtail in the spectral direction 86, such that the respective input channels 14 of each function are spaced sequentially in the spectral direction as shown in FIGS. 20 and 21a. FIG. 20 is also illustrative of the optical channels of each input signal having a different cross-sectional geometry, and the channels of the respective input channels have different spacing.

FIG. 21a illustrates an optical channel of the second function that is spread over a large number of micromirrors 84 similar to that used to provide an optical chromatic dispersion compensation device as described in U.S. Patent Application Ser. No. 60/332,318 which is incorporated herein by reference. FIG. 21b shows an embodiment

17
18

wherein the optics (i.e., collimating lens **26**, bulk lens **34** and diffraction grating **24**) spread or disperse the input light onto the micromirror device such that the optical channels substantially overlap. The tilt of a micromirror will filter or attenuate the light of two or more adjacent channels. See patent application Ser. No. 10/115,647 for an example of this technology applied to a digital signal equalizers.

FIG. **22** shows an embodiment of a reconfigurable multifunctional optical device generally indicated as **1000** having optical portions **15**, **16** with one or more optical PDL devices **1002**, **1004**, **1006**, **1008** for minimizing polarization dependence loss (PDL). The one or more optical PDL devices **1002**, **1008** are arranged between the capillary tube **36** and the grating **24**, while the one or more optical PDL devices **1004**, **1006** are arranged between the grating **24** and the spatial light modulator **30**.

The optical PDL device **1002** may include a polarization splitter for splitting each channel into its pair of polarized light beams and a rotator for rotating one of the polarized light beams of each optical channel. The optical PDL device **1008** may include a rotator for rotating one of the previously rotated and polarized light beams of each optical channel and a polarization splitter for combining the pair of polarized light beams of each channel.

The one or more optical devices **1002**, **1004**, **1006**, **1008** may be incorporated in any of the embodiments shown and described above, including but not limited to the embodiments shown and described above.

In effect, as a person skilled in the art will appreciate, a diffraction grating such as the optical elements **42**, **54** has a predetermined polarization dependence loss (PDL) associated therewith. The PDL of the diffraction grating **24** is dependent on the geometry of the etched grooves **42** of the grating. Consequently, means to mitigate PDL may be desired. The λ/4 plate between the spatial light modulator **30** and the diffraction grating(s) **24**, **54** (before or after the bulk lens **28**, **52**) mitigates the PDL for any of the embodiments described hereinbefore. The fast axis of the λ/4 plate is aligned to be approximately 45 degrees to the direction or axis of the lines **42** of the diffraction grating **24**. The mirror is angled to reflect the separated channels back through the λ/4 plate to the diffraction grating. In the first pass through the λ/4 plate, the λ/4 plate circularly polarizes the separated light. When the light passes through the λ/4 plate again, the light is linearly polarized to effectively rotate the polarization of the separated channels by 90 degrees. Effectively, the λ/4 plate averages the polarization of the light to reduce or eliminate the PDL. One will appreciate that the λ/4 plate may not be necessary if the diffraction grating has low polarization dependencies, or other PDL compensating techniques are used that are known now or developed in the future.

As shown and described herein, the polarized light beams may have a generally circular cross-section and are imaged at separate and distinct locations on the spatial light modulator **30**, such that the polarized light beams of the optical channels do not substantially overlap spatially when focused onto the spatial light modulator, as shown, for example, in FIGS. **6**, **18**, **25**, **34** and **35**.

FIG. **23** shows a reconfigurable multifunctional optical device generally indicated as **1600** similar to that shown above, except that the micromirror device is oriented such that the tilt axis **85** is perpendicular to the spectral axis **86**. The reconfigurable multifunctional optical device **1600** has a chisel prism **1602** arranged in relation to the spatial light modulator **30**, a set of optical components **1604**, a retromirror **1605** and a complimentary set of optical components

**1606**. The underlying configuration of the reconfigurable multifunctional optical device **1600** may be implemented in any of the embodiments show and described above in relation to that shown and described above in which the pivot or tilt axis of the mirrors of the DVD device is perpendicular to the spectral axis of the channels projected on the DVD device.

