# Exhibit 5

Page 1

UNITED STATES DISTRICT COURT DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FINISAR CORPORATION,

a Delaware corporation

             Plaintiff    Case No.

v.                       4:13-cv-03345-BLF

NISTICA, INC., a Delaware

corporation

             Defendant

_____/

      DEPOSITION OF KATHERINE L. HALL, Ph.D.

      Boston, Massachusetts

      Tuesday, June 10, 2014

Reported by:

Deborah Roth, RPR-CSR

Job No. 2599

Page 2

```
 5                Tuesday, June 10, 2014
 6                     1:30 a.m.
 7
 8    Deposition of KATHERINE L. HALL, Ph.D., held
 9    at the offices of Birnbaum & Godkin, 280
10    Summer Street, Boston, Massachusetts, pursuant
11    to Notice before Deborah Roth, a Certified
12    reporter and Notary Public of the Commonwealth
13    of Massachusetts.
```

Page 4

```
 1              P-R-O-C-E-E-D-I-N-G-S
 2         THE VIDEOGRAPHER:  Okay.  This is
 3    the video operator speaking, Alex Daunais, of
 4    Hall of Fame Court Reporting.  Today's date is
 5    June 10th, 2014.  The time is 1:30 p.m.
 6         We are here at the offices of
 7    Birnbaum & Godkin, located at 280 Summer
 8    Street, Boston, Massachusetts, to take the
 9    videotaped deposition of Dr. Katherine Hall, in
10    the matter of Finisar Corporation versus
11    Nistica, Inc., in the court Case No.
12    4:13-cv-03345-BLF.
13         Will the counsel please voice
14    themselves and state whom you represent.
15         MS. DAVIS:  Sure.  Robin Davis and
16    my colleague, Tigran Vardanian, are here for
17    Finisar Corporation and the witness.
18         MR. BOCK:  Joel Bock.  I represent
19    Nistica, Inc.
20         KATHERINE L. HALL, Ph.D.,
21         having been satisfactorily identified
22    by the production of her Massachusetts
23    driver's license, and duly sworn by the Notary
24    Public, was examined and testified as follows:
```

Page 3

```
 1    A P P E A R A N C E S:
 2
 3    ATTORNEY(S) FOR THE PLAINTIFF AND THE
 4    DEPONENT:
 5    RADULESCU LLP
 6      136 Madison Avenue, 6th Floor
 7      New York, New York  10016
 8    BY: ROBIN M. DAVIS, ESQ.
 9        TIGRAN VARDANIAN, ESQ.
10         robin@radulescullp.com
11         tigran@radulesullp.com
12
13
14    ATTORNEY(S) FOR THE DEFENDANT:
15    DENTONS US LLP
16      1221 Avenue of the Americas
17      New York, New York  10020
18    BY: JOEL N. BOCK, ESQ.
19         joel.bock@dentons.com
20
21    ALSO PRESENT: Alex Daunais,
22              Legal Videographer
```

Page 5

```
 1              EXAMINATION
 2       BY MR. BOCK:
 3       Q.  Dr. Hall, good morning.
 4       A.  Good morning.
 5       Q.  Actually, good afternoon.
 6       A.  Right.  Good afternoon.
 7       Q.  Could you state your full name for the
 8    record and your address, please.
 9       A.  My name is Katherine Lavin Hall --
10    L-a-v-i-n -- is the middle name, and my address
11    82 Cutter Hill Road in Arlington,
12    Massachusetts.
13       Q.  Have you ever been deposed before?
14       A.  Yes, I have.
15       Q.  And do you understand what will take
16    place at a deposition?
17       A.  I think I have some idea of what will
18    take place.
19       Q.  I'm going to ask you questions, and I
20    will expect you to answer those questions.
21          If you don't understand a question
22    or want clarification, please ask me and I'll
23    be happy to try to clarify as much as I can.
24          Is there anything that would prevent
25    you from providing accurate testimony today?
```

2 (Pages 2 to 5)

Page 30

1  considering this phrase: "Scattered light from
2  a dropped signal is directed onto the
3  micromirror device to reflect away from the
4  return path."
5      Q. And in your review of the '687 patent
6  you were looking for -- were you looking for
7  passages that described scattered light from a
8  dropped signal being directed onto the
9  micromirror device?
10         MS. DAVIS: Objection. Vague.
11     A. I'm sorry, can you ask that again. Was
12 I --
13     Q. In your review of the '687 patent, were
14 you looking for passages that described
15 scattered light from the dropped signal being
16 directed onto the micromirror device?
17     A. Was I looking for passages that
18 described scattered light from the dropped
19 signal as directed onto the micromirror device
20 to reflect away from the return path?
21     Q. Correct.
22     A. Yes. I was looking for things related
23 to that -- that subject, yes.
24     Q. And what in the '687 patent did you find
25 that related to that subject?

