ROBERT F. KRAMER (Bar No. 181706)
Email: robert.kramer@dentons.com
RUSSELL TONKOVICH (Bar No. 233280)
Email: russell.tonkovich@dentons.com
C. GIDEON KORRELL (Bar No. 284890)
Email: gideon.korrell@dentons.com
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA  94304-1125
Telephone:  (650) 798-0300
Facsimile:   (650) 798-0310

SHAILENDRA MAHESHWARI (Pro Hac Vice)
Email: shailendra.maheshwari@dentons.com
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, D.C.  20005-3364
Telephone:  (202) 408-6400
Facsimile:   (202) 408-6399

JOEL N. BOCK (Pro Hac Vice)
Email: joel.bock@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
Telephone:  (212) 768 6700
Facsimile:   (212) 768 6800

Attorneys for Defendant
NISTICA, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NISTICA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:13-cv-03345-BLF<br><br>**DECLARATION OF C. GIDEON KORRELL IN SUPPORT OF DEFENDANT NISTICA, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF PURSUANT TO PATENT L.R. 4-5(b)** |

I, C. Gideon Korrell, declare:

1.      I am an attorney at law licensed to practice before this Court.  I am an associate in the law firm Dentons US LLP, counsel of record for Defendant Nistica, Inc. ("Nistica") in the above-captioned action.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of an excerpt from the File History of U.S. Patent No. 6,956,687, bearing the Bates Nos. FinNIST00000898-FinNIST00000911; a United States Patent and Trademark Office ("USPTO") Office Action dated September 22, 2004.

3.      Attached hereto as Exhibit B is a true and correct copy of an excerpt from the File History of U.S. Patent No. 6,956,687, bearing the Bates Nos. FinNIST00000917-FinNIST00000929; a document entitled "Response After Final Rejection", dated December 22, 2004.

4.      Attached hereto as Exhibit C is a true and correct copy of an excerpt from the File History of U.S. Patent No. 6,956,687, bearing the Bates Nos. FinNIST00000930-FinNIST00000932; a USPTO Advisory Action dated January, 19, 2005.

5.      Attached hereto as Exhibit D is a true and correct copy of an excerpt from the File History of U.S. Patent No. 6,956,687, bearing the Bates Nos. FinNIST00000933-FinNIST00000948; a document entitled "Preliminary Amendment" dated February 22, 2005.

6.      Attached hereto as Exhibit E is a true and correct copy of an excerpt from the File History of U.S. Patent No. 7,126,740, bearing the Bates Nos. FinNIST00002058-FinNIST00002079; a document entitled "Amendment" dated April 4, 2006.

7.      Attached hereto as Exhibit F is a true and correct copy of an excerpt from the File History of U.S. Patent No. 7,126,740, bearing the Bates Nos. FinNIST00002005-FinNIST00002023; a USPTO Office Action dated May, 4, 2005.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

- 2 -                    KORRELL DECL. ISO NISTICA'S RESP.
                         CLAIM CONSTRUCTION BRIEF
                         CASE NO. 5:13-CV-03345-BLF

Dated:   June 26, 2014              By:   */s/ C. Gideon Korrell*

C. Gideon Korrell

82439449\V-1