# EXHIBIT A



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/327,695 | 12/19/2002 | John A. Moon | 712-002.162 /CC0560 | 4482 |

| 4955 | 7590 | 09/22/2004 |
|---|---|---|

WARE FRESSOLA VAN DER SLUYS &
ADOLPHSON, LLP
BRADFORD GREEN BUILDING 5
755 MAIN STREET, P O BOX 224
MONROE, CT  06468

| EXAMINER |
|---|
| MARTINEZ, JOSEPH P |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2873 | |

DATE MAILED: 09/22/2004

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

FinNIST00000898

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
|  | 10/327,695 | MOON ET AL. |
|  | Examiner | Art Unit |
|  | Joseph P. Martinez | 2873 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *21 June 2004*.

2a)☒ This action is **FINAL**.     2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1-51* is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) *1-51* is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on *19 December 2002* is/are: a)☒ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☐ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08) Paper No(s)/Mail Date _____.
4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____.

FinNIST00000899

Application/Control Number: 10/327,695                                    Page 2
Art Unit: 2873

## DETAILED ACTION

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

Claims 1-51 are rejected under 35 U.S.C. 103(a) as being unpatentable over Aksyuk et al.

(6204946) in view of Riza (6222954).

Re claim 1, '946 teaches for example in figs. 1, 3 and 4, an optical blocking filter for

receiving an optical signal having one or more optical bands or channels (col. 2, ln. 37-38),

characterized in that the optical blocking filter comprises a spatial light modulator (14) having a

micro-mirror device (30') with an array of micro- mirrors (32') for selectively deflecting the one

or more optical bands or channels provided thereon (col. 3, ln. 31-39), so that each optical band

or channel is reflected by a respective  micro-mirror (col. 3, ln. 22-26) to eliminate a selected

band or channel or selected bands or channels from the optical signal  provided along a return

path (col. 3, ln. 31-39).

But, '946 fails to explicitly teach each optical band or channel is reflected by a

respective plurality of micro-mirrors.

However, within the same field of endeavor, '954 teaches for example in fig. 1, each

optical band or channel (13) is reflected by a respective plurality of micro-mirrors (11).

FinNIST00000900

Application/Control Number: 10/327,695                                     Page 3
Art Unit: 2873

Therefore, it would have been obvious to one of ordinary skill in the art at the time the

invention was made to modify the teachings of '946 with the macro pixel of '954 in order to

provide high optical alignment tolerance, fault tolerance to mechanical/electrical failures,

inherent robust digital controls and fast response speed of each individual micromirror, as taught

by '954 (col. 4, ln. 27-31).


Re claim 49, '946 teaches for example in fig. 1, an optical blocking filter for receiving an

optical signal having one or more optical bands or channels (col. 2, ln. 37-38), characterized in

that the optical blocking filter comprises a spatial light modulator (14) having a micro-mirror

device (30') with an array of micro- mirrors (32') for selectively deflecting the one or more

optical bands or channels provided thereon (col. 3, ln. 31-39), so that each optical band or

channel is reflected by a respective  micro-mirror (col. 3, ln. 22-26) to eliminate a selected band

or channel or selected bands or channels from the optical signal  provided along a return path

(col. 3, ln. 31-39).

But, '946 fails to explicitly teach deflecting the one or more optical bands or channels to

a reflecting device, which re-reflects the one or more optical bands or channels back to the

spatial light modulator for re-deflecting the one or more optical bands or channels, in order to

eliminate a selected band or channel or a specified selection of bands or channels from the

optical signal provided along an optical return path.

However, within the same field of endeavor, '954 teaches for example in fig. 3b,

deflecting the one or more optical bands or channels to a reflecting device (35), which re-reflects

the one or more optical bands or channels (dashed line) back to the spatial light modulator (15)

Application/Control Number: 10/327,695                                      Page 4

Art Unit: 2873

for re-deflecting the one or more optical bands or channels (fig. 3b), in order to eliminate a selected band or channel or a specified selection of bands or channels from the optical signal provided along an optical return path (wherein the office interprets dropping the signal to be equivalent to eliminating the signal).

