# EXHIBIT D

FEB-22-2005  18:02        WARE FRESSOLA

RECEIVED
CENTRAL FAX CENTER    P.01/16

FEB 2 2 2005

PATENT

WFVA/CiDRA File Nos.: 712-002.162/CC-0560

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Re application of:   John A. Moon et al.

Serial No.:  10/327,695          :     Examiner: Joseph P. Martinez

Filed:  December 19, 2002        :     Group Art Unit: 2873

For: **OPTICAL BLOCKING FILTER HAVING AN ARRAY OF MICRO-MIRRORS**


**Mail Stop RCE**                      Fax No.  (703) 872-9306
U.S. Patent and Trademark Office
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450


## PRELIMINARY AMENDMENT

Sir:

This is a response to an Official Action mailed September 22, 2004 filed with a two month extension of time and an RCE Application which was filed by Express mail today. The undersigned attorney hereby certifies that this amendment is being submitted via facsimile on this date, February 22, 2005.

Please amend the application as follows:

FinNIST00000933

FEB-22-2005  18:02        WARE FRESSOLA                                    P.02/16

Serial No.: 10/327,695

IN THE CLAIMS

Please amend the claims, as follows:

1. (Currently amended) An optical blocking filter for receiving an optical signal having one or more optical bands or channels, characterized in that

the optical blocking filter comprises a spatial light modulator having a micro-mirror device with an array of micro-mirrors for selectively deflecting the one or more optical bands or channels so that each optical band or channel is reflected off a respective plurality of micro-mirrors to eliminate a selected band or channel or a specified selection of bands or channels from the optical signal provided along an optical return path, wherein scattered light from a dropped signal is directed onto the micromirror device to reflect away from the return path.

2. (Previously presented) An optical blocking filter according to claim 1, wherein the optical blocking filter comprises an optical arrangement for providing the optical signal along an optical path to the array of micromirrors.

3. (Original) An optical blocking filter according to claim 2, wherein the optical arrangement is a free optics arrangement.

2

FinNIST00000934

FEB-22-2005  18:03      WARE FRESSOLA                              P.03/16

Serial No.: 10/327,695

4. (Original) An optical blocking filter according to claim 1, wherein the spatial light modulator is programmable for reconfiguring the optical blocking filter to eliminate each band or channel by changing a switching algorithm that drives the array of micro-mirrors.

5. (Original) An optical blocking filter according to claim 1, wherein the array of micro-mirrors includes a multiplicity of micro-mirrors that are separately controllable for tilting on an axis depending on a control signal in accordance with a switching algorithm.

6. (Previously presented) An optical blocking filter according to claim 1, wherein the optical signal is a wavelength division multiplexed (WDM) optical signal having a plurality of wavelengths and a corresponding plurality of optical bands or channels.

7. (Original) An optical blocking filter according to claim 4, wherein the spatial light modulator is selectively reconfigurable by statically or dynamically modifying the switching algorithm to accommodate different channel spacing, the shape of the light beam, or the center wavelength of the light beam of the optical signal.

3

FinNIST00000935

FEB-22-2005 18:03          WARE FRESSOLA                                    P.04/16

Serial No.: 10/327,695

8. (Original) An optical blocking filter according to claim 4, wherein the switching algorithm is based on the wavelength of the optical signal and the one or more optical bands or channels being eliminated.

9. (Original) An optical blocking filter according to claim 1, wherein each micro-mirror is tiltable in either a first position or a second position along an axis either substantially parallel to the spectral axis of the optical signal, parallel to the spatial axis of the optical signal, or at an angle of 45 degrees in relation to the spatial axis.

10. (Original) An optical blocking filter according to claim 3, wherein the free optics arrangement provides the optical signal to the spatial light modulator, and also provide an optical output signal having each remaining band or channel reflected off the spatial light modulator.

11. (Original) An optical blocking filter according to claim 10, wherein the free optics arrangement includes either one or more circulators, one or more waveguides, or a combination thereof.

