# EXHIBIT E

04/04/2006  01:25    2032664204                    WBARBER                              PAGE  01/22

RECEIVED
CENTRAL FAX CENTER

APR 0 4 2006

File No.: 712-002-163/CC-0587

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Re application of:  P. Szczepanek et al.

Serial No.:  10/353,772              :    Examiner:  J. Martinez

Filed:  January 28, 2003            :    Group Art Unit: 2873

For: MULTIFUNCTIONAL OPTICAL DEVICE HAVING A SPATIAL LIGHT
MODULATOR WITH AN ARRAY OF MICROMIRRORS

Commissioner of Patents                  Fax No. (571) 273-8300
P.O. Box 1450
Alexandria, Virginia 22313-1450
Attn: Ms. McMillan
                              AMENDMENT

Sir:

This is an amendment filed together with an RCE

application.[1]  It is also a response to an Office Action mailed

20 March 2006, and a follow-up to a phone conversation with Ms.

McMillian at (571) 272-1598.

**Moreover, this is a petition for a third month extension of**

**time, or whatever extension of time is needed, to maintain the**

**pendency of the patent application.  In the recently filed RCE**

**application, a petition for a two month extension of time was**

**requested and paid for.  The Commissioner is hereby authorized to**

**charge deposit account 23-0442 for whatever fees are needed to**

**maintain the pendency of the patent application, including but**

**not limited to extension fees, additional claim fees, etc.**

**The assignee is also a small entity.**

---

[1]    I hereby certify that this correspondence is being submitted via
facsimile, addressed to Commissioner of Patents, P.O. Box 1450, Alexandria, VA
22313-1450

William J. Barber                          Date    4 APRIL 06

PAGE 1/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002058

04/04/2006  01:25    2032664204                    WBARBER                        PAGE  02/22

Serial No.:  10/353,772

IN THE CLAIMS

Please cancel claims 3, 7 and 44, and amend the claims as follows:

1.  (Currently amended) A reconfigurable multifunctional optical device comprising:

an optical arrangement for receiving ~~at least two~~ a first optical input ~~signals~~ and a second optical input signal, each of the first and second optical input signals having optical bands or channels, the optical arrangement having a free optics configuration with a light dispersion element for spreading each of the first and second optical input signals into respective optical bands or channels on ~~a~~ separate portions of a spatial light modulator having an array of micro-mirrors and being programmable ~~by selectively changing a switching algorithm that drives the array of micro-mirrors and configures the reconfigurable multifunctional optical device~~ to perform ~~that performs~~ separate optical functions on each of the first and second optical signals;

the spatial light modulator having a first set of micro-mirrors programmed to perform a ~~selected~~ first overall optical function on ~~a~~ the first optical input signal, and having a second set of micro-mirrors programmed to perform a second overall optical function on ~~a~~ the second optical input signal, wherein the first overall optical function and second overall optical

2

PAGE 2/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002059

04/04/2006  01:25     2032664204                    WBARBER                              PAGE  03/22

Serial No.:  10/353,772

function are different.  ~~; and~~

~~the spatial light modulator being selectively reconfigurable~~
~~by statically or dynamically modifying the switching algorithm to~~
~~accommodate different optical characteristics of the at least two~~
~~optical input signals.~~

2.  (Currently amended) A reconfigurable multifunctional optical device according to claim 1, wherein the separate optical functions include reflecting the first and second ~~at least one~~ optical input signals ~~signal~~ off separate non-overlapping areas on the spatial light modulator.

3.  (Cancelled) A reconfigurable multifunctional optical device according to claim 1, wherein the separate optical functions include different optical functions.

4.  (Original) A reconfigurable multifunctional optical device according to claim 1, wherein the separate optical functions include optical switching, conditioning or monitoring functions such as either an optical add/drop multiplexer function, an optical channel monitor function, an optical cross-connect function, an optical interleaver/deinterleaver, an optical filtering function, or any some combination thereof.

3

FinNIST00002060

04/04/2006  01:25    2032664204                    WBARBER                          PAGE  04/22

Serial No.:  10/353,772

5. (Original) A reconfigurable multifunctional optical device according to claim 1, wherein the light dispersion elements include either a diffraction grating, an optical splitter, a holographic device, a prism, or a combination thereof.

6. (Original) A reconfigurable multifunctional optical device according to claim 5, wherein the diffraction grating is a blank of polished fused silica or glass with a reflective coating having a plurality of grooves either etched, ruled or suitably formed thereon.

