| | |
|---|---|
| CHRISTOPHER J. COX (SBN 151650)<br>Email: chris.cox@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel: (650) 802-3029<br>Fax: (650) 802-3100<br><br>DAVID C. RADULESCU *(Pro Hac Vice)*<br>Email: david@radulescullp.com<br>TIGRAN VARDANIAN *(Pro Hac Vice)*<br>Email: tigran@radulescullp.com<br>ROBIN M. DAVIS *(Pro Hac Vice)*<br>Email: robin@radulescullp.com<br>RADULESCU LLP<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016<br>Tel: (646) 502-5950<br>Fax: (646) 502-5959<br><br>*Attorneys for Plaintiff*<br>*FINISAR CORPORATION* | ROBERT F. KRAMER (SBN 181706)<br>Email: robert.kramer@dentons.com<br>RUSSELL TONKOVICH (SBN 233280)<br>Email: russell.tonkovich@dentons.com<br>C. GIDEON KORRELL (SBN 284890)<br>Email: gideon.korrell@dentons.com<br>DENTONS US LLP<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA 94304-1125<br>Tel: (650) 798-0300<br>Fax: (650) 798-0310<br><br>SHAILENDRA K. MAHESHWARI *(Pro Hac Vice)*<br>Email: shailendra.maheshwari@dentons.com<br>DENTONS US LLP<br>1301 K. St., NW<br>Washington, DC 20005<br>Tel: (202) 408-6445<br>Fax: (202) 408-6399<br><br>JOEL N. BOCK *(Pro Hac Vice)*<br>Email: joel.bock@dentons.com<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Tel: (212) 768-6700<br>Fax: (212) 768-6800<br><br>*Attorneys for Defendant*<br>*NISTICA, INC.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>NISTICA INC., a Delaware corporation,<br><br>              Defendant. | CASE NO. 5:13-cv-03345 BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING AND HEARING TO PLAINTIFF FINISAR CORPORATION'S MOTION TO STRIKE DEFENDANT NISTICA INC.'S NEW CLAIM CONSTRUCTION PROPOSALS AND SUPPORTING EVIDENCE**<br><br>Date:    July 21, 2014<br>Time:   Courtroom 3, 5th Floor<br>Dept:    3<br>Judge:  Beth Labson Freeman |

-1-

| | |
|---|---|
| **CASE NO. 5:13-CV-03345-BLF** | **JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING AND HEARING FOR MOTION TO STRIKE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Finisar Corporation ("Finisar") and Defendant Nistica, Inc. ("Nistica"), that the proposed deadlines relating to Finisar's Motion to Strike are as follows:

(1) The hearing on Finisar's Motion to Strike is scheduled for July 21, 2014, the same day as the technology tutorial;

(2) The deadline for Nistica to file any opposition to the Motion to Strike is July 9, 2014, and

(3) The deadline for Finisar to file any reply in support of the Motion to Strike is July 14, 2014.

Dated: July 3, 2014

Respectfully Submitted,

**DENTONS US LLP**

By: /s/ Robert F. Kramer
Robert F. Kramer

*Attorneys for Defendant*
*NISTICA, INC.*

**RADULESCU LLP**

By: /s/ David C. Radulescu
David C. Radulescu

*Attorneys for Plaintiff*
*FINISAR CORPORATION*

### ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By: /s/ C. Gideon Korrell
C. Gideon Korrell

-2-

**CERTIFICATE OF SERVICE**

I, C. Gideon Korrell, hereby declare:

I am employed in the City and County of Palo Alto, California in the office of a member of the bar of this court whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is Dentons US LLP, 1530 Page Mill Road, Suite 200, Palo Alto, California 94304.

On July 3, 2014, the following documents, described as:

**JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING AND HEARING TO PLAINTIFF FINISAR CORPORATION'S MOTION TO STRIKE DEFENDANT NISTICA INC.'S NEW CLAIM CONSTRUCTION PROPOSALS AND SUPPORTING EVIDENCE**

to be served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury that the above is true and correct.  Executed on July 3, 2014, in Palo Alto, California.

                                                      /s/ *C. Gideon Korrell*

**CERTIFICATE OF SERVICE**