| | |
|---|---|
| CHRISTOPHER J. COX (SBN 151650)<br>Email: chris.cox@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel: (650) 802-3029<br>Fax: (650) 802-3100<br><br>DAVID C. RADULESCU *(Pro Hac Vice)*<br>Email: david@radulescullp.com<br>TIGRAN VARDANIAN *(Pro Hac Vice)*<br>Email: tigran@radulescullp.com<br>ROBIN M. DAVIS *(Pro Hac Vice)*<br>Email: robin@radulescullp.com<br>RADULESCU LLP<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016<br>Tel: (646) 502-5950<br>Fax: (646) 502-5959<br><br>*Attorneys for Plaintiff*<br>*FINISAR CORPORATION* | ROBERT F. KRAMER (SBN 181706)<br>Email: robert.kramer@dentons.com<br>RUSSELL TONKOVICH (SBN 233280)<br>Email: russell.tonkovich@dentons.com<br>C. GIDEON KORRELL (SBN 284890)<br>Email: gideon.korrell@dentons.com<br>DENTONS US LLP<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA 94304-1125<br>Tel: (650) 798-0300<br>Fax: (650) 798-0310<br><br>SHAILENDRA K. MAHESHWARI (*Pro Hac Vice*)<br>Email: shailendra.maheshwari@dentons.com<br>DENTONS US LLP<br>1301 K. St., NW<br>Washington, DC 20005<br>Tel: (202) 408-6445<br>Fax: (202) 408-6399<br><br>JOEL N. BOCK *(Pro Hac Vice)*<br>Email: joel.bock@dentons.com<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Tel: (212) 768-6700<br>Fax: (212) 768-6800<br><br>*Attorneys for Defendant*<br>*NISTICA, INC.* |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NISTICA INC., a Delaware corporation,<br>Defendant. | CASE NO. 5:13-cv-03345 BLF<br><br>**[PROPOSED] ORDER GRANTING STIPULATION ON BRIEFING AND HEARING SCHEDULE TO PLAINTIFF FINISAR CORPORATION'S MOTION TO STRIKE DEFENDANT NISTICA INC.'S NEW CLAIM CONSTRUCTION PROPOSALS AND SUPPORTING EVIDENCE**<br><br>Date: July 21, 2014<br>Time: Courtroom 3, 5th Floor<br>Dept: 3<br>Judge: Beth Labson Freeman |

1 **[PROPOSED] ORDER**

2 Based on the stipulation of the parties and good cause appearing therefore, it is hereby
3 ORDERED that:

4 (1) The hearing on Finisar's Motion to Strike is scheduled for July 21, 2014;

5 (2) The deadline for Nistica to file any opposition to the Motion to Strike is July 9, 2014, and

6 (3) The deadline for Finisar to file any reply in support of the Motion to Strike is July 14, 2014.

8 **IT IS SO ORDERED**.

10 Dated: July 8, 2014

_____
Hon. Beth Labson Freeman
United States District Court Judge

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

82512044\V-1

**CASE NO. 5:13-CV-03345-BLF** — - 2 - — **[PROPOSED] ORDER ON BRIEFING AND HEARING SCHEDULE FOR MOTION TO STRIKE**