ROBERT F. KRAMER (Bar No. 181706)
Email: robert.kramer@dentons.com
RUSSELL TONKOVICH (Bar No. 233280)
Email: russell.tonkovich@dentons.com
C. GIDEON KORRELL (Bar No. 284890)
Email: gideon.korrell@dentons.com
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA  94304-1125
Telephone:  (650) 798-0300
Facsimile:   (650) 798-0310

SHAILENDRA MAHESHWARI (*Pro Hac Vice*)
Email: shailendra.maheshwari@dentons.com
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, D.C.  20005-3364
Telephone:  (202) 408-6400
Facsimile:   (202) 408-6399

JOEL N. BOCK (*Pro Hac Vice*)
Email: joel.bock@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
Telephone:  (212) 768 6700
Facsimile:   (212) 768 6800

Attorneys for Defendant
NISTICA, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NISTICA, INC., a Delaware corporation,<br><br>Defendant. | Case No.  5:13-cv-03345-BLF<br><br>**DEFENDANT NISTICA, INC.'S AMENDMENT TO JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT L.R. 4-3** |

Pursuant to the Court's Order during the hearing on July 21, 2014, Nistica hereby submits the following amended Exhibit A of the previously-filed Joint Claim Construction and Prehearing Statement (Dkt. No. 98).  These amendments incorporate the positions that Nistica has taken in its briefs with respect to claim construction.

Dated:        July 22, 2014            DENTONS US LLP


                                        By: /s/ *Robert F. Kramer*
                                            Robert F. Kramer

                                        Attorneys for Defendant
                                        NISTICA, INC.

NISTICA'S AMENDED JOINT CLAIM
CONSTRUCTION AND PREHEARING                                                  - 1 -
STATEMENT

# **CERTIFICATE OF SERVICE**

I, C. Gideon Korrell, hereby declare:

I am employed in the City and County of Palo Alto, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Dentons US LLP, 1530 Page Mill Road, Suite 200, Palo Alto, California 94304.

On July 22, 2014, the following documents, described as:

**DEFENDANT NISTICA, INC.'S AMENDMENT TO JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT L.R. 4-3**

to be served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury that the above is true and correct. Executed on July 22, 2014, in Palo Alto, California.

*/s/ C. Gideon Korrell*
C. Gideon Korrell

82530102\V-3