# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: July 21, 2014 | Time in Court: 4 Hrs. & 55 Mins. | Judge: BETH LABSON FREEMAN |
|---|---|---|
| Case No.: 13-cv-03345-BLF | Case Name: Finisar Corporation v. Nistica, Inc. | |

**Attorney for Plaintiff:** Christopher Cox
David Radulescu
Robin M. Davis
**Expert:** Katherine Hall

**Attorney for Defendant:** Russel Tonkovich
Gideon Korrell
Robert Kramer
**Expert:** Joseph Ford

**Deputy Clerk:** Tiffany Salinas-Harwell          **Court Reporter:** Lee-Anne Shortridge

## PROCEEDINGS

Motion to Strike Hearing held.
Motion to Strike is denied.

Claims Construction Tutorial – Plaintiff
Claims Construction Tutorial – Defendant

Court is adjourned.

///