# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 1/2013)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**COURT USE ONLY**
**DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** Adriana Cole
**2a. CONTACT PHONE NUMBER:** (650) 798-0321
**3a. CONTACT EMAIL ADDRESS:** adriana.cole@dentons.com

**1b. ATTORNEY NAME (if different):** Robert F. Kramer
**2b. ATTORNEY PHONE NUMBER:** (650) 798-0356
**3b. ATTORNEY EMAIL ADDRESS:** robert.kramer@dentons.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Dentons US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304

**5. CASE NAME:** Finisar Corp. v. Nistica, Inc.

**6. CASE NUMBER:** 5:13-cv-03345

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR**
Lee-Anne Shortridge

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL
☒ NON-APPEAL   ☒ CIVIL
☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ CJA: Do not use this form; use Form CJA24

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) |
|---|---|---|---|
| 07/21/2014 | BLF | Motion | |
| 07/21/2014 | BLF | Tutorial | |

b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|
| ● | ○ | ○ | ● | ● |
| ● | ○ | ○ | ● | ● |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |

c. DELIVERY TYPE (Choose one per line)

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|
| ○ | ○ | ● | ○ | ○ | ○ |
| ○ | ○ | ● | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Robert F. Kramer
**12. DATE:** 07/25/2014

**DISTRIBUTION:** ☐ COURT COPY   ☐ ORDER RECEIPT   ☐ TRANSCRIPTION COPY   ☐ ORDER COPY