[Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>NISTICA INC., a Delaware corporation,<br><br>        Defendant. | Case No. 5:13-cv-03345 BLF<br><br>**JOINT SUBMISSION REGARDING PROPOSED POST-MARKMAN SCHEDULE**<br><br>**JURY TRIAL DEMANDED**<br><br>Hon. Beth Labson Freeman |

The current case schedule, set forth in the Order re: Joint Discovery Letter (Dkt. No. 93), provides deadlines for events through the Claim Construction Hearing, set for August 8, 2014. The parties have met and conferred and propose the following competing deadlines for case events following the Claim Construction Hearing through trial, subject to the Court's convenience:

| Event | Finisar's Proposed Deadline | Nistica's Proposed Deadline |
|---|---|---|
| Plaintiff to limit asserted claims to 16 claims total, no more than 5 claims per asserted patent | 21 days after the claim construction order | 7 days after the claim construction order |
| Defendant to limit asserted prior art references to 20 total, no more than 6 references per asserted patent | 28 days after the claim construction order | 35 days after the claim construction order |
| Deadline for disclosure of materials associated with any opinion of counsel upon which the party intends to rely (Patent L.R. 3-7) | 50 days after the claim construction order (per Patent L.R. 3-7) | |
| Deadline to amend the pleadings without filing a motion seeking leave to amend the pleadings | 30 days after the claim construction order | |
| Deadline to complete fact discovery | January 20, 2015 | April 30, 2015 |
| Finisar to elect no more than 5 claims total | Nistica's proposal for this new deadline is one-sided and contradicts the Court's Stipulation and Order entered on February 10, 2014 (D.I. 60) resolving this issue that was previously considered by Magistrate Corley on Nistica's Motion to Limit the | May 7, 2015 (7 days after discovery) |

| | | |
|---|---|---|
| | Number of Asserted Patent Claims (D.I. 49). | |
| Initial expert disclosures and reports due (on issue for which the party has the burden of proof) | March 15, 2015 | June 30, 2015 |
| Rebuttal expert disclosures and reports due | April 10, 2015 | July 31, 2015 |
| Deadline to complete expert discovery | May 1, 2015 | September 7, 2015 |
| Dispositive and *Daubert* motions filed | May 15, 2015 | October 9, 2015 |
| Hearing on dispositive and *Daubert* motions | To be set by the Court as necessary | November 19, 2015 |
| FRCP 26(a)(3) Disclosures and Final Pretrial Conference | 30 days before trial commences | |
| Commencement of jury trial | August 2015, subject to the Court's convenience, for approximately two weeks | February 2016, subject to the Court's convenience, for approximately two and a half weeks (assuming Finisar continues to assert infringement of six patents) |

Dated:   August 7, 2014

Respectfully Submitted,

/s/ David C. Radulescu

WEIL GOTSHAL & MANGES LLP
Christopher J. Cox (151650)
chris.cox@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA 94065

2

JOINT SUBMISSION REGARD PROPOSED
POST-MARKMAN SCHEDULE

Case No. 5:13-cv-03345-BLF

|   |   |
|---|---|
| 1 | Telephone: (650) 802-3029 |
| 2 | Facsimile: (650) 802-3100 |

David C. Radulescu, Ph.D. (*pro hac vice*)
RADULESCU LLP
david@radulescullp.com
Tigran Vardanian (*pro hac vice*)
tigran@radulescullp.com
Robin M. Davis (*pro hac vice*)
robin@radulescullp.com
136 Madison Avenue, 6th Floor
New York, NY 10016
Telephone: (646) 502-5950
Facsimile: (646) 502-5959

Attorneys for Plaintiff Finisar Corporation


Dated:  August 7, 2014              /s/ Robert F. Kramer_____

ROBERT F. KRAMER (Bar No. 181706)
Email: robert.kramer@dentons.com
RUSSELL TONKOVITCH (Bar No. 233280)
Email: russell.tonkovitch@dentons.com
C. GIDEON KORRELL (Bar No. 284890)
Email: gideon.korrell@dentons.com
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone:  (650) 798-0300
Facsimile:  (650) 798-0310

SHAILENDRA MAHESHWARI (*pro hac vice*)
Email: shailendra.maheshwari@dentons.com
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, D.C. 20005-3364
Telephone:  (202) 408-6400
Facsimile:  (202) 408-6399

JOEL N. BOCK (*pro hac vice*)
Email: joel.bock@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768 6700

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile:   (212) 768 6800

Attorneys for Defendant
NISTICA, INC.

JOINT SUBMISSION REGARD PROPOSED
POST-MARKMAN SCHEDULE

4

Case No. 5:13-cv-03345-BLF