| | |
|---|---|
| 1   CHRISTOPHER J. COX (SBN 151650) | ROBERT F. KRAMER (Bar No. 181706) |
|     Email: chris.cox@weil.com | Email: robert.kramer@dentons.com |
| 2   WEIL, GOTSHAL & MANGES LLP | JENNIFER D. BENNETT (SBN 235196) |
|     201 Redwood Shores Parkway | Email: jennifer.bennett@dentons.com |
| 3   Redwood Shores, CA 94065 | RUSSELL TONKOVICH (Bar No. 233280) |
|     Tel: (650) 802-3029 | Email: russell.tonkovich@dentons.com |
| 4   Fax: (650) 802-3100 | C. GIDEON KORRELL (Bar No. 284890) |
| | Email: gideon.korrell@dentons.com |
| 5   DAVID C. RADULESCU (*Pro Hac Vice*) | DENTONS US LLP |
|     Email: david@radulescullp.com | 1530 Page Mill Road, Suite 200 |
| 6   TIGRAN VARDANIAN (*Pro Hac Vice*) | Palo Alto, CA 94304-1125 |
|     Email: tigran@radulescullp.com | Telephone: (650) 798-0300 |
| 7   ROBIN M. DAVIS (*Pro Hac Vice*) | Facsimile: (650) 798-0310 |
|     Email: robin@radulescullp.com | |
| 8   RADULESCU LLP | Attorneys for Defendant |
|     The Empire State Building | NISTICA, INC. |
| 9   350 Fifth Avenue, Suite 6910 | |
|     New York, NY 10118 | |
| 10   Tel: (646) 502-5950 | |
|     Fax: (646) 502-5959 | |

Attorneys for Plaintiff
FINISAR CORPORATION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>NISTICA, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 5:13-cv-03345-BLF (JSC)<br><br>**[PROPOSED] ORDER AND STIPULATION ON PLAINTIFF FINISAR CORP.'S ADMINISTRATIVE REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S AMENDED ANSWER AND COUNTERCLAIMS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Finisar Corporation ("Finisar") and Defendant Nistica, Inc. ("Nistica"), that whereas Nistica filed a Second Amended Answer to Complaint and Counterclaims on December 5, 2014 (Dkt. No. 132) per the Stipulated Scheduling Order, and whereas Finisar has requested an extension of time to respond to Nistica's Second Amended Answer to Complaint and Counterclaims, and Nistica does not oppose Finisar's request for an extension of time, it is agreed that Finisar will respond to

JOINT STIP. TO EXTEND TIME      1

1  Nistica's Second Amended Answer to Complaint and Counterclaims by motion on December 31,
2  2014, instead of by December 22, 2014.  Nistica will file its opposition to Finisar's motion on
3  January 23, 2015.  This agreement does not affect the trial date or any other dates in the schedule
4  ordered by the Court.  Finisar's Motion for an Extension of Time to Respond to Nistica's Second
5  Amended Answer to Complaint and Counterclaims (Dkt. No. 135), and Nistica's opposition
6  thereto (Dkt. No. 136), are moot.

Dated: December 17, 2014                         Respectfully Submitted,

**RADULESCU LLP**

By: /s/ *David C. Radulescu*

David C. Radulescu
*Attorneys for Plaintiff*
*FINISAR CORPORATION*

**DENTONS US LLP**

By: /s/ *Robert F. Kramer*

Robert F. Kramer
*Attorneys for Defendant*
*NISTICA, INC.*

1 | **PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

3 | Dated: _____    _____
                                              Hon. Beth Labson Freeman
                                              United States District Court Judge