CHRISTOPHER J. COX (SBN 151650)
Email: chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3029
Fax: (650) 802-3100

DAVID C. RADULESCU (*Pro Hac Vice*)
Email: david@radulescullp.com
TIGRAN VARDANIAN (*Pro Hac Vice*)
Email: tigran@radulescullp.com
ROBIN M. DAVIS (*Pro Hac Vice*)
Email: robin@radulescullp.com
RADULESCU LLP
The Empire State Building
350 Fifth Avenue, Suite 6910
New York, NY 10118
Tel: (646) 502-5950
Fax: (646) 502-5959

Attorneys for Plaintiff
FINISAR CORPORATION

ROBERT F. KRAMER (Bar No. 181706)
Email: robert.kramer@dentons.com
JENNIFER D. BENNETT (SBN 235196)
Email: jennifer.bennett@dentons.com
RUSSELL TONKOVICH (Bar No. 233280)
Email: russell.tonkovich@dentons.com
C. GIDEON KORRELL (Bar No. 284890)
Email: gideon.korrell@dentons.com
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

Attorneys for Defendant
NISTICA, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NISTICA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:13-cv-03345-BLF (JSC)<br><br>[PROPOSED] ORDER AND STIPULATION ON PLAINTIFF FINISAR CORP.'S ADMINISTRATIVE REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S AMENDED ANSWER AND COUNTERCLAIMS |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Finisar Corporation ("Finisar") and Defendant Nistica, Inc. ("Nistica"), that whereas Nistica filed a Second Amended Answer to Complaint and Counterclaims on December 5, 2014 (Dkt. No. 132) per the Stipulated Scheduling Order, and whereas Finisar has requested an extension of time to respond to Nistica's Second Amended Answer to Complaint and Counterclaims, and Nistica does not oppose Finisar's request for an extension of time, it is agreed that Finisar will respond to

1  Nistica's Second Amended Answer to Complaint and Counterclaims by motion on December 31,
2  2014, instead of by December 22, 2014.  Nistica will file its opposition to Finisar's motion on
3  January 23, 2015.  This agreement does not affect the trial date or any other dates in the schedule
4  ordered by the Court.  Finisar's Motion for an Extension of Time to Respond to Nistica's Second
5  Amended Answer to Complaint and Counterclaims (Dkt. No. 135), and Nistica's opposition
6  thereto (Dkt. No. 136), are moot.

Dated: December 17, 2014                               Respectfully Submitted,

**RADULESCU LLP**

By:  /s/ *David C. Radulescu*

David C. Radulescu
*Attorneys for Plaintiff*
*FINISAR CORPORATION*

**DENTONS US LLP**

By:  /s/ *Robert F. Kramer*

Robert F. Kramer
*Attorneys for Defendant*
*NISTICA, INC.*

JOINT STIP. TO EXTEND TIME                                                                                      2

1 **PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

3 Dated: December 18, 2014

*[Signature]*
Hon. Beth Labson Freeman
United States District Court Judge