CHRISTOPHER J. COX (BAR NO. 151650)
Email: chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3029
Facsimile: (650) 802-3100

DAVID C. RADULESCU (*pro hac vice*)
Email: david@radulescullp.com
TIGRAN VARDANIAN (*pro hac vice*)
Email: tigran@radulescullp.com
ROBIN M. DAVIS (*pro hac vice*)
Email: robin@radulescullp.com
RADULESCU LLP
The Empire State Building
350 Fifth Avenue, Suite 6910
New York, NY 10118
Telephone: (646) 502-5950
Facsimile: (646) 502-5959

*Attorneys for Plaintiff*
*FINISAR CORPORATION*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>NISTICA INC., a Delaware corporation,<br><br>        Defendant. | No. 5:13-cv-03345-BLF<br><br>**[PROPOSED] ORDER REGARDING WITHDRAWAL OF GREGORY S. MASKEL AS COUNSEL OF RECORD** |

NOTICE OF WITHDRAWAL OF GREGORY S. MASKEL AS COUNSEL OF RECORD

Having considered the request of Finisar Corporation ("Finisar") to allow Gregory S. Maskel to withdraw his appearance as counsel of record for Finisar in this action.

IT IS HEREBY ORDERED that:

1. Finisar's request is GRANTED; and
2. Gregory S. Maskel is relieved as counsel of record for Finisar.

**IT IS SO ORDERED.**

Dated: January 16, 2015

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE