ROBERT F. KRAMER (Bar No. 181706)
Email: robert.kramer@dentons.com
JENNIFER D. BENNETT (Bar. No. 235196)
Email: jbennett@dentons.com
RUSSELL TONKOVICH (Bar No. 233280)
Email: russell.tonkovich@dentons.com
C. GIDEON KORRELL (Bar No. 284890)
Email: gideon.korrell@dentons.com
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA  94304-1125
Telephone:  (650) 798-0300
Facsimile:   (650) 798-0310

SHAILENDRA MAHESHWARI (Pro Hac Vice)
Email: shailendra.maheshwari@dentons.com
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, D.C.  20005-3364
Telephone:  (202) 408-6400
Facsimile:   (202) 408-6399

JOEL N. BOCK (Pro Hac Vice)
Email: joel.bock@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
Telephone:  (212) 768 6700
Facsimile:   (212) 768 6800

Attorneys for Defendant
NISTICA, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NISTICA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:13-cv-03345-BLF<br><br>**DECLARATION OF JENNIFER D. BENNETT IN SUPPORT OF NISTICA'S AMENDED REPLY TO ITS MOTION FOR LEAVE TO FILE ITS THIRD AMENDED ANSWER AND COUNTERCLAIMS** |

I, Jennifer D. Bennett, declare:

1. I am an attorney at law licensed to practice before this Court. I am a partner in the law firm Dentons US LLP, counsel of record for Defendant Nistica, Inc. ("Nistica") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Nistica's Reply to Its Motion for Leave to File a Third Amended Answer and Counterclaims.

3. Attached as **Exhibit 1** is a true and correct copy of an email from Hoda Rifai-Bashjawish, counsel for Finisar, to Robert Kramer, counsel for Nistica, dated February 9, 2015.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Dated: February 18, 2015          By:   */s/ Jennifer D. Bennett*
                                         Jennifer D. Bennett

# **CERTIFICATE OF SERVICE**

I, Jocasta Wong, hereby declare:

I am employed in the City and County of Palo Alto, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Dentons US LLP, 1530 Page Mill Road, Suite 200, Palo Alto, California 94304.

On February 18, 2015, the following documents, described as:

**DECLARATION OF JENNIFER D. BENNETT IN SUPPORT OF NISTICA'S AMENDED REPLY TO ITS MOTION FOR LEAVE TO FILE ITS THIRD AMENDED ANSWER AND COUNTERCLAIMS**

to be served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury that the above is true and correct. Executed on February 18, 2015, in Palo Alto, California.

                                                      /s/ *Jocasta Wong*
                                                        Jocasta Wong

83831435\V-1