# Exhibit 1

| | |
|---|---|
| **From:** | Hoda Rifai-Bashjawish <Hoda@radulescullp.com> |
| **Sent:** | Monday, February 09, 2015 11:49 AM |
| **To:** | Kramer, Robert F.; Bennett, Jennifer D. |
| **Cc:** | Finisar Service Nistica; Nistica-Dentons |
| **Subject:** | Finisar v. Nistica - Follow up to Meet and Confer |

Counsel,

Thank you for speaking with us this past Friday concerning the email production protocol, both parties interrogatory responses, and upcoming depositions. As this was an extensive discussion, we are sending this email to confirm our positions and agreed upon deadlines on the matters discussed.

From our discussion, we are awaiting the following items to be provided by Nistica: (1) a written description of Nistica's proposed changes to the parties' protocol for streamlining privilege review in connection with the email production protocol, (2) production of non-privileged emails that hit on Finisar's email search terms for all requested custodians by this coming Friday, February 13th, (3) production of (or confirmation of prior production with Bates numbers for) all of Nistica's customer sales agreements and license agreements, (4) confirmation that Mr. Yamaguchi will be available for two days of translated deposition on March 4-5 or March 5-6, 2015, and (5) a deposition date for Mr. Wagener.

With respect to the interrogatories, the parties agreed that April 2, 2015 is acceptable for the supplementation of contention interrogatories, including Finisar's Interrogatory Nos. 12, 13, 14, 15, and 17; and Nistica's Interrogatory Nos. 3 and 7. Finisar will advise whether it is able to supplement its response to the damages contention rog at Nistica's Interrogatory No. 12 before April 2. Additionally, Finisar will supplement its responses with any additional information presently known for Nistica's Interrogatory Nos. 1, 2, 4, 5, 6, 8, 9, 10, and 11 this week. Likewise, Nistica will supplement Finisar's Interrogatory Nos. 1, 4, 7, 8, 9, 10, and 11 this week and its responses to Finisar's Interrogatory No. 2 by February 18, 2015.

You indicated that Nistica intended to supplement its response to Finisar's Interrogatory Nos. 5 and 6 but needed to talk to your team before confirming a date for supplementation. Please provide that expected supplementation time frame today, as you stated you would on the call.

Nistica also indicated that it needed further time to consider whether it would provide a substantive response to Finisar's Interrogatory No. 18 because Nistica may take the position that there is no non-expert testimony to be provided in response to this interrogatory seeking Nistica's non-infringement contentions. We expect to receive your response on that topic this week and will hold Finisar's agreement to provide any supplemental response to Nistica's Interrogatories Nos. 13 and 14 in abeyance until such time as we have Nistica's position.

Similarly, you stated that you would confirm whether and when Nistica will supplement its response to Finisar's Interrogatory No. 16 today—we look forward to your confirmation that Nistica will timely supplement this important fact-seeking interrogatory.

Best regards,

Hoda

# Hoda Rifai-Bashjawish

Radulescu LLP | Associate

646-502-5828 Direct
646-502-5950 Main
646-502-5959 Fax
973-954-0796 Cell

The Empire State Building
350 Fifth Avenue, Suite 6910
New York, NY 10118

hoda@radulescullp.com