1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

3  FINISAR CORPORATION                 )
4                                      )  Case No: 5:13-cv-03345
                   Plaintiff(s),       )
5                                      )  **APPLICATION FOR**
       v.                              )  **ADMISSION OF ATTORNEY**
6  NISTICA, INC.                       )  **PRO HAC VICE**
                                       )  (CIVIL LOCAL RULE 11-3)
7                                      )
                   Defendant(s).       )
8                                      )

   I, Hoda Rifai-Bashjawish, an active member in good standing of the bar of
9  the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the
10 Northern District of California representing: Finisar Corporation in the
   above-entitled action. My local co-counsel in this case is Christopher J. Cox, an
11 attorney who is a member of the bar of this Court in good standing and who maintains an office
12 within the State of California.

13 | MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
   |---|---|
14 | Radulescu LLP, The Empire State Building, 350 Fifth Avenue, Suite 6910, New York, NY 10118 | Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065 |
   | MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
15 | (646) 502-5828 | (650) 802-3029 |
   | MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
16 | hoda@radulescullp.com | chris.cox@weil.com |

17 I am an active member in good standing of a United States Court or of the highest court of
   another State or the District of Columbia, as indicated above; my bar number is: 5264502.
18 A true and correct copy of a certificate of good standing or equivalent official document from said
   bar is attached to this application.
19 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
20 Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.
   *I declare under penalty of perjury that the foregoing is true and correct*.
21 Dated: 03/10/15
22                                             Hoda Rifai-Bashjawish
                                               APPLICANT

23 ═══════════════════════════════════════════════════════════════
24 **ORDER GRANTING APPLICATION**
   **FOR ADMISSION OF ATTORNEY PRO HAC VICE**
25 IT IS HEREBY ORDERED THAT the application of Hoda Rifai-Bashjawish is granted,
   subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26 appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
27 designated in the application will constitute notice to the party.
28 Dated:
                                               UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## HODA RIFAI-BASHJAWISH

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 23, 2014**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

March 6, 2015

Clerk of the Court

5618

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

/s/ *Henry H. Zhang*
Henry H. Zhang

# CERTIFICATE OF SERVICE

I, Henry H. Zhang, hereby declare:

I am over the age of eighteen years and not a party to this action. My business address is The Empire State Building, 350 Fifth Avenue, Suite 6910, New York, NY 10118.

On March 10, 2015, I caused to be electronically filed and served the attached document via the United States District Court's website, described as follows:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

on at least one member of the firm designated on the Transaction Receipt located on the Court's ECF website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 10, 2015 at New York, NY.


                                            /s/ *Henry H. Zhang*
                                            Henry H. Zhang