UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINISAR CORPORATION,

    Plaintiff,

    v.

NISTICA, INC.,

    Defendant.

Case No. 13-cv-03345-BLF   (JSC)

**ORDER FOLLOWING DISCOVERY HEARING**

Re: Dkt. No. 155

Plaintiff Finisar Corporation ("Finisar") brings this patent infringement lawsuit against its competitor, Defendant Nistica, Inc. ("Nistica"), alleging infringement of six of Finisar's patents directed at devices and components used in optical communications networks. This matter has been referred to the undersigned magistrate judge for the purposes of discovery. (Dkt. No. 58.) Now pending before the Court is Finisar's motion to strike portions of Nistica's amended preliminary invalidity contentions. (Dkt. No. 155.) The parties appeared in court for a hearing on that motion on March 26, 2015. Having considered the parties' filing, and in light of the parties' representations at that hearing, it is ORDERED that, if necessary, the parties shall file by close of business on Monday, March 30, 2015, a stipulation and proposed briefing schedule on cross-motions for leave to amend infringement and invalidity contentions.

**IT IS SO ORDERED.**

Dated: March 27, 2015

_Jacqueline Scott Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge