WEIL GOTSHAL & MANGES LLP
Christopher J. Cox (151650)
chris.cox@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3029
Facsimile: (650) 802-3100

David C. Radulescu, Ph.D. (*pro hac vice*)
david@radulescullp.com
Tigran Vardanian (*pro hac vice*)
tigran@radulescullp.com
Robin M. Davis (*pro hac vice*)
robin@radulescullp.com
Daniel Kesack (*pro hac vice*)
daniel@radulescullp.com
The Empire State Building
350 Fifth Avenue, Suite 6910
New York, NY 10118
Telephone: (646) 502-5950
Facsimile: (646) 502-5959
Attorneys for Plaintiff Finisar Corporation

[Additional Counsel Listed On Next Page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| FINISAR CORPORATION,<br>a Delaware corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>NISTICA, INC.,<br>a Delaware corporation,<br><br>   Defendant. | Case No. 5:13-cv-03345-BLF (JSC)<br> ORDER re:<br><br>**NOTICE RE FINISAR'S MOTION TO STRIKE NISTICA'S INVALIDITY CONTENTIONS AND PARTIES' PROPOSED BRIEFING SCHEDULE FOR LEAVE TO FILE AMENDED INFRINGEMENT CONTENTIONS AND AMENDED INVALIDITY CONTENTIONS** |

NOTICE                   Case No. 5:13-cv-03345-BLF (JSC)

ROBERT F. KRAMER (Bar No. 181706)
Email: robert.kramer@dentons.com
JENNIFER D. BENNETT (Bar. No. 235196)
Email: jbennett@dentons.com
RUSSELL S. TONKOVICH (Bar No. 233280)
Email: russell.tonkovich@dentons.com
C. GIDEON KORRELL (Bar No. 284890)
Email: gideon.korrell@dentons.com
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone:  (650) 798-0300
Facsimile:   (650) 798-0310

SHAILENDRA MAHESHWARI (*Pro Hac Vice*)
Email: shailendra.maheshwari@dentons.com
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, D.C. 20005-3364
Telephone:  (202) 408-6400
Facsimile:   (202) 408-6399

JOEL N. BOCK (*Pro Hac Vice*)
Email: joel.bock@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768 6700
Facsimile:   (212) 768 6800

Attorneys for Defendant
NISTICA, INC.

1. Finisar filed a motion to strike Nistica's amended invalidity contentions (Dkt. No. 155) on February 5, 2015 and the Court held a hearing on March 26, 2015.

2. The parties met and conferred regarding whether good cause exists pursuant to Patent Local Rule ("PLR") 3-6 for the parties' amendments made to, and the contents of, Finisar's amended infringement contentions served December 19, 2014 and for the amendments made to, and the contents of, Nistica's amended invalidity contentions served January 19, 2015.  The parties were unable to resolve these disputes.

3. The parties propose that Opening Briefs and supporting papers on motions for leave to file amended infringement and invalidity contentions will be filed simultaneously on April 9, 2015.  Opposition briefs to be filed on April 16, 2015.  Reply briefs to be filed on April

1  20, 2015.  A hearing on the parties' motions are proposed to be held on April 23, 2015, or at the
2  Court's convenience.

3

4  Dated: March 30, 2015                    Respectfully Submitted,

5                                            /s/ David C. Radulescu_____

6                                           WEIL GOTSHAL & MANGES LLP
7                                           Christopher J. Cox (151650)
                                            chris.cox@weil.com
8                                           201 Redwood Shores Parkway
                                            Redwood Shores, CA 94065
9                                           Telephone: (650) 802-3029
                                            Facsimile: (650) 802-3100
10
                                            David C. Radulescu, Ph.D. (*pro hac vice*)
11                                          david@radulescullp.com
                                            Tigran Vardanian (*pro hac vice*)
12                                          tigran@radulescullp.com
                                            Robin M. Davis (*pro hac vice*)
13                                          robin@radulescullp.com
                                            Daniel Kesack
14                                          daniel@radulescullp.com
                                            The Empire State Building
15                                          350 Fifth Avenue, Suite 6910
                                            New York, NY 10016
16                                          Telephone: (646) 502-5950
                                            Facsimile: (646) 502-5959
17
18                                          Attorneys for Plaintiff Finisar Corporation
19

20  Dated: March 30, 2015                    /s/ Robert F. Kramer_____

21                                          ROBERT F. KRAMER (Bar No. 181706)
                                            Email: robert.kramer@dentons.com
22                                          JENNIFER D. BENNETT (Bar. No. 235196)
                                            Email: jbennett@dentons.com
23                                          RUSSELL S. TONKOVICH (Bar No. 233280)
                                            Email: russell.tonkovich@dentons.com
24                                          C. GIDEON KORRELL (Bar No. 284890)
                                            Email: gideon.korrell@dentons.com
25                                          DENTONS US LLP
                                            1530 Page Mill Road, Suite 200
26                                          Palo Alto, CA 94304-1125
                                            Telephone:  (650) 798-0300
27                                          Facsimile:   (650) 798-0310
28

SHAILENDRA MAHESHWARI (*pro hac vice*)
Email: shailendra.maheshwari@dentons.com
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, D.C. 20005-3364
Telephone:  (202) 408-6400
Facsimile:   (202) 408-6399

JOEL N. BOCK (*pro hac vice*)
Email: joel.bock@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768 6700
Facsimile:   (212) 768 6800

Attorneys for Defendant
NISTICA, INC.

### **ATTESTATION CLAUSE**

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By:   */s/  Robert F. Kramer*
         Robert F. Kramer

IT IS SO ORDERED.  The hearings on the parties' motions to  amend are set for 4/23/2015 at 9:00 a.m.

Dated: March  31, 2015

*Jacqueline Scott Corley*
UNITED STATES MAGISTRATE JUDGE
JACQUELINE SCOTT CORLEY