UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>NISTICA, INC.,<br><br>        Defendant. | Case No.  13-cv-03345-BLF   (JSC)<br><br>**UNSEALING ORDER**<br><br>Re: Dkt. No. 181 |

On April 6, 2015, the Court granted in part Finisar's motion to strike Nistica's amended invalidity contentions without prejudice to allowing Nistica to file a formal motion seeking to establish good cause to amend. (Dkt. No. 181 at 15.)  The Court filed the April 6 Order under seal because various matters referenced therein were filed under seal in this matter. (*Id.* at 17.)  However, the Court noted that it was "not persuaded that any of the things discussed in th[e] Order are in fact confidential and properly sealable" and required the parties to inform the Court by no later than April 10 what information, if any, within the Order must remain sealed. (*Id.* at 17-18.)  The Court advised the parties that "[f]ailure to file such a statement will result in unsealing of th[e] Order in its entirety." (*Id.*)  The parties have failed to inform the Court what information needs to remain sealed, and the deadline to do so has long since passed.  The Court notes that its Order contains no details of or references to the content of documents filed under seal.  Accordingly, the Court orders that its April 6 Order be UNSEALED.

**IT IS SO ORDERED.**

Dated: April 21, 2015

                                                                _____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge