| | |
|---|---|
| CHRISTOPHER J. COX (SBN 151650)<br>Email: chris.cox@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel: (650) 802-3029<br>Fax: (650) 802-3100<br><br>DAVID C. RADULESCU (Pro Hac Vice)<br>Email: david@radulescullp.com<br>TIGRAN VARDANIAN (Pro Hac Vice)<br>Email: tigran@radulescullp.com<br>ROBIN M. DAVIS (Pro Hac Vice)<br>Email: robin@radulescullp.com<br>RADULESCU LLP<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016<br>Tel: (646) 502-5950<br>Fax: (646) 502-5959<br><br>Attorneys for Plaintiff<br>FINISAR CORPORATION | ROBERT F. KRAMER (Bar No. 181706)<br>Email: robert.kramer@dentons.com<br>RUSSELL TONKOVICH (Bar No. 233280)<br>Email: russell.tonkovich@dentons.com<br>JENNIFER D. BENNETT (SBN 235196)<br>Email: jennifer.bennett@dentons.com<br>C. GIDEON KORRELL (Bar No. 284890)<br>Email: gideon.korrell@dentons.com<br>DENTONS US LLP<br>1530 Page Mill Road, Suite 200<br>Palo Alto, CA 94304-1125<br>Telephone: (650) 798-0300<br>Facsimile: (650) 798-0310<br><br>SHAILENDRA MAHESHWARI (*Pro Hac Vice*)<br>Email: shailendra.maheshwari@dentons.com<br>DENTONS US LLP<br>1301 K Street, NW<br>Suite 600, East Tower<br>Washington, D.C. 20005-3364<br>Telephone: (202) 408-6400<br>Facsimile: (202) 408-6399<br><br>JOEL N. BOCK (*Pro Hac Vice*)<br>Email: joel.bock@dentons.com<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone: (212) 768 6700<br>Facsimile: (212) 768 6800<br><br>Attorneys for Defendant<br>NISTICA, INC. |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NISTICA, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 5:13-cv-03345-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT OF CASE SCHEDULE** |

1  WHEREAS, on November 19, 2014, the Court issued a Case Management Order (Dkt. No. 131) in this action between Plaintiff Finisar Corporation ("Finisar") and Defendant Nistica, Inc. ("Nistica") setting forth dates and deadlines for dispositive motions, pretrial conference, and trial in this action and, also on November 19, 2014, the Court issued Civil Minutes (Dkt. No. 130) ordering the adoption of the dates and deadlines agreed to by the parties for all other case events;

WHEREAS the parties have conferred regarding the current case schedule and agree that certain amendments to the deadlines with respect to the close of fact discovery, expert discovery, and briefing of dispositive motions, as well as combining the hearing on dispositive motions with the further case management conference, would be beneficial to both sides, particularly in light of the parties upcoming ADR activities and challenging schedule of fact depositions;

WHEREAS the parties' proposal for amendments to the case schedule would not alter any dates for *Daubert* motions, pretrial, and trial;

WHEREAS all other dates previously set by the Court would remain the same.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the case schedule is amended as follows:

| Scheduled Case Event | Current Date | [Proposed] Amended Date |
|---|---|---|
| Deadline to complete fact discovery | May 30, 2015 | June 26, 2015 |
| Initial expert disclosures and reports due (on issue for which the party has the burden of proof) | July 2, 2015 | July 27, 2015 |
| Rebuttal expert disclosures and reports due (on issue for which the party does not have the burden of proof) | August 3, 2015 | August 27, 2015 |
| Deadline to complete expert discovery | August 24, 2015 | September 24, 2015 |
| Dispositive Motions due | September 15, 2015 | October 8, 2015 |
| Oppositions to Dispositive Motions due | October 15, 2015 | November 9, 2015 |
| Reply to Oppositions to Dispositive Motions due | November 2, 2015 | December 1, 2015 |
| Last Day to Hear Dispositive Motions | November 19, 2015 at 9:00 am | December 17, 2015, at 9:00 am, or at the Court's convenience (preferably combined with Further Case |


| Scheduled Case Event | Current Date | [Proposed] Amended Date |
|---|---|---|
| | | Management Conference) |
| Joint Case Management Statement due | December 10, 2015 | December 10, 2015 (same) |
| Further Case Management Conference | December 17, 2015 at 1:30 pm | December 17, 2015 at 1:30 pm (same) |
| *Daubert* Hearings | January 21 & 22, 2016 at 9:00 am | January 21 & 22, 2016 at 9:00 am (same) |
| Final Pretrial Conference | January 21, 2016 at 2:30 pm | January 21, 2016 at 2:30 pm (same) |
| Trial | February 8, 2016 | February 8, 2016 (same) |

Dated: May 1, 2015                    Respectfully Submitted,

**RADULESCU LLP**

By:  /s/ *David C. Radulescu*

David C. Radulescu
*Attorneys for Plaintiff*
FINISAR CORPORATION


**DENTONS US LLP**

By:  /s/ *Robert F. Kramer*

Robert F. Kramer
*Attorneys for Defendant*
NISTICA, INC.

1 **PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

3  Dated: _____          _____
                                           Hon. Beth Labson Freeman
                                           United States District Court Judge