UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FINISAR CORPORATION,

    Plaintiff,

v.

NISTICA, INC.,

    Defendant.

Case No. 13-cv-03345-BLF

**AMENDED ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**[1]

The parties are hereby ordered to appear at a Further Case Management Conference on **June 11, 2015 at 1:30 p.m.** in Courtroom 3, 5th Floor, San Jose in order to discuss the potential appointment of a special master who can provide recommendations regarding the parties' anticipated dispositive motions, as well as to address scheduling concerns raised in the parties' recent stipulated request to amend the case schedule (ECF 205).  Pursuant to the parties' joint request, fact discovery shall remain open through to June 11, 2015.

All parties are authorized to appear by CourtCall.  No case management statement is required.

**IT IS SO ORDERED.**

Dated: May 7, 2015

BETH LABSON FREEMAN
United States District Judge

---

[1] This order supersedes ECF 207.