UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NISTICA, INC.,<br><br>    Defendant. | Case No. 13-cv-03345-BLF   (JSC)<br><br>**UNSEALING ORDER**<br>Re: Dkt. No. 206 |

On April 29, 2014, the Court granted Finisar's motion to amend infringement contentions and granted in part Nistica's motion to amend invalidity contentions. (Dkt. No. 204.) The Court filed the April 29 Order under seal because various matters referenced therein were filed under seal in this matter. (*Id.* at 24.) However, the Court noted that it was "not persuaded that the entirety of th[e] Order is confidential and properly sealable[,]" and required the parties to inform the Court by May 4 what information, if any, within the Order must remain sealed. (*Id.* at 25.) The Court advised the parties that "[f]ailure to file such a statement will result in the unsealing of th[e] Order in its entirety." (*Id.*) Finisar has since filed such a statement, identifying 10 lines on Page 10 of the Order that should remained sealed. (Dkt. No. 206.) Finisar argues that these 10 lines cite to and describe the contents of declarations that the Court has already determined are sealable in their entirety as they disclose confidential, trade secret, and proprietary product information regarding the development of Finisar's products. (*See id.* at 3.) The Court agrees. Accordingly, Finisar is ORDERED to file on the public docket a copy of the April 29 Order with its proposed redactions.

    **IT IS SO ORDERED.**

Dated: May 11, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge