CHRISTOPHER J. COX (BAR NO. 151650)
Email: chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3029
Facsimile: (650) 802-3100

DAVID C. RADULESCU, PH.D. (*pro hac vice*)
Email: david@radulescullp.com
TIGRAN VARDANIAN (*pro hac vice*)
Email: tigran@radulescullp.com
ETAI LAHAV (*pro hac vice*)
Email: etai@radulescullp.com
ROBIN M. DAVIS (*pro hac vice*)
Email: robin@radulescullp.com
DANIEL KESACK (*pro hac vice*)
Email: daniel@radulescullp.com
RADULESCU LLP
The Empire State Building
350 Fifth Avenue, Suite 6910
Telephone: (646) 502-5950
Facsimile: (646) 502-5959

*Attorneys for Plaintiff*
*FINISAR CORPORATION*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation, <br><br>         Plaintiff, <br><br>         v. <br><br> NISTICA INC., a Delaware corporation <br><br>         Defendant. | No. 5:13-cv-03345-BLF <br><br> **DECLARATION OF DR. BENJAMIN F. GOLDBERG IN SUPPORT OF PLAINTIFF FINISAR CORPORATION'S MOTION TO COMPEL NISTICA TO INSTALL SOFTWARE TOOLS FOR VIEWING AND SEARCHING PRODUCED SOURCE CODE** |

I, Dr. Benjamin F. Goldberg, declare:

1.       I am an Associate Professor at the Courant Institute of Mathematical Sciences in

the Department of Computer Science at New York University.  I obtained my Ph.D. in computer science from Yale University in 1988 and have been teaching graduate and undergraduate courses related to software development since 1987.  I have been retained by Finisar as a source code expert in connection with the above-captioned matter.  I have served as a source code expert in at least 40 patent and copyright litigations over the past 18 years.

2.      I make this declaration based on my own personal knowledge and, if called to testify as to the truth of the matters declared herein, I could and would testify competently thereto.

3.      I understand that under the Protective Order, the Receiving Party shall not at any time use any compilers, interpreters or simulators in connection with the Producing Party's Source Code.

4.      I will not use any compilers, interpreters or simulators in connection with the Producing Party's Source Code.

5.      Cygwin is a Unix-like environment and command-line interface for Microsoft Windows. Cygwin provides native integration of Windows-based applications, data, and other system resources with applications, software tools, and data of the Unix-like environment.

6.      Cygwin has the option of installing compilers and interpreter packages, but a user can easily turn these packages off so they are never installed.  Ex 20, Cygwin installation window with interpreters set to uninstall.

7.      Bash.exe is not listed as an interpreter by Cygwin. Ex 20.  And Bash is not an interpreter as contemplated by the Protective Order.  Instead, Bash.exe is a command line shell.  A command line shell provides a traditional *text-based* user interface for an operating system, wherein users enter commands to the computer as text for the command line shell to execute.  This is contrasted with the more modern *graphical* user interface that most computer users are familiar with, wherein instead of text commands, the user issues commands via, e.g., mouse clicks.

8.      Bash.exe is a command line shell for the Unix operating system and for Unix-like utilities like Cygwin.  Thus, it is not used to interpret Nistica's source code.  Rather, it only

executes the commands that are input by the user either one at a time or in a group.  I will only use Bash to launch applications or utilities that can be used to view and search the source code, including comparisons of file directories and source code files.

9.    The Source Code Computer already has such command line shells installed.  For example, the Windows shells cmd.exe and Windows Powershell have been installed on the Source Code Computer since I first inspected the source code late last year.  The utilities for searching and viewing source code files in Powershell are less convenient and less widely used among persons of skill than those in Unix and Cygwin.

10.    The Compare plug-in for Notepad++ is a utility that generates comparisons of different source code files.  It does not create copies of source code files.  Instead it displays the differences between two files.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Executed this 6th day of July, 2015.


By: _____

Dr. Benjamin F. Goldberg