# EXHIBIT 3

Case5:13-cv-03345-BLF   Document220-4   Filed07/06/15   Page1 of 2

| | |
|---|---|
| **From:** | Robin Davis |
| **Sent:** | Tuesday, March 24, 2015 6:36 PM |
| **To:** | Robert Kramer; Bennett, Jennifer D. |
| **Cc:** | Nistica-Dentons; Finisar Service Nistica |
| **Subject:** | Finisar v. Nistica - Depositions |

Counsel,

Please let us know the availability of the following individuals for deposition in this case.  We would be pleased to take these depositions in New York City, if that is most convenient for the witnesses.

- Dario Falquier
- Ronen Simovitch
- Joanne Bisconti
- Steve Robinson
- Nitin Sharma
- James DaSilva
- Roey Harel
- Brian Garret
- Michael Pepsin
- Thomas Strasser (subsequent to production of his emails)

Additionally, Nistica identified a representative of NTT in its Initial Disclosures.  If Nistica intends to call a representative of NTT or any other third party at trial, please identify him or her so that Finisar may take the necessary discovery.

Best regards, Robin
--

# Robin M. Davis

Radulescu LLP | Of Counsel

646-502-5956 Direct
646-502-5950 Main
646-502-5959 Fax
617-875-4703 Cell
The Empire State Building
350 Fifth Avenue, Suite 6910
New York, NY  10118
Robin@Radulescullp.com

1