# EXHIBIT 5

| | |
|---|---|
| **From:** | Bennett, Jennifer D. <jennifer.bennett@dentons.com> |
| **Sent:** | Sunday, May 03, 2015 10:16 PM |
| **To:** | Finisar Service Nistica |
| **Cc:** | Nistica-Dentons |
| **Subject:** | 30b6 topics |

Counsel,
Subject to Nistica's objections, DaSilva is designated to testify regarding topics 1, 3 and 4 in Finisar's Third Set of Topics.  Subject to Nistica's objections, Tom Strasser is designated to testify regarding topics 32, 33, 54, and 72 to the extent the topic can be understood,  from the First Set of Topics; subject to Nistica's objections, Topics 6 -9, 15, 17-18, 20, 22-24 from the Second Set of Topics; and subject to Nistica's objections, Topic 2 from the Third Set of Topics.
Thanks,
Jennifer


DENTONS   Jennifer D. Bennett

D +1 650 798 0325   |   US Internal 70325
jennifer.bennett@dentons.com
Bio   |   Website

Dentons US LLP

SNR Denton is proud to join Salans and FMC as a founding member of Dentons.

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.