ROBERT F. KRAMER (Bar No. 181706)
Email: robert.kramer@dentons.com
JENNIFER D. BENNETT (Bar No. 235196)
Email: jennifer.bennett@dentons.com
RUSSELL S. TONKOVICH (Bar No. 233280)
Email: russell.tonkovich@dentons.com
C. GIDEON KORRELL (Bar No. 284890)
Email: gideon.korrell@dentons.com
DENTONS US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

SHAILENDRA MAHESHWARI (*Pro Hac Vice*)
Email: shailendra.maheshwari@dentons.com
DENTONS US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, D.C. 20005-3364
Telephone: (202) 408-6400
Facsimile: (202) 408-6399

JOEL N. BOCK (*Pro Hac Vice*)
Email: joel.bock@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768 6700
Facsimile: (212) 768 6800

Attorneys for Defendant
NISTICA, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NISTICA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:13-cv-03345-BLF-JSC<br><br>**DECLARATION OF JAMES DA SILVA IN SUPPORT OF DEFENDANT NISTICA, INC.'S RESPONSE TO FINISAR'S MOTION TO COMPEL** |

I, James da Silva declare:

1. I am a Senior Software Engineer at Nistica, Inc. I make this declaration based on my own personal knowledge and, if called to testify as to the truth of the matters declared herein, I could and would testify competently thereto.

2. I have many years of experience writing source code and other computer code and am familiar with tools that are used to write, manage and work with computer programs.

3. Cygwin is a collection of GNU and Open Source tools that provide functionality similar to a Linux distribution on Windows.

4. Cygwin is a Unix-like environment and command-line interface for Microsoft Windows. Cygwin provides native integration of Windows-based applications, data, and other system resources with applications, software tools, and data of the Unix-like environment.

5. The default installation of Cygwin contains at least two interpreters, bash.exe and gawk.exe. gawk.exe is an implementation of the AWK Programming Language. Ex. A, List of Executable Files in Default Installation of Cygwin; Ex. B, List of All Files in Default Installation of Cygwin; Ex. C, AWK User's Manual, at 1 ("The awk utility is thus termed an *interpreter*."); Ex. D, Bash Interpreter Problems, at 1. These interpreters can be used to perform an analysis of Nistica's source code.

6. Cygwin is not required to either view or search source code.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Executed this 6th day of July, 2015.

By: _____
James Da Silva

- 2 -

DECLARATION OF JAMES DA SILVA IN SUPPORT OF
NISTICA'S RESPONSE TO FINISAR'S MOTION TO COMPEL

# CERTIFICATE OF SERVICE

I, Adriana Cole, hereby declare:

I am over the age of eighteen years and not a party to the within action. My business address is Dentons US LLP, 1530 Page Mill Rd., Palo Alto, CA 94453.

On July 6, 2015, I caused the following documents, described as:

**DECLARATION OF JAMES DA SILVA IN SUPPORT OF DEFENDANT NISTICA, INC.'S RESPONSE TO FINISAR'S MOTION TO COMPEL**

to be served via CM/ECF, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website.

I declare under penalty of perjury that the above is true and correct. Executed on July 6, 2015, in Palo Alto, CA.

/s/ *Adriana Cole*
Adriana Cole