UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NISTICA, INC.,<br><br>　　　　Defendant. | Case No. 13-cv-03345-BLF   (JSC)<br><br>**ORDER ON ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 219, 222, 224 |

　　Now pending before the Court are Finisar's three administrative motions to file under seal briefing and documents regarding three discovery disputes. (Dkt. Nos. 219, 222, 224.) Having considered Finisar's submissions, the Court GRANTS the motions to seal.

　　There is a presumption of public access to judicial records and documents. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). "It is well-established that the fruits of pre-trial discovery are, in the absence of a court order to the contrary, presumptively public. [Federal Rule of Civil Procedure] 26(c) authorizes a district court to override this presumption where 'good cause' is shown." *San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1103 (9th Cir. 1999). Sealing is appropriate only where the requesting party "establishes that the document, or portions thereof is privileged or protectable as a trade secret or otherwise entitled to protection under the law." N.D. Cal. Civ. L.R. 79-5(a). A party must "narrowly tailor" its request to sealable material only. *Id.*

　　Finisar's first administrative motion (Dkt. No. 219) seeks to seal Exhibits 6 and 8 submitted in connection with the parties' joint Letter Brief in Support of Finisar's Motion to Compel Nistica to Install Software Tools for Viewing and Searching Produced Source Code. As these documents contain confidential, technical information about Nistica's software—

information that the Court has already deemed properly sealable—the motion to seal is GRANTED.

Finisar's second administrative motion (Dkt. No. 222) seeks to seal Exhibits J, K, 6, 7, and 8 submitted in connection with the parties' joint Letter Brief in Support of Finisar's Motion for an Order to Compel 30(b)(6) Testimony from Nistica and Certain Related Documents. The five exhibits contain confidential information and/or testimony about Nistica's financial records and its WSS and line cards used in its Accused Devices. The Court has repeatedly found good cause to seal such material. Accordingly, the motion to seal these exhibits is GRANTED.

Finisar's third administrative motion (Dkt. No. 224) seeks to seal portions of Finisar's individual Letter Brief for an Order to Compel Nistica to Supplement Interrogatory Responses and Produce Documents and Exhibits A, H J, K, and L submitted in support thereof. These exhibits all contain confidential information and/or testimony about the technical details of Nistica's WSS and line card products, including amended infringement contentions and discovery responses that the Court has already found properly sealable. The proposed redactions in the letter brief are narrowly tailored to seal only information that discloses this confidential information. Accordingly, the motion to seal is GRANTED.

**IT IS SO ORDERED.**

Dated: July 8, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge