UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FINISAR CORPORATION,

    Plaintiff,

    v.

NISTICA, INC.,

    Defendant.

Case No. 13-cv-03345-BLF

**ORDER REGARDING SELECTION OF SPECIAL MASTER**

The Court is in receipt of the parties' electronic correspondence dated July 10, 13, and 14 regarding the selection process for a special master in this case.

In light of the fact that Defendant has selected only one candidate, Plaintiff shall be allowed to select one of its two candidates to propose to the Court. Each party shall, by no later than **July 21, 2015**, file its proposal with the Court, which shall consist of the special master candidate's C.V. and a letter brief not exceeding 2 pages that explains why the Court should select the proponent's candidate and not that of the opposing party. No further briefing or hearing will be required, unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: July 14, 2015

BETH LABSON FREEMAN
United States District Judge