UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NISTICA, INC.,<br><br>    Defendant. | Case No. 13-cv-03345-BLF<br><br>**ORDER REQUESTING § 455 DECLARATION FROM ROBERT B. MORRILL PRIOR TO APPOINTMENT AS SPECIAL MASTER** |

The Court intends to appoint Robert B. Morrill as special master to oversee summary judgment in this case. Pursuant to Federal Rule of Civil Procedure 53(b)(3), an order appointing a special master can only be issued after the master has filed an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455 and, if a ground for disqualification is disclosed, after the parties have consented with the Court's approval to waive the disqualification.

Accordingly, the proposed special master is asked to file, within **seven (7) days** from the date of this order, an affidavit in the form attached whether there is any ground for disqualification, and if so what it is.

**IT IS SO ORDERED.**

Dated: August 7, 2015

_____
BETH LABSON FREEMAN
United States District Judge

1  Having informed myself about my personal and fiduciary financial interests, and having
2  made a reasonable effort to inform myself about the personal financial interests of my spouse and
3  minor children residing in my household, if any, I certify that there are [grounds] [no grounds] for
4  disqualification pursuant to 28 U.S.C. § 455.

5  The grounds for disqualification, if any, are as follows:

6  _____
7  _____
8  _____
9  _____
10 _____
11 _____

12 I declare under penalty of perjury under the laws of the United States of America that the
13 foregoing is true and correct.

14

15 Signed: _____     Dated: _____