UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NISTICA, INC.,<br><br>    Defendant. | Case No. 13-cv-03345-BLF<br><br>**ORDER REGARDING SCHEDULING IN CONNECTION WITH APPOINTMENT OF SPECIAL MASTER** |

The Court has indicated its intent to appoint Robert B. Morrill as special master to oversee summary judgment in this case, subject to his filing of an affidavit under 28 U.S.C. § 455. The parties are hereby directed to begin meeting and conferring regarding a schedule for summary judgment including deadlines for:

(1) briefing before the special master;

(2) a hearing (if any) before the special master;

(3) timeline for the special master's report and recommendation;

(4) briefing for the parties' response to the special master's report; and

(5) a hearing (if any) before the Court regarding the special master's report.

The parties shall provide a stipulated proposed schedule to the Court **by no later than August 21, 2015**. Upon receipt of the proposed schedule, the Court will determine whether the present trial date remains viable.

1   The parties are requested not to have ex parte communications with the special master
2 except for scheduling and administrative matters.
3   **IT IS SO ORDERED.**
4 Dated: August 7, 2015

_____
BETH LABSON FREEMAN
United States District Judge