*Finisar Corporation v. Nistica, Inc.*

## Case No. 5:13-cv-03345-BLF-JSC

# EXHIBIT 2

# to the Tonkovich Declaration

## EXHIBIT E3 U.S. PATENT NO. 7,092,599

Under at least Finisar's proposed interpretations of the claims, U.S. Patent 6,760,511 ("'511 patent"), entitled "Reconfigurable Optical Add-Drop Multiplexers Employing Polarization Diversity," anticipates, either expressly or inherently, and/or renders obvious, by itself or in combination, at least claims 14 and 24.  U.S. Patent No. 6,760,511 was filed on February 14, 2002, issued on July 6, 2004, and claims a priority date of March 19, 2001.[1]

| Claim | U.S. Patent No. 6,760,511 |
|---|---|
| 1. (a) A wavelength selective manipulation device comprising:<br><br>at least a first optical input port for inputting an optical signal including a plurality of wavelength channels; | "In WSR apparatus with which the invention may be used, a multi-wavelength optical signal is provided from an input port to a wavelength-separator which separates the multi-wavelength optical signal by wavelength into multiple spectral channels. Each channel may be characterized by a distinct center wavelength and associated bandwidth. A beam-focuser may focus the spectral channels into corresponding spots onto a plurality of channel micromirrors positioned such that each channel micromirror receives one of the spectral channels. The channel micromirrors are individually controllable and movable, e.g., continuously pivotable or rotatable, so as to reflect the spectral channels into selected ones of the output ports. Each output port may receive any number of the reflected spectral channels." '511 patent, col. 3:50-63.<br><br>"FIG. 1A depicts a first embodiment of a wavelength-separating-routing (WSR) apparatus with which the invention may be employed. By way of example to illustrate the general principles and the topological structure of a wavelength-separating-routing (WSR) apparatus of the invention, the WSR apparatus 100 comprises multiple input/output ports which may be in the form of an array of fiber collimators 110, providing an input port 110-1 and a plurality of output ports 110-2 through 110-N (N≥3); a wavelength-separator which in one form may be a diffraction grating 101; a beam-focuser in the form of a focusing lens 102; and an array of channel micromirrors 103." '511 patent, col. 6:61 – col. 7:5.<br><br>"FIG. 2A depicts a second embodiment of a WSR with which the invention may be used. By way of example, WSR apparatus 200 is built upon and hence shares a number of the elements used in the embodiment of FIG. 1A, as identified by those elements labeled with identical numerals. Moreover, a one-dimensional array 220 of collimator-alignment mirrors 220-1 through 220-N is optically interposed between the diffraction grating 101 and the fiber collimator array 110. The collimator-alignment mirror 220-1 is designated to correspond with the input port 110-1, for adjusting the alignment of the input multi-wavelength optical signal and therefore ensuring that the spectral channels impinge onto the |

[1] This claim chart provides exemplary citations to where each element may be found in the reference.  The cited reference may contain other disclosures of each claim element as well, and Nistica reserves the right to argue any claim elements of the '599 patent are disclosed in non-cited portions of this reference.

corresponding channel micromirrors. The collimator-alignment mirrors 220-2 through 220-N are designated to the output ports 110-2 through 110-N in a one-to-one correspondence, serving to provide angular control of the collimated beams of the reflected spectral channels and thereby facilitating the coupling of the spectral channels into the respective output ports according to desired coupling efficiencies. Each collimator-alignment mirror may be rotatable about one axis, or two axes. " '511 patent, col. 9:54 – col. 10:7.

"The embodiment of FIG. 2A is attractive in applications where the fiber collimators (serving as the input and output ports) are desired to be placed in close proximity to the collimator-alignment mirror array 220. To best facilitate the coupling of the spectral channels into the output ports, arrays of imaging lenses may be implemented between the collimator-alignment mirror array 220 and the fiber collimator array 110, as depicted in FIG. 2B. By way of example, WSR apparatus 250 of FIG. 2B is built upon and hence shares many of the elements used in the embodiment of FIG. 2A, as identified by those elements labeled with identical numerals. Additionally, first and second arrays 260, 270 of imaging lenses are placed in a 4-f telecentric arrangement with respect to the collimator-alignment mirror array 220 and the fiber collimator array 110. The dashed box 280 shown in FIG. 2C provides a top view of such a telecentric arrangement. In this case, the imaging lenses in the first and second arrays 260, 270 all have the same focal length f. The collimator-alignment mirrors 220-1 through 220-N are placed at the respective first (or front) focal points of the imaging lenses in the first array 260. Likewise, the fiber collimators 110-1 through 110-N are placed at the respective second (or back) focal points of the imaging lenses in the second array 270. The separation between the first and second arrays 260, 270 of imaging lenses is 2f. In this way, the collimator-alignment mirrors 220-1 through 220-N are effectively imaged onto the respective entrance surfaces (i.e., the front focal planes) of the GRIN lenses in the corresponding fiber collimators 110-1 through 110-N. Such a 4-f relay (or imaging) system substantially eliminates translational walk-off of the collimated beams at the output ports that may otherwise occur as the mirror angles change. " '511 patent, col. 10:8-39.

"FIG. 3 shows a fourth embodiment of a WSR apparatus with which the invention may be used. By way of example, WSR apparatus 300 is built upon and hence shares a number of the elements used in the embodiment of FIG. 2B, as identified by those elements labeled with identical numerals. In this case, the one-dimensional fiber collimator array 110 of FIG. 2B is replaced by a two-dimensional array 350 of fiber collimators, providing for an input-port and a plurality of output ports. Accordingly, the one-dimensional collimator-alignment mirror array 220 of FIG. 2B is replaced by a two-dimensional array 320 of collimator-alignment mirrors, and first and second one-dimensional arrays 260, 270 of imaging lenses of FIG. 2B are likewise replaced by first and second two-dimensional arrays

360, 370 of imaging lenses respectively. As in the case of the embodiment of FIG. 2B, the first and second two-dimensional arrays 360, 370 of imaging lenses are placed in a 4-f relay (or imaging) arrangement with respect to the two-dimensional collimator-alignment mirror array 320 and the two-dimensional fiber collimator array 350. Each of the channel micromirrors 103 must be pivotable biaxially in this case (in order to direct its corresponding spectral channel to any one of the output ports). As such, the WSR apparatus 300 is equipped to support a greater number of the output ports. " '511 patent, col. 10:40-64.

"In addition to facilitating the coupling of the spectral channels into the respective output ports as described above, the collimator-alignment mirrors in the above embodiments also serve to compensate for misalignment, e.g., due to fabrication and assembly errors, in the fiber collimators that provide for the input and output ports. For instance, relative misalignment between the fiber cores and their respective collimating lenses in the fiber collimators can lead to pointing errors in the collimated beams, which may be corrected for by the collimator-alignment mirrors. For these reasons, the collimator-alignment mirrors are preferably rotatable about two axes. They may be silicon micromachined mirrors, for fast rotational speeds. They may also be other types of mirrors or beam-deflecting elements known in the art. " '511 patent, col. 10:65 – col. 11:12.

"To optimize the coupling of the spectral channels into the output ports and further maintain the optimal optical alignment against environmental effects such as temperature variations and mechanical instabilities over the course of operation, a WSR apparatus of the invention may incorporate a servo-control assembly, for providing dynamic control of the coupling of the spectral channels into the respective output ports on a channel-by-channel basis. A WSR apparatus incorporating a servo-control assembly is termed a WSR-S apparatus within this specification." '511 patent, col. 11:13-22.

"FIG. 5 depicts an exemplary embodiment of an optical add-drop multiplexer (OADM) according to the invention. By way of example, OADM 500 comprises a WSR-S (or WSR) apparatus 510 and an optical combiner 550. An input port 520 of the WSR-S apparatus 510 receives a multi-wavelength optical signal. The constituent spectral channels of this optical signal are subsequently separated and routed into a plurality of output ports, including a pass-through port 530 and one or more drop ports 540-1 through 540-N (N≥1). The pass-through port 530 may receive any number of the spectral channels, i.e., the pass-through spectral channels. Each drop port may also receive any number of the spectral channels, i.e., the drop spectral channels. The pass-through port 530 is optically coupled to the optical combiner 550, which serves to combine the pass-through spectral channels with one or more add spectral channels provided by one or more add ports 560-1 through 560-M (M≥1). The

combined optical signal is then routed into an existing port 570, providing an output multi-wavelength optical signal." '511 patent, col. 12:53 – col. 13:4.

"FIG. 7A depicts a schematic top view and FIG. 7B depicts a schematic side view of a fifth embodiment of a WSR apparatus of the invention that employs a polarization diversity arrangement that minimizes polarization-sensitive effects. (The schematic top and side views in FIGS. 7A-7B and the following figures are presented with respect to the perspective view of FIG. 1A.) WSR apparatus 700 may make use of the general architecture and a number of the elements used in the embodiment of FIG. 1A, as indicated by those elements labeled with the same numerals. The input port 110-1 provides a multi-wavelength optical signal, which may be of indeterminate time varying polarization and which may contain wavelengths $\lambda_l$ through $\lambda_M$, for instance, to a polarization-displacing unit 720. The polarization-displacing unit may be disposed along the optical path between the array of fiber collimators 110 (including the input port 110-1 and the output ports 110-2 through 110-N, as shown in FIG. 7B below) and the diffraction grating 101. The polarization-displacing unit 720 serves to separate or decompose the input multi-wavelength optical signal into a first p-polarization component and a second orthogonal s-polarization component. Assuming that p-polarization is the "preferred" polarization direction of the diffraction grating 101, i.e., the diffraction efficiency is higher for the p-polarization component than for the s-polarization component, the p-polarization component of the input optical signal may be output as a first optical signal 722 from the polarization displacing unit. The second s-polarization component of the input optical signal may be rotated by 90-degrees, by a polarization-rotating unit 730 to produce a second optical signal 732 also having p-polarization. Thus, the two optical signals 722, 732 incident onto the diffraction grating 101 both possess p-polarization." '511 patent, col. 14:14-47.

"1. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams arc recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; wherein said polarization-displacing unit comprises a polarization-displacing element in optical communication with said input port and said output ports, and wherein

said polarization-rotating unit comprises a polarization-rotating element, in optical communication with said polarization-displacing element." '511 patent, claim 1.

"3. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; wherein said polarization-displacing unit comprises a plurality of polarization-displacing elements in correspondence with said input port and said output ports." '511 patent, claim 3.

"7. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first mid second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; and a beam-modifying unit for providing anamorphic beam magnification of said first and second polarization components and anamorphic beam demagnification of said reflected first and second sets of optical beams." '511 patent, claim 7.

"10. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said

reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; and an array of collimator-alignment mirrors in optical communication with said fiber collimators and said polarization-displacing unit for adjusting an alignment of said multi-wavelength optical signal from said input port and for directing said reflected spectral channels into said output ports." '511 patent, claim 10.

"12. An optical apparatus, comprising: fiber collimators providing an input pod for a multi-wavelength optical signal and a plurality of output pods; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; wherein said polarization-displacing unit comprises a polarizing beam splitter and a first beam-deflecting unit." '511 patent, claim 12.

"15. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; and a servo-control assembly, including a spectral monitor for monitoring optical power lever of said reflected spectral channels and a processing unit responsive to said optical power levels for controlling said channel micromirrors." '511 patent, claim 15.

"17. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the

| | |
|---|---|
| | first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit arid said polarization-displacing unit; wherein each channel micromirror is pivotable about two axes; and wherein said fiber collimators are arranged in a two-dimensional array." '511 patent, claim 17.

"23. A method of dynamic routing of a multi-wavelength optical signal in a polarization diversity arrangement, comprising: decomposing said multi-wavelength optical signal into first and second polarization components; rotating a polarization of said second polarization component to be substantially parallel to a polarization of the first polarization component; separating said first, and second polarization components by wavelength respectively into first and second sets of optical beams; focusing said first and second sets of optical beams onto an array of micromirrors; dynamically controlling said micromirrors to reflect said first and second sets of optical beams into selected output ports; rotating a polarization of said reflected first set of optical beams by approximately 90-degrees; recombining said reflected first and second sets of optical beams by wavelength into reflected spectral channels monitoring optical power levels of said reflected spectral channels coupled into said output pods; and providing Feedback control of said micromirrors." '511 patent, claim 23.

