# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NISTICA, INC.,<br><br>　　　　　Defendant. | Case No.  13-cv-03345-BLF<br><br>**ORDER REGARDING REDACTION OF ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO STRIKE PORTIONS OF EXPERT REPORTS**<br><br>[Re:  ECF 344] |

The Court has filed its order on the parties' motions to strike portions of expert reports under seal because it contains information that the Court previously allowed to be filed under seal due to their highly confidential and business sensitive nature.  *See e.g.*, ECF 337.  This order will be separately transmitted to the parties in this case.  The order filed under seal contains highlighted portions that are potentially sealable under the Court's past sealing orders.  The parties are ordered to meet and confer and by no later than December 8, 2015 and submit proposed redactions to the Court's order (to the extent any further redaction is required), as well as a supporting declaration and proposed order.  The parties are also encouraged to inform the Court if any portion that is already highlighted does not need to be redacted and are reminded that redactions are to be narrowly tailored.  If no proposed redactions are received by 11:59 p.m. on December 8, 2015, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: December 1, 2015

BETH LABSON FREEMAN
United States District Judge