The set of optical components **1604** and the complimentary set of optical components **1606** are similar to the optical portions **15**, **16** shown and described herein. For example, see FIG. **1A**. The spatial light modulator **30** is shown and described herein as the well known DMD device. The chisel prism **1602** has multiple faces, including a front face **1602a**, first and second beveled front faces **1602b**, **1602c**, a rear face **1602d** and a bottom face generally indicated by **1602e**. (It is noted that in embodiments having no retroflector or third optical path only two front faces are used, and in embodiments having a retroflector all three front faces are used.) Light from the set of optical components **1604** and the complimentary set of optical components **1606** passes through the chisel prism **1602**, reflects off the spatial light modulator, and passes back through the chisel prism **1602**.

The chisel prism design described herein addresses a problem in the optical art when using micromirror devices. The problem is the ability to send a collimated beam out to a reflective object and return it in manner that is insensitive to the exact angular placement of the reflective object. Because a light beam is typically collimated and spread out over a relatively large number of micromirrors, any overall tilt of the array causes the returned beam to "miss" the optical component, such as a pigtail, intended to receive the same.

The present invention provides a way to reduce the tilt sensitivity by using a classical optical design that certain combinations of reflective surfaces stabilize the reflected beam angle with respect to angular placement of the reflector. Examples of the classical optical design include a corner-cube (which stabilize both pitch and yaw angular errors) or a dihedral prism (which stabilize only one angular axis.).

One advantage of the configuration of the present invention is that it removes the tilt sensitivity of the optical system (which may comprise many elements besides a simple collimating lens such as element **26** shown and described above) leading up to the retro-reflective spatial light modulator **30**. This configuration allows large beam sizes on the spatial light modulator without the severe angular alignment sensitivities that would normally be seen.

Patent application Ser. No. 10/115,647, which is hereby incorporated by reference, shows and describes the basic principal of these highly stable reflective elements in which all the surfaces of the objects being stable relative to one another, while the overall assembly of the surfaces may be tilted without causing a deviation in reflected angle of the beam that is large compared to the divergence angle of the input beam.

FIG. **24** illustrates a schematic diagram of reconfigurable multifunctional optical device generally indicated as **1700** that provides improved sensitivity to tilt, alignment, shock, temperature variations and packaging profile, which incorporates such a tilt insensitive reflective assembly. The scope of the invention is intended to include using the chisum prism technology described herein in any one or more of the embodiments described herein.

Similar to the embodiments described hereinbefore, and by way of example, the reconfigurable multifunctional optical device **1700** includes a first set of optical components having a dual fiber pigtail **1702** (circulator free operation),

19

the collimating lens **26**, a bulk diffraction grating **42**, a Fourier lens **34**, a 1/4λ plate **35**, a reflector **26** and a spatial light modulator **1730** (similar to that shown above). The dual fiber pigtail **1702** includes a transmit fiber **1702***a* and a receive fiber **1702***b*. The first set of optical components typically provide a first optical input signal having one or more optical bands or channels on the receive fiber **1702***b*, as well as providing an optical output signal on the transmit fiber **1702***b*.

Similar to the embodiments described hereinbefore, the reconfigurable multifunctional optical device **1700** also includes a complimentary set of optical components **1703** for providing a second optical input signal, which is typically an optical signal to be added to the first optical input signal.

The reconfigurable multifunctional optical device **1700** also includes a chisel prism **1704** having multiple internally reflective surfaces, including a top surface, a back surface, as well as transmissive surfaces including two front surfaces and a bottom surface, similar to that shown in FIG. **23**. The micro-mirror device **1730** is placed normal to the bottom surface, as shown. In operation, the chisel prism **1704** reflects the first optical input signal from the first set of optical components and the second optical input signal from the complimentary set of optical components **1703** both to the spatial light modulator **1730**, and reflects the optical output signal back to the first set of optical components.