Page 31

1      A. I won't remember everything that I
2  found.
3          I was -- I was thinking about
4  scattered light, and this particular scattered
5  light, and trying to decide whether there was
6  anything in the way that this phrase is used in
7  the patent that would make somebody -- that
8  would have some meaning other than its plain
9  and ordinary meaning.
10         And in reading the patent, I didn't
11 see any way that it was used that would have
12 somebody interpret this in any way other than
13 its plain and ordinary meaning. And that's how
14 -- that's how I read the patent and that's what
15 I was looking for.
16     Q. And you're saying the plain and ordinary
17 meaning is just the words?
18         MS. DAVIS: Objection. Misstates
19 prior testimony. And vague.
20     Q. Is that correct?
21     A. I'm not saying that -- I'm not sure what
22 that means.
23     Q. Okay. I asked you to tell me what
24 scattered light means and you said it could
25 mean a lot of things.

Page 32

1          MS. DAVIS: Objection.
2      Q. To a person of ordinary skill in the
3  art, I want to know what scattered light means.
4  Can you tell me that?
5          MS. DAVIS: Objection. Misstates
6  prior testimony.
7      A. I gave you a few examples of what I
8  think scattered light would mean to someone of
9  skill in the art.
10     Q. But we're here to help a jury understand
11 what this claim term means so they have to get
12 the full understanding. So if you're telling
13 me that there are a lot of different meanings
14 to the term scattered light, I would like to
15 know what that means.
16         If you're telling me that it is
17 plain and ordinary, I would like to know what
18 that plain ordinary meaning is.
19         MS. DAVIS: Objection. Vague and
20 also beyond the scope of the expert testimony.
21 The term is not scattered light in the patent.
22     A. I don't -- I don't -- I wasn't talking
23 about the meaning of scattered light. I said
24 there are a lot of different ways that light
25 can be scattered.

Page 33

1          Light that's scattered is
2  understood.
3          You asked me can I give you some --
4  maybe I'm -- what I thought you had asked me,
5  what I thought I'd answered, and I guess
6  without seeing the transcript I won't know, but
7  I thought you had asked me for some examples of
8  ways that light could be scattered. And that's
9  what I gave you.
10     Q. Okay. So I guess there was a
11 misunderstanding. Let me clarify.
12     A. Okay.
13     Q. Okay. What is the plain and ordinary
14 meaning of the term "scattered light"?
15         MS. DAVIS: Same objections. Vague
16 and also beyond the expert declaration.
17     A. I think you're asking me about -- or I
18 assume you're asking me about the term
19 "scattered light" as it is in this phrase that
20 we're doing claim construction for.
21     Q. That's correct.
22     A. "Scattered light from a dropped signal
23 is directed onto the micromirror device to
24 reflect away from the return path."
25         So the scattered light in that

Page 34

 1  particular phrase is the "scattered light from
 2  a dropped signal."
 3     Q. Okay. And what is that scattered light
 4  from the dropped signal?
 5        MS. DAVIS: Objection. Asked and
 6  answered. Vague.
 7     A. That scattered light can be from a
 8  number of components or from a number of
 9  different things in the path of the dropped
10  signal.
11     Q. Okay. So show me in the patent, the
12  '687 patent -- first of all, show me where that
13  dropped signal -- I'm sorry.
14        Show me where the scattered light is
15  shown related to the dropped signal.
16     A. I don't know that the scattered light
17  from the dropped signal is shown. Do you have
18  a -- do you have a number and a figure that
19  you'd like me to look at?
20     Q. You reviewed this patent. I would like
21  to know what you considered when you were
22  reviewing it and looking to form an
23  understanding of the term that we're trying to
24  -- that we're discussing right now: "Scattered
25  light from a dropped signal is directed onto

Page 35

 1  the micromirror device to reflect away from the
 2  return path."
 3        MS. DAVIS: Objection. Vague.
 4  Misstates prior testimony.
 5     A. Let me take a minute to look about -- so
 6  this: "Scattered light from the dropped signal
 7  is directed onto the micromirror device to
 8  reflect away from the return path."
 9        We can look at figure 21 in the '687
10  patent.
11     Q. Okay.
12     A. Are you there?
13     Q. I'm there. Thank you.
14     A. So this figure -- these figures are
15  sometimes a little hard to tell it's the top
16  view. If you want to see how it's laid out,
17  you can look at something similar, which is
18  shown in figure 2. So you'll see there's
19  actually multiple components in that beam. So
20  there are lenses. There is a grating. There
21  are a number of optical elements which can
22  scatter light from the dropped signal.
23        And those are -- remember we talked
24  about how it could have a scratch or a -- or a
25  piece of dust on it.