Therefore, it would have been obvious to one of ordinary skill in the art at the time the invention was made to modify the teachings of '946 with the macro pixel of '954 in order to provide high optical alignment tolerance, fault tolerance to mechanical/electrical failures, inherent robust digital controls and fast response speed of each individual micromirror, as taught by '954 (col. 4, ln. 27-31).

Re claim 2, '946 further teaches for example in fig. 1, the optical blocking filter comprises an optical arrangement (12, 18, 20) for providing the optical signal along an optical path to the array of micromirrors (14).

Re claim 3, '946 further teaches for example in fig. 1, the optical arrangement having a free optics configuration (wherein the office interprets fig. 1 to disclose a free optics arrangement).

Re claims 4, 5, 7 and 9, '954 further teaches for example, the spatial light modulator is programmable (col. 5, ln. 22-23, wherein the office interprets "selectively turning on or off the individual micromirrors" to teach programming the micromirrors) for reconfiguring the optical blocking filter and the array of micro-mirrors includes a multiplicity of micro-mirrors that are

FinNIST00000902

Application/Control Number: 10/327,695                                      Page 5
Art Unit: 2873

separately controllable (col. 5, ln. 22-23, wherein the office interprets "selectively turning on or off the individual micromirrors" to teach programming the micromirrors) for tilting on an axis depending on a control signal and the spatial light modulator is reconfigurable by statically or dynamically changing channel spacing, the shape of the light beam, or the center wavelength of the light beam of reflected optical signals (col. 5, ln. 22-23, wherein the office interprets "selectively turning on or off the individual micromirrors" to teach programming the micromirrors).

But, '954 fails to explicitly teach changing a switching algorithm drives the array of micro-mirrors in accordance with a switching algorithm or modifying the switching algorithm or that the switching algorithm is based on the wavelength of the optical signal and the one or more optical bands or channels being eliminated.

However, '954 teaches for example, selectively turning on or off the individual micromirror, wherein the office interprets "selectively turning on or off" to include changing or modifying a switching algorithm either statically or dynamically based on the wavelength of the optical signal, as is well known in the art of filters.

Therefore, it would have been obvious to one of ordinary skill in the art at the time the invention was made to modify the teachings of '946 in view of '954 with a switching algorithm that is well known in the art to achieve variable power control, as taught by '945 (col. 5, ln. 24).

Re claim 6, '954 further teaches for example in figs. 1 and 2B, the optical input signal is a wavelength division multiplexed (WDM) optical signal (col. 5, ln. 1-18) having a plurality of wavelengths and a corresponding plurality of optical bands or channels (col. 5, ln. 1-18).

FinNIST00000903

Application/Control Number: 10/327,695                                   Page 6
Art Unit: 2873

Re claim 8, '954 further teaches for example in figs. 2A and 3A, each micro-mirror is tiltable in either a first position or a second position (col. 4, ln. 21-22) along an axis either substantially parallel to the spatial axis of the optical input signal (fig. 3A).

Re claims 10, 15, 16, 19 and 20, '954 further teaches for example in figs. 3A, 4 and 5, the free optics arrangement (GRIN lens, SMF, 25a, 33a) provides the optical signal to the spatial light modulator (15) and also provide an optical output signal having each remaining band or channel reflected off the spatial light modulator (fig. 3B) and further use the optical portions in various systems within a fiber network (col. 1, ln. 10-15). Therefore, the office interprets the teachings of '954 to include obvious modifications to the placement and various elements to teach the claimed limitations.

Re claims 11-14 and 35-37, '954 further teaches for example in figs. 3B and 4, the optical device is used in a variety of systems within fiber optic networks (col. 1, ln. 10-15), including a circulator, 3 port circulator and multiple 3 port circulators (33, and 33a) and waveguides (SMF).

But, '954 fails to explicitly teach the use of capillary tubes.

However, the office interprets the teachings of '954 to be used in various optical networks and in various optical devices (col. 1, ln. 10-15) to include obvious various elements such as capillary tubes, rotators, waveplates and beam splitters within fiber networks as is well known in the art.