4

FinNIST00000936

Serial No.: 10/327,695

12. (Original) An optical blocking filter according to claim 11, wherein the one or more circulators includes a pair of circulators.

13. (Original) An optical blocking filter according to claim 11, wherein the one or more waveguides includes a pair of capillary tubes.

14. (Original) An optical blocking filter according to claim 12, wherein the one or more circulators includes a three port circulator.

15. (Original) An optical blocking filter according to claim 10, wherein the free optics arrangement includes a collimator, a reflective surface, a dispersion element, a bulk lens, or a combination thereof.

16. (Original) An optical blocking filter according to claim 15, wherein the collimator includes either an aspherical lens, an achromatic lens, a doublet, a GRIN lens, a laser diode doublet, or a combination thereof.

17. (Original) An optical blocking filter according to claim 15, wherein the reflective surface includes a mirror.

5

FinNIST00000937

Serial No.: 10/327,695

18. (Original) An optical blocking filter according to claim 17, wherein the reflective surface is curved.

19. (Original) An optical blocking filter according to claim 15, wherein the bulk lens includes a Fourier lens.

20. (Original) An optical blocking filter according to claim 1, wherein the one or more optical bands or channels have a desired cross-sectional geometry, including an elliptical, a rectangular, a square or a polygonal shape.

21. (Original) An optical blocking filter according to claim 4, wherein the spatial light modulator is configured so one group of optical channels is spaced at 100 Hz and another group of optical channels is spaced at 50 Hz.

22. (Original) An optical blocking filter according to claim 11, wherein the free optics arrangement comprise a further optical portion for receiving a reflected optical signal from the spatial light modulator and providing a re-reflected optical signal back to the spatial light modulator.

23. (Original) An optical blocking filter according to claim

6

PAGE 6/16 * RCVD AT 2/22/2005 5:59:22 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729306 * CSID: * DURATION (mm-ss):03-32

FinNIST00000938

Serial No.: 10/327,695

22, wherein the re-reflected optical signal is reflected off the spatial light modulator and eliminated.

24. (Original) An optical blocking filter according to claim 22, wherein the further optical portion includes a bulk lens, a reflector, or a combination thereof.

25. (Original) An optical blocking filter according to claim 1, wherein the optical arrangement includes a first free optics arrangement that provides the optical signal to the spatial light modulator, and a second free optics arrangement that provides an eliminated optical signal from the spatial light modulator.

26. (Original) An optical blocking filter according to claim 1, wherein the optical blocking filter includes a first optical blocking filter and a second optical blocking filter, each sharing a common free optics arrangement.

27. (Original) An optical blocking filter according to claim 25, wherein the common free optics arrangement includes

a first optical circulator for providing a first optical signal to the first optical blocking filter and for providing a first optical output signal with first remaining optical bands or channels; and

7

FinNIST00000939

FEB-22-2005 18:04        WARE FRESSOLA                    P.08/16

Serial No.: 10/327,695

a second optical circulator for providing a second optical signal to the second optical blocking filter and for providing a second optical output signal with second remaining optical bands or channels.

28. (Original) An optical blocking filter according to claim 1, wherein the optical arrangement comprises:

one or more polarization separators for separating the optical signal into a P state optical signal and an S state optical signal, and for combining a P state optical return signal and an S state optical return signal into an optical output signal; and

a 1/2· wave plate for rotating the P state optical signal into a rotated S state optical signal, and for rotating an S state optical return signal into the P state optical return signal.

29. (Original) An optical blocking filter according to claim 28, wherein the one or more polarization separators include a Wollistan prism, a polarization beam splitter, a fiber coupler or some combination thereof.

30. (Original) An optical blocking filter according to claim 1, wherein the optical arrangement is arranged in relation to an

8

FinNIST00000940

FEB-22-2005  18:04        WARE FRESSOLA                                    P.09/16

Serial No.: 10/327,695

optical axis and the micromirror surfaces when the array of micromirrors is in the neutral position are non-orthogonal in relation to the optical axis.