7. (Cancelled) A reconfigurable multifunctional optical device according to claim 1, wherein the spatial light modulator includes an array of micro-mirrors and is programmable for reconfiguring the reconfigurable multifunctional optical device to perform the first optical function or the second optical function by changing a switching algorithm that drives the array of micro-mirrors.

8. (Currently amended) A reconfigurable multifunctional optical device according to claim 1̲7̶, wherein the light dispersion element is oriented to spread the at least two optical input signals along a spectral axis, wherein the spectral axis is

4

PAGE 4/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002061

04/04/2006  01:25    2032664204                  WBARBER                          PAGE  05/22

Serial No.:  10/353,772

parallel to the tilt axis of the micromirrors of the spatial

light modulator.

9. (Previously presented) A reconfigurable multifunctional optical device according to claim 1, wherein the spatial light modulator includes an array of micro-mirrors having a multiplicity of micro-mirrors that are separately controllable for tilting on an axis depending on a control signal in accordance with a switching algorithm.

10. (Currently amended) A reconfigurable multifunctional optical device according to claim 1, wherein the at least two ~~one~~ ~~optical~~ input signals includes a wavelength division multiplexed (WDM) optical input signal having a plurality of wavelengths and a corresponding plurality of optical bands or channels, each optical band or channel reflecting off a respective group of micro-mirrors of the micro-mirror device.

11. (Currently amended) A reconfigurable multifunctional optical device according to claim 1, wherein the different optical characteristics includes ~~spatial light modulator is selectively reconfigurable by statically or dynamically modifying a switching algorithm to accommodate~~ different channel spacing, the shape of the light beam, ~~or~~ the center wavelength of the

5

PAGE 5/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002062

04/04/2006  01:25    2032664204                    WBARBER                              PAGE  06/22

Serial No.:  10/353,772

light beam of the at least one optical signal, or some combination thereon.

12. (Currently amended) A reconfigurable multifunctional optical device according to claim 8, wherein the switching algorithm is based on the wavelength of the at least two one optical input signalssignal.

13. (Currently amended) A reconfigurable multifunctional optical device according to claim 10, wherein the respective group of micro-mirrors are collectively tilted to reflect channels in the at least two one optical input signalssignal.

14. (Currently amended) A reconfigurable multifunctional optical device according to claim 1, wherein each micro-mirror is tiltable in either a first position or a second position along an axis either substantially parallel to the spectral axis of the at least two one optical input signalssignal, parallel to the spatial axis of the at least two one optical input signalssignal, or at an angle of 45 degrees in relation to the spatial axis.

15. (Currently amended) A reconfigurable multifunctional optical device according to claim 1, wherein the optical arrangement includes one or more optical portions that provide

6

FinNIST00002063

04/04/2006  01:25    2032664204                    WBARBER                    PAGE  07/22

Serial No.:  10/353,772

the at least two ~~one~~ optical input signals ~~signal~~ to the spatial light modulator, and also provide reflected optical signals depending on the first optical function and the second optical function.

16.  (Original) A reconfigurable multifunctional optical device according to claim 15, wherein the one or more optical portions include either one or more circulators, one or more waveguides, or a combination thereof.

17.  (Original) A reconfigurable multifunctional optical device according to claim 16, wherein the one or more circulators includes a pair of circulators.

18.  (Original) A reconfigurable multifunctional optical device according to claim 16, wherein the one or more waveguides includes a pair of capillary tubes.

19.  (Original) A reconfigurable multifunctional optical device according to claim 16, wherein the one or more circulators includes a three port circulator.

20.  (Currently amended) A reconfigurable multifunctional optical device according to claim 15, wherein the one or more

7

FinNIST00002064

04/04/2006  01:25    2032664204                    WBARBER                        PAGE  08/22

Serial No.:  10/353,772

optical portions include a pair of optical portions, including one optical portion for providing one optical input signal to the spatial light modulator, and another optical portion for providing another optical input signal to the spatial light modulator.

21. (Original) A reconfigurable multifunctional optical device according to claim 15, wherein the one or more optical portions include a collimator, a reflective surface, the dispersion element, a bulk lens, or a combination thereof.

22. (Original) A reconfigurable multifunctional optical device according to claim 21, wherein the collimator includes either an aspherical lens, an achromatic lens, a doublet, a GRIN lens, a laser diode doublet, or a combination thereof.