See Figures 1A, 2A, 2B, 3, 7A, 7B, 8A, 8B and 8C. |
| (b) a first wavelength dispersion element for angularly dispersing the wavelength channels of said optical signal into angularly dispersed wavelength signals; | "In WSR apparatus with which the invention may be used, a multi-wavelength optical signal is provided from an input port to a wavelength-separator which separates the multi-wavelength optical signal by wavelength into multiple spectral channels. Each channel may be characterized by a distinct center wavelength and associated bandwidth. A beam-focuser may focus the spectral channels into corresponding spots onto a plurality of channel micromirrors positioned such that each channel micromirror receives one of the spectral channels. The channel micromirrors are individually controllable and movable, e.g., continuously pivotable or rotatable, so as to reflect the spectral channels into selected ones of the output ports. Each output port may receive any number of the reflected spectral channels. " '511 patent, col. 3:50-63.

"In one aspect, the WSR apparatus of the invention employs a polarization diversity arrangement to overcome polarization-sensitive effects the constituent optical elements may possess. A polarization-displacing unit and a polarization-rotating unit may be disposed along the optical path between the fiber collimators providing the input and output |

ports and the wavelength-separator which separates the input multi-wavelength optical signal into the constituent wavelengths. The polarization-displacing unit decomposes the input multi-wavelength optical signal into first and second polarization components. The polarization-rotating unit may subsequently rotate the polarization of the second polarization component so that its polarization is substantially parallel to the first polarization component, e.g., by 90-degrees. The wavelength-separator separates the incident optical signals by wavelength into first and second sets of optical beams, respectively. The beam-focuser may focus the first and second sets of optical beams into corresponding focused spots, impinging onto the channel micromirrors. The first and second optical beams associated with the same wavelength may impinge onto (and be manipulated by) the same channel micromirror. The channel micromirrors may be individually controlled such that the first and second sets of optical beams are deflected, upon reflection. The reflected first set of optical beams may subsequently undergo a rotation in polarization by, e.g., 90 degrees, by the polarization-rotating unit. This enables the polarization-displacing unit to recombine the reflected first and second sets of optical beams by wavelength respectively into reflected spectral channels, prior to being coupled into the output ports." '511 patent, col. 3:64 – col. 4:27.

"In the WSR apparatus, the wavelength-separator may be a ruled diffraction grating, a holographic diffraction grating, an echelle grating, a curved diffraction grating, a transmission grating, a dispersing prism, or other wavelength-separating means known in the art. The beam-focuser may be a single lens, an assembly of lenses, or other beam-focusing means known in the art. The channel micromirrors may be silicon micromachined mirrors, reflective ribbons (or membranes), or other types of beam-deflecting means known in the art. Each channel micromirror may be pivotable about one or two axes. Fiber collimators serving as the input and output ports may be arranged in a one-dimensional or two-dimensional array. In the latter case, the channel micromirrors may be pivotable biaxially." '511 patent, col. 4:43-56.

"The WSR apparatus of the invention affords a variety of optical devices, including a novel class of dynamically reconfigurable optical add-drop multiplexers (OADMs), that provide many advantages over the prior art devices, notably: 1) By advantageously employing an array of channel micromirrors that are individually and continuously controllable, an OADM of the invention is capable of routing the spectral channels on a channel-by-channel basis and directing any spectral channel into any one of the output ports. As such, its underlying operation is dynamically reconfigurable, and its underlying architecture is intrinsically scalable to a large number of channel counts. 2) The add and drop spectral channels need not be multiplexed and demultiplexed before entering and after leaving the OADM respectively. And there are not fundamental

restrictions on the wavelengths to be added or dropped. 3) The coupling of the spectral channels into the output ports is dynamically controlled by a servo-control assembly, rendering the OADM less susceptible to environmental effects (such as thermal and mechanical disturbances) and therefore more robust in performance. By maintaining an optimal optical alignment, the optical losses incurred by the spectral channels are also significantly reduced. 4) The optical power levels of the spectral channels coupled into the output ports can be dynamically managed according to demand, or maintained at desired values (e.g., equalized at a predetermined value) by way of the servo-control assembly. This spectral power-management capability as an integral part of the OADM will be particularly desirable in WDM optical networking applications. 5) The use of free-space optics provides a simple, low loss, and cost-effective construction. Moreover, the utilization of the servo-control assembly effectively relaxes the requisite fabrication tolerances and the precision of optical alignment during initial assembly, enabling the OADM to be simpler and more adaptable in structure, and lower in cost and optical loss. 6) The use of a polarization diversity scheme renders the polarization-sensitive effects inconsequential in the OADM. This enables the OADM to minimize the insertion loss; and enhance spectral resolution in a simple and cost-effective construction (e.g., by making use of high-dispersion diffraction grating commonly available in the art). The polarization diversity scheme further allows the overall optical paths of the two polarization components for each spectral channel to be substantially equalized, thereby minimizing the polarization-dependent loss. Such attributes would be particularly desirable in WDM optical networking applications." '511 patent, col. 5:28 – col. 6:15.

"FIG. 1A depicts a first embodiment of a wavelength-separating-routing (WSR) apparatus with which the invention may be employed. By way of example to illustrate the general principles and the topological structure of a wavelength-separating-routing (WSR) apparatus of the invention, the WSR apparatus 100 comprises multiple input/output ports which may be in the form of an array of fiber collimators 110, providing an input port 110-1 and a plurality of output ports 110-2 through 110-N (N≥3); a wavelength-separator which in one form may be a diffraction grating 101; a beam-focuser in the form of a focusing lens 102; and an array of channel micromirrors 103." '511 patent, col. 6:61 – col. 7:5.

"In operation, a multi-wavelength optical signal emerges from the input port collimator 110-1. The diffraction grating 101 angularly separates the multi-wavelength optical signal into multiple spectral channels, which are in turn focused by the focusing lens 102 into a spatial array of distinct spectral spots (not shown in FIG. 1A) in a one-to-one correspondence. The channel micromirrors 103 are positioned in accordance with the spatial array formed by the spectral spots, such that each channel micromirror receives one of the spectral channels. The channel

micromirrors 103 are individually controllable and movable, e.g., pivotable (or rotatable) under analog (or continuous) control, such that, upon reflection, the spectral channels are directed into selected ones of the output ports 110-2 through 110-N by way of the focusing lens 102 and the diffraction grating 101. As such, each channel micromirror is assigned to a specific spectral channel, hence the name "channel micromirror". Each output port may receive any number of the reflected spectral channels." '511 patent, col. 7:6-24..

"For purposes of illustration and clarity, only a select few, e.g., three, of the spectral channels, along with the input multi-wavelength optical signal, are graphically illustrated in FIG. 1A and the following figures. It should be noted, however, that there can be any number of the spectral channels in a WSR apparatus of the invention (so long as the number of spectral channels does not exceed the number of channel mirrors employed in the system). It should also be noted that the optical beams representing the spectral channels shown in FIG. 1A and the following figures are provided for illustrative purpose only. That is, their sizes and shapes may not be drawn according to scale. For instance, the input beam and the corresponding diffracted beams generally have different cross-sectional shapes, so long as the angle of incidence upon the diffraction grating is not equal to the angle of diffraction, as is known to those skilled in the art." '511 patent, col. 7:42-55.

"In the embodiment of FIG. 1A, it is preferable that the diffraction grating 101 and the channel micromirrors 103 are placed respectively at the first and second, i.e., the front and back, focal planes (on the opposing sides) of the focusing lens 102. Such a telecentric arrangement allows the chief rays of the focused beams to be parallel to each other and generally parallel to the optical axis. This telecentric configuration further allows the reflected spectral channels to be efficiently coupled into the respective output ports, thereby minimizing various translational walk-off effects that may otherwise arise. Moreover, the input multi-wavelength optical signal is preferably collimated and circular in cross-section.

The corresponding spectral channels diffracted from the diffraction grating 101 are generally elliptical in cross-section; they may be of the same size as the input beam in one dimension and elongated in the other dimension." '511 patent, col. 7:56-59.

"It is known that the diffraction efficiency of a diffraction grating is generally polarization-dependent. That is, the diffraction efficiency of a grating in a standard mounting configuration may be considerably higher for P-polarization that is perpendicular to the groove lines on the grating than for S-polarization that is orthogonal to P-polarization, especially as the number of groove lines (per unit length) increases. To mitigate such polarization-sensitive effects, a quarter-wave plate 104 may be optically interposed between the diffraction grating 101 and the channel

micromirrors 103, and preferably placed between the diffraction grating 101 and the focusing lens 102 as is shown in FIG. 1A. In this way, each spectral channel experiences a total of approximately 90-degree rotation in polarization upon traversing the quarter-wave plate 104 twice. (That is, if a beam of light has P-polarization when first encountering the diffraction grating, it would have predominantly (if not all) S-polarization upon the second encountering, and vice versa.) This ensures that all the spectral channels incur nearly the same amount of round-trip polarization dependent loss." '511 patent, col. 7:60 – col. 8:13.

"In the WSR apparatus 100 of FIG. 1A, the diffraction grating 101, by way of example, is oriented such that the focused spots of the spectral channels fall onto the channel micromirrors 103 in a horizontal array, as illustrated in FIG. 1B." '511 patent, col. 8:14-18.

"As described above, a unique feature of the invention is that the motion of each channel micromirror is individually and continuously controllable, such that its position, e.g., pivoting angle, can be continuously adjusted. This enables each channel micromirror to scan its corresponding spectral channel across all possible output ports and thereby direct the spectral channel to any desired output port. To illustrate this capability, FIG. 1C shows a plot of coupling efficiency as a function of a channel micromirror's pivoting angle $\theta$, provided by a ray-tracing model of a WSR apparatus in the embodiment of FIG. 1A. As used herein, the coupling efficiency for a spectral channel is defined as the ratio of the amount of optical power coupled into the fiber core in an output port to the total amount of optical power incident upon the entrance surface of the fiber (associated with the fiber collimator serving as the output port). In the ray-tracing model, the input optical signal is incident upon a diffraction grating with 700 lines per millimeter at a grazing angle of 85 degrees, where the grating is blazed to optimize the diffraction efficiency for the "-1" order. The focusing lens has a focal length of 100 mm. Each output port is provided by a quarter-pitch GRIN lens, e.g., 2 mm in diameter, coupled to an optical fiber (see FIG. 1D). As displayed in FIG. 1C, the coupling efficiency varies with the pivoting angle $\theta$, and it requires about a 0.2-degree change in $\theta$ for the coupling efficiency to become practically negligible in this exemplary case. As such, each spectral channel may practically acquire any coupling efficiency value by way of controlling the pivoting angle of its corresponding channel micromirror. This is also to say that variable optical attenuation at the granularity of a single wavelength can be obtained in a WSR apparatus of the invention. FIG. 1D provides ray-tracing illustrations of two extreme points on the coupling efficiency vs. $\theta$ curve of FIG. 1C: on-axis coupling corresponding to $\theta=0$, where the coupling efficiency is maximum; and off-axis coupling corresponding to $\theta=0.2$ degrees, where the representative collimated beam (representing an exemplary spectral channel) undergoes a significant translational walk-off and renders the coupling efficiency practically

negligible. The exemplary modeling results thus described demonstrate the unique capabilities of the WSR apparatus of the invention. " '511 patent, col. 8:35 – col. 9:9.

"FIG. 1A is but one of many embodiments of a WSR apparatus with which the invention may be used. In general, the wavelength-separator is a wavelength-separating means that may be a ruled diffraction grating, a holographic diffraction grating, an echelle grating, a dispersing prism, or other types of spectral-separating means known in the art. The beam-focuser may be a focusing lens, an assembly of lenses, or other beam-focusing means known in the art. The focusing function may also be accomplished by using a curved diffraction grating as the wavelength-separator. The channel micromirrors may be provided by silicon micromachined mirrors, reflective ribbons (or membranes), or other types of beam-deflecting elements known in the art. Each micromirror may be pivoted about one or two axes. It is important that the pivoting (or rotational) motion of each channel micromirror be individually controllable in an analog manner, whereby the pivoting angle can be continuously adjusted so as to enable the channel micromirror to scan a spectral channel across all possible output ports. The underlying fabrication techniques for micromachined mirrors and associated actuation mechanisms are well documented in the art, see U.S. Pat. No. 5,629,790 for example. Moreover, a fiber collimator is typically in the form of a collimating lens (such as a GRIN lens) and a ferrule-mounted fiber packaged together in a mechanically rigid (stainless steel or glass) tube. The fiber collimators serving as the input and output ports may be arranged in a one-dimensional array, a two-dimensional array, or other desired spatial pattern. For instance, they may be conveniently mounted in a linear array along a V-groove fabricated on a substrate made of silicon, plastic, or ceramic, as commonly practiced in the art. It should be noted, however, that the input port and the output ports need not necessarily be in close spatial proximity with each other, such as in an array configuration, although close packing would reduce the rotational range required for each channel micromirror. Those skilled in the art will know how to design a WSR apparatus according to the invention, to best suit a given application." '511 patent, col. 9:10-47.