The chisel prism **1704** decreases the sensitivity of the optical filter to angular tilts of the optics. The insensitivity to tilt provides a more rugged and robust device to shock vibration and temperature changes. Further, the chisel prism **1704** provides greater tolerance in the alignment and assembly of the optical filter **1700**, as well as reduces the packaging profile of the filter. To compensate for phase delay associated with each of the total internal reflection of the reflective surfaces of the prism (which will be described in greater detail hereinafter), a λ/9 wave plate **1708** is optically disposed between the prism **1704** and the λ/4 wave plate **35**. An optical wedge or lens **1710** is optically disposed between the λ/4 wave plate **35** and the diffraction grating **30** for directing the output beam from the micro-mirror device **1730** to the receive pigtail **1702***a* of the dual fiber pigtail **1702***b*. The optical wedge or lens **1710** compensates for pigtail and prism tolerances. The scope of the invention is intended to cover embodiments in which the optical wedge **1710** is arranged parallel or oblique to the front surface of the wedge **1704**. Moreover, as shown, these components are only arranged in relation to one front surface; however, as a person skilled in the art would appreciate, these optical components would typically be arranged in relation to any one or more front surfaces shown in FIG. **24**, as well as the front surfaces in the other chisel prism embodiments shown ad described herein.

The optical device **1700** further includes a telescope **1712** having a pair of cylindrical lens that are spaced a desired focal length. The telescope **1712** functions as a spatial beam expander that expands the input beam (approximately two times) in the spectral plane to spread the collimated beam onto a greater number of lines of the diffraction grating. The telescope **1712** may be calibrated to provide the desired degree of beam expansion. The telescope advantageously provides the proper optical resolution, permits the package thickness to be relatively small, and adds design flexibility.

A folding mirror **1714** is disposed optically between the Fourier lens **34** and the λ/4 wave plate **35** to reduce the packaging size of the optical filter **1700**.

20

FIG. **25** shows a practical embodiment of a tilt-insensitive reflective assembly **1800** comprising a specially shaped prism **1804** (referred as the "chisel prism") arranged in relation to the micro-mirror device **1830**, a set of optical components as shown, a compliment set of optical components generally indicated as **1805**, as well as a retroreflector **1803** consistent with that discussed above.

Unlike an ordinary 45 degree total internal reflection (TIR) prism, in this embodiment the back surface **1821** of the prism **1804** is cut at approximately a 48 degree angle indicated as **1804***a* relative to the bottom surface **1820** of the prism **1804**. The top surface **1822** of the prism **1804** is cut at a 4 degree angle indicated as **1804***b* relative to the bottom surface **1820** to cause the light to reflect off the top surface **1822** via total internal reflection. The front surface **1823** of the prism **1804** is cut at a 90 degree angle relative to the bottom surface **1820**. The prism **1804** therefore provides a total of 4 surface reflections in the optical assembly (two TIRs off the back surface **1821**, one TIR off the micromirror device **1830**, and one TIR off the top surface **1822**.)

In order to remove the manufacturing tolerances of the prism angles, a second smaller compensating prism or wedge **1810** (or wedge), having a front surface cut at a shallow angle (e.g., as 10 degrees) with respect to a back surface, may also be used. Slight tilting or pivoting about a pivot point of the compensation wedge **1810** causes the light beam to be pointed in the correct direction for focusing on the receive pigtail **1802**.

The combination of the chisel prism **1804** and the compensation wedge **1810** allows for practical fabrication of optical devices that spread a beam out over a significant area and therefore onto a plurality of micromirrors, while keeping the optical system robust to tilt errors introduced by vibration or thermal variations.

In FIG. **26**, the input light rays **1826***a* first pass through the λ/4 wave plate **35** and the λ/9 wave plate **1840**. The input rays **1826***a* reflect off the back surface **1821** of the prism **1804** the micro-mirror device **1830**. The rays **1826***b* then reflect off the micromirror device **1830** back to the back surface **1821** of the prism **1804**. The rays **1826***b* then reflect off the top surface **1822** for a total of 4 surfaces (an even number) and passes through the front surface **1823** of the prism **1804**. The rays **1826***b* then pass back through the λ/4 wave plate **35** and the λ/9 wave plate **1840** to the wedge **1810**. The wedge **1810** redirects the output rays **1826***c* to the receive pigtail **1802** (FIG. **24** of the dual fiber pigtails **1802**. As shown by arrows, the wedge **1810** may be pivoted about its long axis **1850** during assembly to slightly steer the output beam **1826***c* to the receive pigtail **1802** with minimal optical loss by removing manufacturing tolerances of the chisel prism.