Page 36

 1        Those would be some examples of how
 2  these components could scatter light from the
 3  dropped signal. And in this particular
 4  arrangement, the backscattered light, because
 5  of the path it takes through the circulator,
 6  can wind up going -- winds up going -- wait a
 7  second. I'm sorry. I'm confusing myself.
 8        So that scattered light goes -- is
 9  directed back to the micromirror and reflected
10  away from the return path.
11     Q. When you say "back to the micromirror,"
12  what do you mean by that?
13     A. Those -- I mean it's directed onto the
14  micromirror.
15     Q. And what's directed onto the
16  micromirror?
17     A. The scattered light from the dropped
18  signal is directed onto the micromirror.
19     Q. So you're showing that in figure 21. So
20  where is that shown in figure 21?
21     A. Figure 21, you follow the paths of the
22  optical beam and you can see that scattered
23  light that winds up -- the scattered light that
24  can be captured is going to be sent back
25  through the device, onto the micromirror and

Page 37

 1  then be reflected away from the return path.
 2     Q. All right. So where does that scattered
 3  light come from in this figure?
 4     A. Scattered light can come from any number
 5  of optical components in a -- in an optical
 6  system in general. I mean scattered light is
 7  very -- it's -- it's hard to think of systems
 8  that don't have scattered light.
 9     Q. And the scattered light that's being
10  referred to in this phrase: "Scattered light
11  from the dropped signal is directed onto the
12  micromirror device to reflect away from the
13  return path," show me where that scattered
14  light comes from in figure 21.
15     A. I think a person of ordinary skill
16  reading this element would understand that that
17  scattered light could come from any of the
18  components.
19     Q. Okay. So you're saying it could come
20  from component 22, for example?
21     A. You're asking me a hypothetical
22  question?
23     Q. Well, you just told me, "would
24  understand it could come from any of the
25  components," that the scattered lights could

10 (Pages 34 to 37)

Page 86

1    Q. Does the patent describe rotation of any
2    reflective elements with respect to figure 4?
3        MS. DAVIS: Same --
4    A. But --
5        MS. DAVIS: -- objection.
6    A. The patent talks about the mirrors
7    moving and moving could include rotation. So
8    there's no reason to think that rotation isn't
9    part of how the mirrors move.
10    Q. And I asked you the question: Was does
11    the patent describe rotation of any reflective
12    elements with respect to figure 4?
13        So please answer that question.
14    A. My understanding --
15        MS. DAVIS: Same objections.
16    A. My understanding is that the mirrors --
17    that figure 4 is talking about ways that the
18    mirrors may be moved in order to achieve
19    certain phase profile, and that that movement
20    can be had any number of ways. So I do believe
21    that that rotation that you're asking me is
22    covered by the patent.
23    Q. Where does it says with respect to
24    figure 4 that the movement could be any number
25    of ways?

Page 87

1        MS. DAVIS: Objection. Misstates
2    testimony. Vague.
3    A. Let's see. Figure 4. I can't even find
4    the description of figure 4.
5    Q. You may want to look in column 4.
6    A. Okay. Thank you. I see it now.
7        So with regards to figure 4, it
8    says, "Further, the invention provides that
9    additional phases can be added or subtracted by
10    the SLMs to correct for other errors such as in
11    the lens arrays such discussed below."
12        So I think what figure 4 is showing
13    is -- it says that it's showing an additional
14    set of phase corrections, 87. So that's one of
15    the -- one of the drawings. And that is added
16    to the original phases, 88. And that those
17    added together produce the result, 89, right?
18    Q. Okay. Figure 5A.
19    A. Figure 5A.
20    Q. Is there anything that describes
21    rotational movement with respect to figure 5A?
22        MS. DAVIS: Objection. Vague.
23    A. (Witness reviews document.)
24        What does figure 5A describe?
25        I don't see the term "rotational"

Page 88

1    used in the description of figure 5A. I don't
2    see the motion in 5A described at all.
3    Q. Okay. If you look at column 2, lines 57
4    to 58.
5    A. Of the same patent?
6    Q. Of the '328 patent.
7        Do you see it says, "Each pixel
8    reflector is moved in a direction that is
9    generally perpendicular to the reflective
10    surface of the element"?
11    A. I see where it says that.
12    Q. Okay. And that's referring to figure 1;
13    is that correct?
14    A. That is referring to figure 1, yes.
15    Q. Okay. Are there any other reflectors on
16    any of the other examples of figures shown in
17    the '328 patent where the motion is different
18    than that motion?
19        MS. DAVIS: Objection. Vague.
20    Compound.
21    A. Which motion are you referring to?
22    Q. "Where each pixel reflector is moved in
23    a direction that is generally perpendicular to
24    the reflective surface of the element."
25        MS. DAVIS: The same objections.