FinNIST00000904

Application/Control Number: 10/327,695                                          Page 7
Art Unit: 2873

Therefore, it would have been obvious to one of ordinary skill in the art at the time the invention was made to modify the teachings of '946 in view of '954 with capillary tubes, rotators, waveplates and beam splitters within fiber networks as is well known in the art in order to provide a functional optical device for use in various optical networks.

Re claims 17 and 18, '954 further teaches for example in fig. 3b, the reflective surface includes a mirror (35).

But, '946 in view of '954 fails to explicitly teach the reflective surface is curved.

However, the office interprets the teachings of '954 to be used in various optical networks and in various optical devices (col. 1, ln. 10-15) to include obvious various elements such as a curved reflective surface, as is well known in the art.

Therefore, it would have been obvious to one of ordinary skill in the art at the time the invention was made to modify the teachings of '946 in view of '954 with curved reflective surface as is well known in the art in order to provide a functional optical device for use in various optical networks.

Re claim 21, '946 further teaches for example, varying the dispersion and separation of waveguides (col. 5, ln. 49-51).

But, '946 fail to explicitly teach for example, one group of optical channels is spaced at 100 GHz and another group of optical channels is spaced at 50 GHz.

However, it would have been obvious to one of ordinary skill in the art at the time the invention was made to space one group of optical channels at 100 GHz and another group of

Application/Control Number: 10/327,695                                          Page 8
Art Unit: 2873

optical channels at 50 GHz, since it has been held that discovering an optimum value of a result

effective variable involves only routine skill in the art. *In re Boesch*, 617 F.2d 272, 205 USPQ

215 (CCPA1980).

Therefore, it would have been obvious to one of ordinary skill in the art at the time the

invention was made to modify the optical device of Aksyuk et al. to have one group of optical

channels is spaced at 100 GHz and another group of optical channels is spaced at 50 GHz in

order to simultaneously process multiple multi-frequency optical signals.


Re claims 22-24 and 48, '954 further teaches for example in fig. 3b, the free optics

arrangement comprise a further optical portion (35) for receiving a reflected optical signal from

the spatial light modulator and providing a re-reflected optical signal (dashed line) back to the

spatial light modulator (15), the re-reflected optical signal is reflected off the spatial light

modulator and eliminated (wherein the office interprets dropping the signal to be equivalent to

eliminating the signal), and the further optical portion includes a reflector (35).


Re claim 25, '946 further teaches for example in fig. 1, the optical arrangement includes a

first free optics arrangement (18) that provides the optical signal to the spatial light modulator

(15), and a second free optics arrangement (24) that provides an eliminated optical signal from

the spatial light modulator.


Re claims 26 and 27, '954 further teaches for example in fig. 3b, the optical blocking

filter includes a first optical blocking filter (25 in conjunction with 15) and a second optical

FinNIST00000906

Application/Control Number: 10/327,695                                    Page 9
Art Unit: 2873

blocking filter (25a in conjunction with 15), each sharing a common free optics arrangement and

the common free optics arrangement includes a first optical circulator (33) for providing a first

optical signal (IN 1) to the first optical blocking filter and for providing a first optical output

signal (OUT 1) with first remaining optical bands or channels; and a second optical circulator

(33A) for providing a second optical signal (IN 2) to the second optical blocking filter and for

providing a second optical output signal (OUT 2) with second remaining optical bands or

channels.


Re claims 28 and 29, '954 further teaches for example in fig. 5, the optical arrangement

comprises: one or more polarization separators (BPD) for separating the optical signal into a P

state optical signal (51) and an S state optical signal (53), and for combining a P state optical

return signal and an S state optical return signal into an optical output signal; and a 1/2 wave

plate (55) for rotating the P state optical signal into a rotated S state optical signal, and for

rotating an S state optical return signal into the P state optical return signal (col. 6, ln. 36-44),

wherein the one or more polarization separators include a polarization beam splitter (BPD).