9

PAGE 9/16 * RCVD AT 2/22/2005 5:59:22 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729306 * CSID: * DURATION (mm-ss):03-32

FinNIST00000941

FEB-22-2005  18:04        WARE FRESSOLA                                    P.10/16

Serial No.: 10/327,695

31. (Original) An optical blocking filter according to claim 1, wherein the optical arrangement is arranged on an optical axis and the micromirror surfaces when the array of micromirrors is in the neutral position are orthogonal to the optical axis so during a failure of the spatial light modulator the optical signal is reflected back along the optical return path and propagated through the optical blocking filter.

32. (Original) An optical blocking filter according to claim 3, wherein the free optics arrangement includes one or more optical PDL mitigating devices for minimizing polarization dependence loss (PDL).

33. (Original) An optical blocking filter according to claim 32, wherein one optical PDL mitigating device is arranged between a waveguide and a grating in the optical arrangement, and another optical PDL mitigating device is arranged between a grating and the spatial light modulator.

34. (Original) An optical blocking filter according to claim 32, wherein the one or more optical PDL mitigating devices include a pair of optical PDL mitigating devices.

10

PAGE 10/16 * RCVD AT 2/22/2005 5:59:22 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729306 * CSID: * DURATION (mm-ss):03-32

FinNIST00000942

FEB-22-2005  18:04        WARE FRESSOLA                                      P.11/16

Serial No.: 10/327,695

35. (Original) An optical blocking filter according to claim 32, wherein the one or more optical PDL mitigating devices includes one optical PDL mitigating device having a polarization splitter for splitting each channel into a pair of polarized light beams and a rotator for rotating one of the polarized light beams of each optical channel.

36. (Original) An optical blocking filter according to claim 35, wherein the one or more optical PDL mitigating devices includes another optical PDL mitigating device having a rotator for rotating one of the previously rotated and polarized light beams of each optical channel and a polarization splitter for combining the pair of polarized light beams of each channel.

37. (Original) An optical blocking filter according to claim 32, wherein the one or more optical PDL mitigating devices includes a ·/4 plate.

38. (Original) An optical blocking filter according to claim 15, wherein the dispersion element has a low PDL.

11

PAGE 11/16 * RCVD AT 2/22/2005 5:59:22 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729306 * CSID: * DURATION (mm-ss):03-32

FinNIST00000943

FEB-22-2005  18:04       WARE FRESSOLA                              P.12/16

Serial No.: 10/327,695

39. (Original) An optical blocking filter according to claim 2, wherein the optical arrangement includes a chisel prism having multiple faces for modifying the direction of the optical signal.

40. (Original) An optical blocking filter according to claim 39, wherein the multiple faces include at least a front face, a rear face, a top face and a bottom face.

41. (Original) An optical blocking filter according to claim 39, wherein the optical light from the free optics arrangement passes through one or more faces of the chisel prism, reflects off one or more internal surfaces of the chisel prism, reflects off the spatial light modulator, again reflects off the one or more internal surfaces of the chisel prism, and passes back to the free optics arrangement.

42. (Original) An optical blocking filter according to claim 1, wherein the optical signal includes a plurality of channels, each having at least one respective spectral band or section.

43. (Original) An optical blocking filter according to claim 1, wherein the optical signal includes at least one channel having respective spectral bands or sections arranged in non-uniform spectral arrays on the array of micro-mirror.

12

FinNIST00000944

FEB-22-2005  18:05        WARE FRESSOLA                                P.13/16

Serial No.: 10/327,695

44. (Original) An optical blocking filter according to claim 43, wherein the non-uniform spectral arrays include arrays having a different length, width, number or combination thereof on the array of micro-mirrors.