23. (Original) A reconfigurable multifunctional optical device according to claim 21, wherein the reflective surface includes a mirror.

24. (Original) A reconfigurable multifunctional optical device according to claim 21, wherein the bulk lens includes a Fourier lens.

8

FinNIST00002065

04/04/2006  01:25    2032664204                      WBARBER                          PAGE  09/22

Serial No.:  10/353,772

25. (Currently amended) A reconfigurable multifunctional optical device according to claim 12, wherein the one or more optical portions provide one optical input signal, the other optical input signal, or a combination thereof as different channels having different wavelengths on the spatial light modulator.

26. (Original) A reconfigurable multifunctional optical device according to claim 25, wherein the different channels have a desired cross-sectional geometry, including elliptical, rectangular, square or polygonal.

27. (Original) A reconfigurable multifunctional optical device according to claim 25, wherein the spatial light modulator is configured so one group of channels is spaced at 100 GHz and another group of channels is spaced at 50 GHz.

28. (Original) A reconfigurable multifunctional optical device according to claim 15, wherein the one or more optical portions include one or more optical PDL mitigating devices for minimizing polarization dependence loss (PDL).

29. (Original) A reconfigurable multifunctional optical device according to claim 28, wherein one optical PDL mitigating

9

PAGE 9/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002066

04/04/2006  01:25    2032664204                    WBARBER                         PAGE  10/22

Serial No.:  10/353,772

device is arranged between a waveguide and a grating in the optical arrangement, and another optical PDL mitigating device is arranged between a grating and the spatial light modulator.

30. (Original) A reconfigurable multifunctional optical device according to claim 28, wherein the one or more optical PDL mitigating devices include a pair of optical PDL mitigating devices.

31. (Original) A reconfigurable multifunctional optical device according to claim 28, wherein the one or more optical PDL mitigating devices includes one optical PDL mitigating device having a polarization splitter for splitting each channel into a pair of polarized light beams and a rotator for rotating one of the polarized light beams of each optical channel.

32. (Original) A reconfigurable multifunctional optical device according to claim 31, wherein the one or more optical PDL mitigating devices includes another optical PDL mitigating device having a rotator for rotating one of the previously rotated and polarized light beams of each optical channel and a polarization splitter for combining the pair of polarized light beams of each channel.

10

PAGE 10/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002067

Serial No.:  10/353,772

33. (Original) A reconfigurable multifunctional optical device according to claim 28, wherein the one or more optical PDL mitigating devices includes a λ/4 plate.

34. (Original) A reconfigurable multifunctional optical device according to claim 1, wherein the diffraction grating has a low PDL.

35. (Original) A reconfigurable multifunctional optical device according to claim 15, wherein the optical arrangement includes a chisel prism having multiple faces for modifying the direction of the at least one optical signal.

36. (Original) A reconfigurable multifunctional optical device according to claim 35, wherein the multiple faces include at least a front face, first and second beveled front faces, a rear face, a top face and a bottom face.

11

FinNIST00002068

04/04/2006  01:25    2032664204                    WBARBER                        PAGE  12/22

Serial No.:  10/353,772

37. (Original) A reconfigurable multifunctional optical device according to claim 35, wherein optical light from first or second optical portions passes through one or more faces of the chisel prism, reflects off one or more internal surfaces of the chisel prism, reflects off the spatial light modulator, again reflects off the one or more internal surfaces of the chisel prism, and passes back to the first or second optical portions.

38. (Original) A reconfigurable multifunctional optical device according to claim 1, wherein

the reconfigurable multifunctional optical device includes an optical add/drop multiplexer configuration; and

the dispersion element spreads at least one optical signal and an optical add signal so that each optical band or channel is reflected by one respective plurality of micro-mirrors of the spatial light modulator to selectively add or drop the one or more optical bands or channels to and/or from the at least one optical signal.

12

PAGE 12/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002069

04/04/2006  01:25    2032664204                    WBARBER                            PAGE  13/22

Serial No.:  10/353,772

39. (Currently amended) A reconfigurable multifunctional optical device according to claim 1, wherein

the reconfigurable multifunctional optical device includes an optical cross-connect configuration; and

the light dispersion element spreads two or more optical input signals so that each optical band or channel is reflected by one respective plurality of micro-mirrors of the spatial light modulator to selectively switch the one or more optical bands or channels between the two or more optical input signals.