"In the embodiment of FIG. 4A or 4B, the spectral monitor 460 may be any one of the spectral power monitoring devices known in the art that is capable of detecting the optical power levels of spectral components in a multi-wavelength optical signal. Such devices are typically in the form of a wavelength-separating means, e.g., a diffraction grating, that spatially separates a multi-wavelength optical signal by wavelength into constituent spectral components, and one or more optical sensors, e.g., an array of photodiodes, that are configured such to detect the optical power levels of these spectral components. The processing unit 470 in FIG. 4A (or the processing unit 495 in FIG. 4B) typically includes electrical circuits and

signal processing programs for processing the optical power measurements received from the spectral monitor 460 and generating appropriate control signals to be applied to the channel micromirrors 430 (and the collimator-alignment mirrors 485 in the case of FIG. 4B), so as to maintain the coupling efficiencies of the spectral channels into the output ports at desired values. The electronic circuitry and the associated signal processing algorithm/software for a processing unit in a servo-control system are known in the art. A skilled artisan would know how to implement a suitable spectral monitor along with an appropriate processing unit to provide a servo-control assembly in a WSP-S apparatus according to the invention, for a given application." '511 patent, col. 12:10-35.

"As discussed above, the diffraction efficiency of a diffraction grating is polarization-sensitive, and such polarization-sensitive effects may give rise to significant insertion loss and polarization-dependent loss (PDL) in an optical system. The situation is further exacerbated in WDM optical networking applications, where the polarization state of WDM signals is typically indeterminate and may vary with time. This can produce an undesirable time-varying insertion loss that may cause the optical signals to fall below acceptable levels or render them unusable. Thus, it is desirable to avoid such polarization-sensitive effects, and the invention affords a polarization diversity scheme that addresses this, as will now be described. " '511 patent, col. 14:1-13.

"FIG. 7A depicts a schematic top view and FIG. 7B depicts a schematic side view of a fifth embodiment of a WSR apparatus of the invention that employs a polarization diversity arrangement that minimizes polarization-sensitive effects. (The schematic top and side views in FIGS. 7A-7B and the following figures are presented with respect to the perspective view of FIG. 1A.) WSR apparatus 700 may make use of the general architecture and a number of the elements used in the embodiment of FIG. 1A, as indicated by those elements labeled with the same numerals. The input port 110-1 provides a multi-wavelength optical signal, which may be of indeterminate time varying polarization and which may contain wavelengths $\lambda_1$ through $\lambda_M$, for instance, to a polarization-displacing unit 720. The polarization-displacing unit may be disposed along the optical path between the array of fiber collimators 110 (including the input port 110-1 and the output ports 110-2 through 110-N, as shown in FIG. 7B below) and the diffraction grating 101. The polarization-displacing unit 720 serves to separate or decompose the input multi-wavelength optical signal into a first p-polarization component and a second orthogonal s-polarization component. Assuming that p-polarization is the "preferred" polarization direction of the diffraction grating 101, i.e., the diffraction efficiency is higher for the p-polarization component than for the s-polarization component, the p-polarization component of the input optical signal may be output as a first optical signal 722 from the polarization

13

displacing unit. The second s-polarization component of the input optical signal may be rotated by 90-degrees, by a polarization-rotating unit 730 to produce a second optical signal 732 also having p-polarization. Thus, the two optical signals 722, 732 incident onto the diffraction grating 101 both possess p-polarization." '511 patent, col. 14:14-47.

"The first and second polarization components (optical signals 722, 732) emerging from the polarization-displacing unit 720 and the polarization-rotating unit 730, respectively, may undergo an anamorphic beam magnification by a beam-modifying unit 740 and emerge as spatially separated and magnified beams 742, 744 which impinge upon the diffraction grating 101. The configuration may be such that the beam-modifying unit 740 preferentially enlarges the beam size in the direction perpendicular to the groove lines on the diffraction grating 101. This magnifies the optical beams in a direction perpendicular to the groove lines of the grating so that the focused beams produced by the focusing lens 102 are narrower in this direction, i.e., perpendicular to the groove lines. This enables use, for example, of rectangular shaped micromirrors. The diffraction grating 101 subsequently separates the magnified first and second polarization components 742, 744 by wavelength into first and second sets of diffracted optical beams. Each set of optical beams comprises multiple wavelengths $\lambda_1$ through $\lambda_M$, which are diffracted by the diffraction grating 101 at different angles. The focusing lens 102 in turn focuses the diffracted optical beams into corresponding focused spots which impinge onto the channel micromirrors 103. Each focused spot may be elliptical in cross-section. Further, the first and second diffracted optical beams having the same wavelength, e.g., $\lambda_i$, are arranged to impinge onto the same channel micromirror, e.g., the channel micromirror 103-i, see FIG. 7B. In this way, each channel micromirror handles concurrently two optical beams having the same polarization and wavelength." '511 patent, col. 14:48 – 15:10.

"Moreover, the beam-modifying unit 740 may comprise an assembly of cylindrical lenses or prisms, in optical communication with the polarization-displacing unit 720 along with the polarization-rotating unit 730 and the diffraction grating 101. In general, a beam-modifying unit may be embodied by any optical structure that is capable of magnifying the input optical signal and de-magnifying the reflected optical beams according to a predetermined ratio. Such a beam-modifying unit may be particularly useful in applications that call for a refined spectral resolution, such as DWDM optical networking applications. " '511 patent, col. 17:20-30.

"The WSR apparatus 700 of FIGS. 7A-7B is substantially similar to the WSR apparatus 100 of FIG. 1A in operation and function and hence achieves the advantages thereof. Furthermore, the described polarization diversity approach renders the polarization sensitivity of the diffraction grating 101 inconsequential in the WSR apparatus 700. This enables the

14

WSR apparatus 700 to minimize the insertion loss. It also allows the WSR apparatus 700 to enhance the spectral resolution in a simple and cost-effective construction, e.g., by making use of high-dispersion holographic diffraction gratings commonly available in the art. Another notable feature of the polarization diversity scheme is that the first and second optical beams associated with each wavelength (corresponding to the two polarization components of "each spectral channel") effectively "exchange" their respective optical paths, upon reflection from the micromirror, i.e., the return path of the reflected second optical beam is substantially similar to the forward path of the first optical beam, and vice versa. This has the important consequence of substantially equalizing the overall optical paths of the two polarization components for each spectral channel, thereby minimizing the polarization-dependent loss (PDL) and polarization-mode dispersion (PMD). These attributes are desirable in many applications." '511 patent, col. 17:31-54.

"1. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams arc recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; wherein said polarization-displacing unit comprises a polarization-displacing element in optical communication with said input port and said output ports, and wherein said polarization-rotating unit comprises a polarization-rotating element, in optical communication with said polarization-displacing element." '511 patent, claim 1.

"3. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating

unit and said polarization-displacing unit; wherein said polarization-displacing unit comprises a plurality of polarization-displacing elements in correspondence with said input port and said output ports." '511 patent, claim 3.

"7. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first mid second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; and a beam-modifying unit for providing anamorphic beam magnification of said first and second polarization components and anamorphic beam demagnification of said reflected first and second sets of optical beams." '511 patent, claim 7.

"10. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; and an array of collimator-alignment mirrors in optical communication with said fiber collimators and said polarization-displacing unit for adjusting an alignment of said multi-wavelength optical signal from said input port and for directing said reflected spectral channels into said output ports." '511 patent, claim 10.

"12. An optical apparatus, comprising: fiber collimators providing an input pod for a multi-wavelength optical signal and a plurality of output pods; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and

second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; wherein said polarization-displacing unit comprises a polarizing beam splitter and a first beam-deflecting unit." '511 patent, claim 12.

"15. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; and a servo-control assembly, including a spectral monitor for monitoring optical power lever of said reflected spectral channels and a processing unit responsive to said optical power levels for controlling said channel micromirrors." '511 patent, claim 15.

"17. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit arid said polarization-displacing unit; wherein each channel micromirror is pivotable about two axes; and wherein said fiber collimators are arranged in a two-dimensional array." '511 patent, claim 17.

"23. A method of dynamic routing of a multi-wavelength optical signal in a polarization diversity arrangement, comprising: decomposing said multi-wavelength optical signal into first and second polarization components; rotating a polarization of said second polarization component to be substantially parallel to a polarization of the first

| | |
|---|---|
| | polarization component; separating said first, and second polarization components by wavelength respectively into first and second sets of optical beams; focusing said first and second sets of optical beams onto an array of micromirrors; dynamically controlling said micromirrors to reflect said first and second sets of optical beams into selected output ports; rotating a polarization of said reflected first set of optical beams by approximately 90-degrees; recombining said reflected first and second sets of optical beams by wavelength into reflected spectral channels monitoring optical power levels of said reflected spectral channels coupled into said output pods; and providing Feedback control of said micromirrors." '511 patent, claim 23. |
| | See Figures 1A, 2A,2B, 3, 7A, 7B, 8A, 8B and 8C. |
| (c) an optical power element for focussing in the dimension of the angular dispersion said angularly dispersed wavelength signals such that said wavelength signals have an elongated optical intensity profile in the focal plane of said optical power element so as to form elongated spatially separated wavelength signals; | "In WSR apparatus with which the invention may be used, a multi-wavelength optical signal is provided from an input port to a wavelength-separator which separates the multi-wavelength optical signal by wavelength into multiple spectral channels. Each channel may be characterized by a distinct center wavelength and associated bandwidth. A beam-focuser may focus the spectral channels into corresponding spots onto a plurality of channel micromirrors positioned such that each channel micromirror receives one of the spectral channels. The channel micromirrors are individually controllable and movable, e.g., continuously pivotable or rotatable, so as to reflect the spectral channels into selected ones of the output ports. Each output port may receive any number of the reflected spectral channels. " '511 patent, col. 3:50-63. |
| | "In one aspect, the WSR apparatus of the invention employs a polarization diversity arrangement to overcome polarization-sensitive effects the constituent optical elements may possess. A polarization-displacing unit and a polarization-rotating unit may be disposed along the optical path between the fiber collimators providing the input and output ports and the wavelength-separator which separates the input multi-wavelength optical signal into the constituent wavelengths. The polarization-displacing unit decomposes the input multi-wavelength optical signal into first and second polarization components. The polarization-rotating unit may subsequently rotate the polarization of the second polarization component so that its polarization is substantially parallel to the first polarization component, e.g., by 90-degrees. The wavelength-separator separates the incident optical signals by wavelength into first and second sets of optical beams, respectively. The beam-focuser may focus the first and second sets of optical beams into corresponding focused spots, impinging onto the channel micromirrors. The first and second optical beams associated with the same wavelength may impinge onto (and be manipulated by) the same channel micromirror. The channel micromirrors may be individually controlled such that the first and second sets of optical beams are deflected, upon reflection. The reflected first set |

of optical beams may subsequently undergo a rotation in polarization by, e.g., 90 degrees, by the polarization-rotating unit. This enables the polarization-displacing unit to recombine the reflected first and second sets of optical beams by wavelength respectively into reflected spectral channels, prior to being coupled into the output ports." '511 patent, col. 3:64 – col. 4:27.

"FIG. 1A depicts a first embodiment of a wavelength-separating-routing (WSR) apparatus with which the invention may be employed. By way of example to illustrate the general principles and the topological structure of a wavelength-separating-routing (WSR) apparatus of the invention, the WSR apparatus 100 comprises multiple input/output ports which may be in the form of an array of fiber collimators 110, providing an input port 110-1 and a plurality of output ports 110-2 through 110-N (N≥3); a wavelength-separator which in one form may be a diffraction grating 101; a beam-focuser in the form of a focusing lens 102; and an array of channel micromirrors 103." '511 patent, col. 6:61 – col. 7:5.