In FIG. **25**, the prism **1804** (with wave plates **35**, **1840** mounted thereto) and the micro-mirror device **1830** are mounted or secured in fixed relations to each other. The prism **1804** and micro-mirror device **1830** are tilted a predetermined angle off the axis of the input beam **614** (e.g., approximately 9.2 degrees) to properly direct the input beam onto the micromirrors of the micromirror device, as described hereinbefore. The wedge **1810** however is perpendicular to the axis of the input beam **1826***a*. Consequently, the receive pigtail of the dual fiber pigtail **1802** is rotated a predetermined angle (approximately 3 degrees) from a vertically aligned position with the transmit pigtail. Alternatively, the wedge **1810** may be rotated by the same predetermined angle as the prism and the micromirror device (e.g., approximately 9.2 degrees) from the axis of the

US 7,126,740 B2

21

input beam. As a result, the receive pigtail of the dual pigtail assembly **1802** may remain vertically aligned with transmit pigtail.

FIGS. **27a** and **27b** illustrate a technique to compensate for this diffraction effect introduced by the micromirror array **100**, described hereinbefore. As shown, each optical channel **14** is dispersed onto the micro-mirrors array **100** along the spectral axis or direction **86** such that each optical channel or group of optical channels are spread over a plurality of micro-mirrors.

FIG. **27a** illustrates the case where a grating order causes the shorter wavelength light to hit a part of the micro-mirror array **100** that is closer than the section illuminated by the longer wavelengths. In this case the Fourier or bulk lens **28** is placed at a distance "d" from the grating **30** that is shorter than focal length "f" of the Fourier lens **28**. For example, the distance "d" may be approximately 71 mm and the focal length may be approximately 82 mm. It may be advantageous to use this configuration if package size is limited, as this configuration minimizes the overall length of the optical train.

FIG. **27b** illustrates the case where the grating order causes the longer wavelengths to hit a part of the micromirror array **100** that is closer than the section illuminated by the shorter wavelengths. In this case the Fourier lens **28** is placed a distance "d" from the grating **30** that is longer than focal length "f" of the Fourier lens **28**. This configuration may be advantageous to minimize the overall area illuminated by the dispersed spectrum on the micromirror array.

The Scope of the Invention

While the micro-mirrors **84** may switch discretely from the first position to the second position,. as described hereinabove, the micro-mirrors may move continuously (in an "analog" mode) or in discrete steps between the first position and second position. In the "analog" mode of operation the micro-mirrors can be can be tilted in a continuous range of angles. The ability to control the angle of each individual mirror has the added benefit of much more attenuation resolution than in the digital control case. In the "digital" mode, the number of micro-mirrors **84** illuminated by each channel determines the attenuation step resolution. In the "analog" mode, each mirror can be tilted slightly allowing fully continuous attenuation of the return beam. Alternatively, some combination of micro-mirrors may be switched at a predetermined or selected pulse width modulation to attenuate the optical channel or band.

One will appreciate though that the diffraction grating **24** and bulk lens **28** may be designed to reflect and focus any input channel or group of input channels with any desired cross-sectional geometry, such as elliptical, rectangular, square, polygonal, etc.

The embodiments of the present invention described hereinbefore include a common spatial light modulator **30** and other optical components, namely a collimating lens **22**, a mirror **26**, a diffraction grating **24** and a bulk lens **28**. The present invention, however, contemplates having separate and distinct components that image onto a common spatial light modulator. One should therefore appreciate that any of the optical devices referenced herein may be combined with any other optical devices referenced herein, including any alternative embodiments, using a common spatial light modulator and/or other common optical components.

While the embodiments of the present invention described hereinbefore describe multi-functional devices wherein the functions of each device operate independent of the others,

22

one will appreciate that the present invention contemplates interconnecting the inputs and outputs of the separate devices to provide another level of functionality, similar to that described for FIG. **10**.

One should also appreciate that the only limit on the number of multifunctional device utilizing a single spatial light modulator is the number of pixels per channel that provide the required per channel attenuation or switching variation or the required channel plan independence.