Page 89

1    A. I believe that there is discussion that
2    is different than that, and I'm going to try to
3    remember how I can find that.
4        So if we look at the abstract, we
5    can see that the pixels are sometimes described
6    as moving in a direction generally
7    perpendicular to the beam access.
8        So that is not described as -- I
9    can't remember where you pointed me to.
10    "Perpendicular to the reflective surface of the
11    element."
12    Q. You're referring to the sentence that
13    says, "The wavefront is two-dimensionally
14    subdivided to pixels and pixel reflectors are
15    used, displaced portions of the wavefront in
16    the direction generally perpendicular to the
17    beam access and relative to each other,"
18    correct?
19    A. Correct.
20    Q. Okay. Anything else?
21    A. Anything else for what?
22    Q. In the patent, in the '328 patent which
23    describes that each pixel reflector is moved
24    other than a direction that's generally
25    perpendicular to the reflective surface of the

23 (Pages 86 to 89)

Page 90

1  element.
2      MS. DAVIS: Same objections as I had
3  to that question originally.
4      A. I -- there's another place that I think
5  is interesting to look at, is the bottom of
6  column 3.
7      So here they're talking about moving
8  the mirrors, and they talk about the movement
9  -- so it says -- at the very last full sentence
10 it says, "Any decrease of motion or wavefront
11 phase modulation allowed by dividing up the
12 deflector into separate pixels is within the
13 spirit of this invention."
14      And that says to me that there's
15 quite a lot of ways that the motion -- that you
16 can use that motion. This says, "Any decrease
17 of motion or wavefront phase knowledge
18 legislation into separate pixel within is the
19 spirit of this invention."
20     Q. Okay. Anything else?
21         MS. DAVIS: Same objections.
22     A. Anything else?
23     Q. Any other portions of the '328 patent
24 that describe that the pixel reflectors moved
25 other than a direction that's generally

Page 91

1  perpendicular to the reflective surface of the
2  element?
3         MS. DAVIS: Same objections.
4     A. I have a lot of examples of that because
5  the patent generally discusses the -- when
6  we're talking about just the mirror
7  implementation, not the transmissive SLM
8  implementation, it says that those will be
9  implemented using MEMS devices, and certainly
10 people knew at this time that MEMS devices had
11 lots of different ways to move the mirrors.
12        So the fact that the invention is
13 described using MEMS devices says to me that,
14 you know, quite a bit of the description in
15 this patent is about -- I can't remember
16 exactly how you put it. Can you please repeat
17 your question?
18        MR. BOCK: Can you read back my
19 question, please.
20        (The record was read.)
21    A. So anyplace where it's talking about a
22 MEMS device, where it doesn't specifically say
23 that it has to be moving perpendicular, it
24 might be moving in another way.
25    Q. Where are you referring to where it says

Page 92

1  "MEMS device"?
2      A. I -- one of the places I'm looking at
3  right now as I'm talking to you is in column 2.
4      Q. So you're referring to -- is it line 33
5  where it says, "This change in direction can be
6  accomplished by a transmissive SLM, such as
7  those available from Kopin Corporation of
8  Taunton, Mass., or Coretech of Burlington,
9  Mass., or more preferably, by a reflective SLM,
10 such as those available from MEMS Optical, Inc.
11 of Huntsville, Alabama, or Boulder Nonlinear of
12 Boulder, Colorado"?
13     A. That's one place where the invention is
14 described generally as using a -- an array of
15 reflective mirrors in order to implement the
16 optical switch.
17        And because MEMS devices are
18 well-known, micromirror devices were
19 well-known, there would be no reason to think
20 that this patent only had to do with devices
21 that had mirrors that are moving in the very
22 specific -- you're talking about a very
23 specific kind of motion, but the motion of MEMS
24 devices that could be used to implement this
25 patent is actually much, much larger than that,