Re claims 30 and 31, '954 further teaches for example in fig. 3b, the optical arrangement

(grin lens and fiber associated with 25a) is arranged in relation to an optical axis and the

micromirror surfaces (15) when the array of micromirrors is in the neutral position are non-

orthogonal in relation to the optical axis (fig. 5) or the optical arrangement (grin lens and fiber

associated with 25) and the micromirror surfaces (15) when is arranged on an optical axis the

array of micromirrors is in the neutral position are orthogonal (fig. 5) to the optical axis so during

FinNIST00000907

Application/Control Number: 10/327,695                                    Page 10
Art Unit: 2873

a failure of the spatial light modulator the optical signal is reflected back along the optical return

path and propagated through the optical blocking filter (wherein the apparatus discloses the

claimed limitations of the structure and is therefore capable of performing the function).

Re claims 32-34 and 38, '946 further teaches for example, the one or more optical

portions include one or more optical PDL devices for minimizing (PDL) polarization dependence

loss, the one or more optical PDL mitigating devices include a pair of optical PDL mitigating

devices or wherein the diffraction grating has a low dispersion loss for minimizing the affect of

polarization dispersion loss (col. 5, ln. 15-28).

Re claims 39-41, '946 in view of '954 teach the reconfigurable optical add/drop

multiplexer as disclosed above, including to be used in various optical networks and in various

optical devices (col. 1, ln. 10-15), including the use of a prism (47, fig. 5).

But, '946 in view of '954 fail to explicitly teach the optical arrangement includes a chisel

prism having multiple faces for internally reflecting the one or more optical signals, wherein the

multiple faces include at least front face, first and second beveled front faces, a rear face and a

bottom face and wherein optical light from first or second optical portions passes through one or

more faces of the chisel prism, reflects off one or more internal surfaces of the chisel prism,

reflects off the spatial light modulator, again reflects off the one or more internal surfaces of the

chisel prism, and passes back to the first or second optical portions.

FinNIST00000908

Application/Control Number: 10/327,695                                     Page 11
Art Unit: 2873

However, the office interprets the teachings of '954 to be used in various optical networks and in various optical devices (col. 1, ln. 10-15) to include obvious various elements such as a prism.

Therefore, it would have been obvious to one of ordinary skill in the art at the time the invention was made to modify the teachings of '946 in view of '954 to provide a prism with multiple faces in order to displace the beam accordingly, as taught by '954 (col. 6, ln. 36-37).

Re claims 42-45, '954 further teaches for example in fig. 2b, 3b and 4, the optical signal includes a plurality of channels ($\lambda 1$-$\lambda N$), each having at least one respective spectral band or section, arranged in non-uniform spectral arrays (as is well known in the art) on the micro-mirror (15), wherein the non-uniform spectral arrays include arrays having a different length, width, number or combination thereof on the array of micro-mirrors (col. 4, ln. 13-19).

Re claim 46, '946 further teaches for example in fig. 1, the one or more light dispersion elements include a diffraction grating (12).

Re claim 47, '946 further teaches for example in fig. 1, the optical arrangement includes a field correction lens (24) for respectively compensating for the one or more channels reflecting of the spatial light modulator (14).

Re claim 50, '954 further teaches for example in fig. 3b, the reflecting device is a mirror (35).

FinNIST00000909

Application/Control Number: 10/327,695                                      Page 12
Art Unit: 2873

Re claim 51, '954 further teaches for example in fig. 1, ach optical band or channel is reflected off a respective plurality of micro-mirrors (col. 4, ln. 13-16).

### *Response to Arguments*

Applicant's arguments with respect to claims 1-51 have been considered but are moot in view of the new ground(s) of rejection.

### *Conclusion*

Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

FinNIST00000910

Application/Control Number: 10/327,695                                    Page 13
Art Unit: 2873

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Joseph P. Martinez whose telephone number is 571-272-2335. The examiner can normally be reached on M-F 7:00 AM to 3:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Georgia Y. Epps can be reached on 571-272-2328. The fax phone number for the organization where this application or proceeding is assigned is 703-872-9306.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

JPM
9-17-04

Hung Xuan Dang
Primary Examiner

FinNIST00000911