45. (Original) An optical blocking filter according to claim 1, wherein the optical signal includes a plurality of channels that are non-linearly disposed on the array of micro-mirrors.

46. (Original) An optical blocking filter according to claim 15, wherein the dispersion element includes a diffraction grating, a tilted grating, an echelle grating, an etalon, a prism or a holographic optical device.

47. (Original) An optical blocking filter according to claim 2, wherein the optical arrangement includes a field correction lens for respectively compensating for the one or more channels reflecting of the spatial light modulator.

48. (Original) An optical blocking filter according to claim 22, wherein the further optical portion includes a mirror for re-reflecting the optical signal back to the spatial light modulator.

13

FinNIST00000945

FEB-22-2005 18:05       WARE FRESSOLA                                    P.14/16

Serial No.: 10/327,695

49. (Currently amended) An optical blocking filter for receiving an optical signal having one or more optical bands or channels, characterized in that

the optical blocking filter comprises a spatial light modulator having a micro-mirror device with an array of micro-mirrors for selectively deflecting the one or more optical bands or channels to a reflecting device, which re-reflects the one or more optical bands or channels back to the spatial light modulator for re-deflecting the one or more optical bands or channels, in order to eliminate a selected band or channel or a specified selection of bands or channels from the optical signal provided along an optical return path, wherein scattered light from a dropped signal is directed onto the micromirror device to reflect away from the return path.

50. (Previously presented) An optical blocking filter according to claim 49, wherein the reflecting device is a mirror.

51. (Previously presented) An optical blocking filter according to claim 49, wherein each optical band or channel is reflected off a respective plurality of micro-mirrors.

14

PAGE 14/16 * RCVD AT 2/22/2005 5:59:22 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729306 * CSID: * DURATION (mm-ss):03-32

FinNIST00000946

FEB-22-2005  18:05        WARE FRESSOLA                                    P.15/16

Serial No.: 10/327,695

Remarks

Claims 1-51 are still pending in the patent application.

Claims 1-51 are rejected based on a proposed combination of Aksyuk et al. in view of Riza

The main independent claims 1 and 49 are amended to make clear that the scattered light from a dropped signal is directed onto the micromirror device to reflect the scattered light away from the return path.  This can be done in two ways.

First, the scattered light may be reflected back to the micromirror device as shown in Fig. 24.

Second, the scattered light may be provided back (not reflected) to the micromirror device as shown in Figs. 21 and 22.

To the extent that the obviousness rejection might be applied to the claims, as amended, it is respectfully traversed because the proposed combination does not teach or suggest a blocking filter having double filtering (blocking or dropping) of a channel to be dropped, as claimed herein.

Aksyuk et al. has been discussed on the record and those discussions are not repeated herein.

Moreover, it is respectfully submitted that Riza does not show, teach or suggest double filtering (blocking or dropping) of the channel to be dropped.  Riza simply shows that a mirror can be used to reflect channels to a particular output fiber to form a 2x2 optical switch, as shown in Figs. 3a-d.  Also note that a

15

FinNIST00000947

Serial No.: 10/327,695

2x2 optical switch is used to direct channels desired output fibers and not to block a channel.  In the configuration shown in Riza, each output fiber would receive the scattered light from any channel being switch away the respective output fiber, even though the light has been reflected back onto the micromirror device.

The remaining dependent claims depend directly or indirectly from the main independent claims, contain all the limitations thereof, and are believed patentable for all the reason discussed herein.

### Conclusion

Reconsideration and allowance of the claims is respectfully requested.

Respectfully submitted,

William J. Barber
Attorney for the Applicants
Registration No. 32,720

/dap
February 22, 2005
WARE, FRESSOLA, VAN DER SLUYS
  & ADOLPHSON LLP
Customer No. 004955
Bradford Green, Building Five
755 Main Street, P.O. Box 224
Monroe, Connecticut 06468
Phone: (203) 261-1234

16

FinNIST00000948