40. (Original) A reconfigurable multifunctional optical device according to claim 1, wherein the reconfigurable multifunctional optical device includes an optical channel monitor configuration having a light detector, the light dispersion element directing one or more reflected optical bands or channels reflected by one respective plurality of micro-mirrors of the spatial light modulator to provide an optical output signal, and the light detector detecting the one or more reflected optical bands or channels in the optical output signal.

13

PAGE 13/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002070

04/04/2006  01:25    2032664204                    WBARBER                              PAGE  14/22

Serial No.:   10/353,772

41. (Currently amended) A reconfigurable multifunctional optical device according to claim 1, wherein

the reconfigurable multifunctional optical device includes an interleaver/deinterleaver configuration; and

the light dispersion element spreads two or more optical input signals so that each optical band or channel is reflected by one respective plurality of micro-mirrors of the spatial light modulator to selectively either combine two respective sets of at least one optical band or channel into one optical output signal, or de-combine one set of the at least one optical band or channel into two optical output signals each having a different set of the at least one optical band or channel.

42. (Original) A reconfigurable multifunctional optical device according to claim 1, wherein

the reconfigurable multifunctional optical device includes a chromatic dispersion compensation configuration for receiving an optical signal having one or more optical channels; and

the spatial light modulator selectively reflects a respective spectral portion of a plurality of spectral bands or sections of the one or more channels from one respective plurality of micro-mirrors of the spatial light modulator to compensate each channel for chromatic dispersion.

14

FinNIST00002071

04/04/2006  01:25   2032664204              WBARBER                        PAGE  15/22

Serial No.:   10/353,772

43. (Currently amended) A reconfigurable multifunctional optical device according to claim 1, wherein

the reconfigurable multifunctional optical device includes an optical blocking filter for receiving an optical input signal having one or more optical bands or channels; and

the spatial light modulator selectively deflects the one or more optical bands or channels from one respective plurality of micro-mirrors of the spatial light modulator to eliminate a selected band or channel or a specified selection of bands or channels from the optical signal provided along an optical return path.

44. (Cancelled) A reconfigurable multifunctional optical device according to claim 1, wherein the at least one optical signal includes two or more optical input signals.

45. (Currently amended) A reconfigurable multifunctional optical device according to claim 1, wherein the at least one optical signal includes one optical input signal, wherein one optical function is performed on the one optical input signal for providing an optical output signal, and wherein a second optical function is performed on the one optical output signal.

15

FinNIST00002072

04/04/2006  01:25    2032664204                    WBARBER                              PAGE  16/22

Serial No.:  10/353,772

46. (Original) A reconfigurable multifunctional optical device according to claim 21, wherein the lens distance between the spatial light modulator and the bulk lens is greater than the focal length of the bulk lens.

47. (Original) A reconfigurable multifunctional optical device according to claim 21, wherein the lens distance between the spatial light modulator and the bulk lens is less than the focal length of the bulk lens.

48. (Original) A reconfigurable multifunctional optical device according to claim 1, wherein the free optics configuration includes a common set of optical components for performing the separate optical functions on each optical signal.

49. (Original) A reconfigurable multifunctional optical device according to claim 1, wherein the optical arrangement disperses optical channels so they are substantially separated.

50. (Original) A reconfigurable multifunctional optical device according to claim 1, wherein the optical arrangement disperses optical channels so they are substantially overlapping.

16

PAGE 16/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002073

04/04/2006  01:25    2032664204                    WBARBER                              PAGE  17/22

Serial No.:  10/353,772

51. (Original) A reconfigurable multifunctional optical device according to claim 8, wherein the light dispersion element is oriented to spread the optical signal along a spectral axis, wherein the spectral axis is perpendicular to the tilt axis of the micromirrors of the spatial light modulator.

52. (Previously presented) A reconfigurable multifunctional optical device according to claim 1, wherein the light dispersion element provides two or more optical return signals, each having modified optical bands or channels depending on the separate optical functions performed on each optical input signal.

17

PAGE 17/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002074

04/04/2006  01:25    2032664204                    WBARBER                          PAGE  18/22

Serial No.:  10/353,772

53. (new)  A reconfigurable multifunctional optical device comprising:

an optical arrangement for receiving an optical input signal having optical bands or channels, the optical arrangement having a free optics configuration with a light dispersion element for spreading the optical input signal into respective optical bands or channels; and

a spatial light modulator having an array of micro-mirrors wherein each of the respective optical bands or channels is spread onto the array of mirrors such that each optical band or channel is disposed on a plurality of micro-mirrors, said spatial light modulator being programmable for performing a first overall optical function and for reconfiguring the reconfigurable multifunctional optical device to perform a second overall optical function by changing a switching algorithm that drives the array of micro-mirrors, wherein the first and second overall optical functions are different.