"In operation, a multi-wavelength optical signal emerges from the input port collimator 110-1. The diffraction grating 101 angularly separates the multi-wavelength optical signal into multiple spectral channels, which are in turn focused by the focusing lens 102 into a spatial array of distinct spectral spots (not shown in FIG. 1A) in a one-to-one correspondence. The channel micromirrors 103 are positioned in accordance with the spatial array formed by the spectral spots, such that each channel micromirror receives one of the spectral channels. The channel micromirrors 103 are individually controllable and movable, e.g., pivotable (or rotatable) under analog (or continuous) control, such that, upon reflection, the spectral channels are directed into selected ones of the output ports 110-2 through 110-N by way of the focusing lens 102 and the diffraction grating 101. As such, each channel micromirror is assigned to a specific spectral channel, hence the name "channel micromirror". Each output port may receive any number of the reflected spectral channels." '511 patent, col. 7:6-24..

"For purposes of illustration and clarity, only a select few, e.g., three, of the spectral channels, along with the input multi-wavelength optical signal, are graphically illustrated in FIG. 1A and the following figures. It should be noted, however, that there can be any number of the spectral channels in a WSR apparatus of the invention (so long as the number of spectral channels does not exceed the number of channel mirrors employed in the system). It should also be noted that the optical beams representing the spectral channels shown in FIG. 1A and the following figures are provided for illustrative purpose only. That is, their sizes and shapes may not be drawn according to scale. For instance, the input beam and the corresponding diffracted beams generally have different cross-sectional shapes, so long as the angle of incidence upon the diffraction grating is not equal to the angle of diffraction, as is known to those skilled

in the art." '511 patent, col. 7:42-55.

"In the embodiment of FIG. 1A, it is preferable that the diffraction grating 101 and the channel micromirrors 103 are placed respectively at the first and second, i.e., the front and back, focal planes (on the opposing sides) of the focusing lens 102. Such a telecentric arrangement allows the chief rays of the focused beams to be parallel to each other and generally parallel to the optical axis. This telecentric configuration further allows the reflected spectral channels to be efficiently coupled into the respective output ports, thereby minimizing various translational walk-off effects that may otherwise arise. Moreover, the input multi-wavelength optical signal is preferably collimated and circular in cross-section.

The corresponding spectral channels diffracted from the diffraction grating 101 are generally elliptical in cross-section; they may be of the same size as the input beam in one dimension and elongated in the other dimension." '511 patent, col. 7:56-59.

"As described above, a unique feature of the invention is that the motion of each channel micromirror is individually and continuously controllable, such that its position, e.g., pivoting angle, can be continuously adjusted. This enables each channel micromirror to scan its corresponding spectral channel across all possible output ports and thereby direct the spectral channel to any desired output port. To illustrate this capability, FIG. 1C shows a plot of coupling efficiency as a function of a channel micromirror's pivoting angle θ, provided by a ray-tracing model of a WSR apparatus in the embodiment of FIG. 1A. As used herein, the coupling efficiency for a spectral channel is defined as the ratio of the amount of optical power coupled into the fiber core in an output port to the total amount of optical power incident upon the entrance surface of the fiber (associated with the fiber collimator serving as the output port). In the ray-tracing model, the input optical signal is incident upon a diffraction grating with 700 lines per millimeter at a grazing angle of 85 degrees, where the grating is blazed to optimize the diffraction efficiency for the "-1" order. The focusing lens has a focal length of 100 mm. Each output port is provided by a quarter-pitch GRIN lens, e.g., 2 mm in diameter, coupled to an optical fiber (see FIG. 1D). As displayed in FIG. 1C, the coupling efficiency varies with the pivoting angle θ, and it requires about a 0.2-degree change in θ for the coupling efficiency to become practically negligible in this exemplary case. As such, each spectral channel may practically acquire any coupling efficiency value by way of controlling the pivoting angle of its corresponding channel micromirror. This is also to say that variable optical attenuation at the granularity of a single wavelength can be obtained in a WSR apparatus of the invention. FIG. 1D provides ray-tracing illustrations of two extreme points on the coupling efficiency vs. θ curve of FIG. 1C: on-axis coupling corresponding to θ=0, where the coupling efficiency is maximum; and off-axis coupling corresponding to θ=0.2 degrees, where the representative collimated beam

(representing an exemplary spectral channel) undergoes a significant translational walk-off and renders the coupling efficiency practically negligible. The exemplary modeling results thus described demonstrate the unique capabilities of the WSR apparatus of the invention." '511 patent, col. 8:35 – col. 9:9.

"FIG. 1A is but one of many embodiments of a WSR apparatus with which the invention may be used. In general, the wavelength-separator is a wavelength-separating means that may be a ruled diffraction grating, a holographic diffraction grating, an echelle grating, a dispersing prism, or other types of spectral-separating means known in the art. The beam-focuser may be a focusing lens, an assembly of lenses, or other beam-focusing means known in the art. The focusing function may also be accomplished by using a curved diffraction grating as the wavelength-separator. The channel micromirrors may be provided by silicon micromachined mirrors, reflective ribbons (or membranes), or other types of beam-deflecting elements known in the art. Each micromirror may be pivoted about one or two axes. It is important that the pivoting (or rotational) motion of each channel micromirror be individually controllable in an analog manner, whereby the pivoting angle can be continuously adjusted so as to enable the channel micromirror to scan a spectral channel across all possible output ports. The underlying fabrication techniques for micromachined mirrors and associated actuation mechanisms are well documented in the art, see U.S. Pat. No. 5,629,790 for example. Moreover, a fiber collimator is typically in the form of a collimating lens (such as a GRIN lens) and a ferrule-mounted fiber packaged together in a mechanically rigid (stainless steel or glass) tube. The fiber collimators serving as the input and output ports may be arranged in a one-dimensional array, a two-dimensional array, or other desired spatial pattern. For instance, they may be conveniently mounted in a linear array along a V-groove fabricated on a substrate of silicon, plastic, or ceramic, as commonly practiced in the art. It should be noted, however, that the input port and the output ports need not necessarily be in close spatial proximity with each other, such as in an array configuration, although close packing would reduce the rotational range required for each channel micromirror. Those skilled in the art will know how to design a WSR apparatus according to the invention, to best suit a given application." '511 patent, col. 9:10-47.

"The first and second polarization components (optical signals 722, 732) emerging from the polarization-displacing unit 720 and the polarization-rotating unit 730, respectively, may undergo an anamorphic beam magnification by a beam-modifying unit 740 and emerge as spatially separated and magnified beams 742, 744 which impinge upon the diffraction grating 101. The configuration may be such that the beam-modifying unit 740 preferentially enlarges the beam size in the direction perpendicular to the groove lines on the diffraction grating 101. This

magnifies the optical beams in a direction perpendicular to the groove lines of the grating so that the focused beams produced by the focusing lens 102 are narrower in this direction, i.e., perpendicular to the groove lines. This enables use, for example, of rectangular shaped micromirrors. The diffraction grating 101 subsequently separates the magnified first and second polarization components 742, 744 by wavelength into first and second sets of diffracted optical beams. Each set of optical beams comprises multiple wavelengths $\lambda_1$ through $\lambda_M$, which are diffracted by the diffraction grating 101 at different angles. The focusing lens 102 in turn focuses the diffracted optical beams into corresponding focused spots which impinge onto the channel micromirrors 103. Each focused spot may be elliptical in cross-section. Further, the first and second diffracted optical beams having the same wavelength, e.g., $\lambda_i$, are arranged to impinge onto the same channel micromirror, e.g., the channel micromirror 103-i, see FIG. 7B. In this way, each channel micromirror handles concurrently two optical beams having the same polarization and wavelength." '511 patent, col. 14:48 – col. 15:10.

"Referring to FIG. 7A, the first and second sets of optical beams reflected from the respective channel micromirrors 103 are deflected out of the plane of the figure (as indicated by the side view of FIG. 7B); hence they are not explicitly shown in the top view of FIG. 7A. With reference to FIG. 7B, it will be apparent to those skilled in the art that the reflected first and second sets of optical beams each undergo an anamorphic beam demagnification by way of the beam-modifying unit 740, thereby resuming the beam size of the input optical signal. The reflected first set of optical beams subsequently undergoes a 90-degree polarization rotation by the polarization-rotating unit 730, whereby the reflected first and second sets of optical beams are polarized in two orthogonal directions upon entering the polarization-displacing unit 720. This enables the polarization-displacing unit 720 to recombine the reflected first and second sets of optical beams by wavelength respectively into reflected spectral channels, prior to being coupled into selected ones of the output ports 110-2 through 110-N." '511 patent, col. 15:37-55.

"Moreover, the beam-modifying unit 740 may comprise an assembly of cylindrical lenses or prisms, in optical communication with the polarization-displacing unit 720 along with the polarization-rotating unit 730 and the diffraction grating 101. In general, a beam-modifying unit may be embodied by any optical structure that is capable of magnifying the input optical signal and de-magnifying the reflected optical beams according to a predetermined ratio. Such a beam-modifying unit may be particularly useful in applications that call for a refined spectral resolution, such as DWDM optical networking applications." '511 patent, col. 17:20-30.

"7. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a

| | |
|---|---|
| | polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first mid second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; and a beam-modifying unit for providing anamorphic beam magnification of said first and second polarization components and anamorphic beam demagnification of said reflected first and second sets of optical beams." '511 patent, claim 7.<br><br>"8. The optical apparatus of claim 7, wherein beam-modifying unit comprises one or more cylindrical lenses." '511 patent, claim 8.<br><br>"9. The optical apparatus of claim 7, wherein beam-modifying unit comprises one or more prisms." '511 patent, claim 9.<br><br>See Figures 1A, 2A, 2B, 3, 7A, 7B, 8A, 8B and 8C. |
| (d) and a spatial manipulation element for selectively spatially manipulating the characteristics of said elongated spatially separated wavelength signals to produce spatially manipulated wavelength signals. | "In WSR apparatus with which the invention may be used, a multi-wavelength optical signal is provided from an input port to a wavelength-separator which separates the multi-wavelength optical signal by wavelength into multiple spectral channels. Each channel may be characterized by a distinct center wavelength and associated bandwidth. A beam-focuser may focus the spectral channels into corresponding spots onto a plurality of channel micromirrors positioned such that each channel micromirror receives one of the spectral channels. The channel micromirrors are individually controllable and movable, e.g., continuously pivotable or rotatable, so as to reflect the spectral channels into selected ones of the output ports. Each output port may receive any number of the reflected spectral channels. " '511 patent, col. 3:50-63.<br><br>"In one aspect, the WSR apparatus of the invention employs a polarization diversity arrangement to overcome polarization-sensitive effects the constituent optical elements may possess. A polarization-displacing unit and a polarization-rotating unit may be disposed along the optical path between the fiber collimators providing the input and output ports and the wavelength-separator which separates the input multi-wavelength optical signal into the constituent wavelengths. The polarization-displacing unit decomposes the input multi-wavelength optical signal into first and second polarization components. The polarization-rotating unit may subsequently rotate the polarization of the second polarization component so that its polarization is substantially parallel to the first polarization component, e.g., by 90-degrees. The |

wavelength-separator separates the incident optical signals by wavelength into first and second sets of optical beams, respectively. The beam-focuser may focus the first and second sets of optical beams into corresponding focused spots, impinging onto the channel micromirrors. The first and second optical beams associated with the same wavelength may impinge onto (and be manipulated by) the same channel micromirror. The channel micromirrors may be individually controlled such that the first and second sets of optical beams are deflected, upon reflection. The reflected first set of optical beams may subsequently undergo a rotation in polarization by, e.g., 90 degrees, by the polarization-rotating unit. This enables the polarization-displacing unit to recombine the reflected first and second sets of optical beams by wavelength respectively into reflected spectral channels, prior to being coupled into the output ports." '511 patent, col. 3:64 – col. 4:27.

"A distinct feature of the channel micromirrors in the WSR apparatus is that the motion of each channel micromirror is under analog control such that its pivoting angle can be continuously adjusted. This enables each channel micromirror to scan its corresponding spectral channel across all possible output ports and thereby direct the spectral channel to any desired output port." '511 patent, col. 4:36-42.