Although the invention has been described as using an array of digital micro-mirrors to implement the pixelating device in the embodiments shown herein, it should be understood by those skilled in the art that any pixelating device that provides pixelated optical signal processing may be used, as described further below. Further, instead of using micro-mirrors with two reflective states or angles of reflection (e.g., +/–10 deg) as a pixel that reflects a portion of the light beam, the pixels may have one reflective state and the other state may be absorptive or transmissive. Alternatively, instead of the pixel having at least one state being reflective (which may provide other design advantages), the pixel may have one state being transmissive and the other state being absorptive. Alternatively, the pixel may have two transmissive or partially transmissive states that refract the incoming light out at two different angles. For each of various pixelating devices, the optics surrounding the pixelating device would be changed as needed to provide the same functions as that described for each of the embodiments herein for the different type of pixelated optical signal processing used.

Also, instead of the pixels having a square, diamond or rectangular shape, the pixels may have any other two or three-dimensional shapes, i.e., circle, oval, sphere, cube, triangle, parallelogram, rhombus, trapezoid.

The spatial light modulator is shown and described herein as a DMD device; however, the scope of the invention is intended to include other types of light modulator devices. For example, the spatial light modulator may also include a pixelating device, based on, for example, liquid crystal technology, such as a liquid crystal display (LCD). An LCD may provide a device having either one absorptive state and one reflective state, or one absorptive state and one transmissive state. The underlying principle of an LCD is the manipulation of polarized light (i.e., an optical channel). For example, the polarized light may be rotated by 90 degrees in one state of the liquid crystal and not rotated in another state. To provide an LCD having one absorptive state and one transmissive state, a polarizer is provided at each side of the liquid crystal, such that the polarization angles of the polarizers are offset by 90 degrees. A mirror can be added at one end to provide an LCD having one absorptive state and one reflective state.

One example of having a reflective state and a transmissive state is a variation on existing bubble jet technology currently produced by Agilent and Hewlett-Packard Co., and described in U.S. Pat. Nos. 6,160,928 and 5,699,462, respectively. In that case, when the bubble is in one state, it has total internal reflection; and when in the other state, it is totally transmissive. Also in that case, the pixels may not be square but circular or oval.

One example of having a transmissive state and an absorptive state is Heterojunction Acoustic Charge Transport (HACT) Spatial Light Modulator (SLM) technology, such as that described in U.S. Pat. Nos. 5,166,766, entitled "Thick Transparent Semiconductor Substrate, Heterojunction Acoustic Charge Transport Multiple Quantum Well Spatial Light Modulator", Grudkowski et al and 5,158,420,

23

24

entitled "Dual Medium Heterojunction Acoustic Charge Transport Multiple Quantum Well Spatial Light Modulator" to Grudkowski et al, provided the material used for the HACT SLM will operate at the desired operational wavelength. In that case, the pixels may be controlled by charge packets that travel along a surface acoustic wave that propagates along the device, where the size of the charge controls the optical absorption.

The dimensions and geometries for any of the embodiments described herein are merely for illustrative purposes and, as much, any other dimensions may be used if desired, depending on the application, size, performance, manufacturing requirements, or other factors, in view of the teachings herein.

It should be understood that, unless stated otherwise herein, any of the features, characteristics, alternatives or modifications described regarding a particular embodiment herein may also be applied, used, or incorporated with any other embodiment described herein. Also, the drawings herein are not drawn to scale.

Although the invention has been described and illustrated with respect to exemplary embodiments thereof, the foregoing and various other additions and omissions may be made therein without departing from the spirit and scope of the present invention.

We claim:

1. A reconfigurable multifunctional optical device comprising:

an optical arrangement for receiving a first optical input signal and a second optical input signal, each of the first and second optical input signals having optical bands or channels, the optical arrangement having a free optics configuration with a light dispersion element for spreading each of the first and second optical input signals into respective optical bands or channels on separate portions of a spatial light modulator having an array of micromirrors and being programmable to perform separate optical functions on each of the first and second optical signals;

the spatial light modulator having a first set of micromirrors programmed to perform a first overall optical function on the first optical input signal, and having a second set of micromirrors programmed to perform a second overall optical function on the second optical input signal, wherein the first overall optical function and second overall optical function are different.