Page 93

1  and someone of ordinary skill would certainly
2  have known that there were -- I mean, that they
3  give some examples, but there were many places
4  where you could get MEMS and the mirrors had
5  different ways of moving.
6      Q. Anyplace else?
7         MS. DAVIS: Objection. Vague. That
8  presumes the same question.
9      Q. I'll repeat the question.
10        Is there anyplace else in the patent
11 where it discusses a MEMS device where the
12 movement is not specifically perpendicular to
13 the reflective surface of the element?
14        MS. DAVIS: Objection. Vague.
15 Especially as to the element.
16    A. I don't believe that this patent is
17 restricted to MEMS where the movement of the
18 reflector is perpendicular to the reflective
19 element.
20        Am I saying that correctly?
21        So unless -- unless the patent --
22 unless there's a place where it says -- and so
23 far I can see that you found an example in
24 figure 1 -- certainly the device can be
25 implemented that way, but any -- we can -- if

24 (Pages 90 to 93)

Page 94

1  you want, we can go through and find every
2  example where the device can be implemented
3  using a MEMS -- a mirror device that is moved
4  in some direction other than perpendicular to
5  the reflective surface of the element.
6      Q. I'm sure we could, but I'm asking you if
7  there's any description in the '328 patent that
8  indicates, that specifically says that the
9  pixel reflectors moved in a direction other
10 than the perpendicular to the reflective
11 surface of the element?
12         MS. DAVIS: Objection. Vague.
13 Again, especially as to the element.
14     A. Yes. When the patent refers to the
15 mirror being moved, there is no reason to
16 assume that it is saying that the mirror is
17 being moved perpendicular to the reflective
18 element.
19         So in the places where the patent
20 says the mirror is being moved and doesn't say
21 specifically that it is being moved generally
22 perpendicular to the reflective surface of the
23 element, then one of skill in the art would
24 assume that that mirror could be being moved in
25 a number of ways, as were known in MEMS art at

Page 95

1  the time.
2      Q. Okay. And you've rad the entire patent
3  disclosure of the '328 patent?
4      A. I have --
5          MS. DAVIS: Objection. Asked and
6  answered.
7      A. I have read the entire 6,430,328 patent.
8      Q. Okay. Take a look at Exhibit 2, that's
9  your declaration, and turn to Page --
10         MS. DAVIS: I think Exhibit 3 is --
11         MR. BOCK: I'm sorry. Yes. Exhibit
12 3. Thank you.
13     Q. Turn to Page 13, and the term that's
14 referenced there is "spatial light modulator
15 having a first set of micromirrors programmed
16 to perform a first" --
17         MS. DAVIS: I'm sorry. There are
18 aren't 13 pages to Exhibit 3.
19         THE WITNESS: Right.
20         MR. BOCK: So I was correct.
21         MS. DAVIS: I'm sorry. You said the
22 declaration. You meant the chart.
23         MR. BOCK: That's right.
24         MS. DAVIS: That is Exhibit 2.
25     A. So Exhibit 2?

Page 96

1      Q. Exhibit 2.
2      A. Exhibit 2.
3      Q. Okay. Page 13.
4      A. I'm there.
5      Q. Okay. The term "spatial light modulator
6  having a first set of micromirrors programmed
7  to perform a first overall optical function on
8  the first optical input signal and having a
9  second set of micromirrors programmed to
10 perform a second optical signal."
11     A. (Nodding.)
12     Q. Now, you indicate in your declaration
13 that your opinion is that it should have its
14 plain and ordinary meaning; is that correct?
15     A. That's correct.
16     Q. What is the plain and ordinary meaning
17 of that term?
18     A. A person of ordinary skill in the art
19 would read that term and understand just from
20 reading it what its meaning is.
21         It's talking about spatial light
22 modulator having a first set of micromirrors
23 programmed to perform a first overall optical
24 function on the first optical signal, and
25 having a second set of micromirrors programmed

Page 97

1  to perform a second overall optical function on
2  the second optical signal.
3      Q. What does "first overall optical
4  function" mean?
5          MS. DAVIS: Objection. Vague.
6      A. I'm going to talk about first overall
7  optical function in respect to this clause that
8  we are trying to -- that we're talking about.
9          And you can see that the first
10 overall function is the function performed by
11 the first set of micromirrors on the spatial
12 light modulator.
13     Q. And can you explain what that means.
14         MS. DAVIS: Objection.
15     A. What what means?
16         MS. DAVIS: Vague.
17     Q. What do you mean by "the function
18 performed by the first set of micromirrors on
19 the spatial light modulator"?
20     A. I'm not sure I understand what part
21 you're confused by. It says the micromirrors
22 are programmed to perform a first overall
23 optical function on the first optical input
24 signal.
25     Q. Right. And you said that the term