18

PAGE 18/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002075

04/04/2006  01:25    2032664204                    WBARBER                        PAGE  19/22

Serial No.:  10/353,772

54. (new)  A reconfigurable multifunctional optical device comprising:

an optical arrangement for receiving an optical input signal having optical bands or channels, the optical arrangement having a free optics configuration with a light dispersion element for spreading the optical input signal into respective optical bands or channels; and

a spatial light modulator having an array of micro-mirrors wherein each of the respective optical bands or channels is spread onto the array of mirrors such that each optical band or channel is disposed on a plurality of micro-mirrors, the spatial light modulator being selectively reconfigurable by statically or dynamically modifying a switching algorithm to accommodate different optical characteristics of the optical input signal.

19

PAGE 19/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002076

04/04/2006  01:25    2032664204                    WBARBER                              PAGE  20/22

Serial No.:  10/353,772

### REMARKS

Claim 1 is amended to recite a reconfigurable multifunctional optical device in which different overall optical functions are performed on different/separate portions of micromirror spatial modulator.  In contrast, <u>Aksyuk</u> discloses an array of mirrors having a plurality of stacked rows of mirrors. Moreover, <u>Aksyuk</u> also discloses that a plurality of optical input signals may be projected onto separate rows of mirrors to provide a plurality of WDM add/drop devices. (See col. 4, line 62 to col. 5 line, 14.) However, it is respectfully submitted that <u>Aksyuk</u> does not teach or suggest that first and second sets of micro-mirrors performs separate overall optical functions.

Further, the reasoning in the Final Rejection states that <u>Aksyuk</u> shows "separate and different optical functions" (col. 1, line 56 and col. 3, lines 17-20).  However, <u>Aksyuk</u> merely discloses a single overall function of a WDM add/drop device. Col. 3, lines 17-20 merely describes the operation of the mirrors between a reflective and transmissive state, which enables the device to function as an add/drop device and only as an add/drop device.

The remaining claims 2 and 4-6, 8-43 and 45-52 depend directly or indirectly from claim 1, contain all the limitations thereof, and are deemed patentable over the cited prior art for the reasons set forth above.

20

PAGE 20/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002077

04/04/2006  01:25    2032664204                    WBARBER                          PAGE  21/22

Serial No.:  10/353,772

The newly added claim 53 recites a reconfigurable multifunctional optical device that is reconfigurable between a first and second overall optical function.  As stated above, Aksyuk only discloses a single overall function, i.e. an optical add/drop device.  In Aksyuk, there is no teaching or suggestion that the switching algorithm may be changed to change the overall optical function of the device.

The newly added claim 54 recites a reconfigurable multifunctional optical device featuring a spatial light modulator having an array of micro-mirrors, wherein each of the respective optical bands or channels is spread onto the array of mirrors such that each optical band or channel is disposed on a plurality of micro-mirrors, the spatial light modulator being selectively reconfigurable by statically or dynamically modifying a switching algorithm to accommodate different optical characteristics of the optical input signal.  It is respectfully submitted that Aksyuk and Weaver do not teach or suggest the claimed invention, since neither teaches or suggests a spatial light modulator that is selectively reconfigurable by statically or dynamically modifying a switching algorithm to accommodate different optical characteristics of the optical input signal. Moreover, there is no teaching or suggestion to combine the cited references to provide a reconfigurable multifunctional optical device that is configurable "to accommodate different optical

21

FinNIST00002078

Serial No.:  10/353,772

characteristics of the optical input signal". Further, the combination of the two references is not possible because the mirrors of Aksyuk are single fixed mirrors.

Reconsideration and early allowance of the claims is earnestly solicited.

Respectfully submitted,

William J. Barber
Attorney for the Applicants
Registration No. 32,720

/dap

April 4, 2006
WARE, FRESSOLA, VAN DER SLUYS
   & ADOLPHSON LLP
Customer No. 004955
Bradford Green, Building Five
755 Main Street, P.O. Box 224
Monroe, CT 06468
(203) 261-1234

22

PAGE 22/22 * RCVD AT 4/4/2006 2:24:38 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/19 * DNIS:2738300 * CSID:2032664204 * DURATION (mm-ss):04-46

FinNIST00002079