"The WSR apparatus of the invention affords a variety of optical devices, including a novel class of dynamically reconfigurable optical add-drop multiplexers (OADMs), that provide many advantages over the prior art devices, notably: 1) By advantageously employing an array of channel micromirrors that are individually and continuously controllable, an OADM of the invention is capable of routing the spectral channels on a channel-by-channel basis and directing any spectral channel into any one of the output ports. As such, its underlying operation is dynamically reconfigurable, and its underlying architecture is intrinsically scalable to a large number of channel counts. 2) The add and drop spectral channels need not be multiplexed and demultiplexed before entering and after leaving the OADM respectively. And there are not fundamental restrictions on the wavelengths to be added or dropped. 3) The coupling of the spectral channels into the output ports is dynamically controlled by a servo-control assembly, rendering the OADM less susceptible to environmental effects (such as thermal and mechanical disturbances) and therefore more robust in performance. By maintaining an optimal optical alignment, the optical losses incurred by the spectral channels are also significantly reduced. 4) The optical power levels of the spectral channels coupled into the output ports can be dynamically managed according to demand, or maintained at desired values (e.g., equalized at a predetermined value) by way of the servo-control assembly. This spectral power-management capability as an integral part of the OADM will be particularly desirable in WDM optical networking applications. 5) The use of free-space optics provides a simple, low loss, and cost-effective

construction. Moreover, the utilization of the servo-control assembly effectively relaxes the requisite fabrication tolerances and the precision of optical alignment during initial assembly, enabling the OADM to be simpler and more adaptable in structure, and lower in cost and optical loss. 6) The use of a polarization diversity scheme renders the polarization-sensitive effects inconsequential in the OADM. This enables the OADM to minimize the insertion loss; and enhance spectral resolution in a simple and cost-effective construction (e.g., by making use of high-dispersion diffraction grating commonly available in the art). The polarization diversity scheme further allows the overall optical paths of the two polarization components for each spectral channel to be substantially equalized, thereby minimizing the polarization-dependent loss. Such attributes would be particularly desirable in WDM optical networking applications." '511 patent, col. 5:28 – col. 6:15.

"FIG. 1A depicts a first embodiment of a wavelength-separating-routing (WSR) apparatus with which the invention may be employed. By way of example to illustrate the general principles and the topological structure of a wavelength-separating-routing (WSR) apparatus of the invention, the WSR apparatus 100 comprises multiple input/output ports which may be in the form of an array of fiber collimators 110, providing an input port 110-1 and a plurality of output ports 110-2 through 110-N (N≥3); a wavelength-separator which in one form may be a diffraction grating 101; a beam-focuser in the form of a focusing lens 102; and an array of channel micromirrors 103." '511 patent, col. 6:61 – col. 7:5.

"In operation, a multi-wavelength optical signal emerges from the input port collimator 110-1. The diffraction grating 101 angularly separates the multi-wavelength optical signal into multiple spectral channels, which are in turn focused by the focusing lens 102 into a spatial array of distinct spectral spots (not shown in FIG. 1A) in a one-to-one correspondence. The channel micromirrors 103 are positioned in accordance with the spatial array formed by the spectral spots, such that each channel micromirror receives one of the spectral channels. The channel micromirrors 103 are individually controllable and movable, e.g., pivotable (or rotatable) under analog (or continuous) control, such that, upon reflection, the spectral channels are directed into selected ones of the output ports 110-2 through 110-N by way of the focusing lens 102 and the diffraction grating 101. As such, each channel micromirror is assigned to a specific spectral channel, hence the name "channel micromirror". Each output port may receive any number of the reflected spectral channels. " '511 patent, col. 7:6-24.

"For purposes of illustration and clarity, only a select few, e.g., three, of the spectral channels, along with the input multi-wavelength optical signal, are graphically illustrated in FIG. 1A and the following figures. It should be noted, however, that there can be any number of the spectral channels in a WSR apparatus of the invention (so long as the number of

spectral channels does not exceed the number of channel mirrors employed in the system). It should also be noted that the optical beams representing the spectral channels shown in FIG. 1A and the following figures are provided for illustrative purpose only. That is, their sizes and shapes may not be drawn according to scale. For instance, the input beam and the corresponding diffracted beams generally have different cross-sectional shapes, so long as the angle of incidence upon the diffraction grating is not equal to the angle of diffraction, as is known to those skilled in the art. " '511 patent, col. 7:25-41.

"In the embodiment of FIG. 1A, it is preferable that the diffraction grating 101 and the channel micromirrors 103 are placed respectively at the first and second, i.e., the front and back, focal planes (on the opposing sides) of the focusing lens 102. Such a telecentric arrangement allows the chief rays of the focused beams to be parallel to each other and generally parallel to the optical axis. This telecentric configuration further allows the reflected spectral channels to be efficiently coupled into the respective output ports, thereby minimizing various translational walk-off effects that may otherwise arise. Moreover, the input multi-wavelength optical signal is preferably collimated and circular in cross-section." '511 patent, col. 7:42-55.

"FIG. 1B is a close-up view of the channel micromirrors 103 shown in the embodiment of FIG. 1A. By way of example, the channel micromirrors 103 are arranged in a one-dimensional array along the x-axis (i.e., the horizontal direction in the figure), so as to receive the focused spots of the spatially separated spectral channels in a one-to-one correspondence. (As in the case of FIG. 1A, only three spectral channels are illustrated, each represented by a converging beam.) The reflective surface of each channel micromirror lies in the x-y plane as defined in the figure and is movable, e.g., pivotable or deflectable about an axis along the x-direction in an analog, i.e., continuous, manner. Each spectral channel, upon reflection, is deflected in the y-direction, e.g., downward, relative to its incident direction, so as to be directed into one of the output ports 110-2 through 110-N shown in FIG. 1A." '511 patent, col. 8:19-34.

"FIG. 1A is but one of many embodiments of a WSR apparatus with which the invention may be used. In general, the wavelength-separator is a wavelength-separating means that may be a ruled diffraction grating, a holographic diffraction grating, an echelle grating, a dispersing prism, or other types of spectral-separating means known in the art. The beam-focuser may be a focusing lens, an assembly of lenses, or other beam-focusing means known in the art. The focusing function may also be accomplished by using a curved diffraction grating as the wavelength-separator. The channel micromirrors may be provided by silicon micromachined mirrors, reflective ribbons (or membranes), or other types of beam-deflecting elements known in the art. Each micromirror may be pivoted about one or two axes. It is important that the pivoting (or

rotational) motion of each channel micromirror be individually controllable in an analog manner, whereby the pivoting angle can be continuously adjusted so as to enable the channel micromirror to scan a spectral channel across all possible output ports. The underlying fabrication techniques for micromachined mirrors and associated actuation mechanisms are well documented in the art, see U.S. Pat. No. 5,629,790 for example. Moreover, a fiber collimator is typically in the form of a collimating lens (such as a GRIN lens) and a ferrule-mounted fiber packaged together in a mechanically rigid (stainless steel or glass) tube. The fiber collimators serving as the input and output ports may be arranged in a one-dimensional array, a two-dimensional array, or other desired spatial pattern. For instance, they may be conveniently mounted in a linear array along a V-groove fabricated on a substrate made of silicon, plastic, or ceramic, as commonly practiced in the art. It should be noted, however, that the input port and the output ports need not necessarily be in close spatial proximity with each other, such as in an array configuration, although close packing would reduce the rotational range required for each channel micromirror. Those skilled in the art will know how to design a WSR apparatus according to the invention, to best suit a given application." '511 patent, col. 9:10-47.

"FIG. 4B depicts a schematic illustration of a second embodiment of a WSR-S apparatus according to the invention. The WSR-S apparatus 450 comprises a WSR apparatus 480 and a servo-control assembly 490. In addition to the channel micromirrors 430 (and other elements identified by the same numerals as those used in FIG. 4A), the WSR apparatus 480 further includes a plurality of collimator-alignment mirrors 485, and may be configured according to the embodiment of FIGS. 2A, 2B, 3, or any other embodiment in accordance with the invention. By way of example, the servo-control assembly 490 includes the spectral monitor 460 as described in the embodiment of FIG. 4A, and a processing unit 495. In this case, the processing unit 495 is in communication with the channel micromirrors 430 and the collimator-alignment mirrors 485 of the WSR apparatus 480, as well as the spectral monitor 460. The processing unit 495 uses the optical power measurements from the spectral monitor 460 to provide dynamic control of the channel micromirrors 430 along with the collimator-alignment mirrors 485, so as to maintain the coupling efficiencies of the spectral channels into the output ports at desired values." '511 patent, col. 11:56 – 12:9.

"The first and second polarization components (optical signals 722, 732) emerging from the polarization-displacing unit 720 and the polarization-rotating unit 730, respectively, may undergo an anamorphic beam magnification by a beam-modifying unit 740 and emerge as spatially separated and magnified beams 742, 744 which impinge upon the diffraction grating 101. The configuration may be such that the beam-modifying unit 740 preferentially enlarges the beam size in the direction

perpendicular to the groove lines on the diffraction grating 101. This magnifies the optical beams in a direction perpendicular to the groove lines of the grating so that the focused beams produced by the focusing lens 102 are narrower in this direction, i.e., perpendicular to the groove lines. This enables use, for example, of rectangular shaped micromirrors. The diffraction grating 101 subsequently separates the magnified first and second polarization components 742, 744 by wavelength into first and second sets of diffracted optical beams. Each set of optical beams comprises multiple wavelengths $\lambda_1$ through $\lambda_M$, which are diffracted by the diffraction grating 101 at different angles. The focusing lens 102 in turn focuses the diffracted optical beams into corresponding focused spots which impinge onto the channel micromirrors 103. Each focused spot may be elliptical in cross-section. Further, the first and second diffracted optical beams having the same wavelength, e.g., $\lambda_i$, are arranged to impinge onto the same channel micromirror, e.g., the channel micromirror 103-i, see FIG. 7B. In this way, each channel micromirror handles concurrently two optical beams having the same polarization and wavelength." '511 patent, col. 14:48 – col. 15:10.

"FIG. 7B depicts a schematic side view of the WSR apparatus 700, where only the second multiple wavelength polarization component 732, 744 (on the forward path), along with the reflected first set of optical beams (on the return path), are shown. For purposes of illustration and clarity, several channel micromirrors are explicitly identified in this figure, while the array of channel micromirrors as a whole is also indicated by the numeral 103. As described above with respect to FIGS. 1A-1B, the channel micromirrors 103 are individually controllable and movable, e.g., pivotable about an axis 750 (which may be parallel to the x-axis shown in FIG. 1B and perpendicular to the plane of FIG. 7B). Hence, each channel micromirror is capable of directing its corresponding optical beams into any one of the output ports 110-2 through 110-N byway of its pivoting motion. By way of example, the channel micromirror 103-k may be controlled to direct the first and second optical beams with wavelength $\lambda_k$ into the first output port 110-2; the channel micromirror 103-j may be controlled to direct the first and second optical beams with wavelength $\lambda_j$ into the second output port 110-3; the channel micromirror 103-i may be controlled to direct the first and second optical beams with wavelength $\lambda_i$ into the third output port 110-4, and so on. Note that a plurality of the channel micromirrors may be individually controlled to direct their corresponding reflected optical beams into the same output port. " '511 patent, col. 15:11-36.

"Referring to FIG. 7A, the first and second sets of optical beams reflected from the respective channel micromirrors 103 are deflected out of the plane of the figure (as indicated by the side view of FIG. 7B); hence they are not explicitly shown in the top view of FIG. 7A. With reference to FIG. 7B, it will be apparent to those skilled in the art that the reflected

first and second sets of optical beams each undergo an anamorphic beam demagnification by way of the beam-modifying unit 740, thereby resuming the beam size of the input optical signal. The reflected first set of optical beams subsequently undergoes a 90-degree polarization rotation by the polarization-rotating unit 730, whereby the reflected first and second sets of optical beams are polarized in two orthogonal directions upon entering the polarization-displacing unit 720. This enables the polarization-displacing unit 720 to recombine the reflected first and second sets of optical beams by wavelength respectively into reflected spectral channels, prior to being coupled into selected ones of the output ports 110-2 through 110-N." '511 patent, col. 15:37-55.