2. A reconfigurable multifunctional optical device according to claim 1, wherein the separate optical functions include reflecting the first and second optical input signals off separate non-overlapping areas on the spatial light modulator.

3. A reconfigurable multifunctional optical device according to claim 1, wherein the separate optical functions include optical switching, conditioning or monitoring functions such as either an optical add/drop multiplexer function, an optical channel monitor function, an optical cross-connect function, an optical interleaver/deinterleaver, an optical filtering function, or any some combination thereof.

4. A reconfigurable multifunctional optical device according to claim 1, wherein the light dispersion elements include either a diffraction grating, an optical splitter, a holographic device, a prism, or a combination thereof.

5. A reconfigurable multifunctional optical device according to claim 4, wherein the diffraction grating is a blank of polished fused silica or glass with a reflective coating having a plurality of grooves either etched, ruled or suitably formed thereon.

6. A reconfigurable multifunctional optical device according to claim 1, wherein the light dispersion element is oriented to spread the at least two optical input signals along a spectral axis, wherein the spectral axis is parallel to the tilt axis of the micromirrors of the spatial light modulator.

7. A reconfigurable multifunctional optical device according to claim 6, wherein the switching algorithm is based on the wavelength of the at least two optical input signals.

8. A reconfigurable multifunctional optical device according to claim 7, wherein the one or more optical portions provide one optical input signal, the other optical input signal, or a combination thereof as different channels having different wavelengths on the spatial light modulator.

9. A reconfigurable multifunctional optical device according to claim 8, wherein the different channels have a desired cross-sectional geometry, including elliptical, rectangular, square or polygonal.

10. A reconfigurable multifunctional optical device according to claim 8, wherein the spatial light modulator is configured so one group of channels is spaced at 100 GHz and another group of channels is spaced at 50 GHz.

11. A reconfigurable multifunctional optical device according to claim 6, wherein the light dispersion element is oriented to spread the optical signal along a spectral axis, wherein the spectral axis is perpendicular to the tilt axis of the micromirrors of the spatial light modulator.

12. A reconfigurable multifunctional optical device according to claim 1, wherein the spatial light modulator includes an array of micro-mirrors having a multiplicity of micro-mirrors that are separately controllable for tilting on an axis depending on a control signal in accordance with a switching algorithm.

13. A reconfigurable multifunctional optical device according to claim 1, wherein the at least two optical input signals include a wavelength division multiplexed (WDM) optical input signal having a plurality of wavelengths and a corresponding plurality of optical bands or channels, each optical band or channel reflecting off a respective group of micro-mirrors of the micro-mirror device.

14. A reconfigurable multifunctional optical device according to claim 13, wherein the respective group of micro-mirrors are collectively tilted to reflect channels in the at least two optical input signals.

15. A reconfigurable multifunctional optical device according to claim 1, wherein the different optical characteristics includes different channel spacing, the shape of the light beam, the center wavelength of the light beam of the at least one optical signal, or some combination thereon.

16. A reconfigurable multifunctional optical device according to claim 1, wherein each micro-mirror is tiltable in either a first position or a second position along an axis either substantially parallel to the spectral axis of the at least two optical input signals, parallel to the spatial axis of the at least two optical input signals, or at an angle of 45 degrees in relation to the spatial axis.

17. A reconfigurable multifunctional optical device according to claim 1, wherein the optical arrangement includes one or more optical portions that provide the at least two optical input signals to the spatial light modulator, and also provide reflected optical signals depending on the first optical function and the second optical function.

18. A reconfigurable multifunctional optical device according to claim 17, wherein the one or more optical portions include either one or more circulators, one or more waveguides, or a combination thereof.

US 7,126,740 B2

25

**19**. A reconfigurable multifunctional optical device according to claim **18**, wherein the one or more circulators includes a pair of circulators.

**20**. A reconfigurable multifunctional optical device according to claim **18**, wherein the one or more waveguides includes a pair of capillary tubes.