"The WSR apparatus 700 of FIGS. 7A-7B is substantially similar to the WSR apparatus 100 of FIG. 1A in operation and function and hence achieves the advantages thereof. Furthermore, the described polarization diversity approach renders the polarization sensitivity of the diffraction grating 101 inconsequential in the WSR apparatus 700. This enables the WSR apparatus 700 to minimize the insertion loss. It also allows the WSR apparatus 700 to enhance the spectral resolution in a simple and cost-effective construction, e.g., by making use of high-dispersion holographic diffraction gratings commonly available in the art. Another notable feature of the polarization diversity scheme is that the first and second optical beams associated with each wavelength (corresponding to the two polarization components of each spectral channel) effectively "exchange" their respective optical paths, upon reflection from the micromirror, i.e., the return path of the reflected second optical beam is substantially similar to the forward path of the first optical beam, and vice versa. This has the important consequence of substantially equalizing the overall optical paths of the two polarization components for each spectral channel, thereby minimizing the polarization-dependent loss (PDL) and polarization-mode dispersion (PMD). These attributes are desirable in many applications." '511 patent, col. 17:31-54.

"In the embodiment of FIG. 8B, the polarizing-beam-splitter unit 820 may be a single polarizing beam splitter known in the art, in optical communication with the array of fiber collimators 110 via the collimator-alignment mirrors 220. It may also comprise an array of polarizing beam splitters, e.g., in a one-to-one correspondence with the collimator-alignment mirrors 220. The first beam-deflecting unit 222 may comprise an array of first mirrors, e.g., in a one-to-one correspondence with the collimator-alignment mirrors 220. The first mirrors 222 may be individually adjustable, so as to control the relative alignment and thereby ensure the requisite beam parallelism between the first and second polarization components on the forward path, which in turn warrants the first and second optical beams associated with each wavelength substantially coincide on the same channel micromirror. On the return path, the first mirrors 222 may likewise adjust the relative alignment

between the reflected first and second sets of optical beams respectively, thereby ensuring that the reflected first and second sets of optical beams are properly recombined into the respective spectral channels by way of the polarizing-beam-splitter unit 820. The first mirrors 222 may be controlled on a dynamic basis. Alternatively, the first mirrors 222 may be adjusted to predetermined positions to enable the polarizing-beam-splitter unit 820 to achieve the requisite beam parallelism. The first mirrors 222 may be subsequently fixed in respective positions over the course of operation. (In this way, the tolerances required for the polarizing-beam-splitter unit 820 may be relaxed.) It should be further appreciated that the first beam-deflecting unit 222 may also be a static mirror, or any other beam-deflecting means known in the art, configured such that the combination of the polarizing-beam-splitter unit 820 and the first beam-deflecting unit 222 effectively constitutes a polarization-displacing unit as described above." '511 patent, col. 18:44 – 19:11.

"1. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams arc recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; wherein said polarization-displacing unit comprises a polarization-displacing element in optical communication with said input port and said output ports, and wherein said polarization-rotating unit comprises a polarization-rotating element, in optical communication with said polarization-displacing element." '511 patent, claim 1.

"3. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating

unit and said polarization-displacing unit; wherein said polarization-displacing unit comprises a plurality of polarization-displacing elements in correspondence with said input port and said output ports." '511 patent, claim 3.

"7. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first mid second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; and a beam-modifying unit for providing anamorphic beam magnification of said first and second polarization components and anamorphic beam demagnification of said reflected first and second sets of optical beams." '511 patent, claim 7.

"10. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; and an array of collimator-alignment mirrors in optical communication with said fiber collimators and said polarization-displacing unit for adjusting an alignment of said multi-wavelength optical signal from said input port and for directing said reflected spectral channels into said output ports." '511 patent, claim 10.

"12. An optical apparatus, comprising: fiber collimators providing an input pod for a multi-wavelength optical signal and a plurality of output pods; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and

second sets of optical beams; and an array of channel micromirrors
positioned to reflect said first and second sets of optical beams such that
said reflected first and second sets of optical beams are recombined by
wavelength into reflected spectral channels by said polarization-rotating
unit and said polarization-displacing unit; wherein said polarization-
displacing unit comprises a polarizing beam splitter and a first beam-
deflecting unit." '511 patent, claim 12.

"15. An optical apparatus, comprising: fiber collimators providing an
input port for a multi-wavelength optical signal and a plurality of output
ports; a polarization-displacing unit that decomposes said multi-
wavelength optical signal into first and second polarization components; a
polarization-rotating unit that rotates a polarization of the second
polarization component to be substantially parallel to a polarization of the
first polarization component; a wavelength-separator that separates said
first and second polarization components by wavelength into first and
second sets of optical beams; an array of channel micromirrors positioned
to reflect said first and second sets of optical beams such that said
reflected first and second sets of optical beams are recombined by
wavelength into reflected spectral channels by said polarization-rotating
unit and said polarization-displacing unit; and a servo-control assembly,
including a spectral monitor for monitoring optical power lever of said
reflected spectral channels and a processing unit responsive to said optical
power levels for controlling said channel micromirrors." '511 patent,
claim 15.

"17. An optical apparatus, comprising: fiber collimators providing an
input port for a multi-wavelength optical signal and a plurality of output
ports; a polarization-displacing unit that decomposes said multi-
wavelength optical signal into first and second polarization components; a
polarization-rotating unit that rotates a polarization of the second
polarization component to be substantially parallel to a polarization of the
first polarization component; a wavelength-separator that separates said
first and second polarization components by wavelength into first and
second sets of optical beams; and an array of channel micromirrors
positioned to reflect said first and second sets of optical beams such that
said reflected first and second sets of optical beams are recombined by
wavelength into reflected spectral channels by said polarization-rotating
unit arid said polarization-displacing unit; wherein each channel
micromirror is pivotable about two axes; and wherein said fiber
collimators are arranged in a two-dimensional array." '511 patent, claim
17.

"23. A method of dynamic routing of a multi-wavelength optical signal in
a polarization diversity arrangement, comprising: decomposing said
multi-wavelength optical signal into first and second polarization
components; rotating a polarization of said second polarization
component to be substantially parallel to a polarization of the first

| | |
|---|---|
| | polarization component; separating said first, and second polarization components by wavelength respectively into first and second sets of optical beams; focusing said first and second sets of optical beams onto an array of micromirrors; dynamically controlling said micromirrors to reflect said first and second sets of optical beams into selected output ports; rotating a polarization of said reflected first set of optical beams by approximately 90-degrees; recombining said reflected first and second sets of optical beams by wavelength into reflected spectral channels monitoring optical power levels of said reflected spectral channels coupled into said output pods; and providing Feedback control of said micromirrors." '511 patent, claim 23.<br><br>See Figures 1A, 1B, 2A,2B, 3, 4A, 4B, 7A, 7B, 8A, 8B and 8C. |
| 14. A device as claimed in claim 1 wherein the optical intensity profile of each of the elongated spatially separated wavelength signals has an aspect ratio of approximately 35:1 in the plane of the spatial manipulation element. | See the cited text and figures of claim 1 above, which is hereby incorporated by reference in its entirety as if fully set forth herein<br><br>"In the embodiment of FIG. 1A, it is preferable that the diffraction grating 101 and the channel micromirrors 103 are placed respectively at the first and second, i.e., the front and back, focal planes (on the opposing sides) of the focusing lens 102. Such a telecentric arrangement allows the chief rays of the focused beams to be parallel to each other and generally parallel to the optical axis. This telecentric configuration further allows the reflected spectral channels to be efficiently coupled into the respective output ports, thereby minimizing various translational walk-off effects that may otherwise arise. Moreover, the input multi-wavelength optical signal is preferably collimated and circular in cross-section.<br><br>The corresponding spectral channels diffracted from the diffraction grating 101 are generally elliptical in cross-section; they may be of the same size as the input beam in one dimension and elongated in the other dimension." '511 patent, col. 7:42-59.<br><br>"The first and second polarization components (optical signals 722, 732) emerging from the polarization-displacing unit 720 and the polarization-rotating unit 730, respectively, may undergo an anamorphic beam magnification by a beam-modifying unit 740 and emerge as spatially separated and magnified beams 742, 744 which impinge upon the diffraction grating 101. The configuration may be such that the beam-modifying unit 740 preferentially enlarges the beam size in the direction perpendicular to the groove lines on the diffraction grating 101. This magnifies the optical beams in a direction perpendicular to the groove lines of the grating so that the focused beams produced by the focusing lens 102 are narrower in this direction, i.e., perpendicular to the groove lines. This enables use, for example, of rectangular shaped micromirrors. The diffraction grating 101 subsequently separates the magnified first and second polarization components 742, 744 by wavelength into first and second sets of diffracted optical beams. Each set of optical beams |

comprises multiple wavelengths $\lambda_1$ through $\lambda_M$, which are diffracted by the diffraction grating 101 at different angles. The focusing lens 102 in turn focuses the diffracted optical beams into corresponding focused spots which impinge onto the channel micromirrors 103. Each focused spot may be elliptical in cross-section. Further, the first and second diffracted optical beams having the same wavelength, e.g., $\lambda_i$, are arranged to impinge onto the same channel micromirror, e.g., the channel micromirror 103-i, see FIG. 7B. In this way, each channel micromirror handles concurrently two optical beams having the same polarization and wavelength." '511 patent, col. 14:48 – col. 15:10.

"Referring to FIG. 7A, the first and second sets of optical beams reflected from the respective channel micromirrors 103 are deflected out of the plane of the figure (as indicated by the side view of FIG. 7B); hence they are not explicitly shown in the top view of FIG. 7A. With reference to FIG. 7B, it will be apparent to those skilled in the art that the reflected first and second sets of optical beams each undergo an anamorphic beam demagnification by way of the beam-modifying unit 740, thereby resuming the beam size of the input optical signal. The reflected first set of optical beams subsequently undergoes a 90-degree polarization rotation by the polarization-rotating unit 730, whereby the reflected first and second sets of optical beams are polarized in two orthogonal directions upon entering the polarization-displacing unit 720. This enables the polarization-displacing unit 720 to recombine the reflected first and second sets of optical beams by wavelength respectively into reflected spectral channels, prior to being coupled into selected ones of the output ports 110-2 through 110-N." '511 patent, col. 15:37-55.

"7. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first mid second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; and a beam-modifying unit for providing anamorphic beam magnification of said first and second polarization components and anamorphic beam demagnification of said reflected first and second sets of optical beams." '511 patent, claim 7.

"8. The optical apparatus of claim 7, wherein beam-modifying unit comprises one or more cylindrical lenses." '511 patent, claim 8.

| | "9. The optical apparatus of claim 7, wherein beam-modifying unit comprises one or more prisms." '511 patent, claim 9. |
|---|---|
| 24. A wavelength selective manipulation device comprising:<br><br>(a) at least a first optical input port for inputting an optical signal including a plurality of wavelength channels; | See the cited text and figures of claim 1(a) above, which is hereby incorporated by reference in its entirety as if fully set forth herein. |
| polarisation alignment element for aligning the polarisation state of said optical signal; | "The invention provides a polarization diversity wavelength-separating-routing (WSR) apparatus and method which minimizes insertion loss and polarization-dependent loss (PDL)." '511 patent, 46-49.<br><br>"In WSR apparatus with which the invention may be used, a multi-wavelength optical signal is provided from an input port to a wavelength-separator which separates the multi-wavelength optical signal by wavelength into multiple spectral channels. Each channel may be characterized by a distinct center wavelength and associated bandwidth. A beam-focuser may focus the spectral channels into corresponding spots onto a plurality of channel micromirrors positioned such that each channel micromirror receives one of the spectral channels. The channel micromirrors are individually controllable and movable, e.g., continuously pivotable or rotatable, so as to reflect the spectral channels into selected ones of the output ports. Each output port may receive any number of the reflected spectral channels. " '511 patent, col. 3:50-63.<br><br>"In one aspect, the WSR apparatus of the invention employs a polarization diversity arrangement to overcome polarization-sensitive effects the constituent optical elements may possess. A polarization-displacing unit and a polarization-rotating unit may be disposed along the optical path between the fiber collimators providing the input and output ports and the wavelength-separator which separates the input multi-wavelength optical signal into the constituent wavelengths. The polarization-displacing unit decomposes the input multi-wavelength optical signal into first and second polarization components. The polarization-rotating unit may subsequently rotate the polarization of the second polarization component so that its polarization is substantially parallel to the first polarization component, e.g., by 90-degrees. The wavelength-separator separates the incident optical signals by wavelength into first and second sets of optical beams, respectively. The beam-focuser may focus the first and second sets of optical beams into corresponding focused spots, impinging onto the channel micromirrors. The first and second optical beams associated with the same wavelength may impinge onto (and be manipulated by) the same channel micromirror. The channel micromirrors may be individually controlled such that the first and second sets of optical beams are deflected, upon reflection. The reflected first set |

of optical beams may subsequently undergo a rotation in polarization by, e.g., 90 degrees, by the polarization-rotating unit. This enables the polarization-displacing unit to recombine the reflected first and second sets of optical beams by wavelength respectively into reflected spectral channels, prior to being coupled into the output ports." '511 patent, col. 3:64 – col. 4:27.