**21**. A reconfigurable multifunctional optical device according to claim **18**, wherein the one or more circulators includes a three port circulator.

**22**. A reconfigurable multifunctional optical device according to claim **17**, wherein the one or more optical portions include a pair of optical portions, including one optical portion for providing one optical input signal to the spatial light modulator, and another optical portion for providing another optical input signal to the spatial light modulator.

**23**. A reconfigurable multifunctional optical device according to claim **17**, wherein the one or more optical portions include a collimator, a reflective surface, the dispersion element, a bulk lens, or a combination thereof.

**24**. A reconfigurable multifunctional optical device according to claim **23**, wherein the collimator includes either an aspherical lens, an achromatic lens, a doublet, a GRIN lens, a laser diode doublet, or a combination thereof.

**25**. A reconfigurable multifunctionall optical device according to claim **23**, wherein the reflective surface includes a mirror.

**26**. A reconfigurable multifunctional optical device according to claim **23**, wherein the bulk lens includes a Fourier lens.

**27**. A reconfigurable multifunctional optical device according to claim **23**, wherein the lens distance between the spatial light modulator and the bulk lens is greater than the focal length of the bulk lens.

**28**. A reconfigurable multifunctional optical device according to claim **23**, wherein the lens distance between the spatial light modulator and the bulk lens is less than the focal length of the bulk lens.

**29**. A reconfigurable multifunctional optical device according to claim **17**, wherein the one or more optical portions include one or more optical PDL mitigating devices for minimizing polarization dependence loss (PDL).

**30**. A reconfigurable multifunctional optical device according to claim **29**, wherein one optical PDL mitigating device is arranged between a waveguide and a grating in the optical arrangement, and another optical PDL mitigating device is arranged between a grating and the spatial light modulator.

**31**. A reconfigurable multifunctional optical device according to claim **29**, wherein the one or more optical PDL mitigating devices include a pair of optical PDL mitigating devices.

**32**. A reconfigurable multifunctional optical device according to claim **29**, wherein the one or more optical PDL mitigating devices includes one optical PDL mitigating device having a polarization splitter for splitting each channel into a pair of polarized light beams and a rotator for rotating one of the polarized light beams of each optical channel.

**33**. A reconfigurable multifunctional optical device according to claim **32**, wherein the one or more optical PDL mitigating devices includes another optical PDL mitigating device having a rotator for rotating one of the previously rotated and polarized light beams of each optical channel and a polarization splitter for combining the pair of polarized light beams of each channel.

26

**34**. A reconfigurable multifunctional optical device according to claim **29**, wherein the one or more optical PDL mitigating devices includes a λ/4 plate.

**35**. A reconfigurable multifunctional optical device according to claim **17**, wherein the optical arrangement includes a chisel prism having multiple faces for modifying the direction of the at least one optical signal.

**36**. A reconfigurable multifunctional optical device according to claim **35**, wherein the multiple faces include at least a front face, first and second beveled front faces, a rear face, a top face and a bottom face.

**37**. A reconfigurable multifunctional optical device according to claim **35**, wherein optical light from first or second optical portions passes through one or more faces of the chisel prism, reflects off one or more internal surfaces of the chisel prism, reflects off the spatial light modulator, again reflects off the one or more internal surfaces of the chisel prism, and passes back to the first or second optical portions.

**38**. A reconfigurable multifunctional optical device according to claim **1**, wherein the diffraction grating has a low PDL.

**39**. A reconfigurable multifunctional optical device according to claim **1**, wherein

the reconfigurable multifunctional optical device includes an optical add/drop multiplexer configuration; and

the dispersion element spreads at least one optical signal and an optical add signal so that each optical band or channel is reflected by one respective plurality of micro-mirrors of the spatial light modulator to selectively add or drop the one or more optical bands or channels to and/or from the at least one optical signal.

**40**. A reconfigurable multifunctional optical device according to claim **1**, wherein

the reconfigurable multifunctional optical device includes an optical cross-connect configuration; and

the light dispersion element spreads two or more optical input signals so that each optical band or channel is reflected by one respective plurality of micro-mirrors of the spatial light modulator to selectively switch the one or more optical bands or channels between the two or more optical input signals.