"The polarization-displacing unit may comprise one or more polarization-displacing elements, each being a birefringent beam displacer, or a polarizing-beam-splitting element, e.g., a polarizing beam splitter in conjunction with a suitable beam-reflector. The polarization-rotating unit may include one or more polarization rotating elements, each being a half-wave plate, a Faraday rotator, or a liquid crystal rotator known in the art." '511 patent, col. 4:28-35.

"The WSR apparatus of the invention affords a variety of optical devices, including a novel class of dynamically reconfigurable optical add-drop multiplexers (OADMs), that provide many advantages over the prior art devices, notably: 1) By advantageously employing an array of channel micromirrors that are individually and continuously controllable, an OADM of the invention is capable of routing the spectral channels on a channel-by-channel basis and directing any spectral channel into any one of the output ports. As such, its underlying operation is dynamically reconfigurable, and its underlying architecture is intrinsically scalable to a large number of channel counts. 2) The add and drop spectral channels need not be multiplexed and demultiplexed before entering and after leaving the OADM respectively. And there are not fundamental restrictions on the wavelengths to be added or dropped. 3) The coupling of the spectral channels into the output ports is dynamically controlled by a servo-control assembly, rendering the OADM less susceptible to environmental effects (such as thermal and mechanical disturbances) and therefore more robust in performance. By maintaining an optimal optical alignment, the optical losses incurred by the spectral channels are also significantly reduced. 4) The optical power levels of the spectral channels coupled into the output ports can be dynamically managed according to demand, or maintained at desired values (e.g., equalized at a predetermined value) by way of the servo-control assembly. This spectral power-management capability as an integral part of the OADM will be particularly desirable in WDM optical networking applications. 5) The use of free-space optics provides a simple, low loss, and cost-effective construction. Moreover, the utilization of the servo-control assembly effectively relaxes the requisite fabrication tolerances and the precision of optical alignment during initial assembly, enabling the OADM to be simpler and more adaptable in structure, and lower in cost and optical loss. 6) The use of a polarization diversity scheme renders the polarization-sensitive effects inconsequential in the OADM. This enables the OADM to minimize the insertion loss; and enhance spectral resolution

in a simple and cost-effective construction (e.g., by making use of high-dispersion diffraction grating commonly available in the art). The polarization diversity scheme further allows the overall optical paths of the two polarization components for each spectral channel to be substantially equalized, thereby minimizing the polarization-dependent loss. Such attributes would be particularly desirable in WDM optical networking applications." '511 patent, col. 5:28 – col. 6:15.

"The corresponding spectral channels diffracted from the diffraction grating 101 are generally elliptical in cross-section; they may be of the same size as the input beam in one dimension and elongated in the other dimension.

It is known that the diffraction efficiency of a diffraction grating is generally polarization-dependent. That is, the diffraction efficiency of a grating in a standard mounting configuration may be considerably higher for P-polarization that is perpendicular to the groove lines on the grating than for S-polarization that is orthogonal to P-polarization, especially as the number of groove lines (per unit length) increases. To mitigate such polarization-sensitive effects, a quarter-wave plate 104 may be optically interposed between the diffraction grating 101 and the channel micromirrors 103, and preferably placed between the diffraction grating 101 and the focusing lens 102 as is shown in FIG. 1A. In this way, each spectral channel experiences a total of approximately 90-degree rotation in polarization upon traversing the quarter-wave plate 104 twice. (That is, if a beam of light has P-polarization when first encountering the diffraction grating, it would have predominantly (if not all) S-polarization upon the second encountering, and vice versa.) This ensures that all the spectral channels incur nearly the same amount of round-trip polarization dependent loss." '511 patent, col. 7:60 – col. 8:13.

"As discussed above, the diffraction efficiency of a diffraction grating is polarization-sensitive, and such polarization-sensitive effects may give rise to significant insertion loss and polarization-dependent loss (PDL) in an optical system. The situation is further exacerbated in WDM optical networking applications, where the polarization state of WDM signals is typically indeterminate and may vary with time. This can produce an undesirable time-varying insertion loss that may cause the optical signals to fall below acceptable levels or render them unusable. Thus, it is desirable to avoid such polarization-sensitive effects, and the invention affords a polarization diversity scheme that addresses this, as will now be described. " '511 patent, col. 14:1-13.

"FIG. 7A depicts a schematic top view and FIG. 7B depicts a schematic side view of a fifth embodiment of a WSR apparatus of the invention that employs a polarization diversity arrangement that minimizes polarization-sensitive effects. (The schematic top and side views in FIGS. 7A-7B and the following figures are presented with respect to the perspective view of

FIG. 1A.) WSR apparatus 700 may make use of the general architecture and a number of the elements used in the embodiment of FIG. 1A, as indicated by those elements labeled with the same numerals. The input port 110-1 provides a multi-wavelength optical signal, which may be of indeterminate time varying polarization and which may contain wavelengths $\lambda_1$ through $\lambda_M$, for instance, to a polarization-displacing unit 720. The polarization-displacing unit may be disposed along the optical path between the array of fiber collimators 110 (including the input port 110-1 and the output ports 110-2 through 110-N, as shown in FIG. 7B below) and the diffraction grating 101. The polarization-displacing unit 720 serves to separate or decompose the input multi-wavelength optical signal into a first p-polarization component and a second orthogonal s-polarization component. Assuming that p-polarization is the "preferred" polarization direction of the diffraction grating 101, i.e., the diffraction efficiency is higher for the p-polarization component than for the s-polarization component, the p-polarization component of the input optical signal may be output as a first optical signal 722 from the polarization displacing unit. The second s-polarization component of the input optical signal may be rotated by 90-degrees, by a polarization-rotating unit 730 to produce a second optical signal 732 also having p-polarization. Thus, the two optical signals 722, 732 incident onto the diffraction grating 101 both possess p-polarization. " '511 patent, col. 14:14-47.

"The first and second polarization components (optical signals 722, 732) emerging from the polarization-displacing unit 720 and the polarization-rotating unit 730, respectively, may undergo an anamorphic beam magnification by a beam-modifying unit 740 and emerge as spatially separated and magnified beams 742, 744 which impinge upon the diffraction grating 101. The configuration may be such that the beam-modifying unit 740 preferentially enlarges the beam size in the direction perpendicular to the groove lines on the diffraction grating 101. This magnifies the optical beams in a direction perpendicular to the groove lines of the grating so that the focused beams produced by the focusing lens 102 are narrower in this direction, i.e., perpendicular to the groove lines. This enables use, for example, of rectangular shaped micromirrors. The diffraction grating 101 subsequently separates the magnified first and second polarization components 742, 744 by wavelength into first and second sets of diffracted optical beams. Each set of optical beams comprises multiple wavelengths $\lambda_1$ through $\lambda_M$, which are diffracted by the diffraction grating 101 at different angles. The focusing lens 102 in turn focuses the diffracted optical beams into corresponding focused spots which impinge onto the channel micromirrors 103. Each focused spot may be elliptical in cross-section. Further, the first and second diffracted optical beams having the same wavelength, e.g., $\lambda_i$, are arranged to impinge onto the same channel micromirror, e.g., the channel micromirror 103-i, see FIG. 7B. In this way, each channel micromirror handles concurrently two optical beams having the same polarization and

wavelength." '511 patent, col. 14:48 – 15:10.

"Referring to FIG. 7A, the first and second sets of optical beams reflected from the respective channel micromirrors 103 are deflected out of the plane of the figure (as indicated by the side view of FIG. 7B); hence they are not explicitly shown in the top view of FIG. 7A. With reference to FIG. 7B, it will be apparent to those skilled in the art that the reflected first and second sets of optical beams each undergo an anamorphic beam demagnification by way of the beam-modifying unit 740, thereby resuming the beam size of the input optical signal. The reflected first set of optical beams subsequently undergoes a 90-degree polarization rotation by the polarization-rotating unit 730, whereby the reflected first and second sets of optical beams are polarized in two orthogonal directions upon entering the polarization-displacing unit 720. This enables the polarization-displacing unit 720 to recombine the reflected first and second sets of optical beams by wavelength respectively into reflected spectral channels, prior to being coupled into selected ones of the output ports 110-2 through 110-N." '511 patent, col. 15:37-55.

"It should be appreciated that the rotation in polarization produced by a polarization-rotating element, e.g., the polarization-rotating unit 730, may have slight variations about a prescribed angle, e.g., 90-degrees, due to imperfections that may exist in a practical system. Such variations, however, will not significantly affect the overall performance of the invention. " '511 patent, col. 15:56-63.

"In the embodiment of FIGS. 7A-7B, the polarization-displacing unit 720 may be in the form of a single polarization-displacing element, corresponding to the array of fiber collimators 110. FIG. 7C shows two schematic views of an exemplary embodiment of a polarization-displacing element 720A which may be a birefringent beam displacer well known in the art. The first schematic represented by dashed box 761 of FIG. 7C illustrates a top view of the polarization-displacing element 720A, where an incident optical beam 770, e.g., the multi-wavelength optical signal in the embodiment of FIGS. 7A-7B, is decomposed into first and second polarization components 772, 774 polarized in two orthogonal directions, as illustrated in the figure. Notice that the two polarization components are spatially displaced and propagate in parallel, upon emerging from the polarization-displacing element 720A. The second schematic represented by dashed box 762 of FIG. 7C depicts an exemplary cross-sectional top view of the polarization-displacing element 720A, where two parallel optical beams 776, 778 polarized in two orthogonal directions, e.g., the first and second optical beams associated with wavelength $\lambda_i$ in the embodiment of FIGS. 7A-7B, are recombined by way of traversing the polarization-displacing element 720A into a single optical beam 780, e.g., the reflected spectral channel with wavelength $\lambda_i$ in the embodiment of FIGS. 7A-7B. As such, the polarization-displacing element 720A acts as a polarization-separating element for optical beams propagating in one

direction; and serves as a polarization-combining element for optical beams traversing in the opposite direction. " '511 patent, col. 15:63 – col. 16:42.

"Those skilled in the art will appreciate that rather than using a birefringent beam displacer, the polarization-displacing element 720A may alternatively be provided by a suitable polarizing-beam-splitting element, e.g., a polarizing beam splitter commonly used in the art along with an appropriate beam-deflector or prism (such that the two emerging polarization components propagate in parallel). Such a polarizing-beam-splitting element provides a substantially similar function to the aforementioned birefringent beam displacer. In general, a polarization-displacing element in the invention may be embodied by any optical element that provides a dual function of polarization separating and combining, as depicted in FIG. 7C. " '511 patent, col. 16:25-37.

"Likewise, the polarization-rotating unit 730 may comprise a single polarization-rotating element, e.g., a half-wave plate, a liquid crystal rotator, a Faraday rotator, or any other means known in the art that is capable of rotating the polarization of an optical beam by a prescribed angle, e.g., 90 degrees. " '511 patent, col. 16:38-43.