**41**. A reconfigurable multifunctional optical device according to claim **1**, wherein the reconfigurable multifunctional optical device includes an optical channel monitor configuration having a light detector, the light dispersion element directing one or more reflected optical bands or channels reflected by one respective plurality of micro-mirrors of the spatial light modulator to provide an optical output signal, and the light detector detecting the one or more reflected optical bands or channels in the optical output signal.

**42**. A reconfigurable multifunctional optical device according to claim **1**, wherein

the reconfigurable muitifunctional optical device includes an interleaver/deinterleaver configuration; and

the light dispersion element spreads two or more optical input signals so that each optical band or channel is reflected by one respective plurality of micro-mirrors of the spatial light modulator to selectively either combine two respective sets of at least one optical band or channel into one optical output signal, or de-combine one set of the at least one optical band or channel into two optical output signals each having a different set of the at least one optical band or channel.

**43**. A reconfigurable multifunctional optical device according to claim **1**, wherein

US 7,126,740 B2

27

the reconfigurable multifunctional optical device includes
a chromatic dispersion compensation configuration for
receiving an optical signal having one or more optical
channels; and

the spatial light modulator selectively reflects a respective
spectral portion of a plurality of spectral bands or
sections of the one or more channels from one respec-
tive plurality of micro-mirrors of the spatial light
modulator to compensate each channel for chromatic
dispersion.

**44**. A reconfigurable multifunctional optical device
according to claim **1**, wherein

the reconfigurable multifunctional optical device includes
an optical blocking filter for receiving an optical input
signal having one or more optical bands or channels;
and

the spatial light modulator selectively deflects the one or
more optical bands or channels from one respective
plurality of micro-mirrors of the spatial light modulator
to eliminate a selected band or channel or a specified
selection of bands or channels from the optical signal
provided along an optical return path.

**45**. A reconfigurable multifunctional optical device
according to claim **1**, wherein one optical function is per-
formed on one optical input signal for providing an optical
output signal, and wherein a second optical function is
performed on the optical output signal.

**46**. A reconfigurable multifunctional optical device
according to claim **1**, wherein the free optics configuration
includes a common set of optical components for perform-
ing the separate optical functions on each optical signal.

28

**47**. A reconfigurable multifunctional optical device
according to claim **1**, wherein the optical arrangement
disperses optical channels so they are substantially sepa-
rated.

**48**. A reconfigurable multifunctional optical device
according to claim **1**, wherein the optical arrangement
disperses optical channels so they are substantially overlap-
ping.

**49**. A reconfigurable multifunctional optical device
according to claim **1**, wherein the light dispersion element
provides two or more optical return signals, each having
modified optical bands or channels depending on the sepa-
rate optical functions performed on each optical input signal.

**50**. A reconfigurable multifunctional optical device
according to claim **1**, wherein said spatial light modulator is
reconfigurable by modifying a switching algorithm that
drives the array of micro-mirrors to change the first overall
optical function to a different overall optical function, and/or
the second overall optical function to a different overall
optical function.

**51**. A reconfigurable multifunctional optical device
according to claim **1**, wherein the spatial light modulator is
selectively reconfigurable by statically or dynamically
modifying a switching algorithm to accommodate different
optical characteristics of the first and/or second optical input
signals.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,126,740 B2                                                            Page 1 of  1
APPLICATION NO.  : 10/353772
DATED                   : October 24, 2006
INVENTOR(S)        : Szczepanek et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 1, line 41 change "2002now" to -- 2002, now --
Column 1, line 44 change "2002now" to -- 2002, now --
Column 1, line 48 change "2002now" to -- 2002, now --
Column 1, line 52 change "2002now" to -- 2002, now --
Column 10, line 50 "60/281,019" should be -- 60/281,079 --
Column 19, line 54 "ad" should be -- as --
Column 20, line 47 change "(FIG. 24" to -- (FIG. 24) --
Column 21, line 34 "." should be deleted
Column 21, line 38 second occurrence of "can be" should be deleted

Signed and Sealed this

Sixteenth Day of March, 2010

*David J. Kappos*

David J. Kappos
*Director of the United States Patent and Trademark Office*