"Alternatively, the polarization-displacing unit 720 may comprise a plurality of polarization-displacing elements, each corresponding to one or more fiber collimators 110 in the embodiment of FIGS. 7A-7B. By way of example, FIG. 7D depicts a schematic side view of a polarization-displacing unit 720B which may be an array of polarization-displacing elements 720-1 through 720-N. Each polarization-displacing element may be a birefringent beam displacer, a polarizing-beam-splitting element, or any other suitable means known in the art, as described above with respect to FIG. 7C. In this case, the polarization-rotating unit 730 may include one or more polarization-rotating elements, each as described above. As a way of example, FIG. 7D also shows a schematic side view of a polarization-rotating unit 730B as an array of polarization-rotating elements 730-1 through 730-N, which may be in a one-to-one correspondence with the polarization-displacing elements 720-1 through 720-N. As such, the polarization-displacing unit 720B, along with the polarization-rotating unit 730B, may be implemented in the embodiment of FIGS. 7A-7B so that the polarization-displacing elements 720-1 through 720-N are in a one-to-one correspondence with the fiber collimators 100 that provide the input port 110-1 and the output ports 110-2 through 110-N. " '511 patent, col. 16:44-67.

"Those skilled in the art will appreciate that the exemplary embodiments of FIGS. 7C-7D are provided as an example to illustrate how a polarization-displacing unit, along with a polarization-rotating unit, may be configured and operated in the invention. Various changes and modifications may be made in this embodiment to perform the designated

functions in a substantially equivalent manner. For example, the polarization-displacing unit 720, along with the polarization-rotating unit 730, may alternatively be configured such that the first and second polarization components are spatially separated along a vertical direction that is substantially perpendicular to the plane of the paper in the schematic top view of FIG. 7A, as opposed to being separated horizontally in a manner as illustrated in FIG. 7A. As will be appreciated from the teachings of the invention, one skilled in the art would know how to implement an appropriate polarization-displacing unit, along with a suitable polarization-rotating unit, in a WSR apparatus, for a given application." " '511 patent, col. 17:1-19.

"Moreover, the beam-modifying unit 740 may comprise an assembly of cylindrical lenses or prisms, in optical communication with the polarization-displacing unit 720 along with the polarization-rotating unit 730 and the diffraction grating 101. In general, a beam-modifying unit may be embodied by any optical structure that is capable of magnifying the input optical signal and de-magnifying the reflected optical beams according to a predetermined ratio. Such a beam-modifying unit may be particularly useful in applications that call for a refined spectral resolution, such as DWDM optical networking applications." '511 patent, col. 17:20-30.

"The WSR apparatus 700 of FIGS. 7A-7B is substantially similar to the WSR apparatus 100 of FIG. 1A in operation and function and hence achieves the advantages thereof. Furthermore, the described polarization diversity approach renders the polarization sensitivity of the diffraction grating 101 inconsequential in the WSR apparatus 700. This enables the WSR apparatus 700 to minimize the insertion loss. It also allows the WSR apparatus 700 to enhance the spectral resolution in a simple and cost-effective construction, e.g., by making use of high-dispersion holographic diffraction gratings commonly available in the art. Another notable feature of the polarization diversity scheme is that the first and second optical beams associated with each wavelength (corresponding to the two polarization components of each spectral channel) effectively "exchange" their respective optical paths, upon reflection from the micromirror, i.e., the return path of the reflected second optical beam is substantially similar to the forward path of the first optical beam, and vice versa. This has the important consequence of substantially equalizing the overall optical paths of the two polarization components for each spectral channel, thereby minimizing the polarization-dependent loss (PDL) and polarization-mode dispersion (PMD). These attributes are desirable in many applications. " '511 patent, col. 17:31-54.

"Those skilled in the art will appreciate that the WSR apparatus 700 of FIGS. 7A-7B may be further modified in various ways according to the teachings of the invention. For example, the apparatus may include an array of collimator-alignment mirrors such as described with respect to

the embodiment of FIG. 2A, 2B, or 3. FIG. 8A shows a schematic top view of a sixth embodiment of a WSR apparatus 800A of the invention which employs an array of collimator-alignment mirrors 220 in a polarization diversity arrangement such as shown in FIGS. 7A-7B. For example, WSR apparatus 800A may be built upon the embodiments of FIGS. 2A and 7A, hence similar elements are labeled with the same numerals. In FIG. 8A, the array of collimator-alignment mirrors 220 (which may include the collimator-alignment mirrors 220-1 through 220-N, as shown in FIG. 2A) may be disposed along the optical path between the fiber collimators 110 and the polarization-displacing unit 720, such that there is a one-to-one correspondence between the collimator-alignment mirrors 220 and the fiber collimators 110 providing the input and output ports. As described with respect to FIG. 2A, the collimator-alignment mirrors 220 may be controlled to adjust the alignment of the input multi-wavelength optical signal and to further provide angular control of the collimated beams of the reflected spectral channels. This facilitates the coupling of the reflected spectral channels into the respective output ports according to desired coupling efficiencies. " '511 patent, col. 17:55 – col. 18:14.

"In the embodiment of FIG. 8A, the collimator-alignment mirrors 220 are disposed between the fiber collimators 110 and the polarization-displacing unit 720, and control the angular position of the (un-split) multi-wavelength input optical signal as well as the (combined) reflected spectral channels. There may be applications where it is desired to provide separate control to the first and second polarization components (on the forward path), as well as to the reflected first and second sets of optical beams (on the return path). FIG. 8B depicts a schematic top view of a seventh embodiment of a WSR apparatus 800B of the invention, which achieves this. WSR apparatus 800B of FIG. 8B may be built upon the embodiment of FIG. 8A, hence similar elements are labeled with the same numerals. In this case, a polarizing-beam-splitter unit 820 may be employed instead of the polarization-displacing unit 720 of FIG. 8A, to decompose the multi-wavelength input optical signal into first and second polarization components 822, 824 that are propagating in two orthogonal directions. The second polarization component 824 may be subsequently incident onto and reflected by a first beam-deflecting unit 222, whereby it propagates parallel to the first polarization component 822. The operation thereafter is substantially similar to that of FIG. 8A. On the return path, the reflected first set of optical beams is incident onto and reflected by the beam-deflecting unit 222, so as to enable the polarizing-beam-splitter unit 820 to recombine the reflected first and second sets of optical beams by wavelength respectively into reflected spectral channels. " '511 patent, col. 18:15-43.

"In the embodiment of FIG. 8B, the polarizing-beam-splitter unit 820 may be a single polarizing beam splitter known in the art, in optical

communication with the array of fiber collimators 110 via the collimator-alignment mirrors 220. It may also comprise an array of polarizing beam splitters, e.g., in a one-to-one correspondence with the collimator-alignment mirrors 220. The first beam-deflecting unit 222 may comprise an array of first mirrors, e.g., in a one-to-one correspondence with the collimator-alignment mirrors 220. The first mirrors 222 may be individually adjustable, so as to control the relative alignment and thereby ensure the requisite beam parallelism between the first and second polarization components on the forward path, which in turn warrants the first and second optical beams associated with each wavelength substantially coincide on the same channel micromirror. On the return path, the first mirrors 222 may likewise adjust the relative alignment between the reflected first and second sets of optical beams respectively, thereby ensuring that the reflected first and second sets of optical beams are properly recombined into the respective spectral channels by way of the polarizing-beam-splitter unit 820. The first mirrors 222 may be controlled on a dynamic basis. Alternatively, the first mirrors 222 may be adjusted to predetermined positions to enable the polarizing-beam-splitter unit 820 to achieve the requisite beam parallelism. The first mirrors 222 may be subsequently fixed in respective positions over the course of operation. (In this way, the tolerances required for the polarizing-beam-splitter unit 820 may be relaxed.) It should be further appreciated that the first beam-deflecting unit 222 may also be a static mirror, or any other beam-deflecting means known in the art, configured such that the combination of the polarizing-beam-splitter unit 820 and the first beam-deflecting unit 222 effectively constitutes a polarization-displacing unit as described above. " '511 patent, col. 18:44 – col. 19:11.

"FIG. 8C depicts a schematic top view of an eighth embodiment of a WSR apparatus 800C of the invention. WSR apparatus 800C may include the elements employed in the embodiment of FIG. 8B, along with second and third beam-deflecting units 224, 226. The second beam-deflecting unit 224 may comprise an array of second mirrors that are individually adjustable, e.g., in a one-to-one correspondence with the first mirrors the first beam-deflecting unit 222 may contain. The third beam-deflecting unit 226 may simply be a static mirror, or other known beam-deflecting device. In this way, the first and second polarization components 822, 824 (on the forward path) may be independently controlled by the first and second beam-deflecting units 222, 224, which may also control the reflected first and second sets of optical beams (on the return path), respectively. The collimator-alignment mirrors 220 may further facilitate the coupling of the (combined) reflected spectral channels into the desired output ports." '511 patent, col. 19:12-29.

"1. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength

optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams arc recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; wherein said polarization-displacing unit comprises a polarization-displacing element in optical communication with said input port and said output ports, and wherein said polarization-rotating unit comprises a polarization-rotating element, in optical communication with said polarization-displacing element." '511 patent, claim 1.

"3. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; wherein said polarization-displacing unit comprises a plurality of polarization-displacing elements in correspondence with said input port and said output ports." '511 patent, claim 3.

"7. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first mid second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; and a beam-modifying unit for providing anamorphic beam magnification of said first and second

polarization components and anamorphic beam demagnification of said reflected first and second sets of optical beams." '511 patent, claim 7.

"10. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; and an array of collimator-alignment mirrors in optical communication with said fiber collimators and said polarization-displacing unit for adjusting an alignment of said multi-wavelength optical signal from said input port and for directing said reflected spectral channels into said output ports." '511 patent, claim 10.

"12. An optical apparatus, comprising: fiber collimators providing an input pod for a multi-wavelength optical signal and a plurality of output pods; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; wherein said polarization-displacing unit comprises a polarizing beam splitter and a first beam-deflecting unit." '511 patent, claim 12.

"15. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by

45

|  | wavelength into reflected spectral channels by said polarization-rotating unit and said polarization-displacing unit; and a servo-control assembly, including a spectral monitor for monitoring optical power lever of said reflected spectral channels and a processing unit responsive to said optical power levels for controlling said channel micromirrors." '511 patent, claim 15.<br><br>"17. An optical apparatus, comprising: fiber collimators providing an input port for a multi-wavelength optical signal and a plurality of output ports; a polarization-displacing unit that decomposes said multi-wavelength optical signal into first and second polarization components; a polarization-rotating unit that rotates a polarization of the second polarization component to be substantially parallel to a polarization of the first polarization component; a wavelength-separator that separates said first and second polarization components by wavelength into first and second sets of optical beams; and an array of channel micromirrors positioned to reflect said first and second sets of optical beams such that said reflected first and second sets of optical beams are recombined by wavelength into reflected spectral channels by said polarization-rotating unit arid said polarization-displacing unit; wherein each channel micromirror is pivotable about two axes; and wherein said fiber collimators are arranged in a two-dimensional array." '511 patent, claim 17.<br><br>"23. A method of dynamic routing of a multi-wavelength optical signal in a polarization diversity arrangement, comprising: decomposing said multi-wavelength optical signal into first and second polarization components; rotating a polarization of said second polarization component to be substantially parallel to a polarization of the first polarization component; separating said first, and second polarization components by wavelength respectively into first and second sets of optical beams; focusing said first and second sets of optical beams onto an array of micromirrors; dynamically controlling said micromirrors to reflect said first and second sets of optical beams into selected output ports; rotating a polarization of said reflected first set of optical beams by approximately 90-degrees; recombining said reflected first and second sets of optical beams by wavelength into reflected spectral channels monitoring optical power levels of said reflected spectral channels coupled into said output pods; and providing Feedback control of said micromirrors." '511 patent, claim 23.<br><br>See Figures 7A, 7B, 7C, 7D, 8A, and 8B. |
| --- | --- |
| a wavelength dispersion element for angularly dispersing the wavelength channels of said optical signal into angularly dispersed wavelength | See the cited text and figures of claim 1(b) above, which is hereby incorporated by reference in its entirety as if fully set forth herein. |

| | |
|---|---|
| signals; | |
| an optical power element for focussing the angularly dispersed wavelength signals into a series of elongated spatially separated wavelength signals; | See the cited text and figures of claim 1(c) above, which is hereby incorporated by reference in its entirety as if fully set forth herein. |
| and a spatial manipulation element for selectively spatially manipulating the characteristics of said spatially separated wavelength bands to produce spatially manipulated wavelength bands. | See the cited text and figures of claim 1(d) above, which is hereby incorporated by reference in its entirety as if fully set forth herein. |