CHRISTOPHER J. COX (BAR NO. 151650)
Email: chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3029
Facsimile: (650) 802-3100

DAVID C. RADULESCU, PH.D. (*pro hac vice*)
Email: david@radulescullp.com
TIGRAN VARDANIAN (*pro hac vice*)
Email: tigran@radulescullp.com
ETAI LAHAV (*pro hac vice*)
Email: etai@radulescullp.com
ROBIN M. DAVIS (*pro hac vice*)
Email: robin@radulescullp.com
DANIEL KESACK (*pro hac vice*)
Email: daniel@radulescullp.com
RADULESCU LLP
The Empire State Building
350 Fifth Avenue, Suite 6910
Telephone: (646) 502-5950
Facsimile: (646) 502-5959

*Attorneys for Plaintiff*
*FINISAR CORPORATION*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NISTICA INC., a Delaware corporation,<br><br>Defendant. | No. 5:13-cv-03345-BLF<br><br>**PLAINTIFF FINISAR CORPORATION'S ADMINISTRATIVE MOTION TO STRIKE NISTICA'S RESPONSE TO FINISAR'S OBJECTIONS TO NEW REPLY EVIDENCE SUBMITTED WITH SUMMARY JUDGMENT REPLY (DKT. NO. 393)** |

### NOTICE OF MOTION TO STRIKE NISTICA'S RESPONSE TO FINISAR'S OBJECTIONS TO NEW REPLY EVIDENCE SUBMITTED WITH SUMMARY JUDGMENT REPLY

PLEASE TAKE NOTICE that Plaintiff Finisar Corporation ("Finisar"), by and through its counsel, shall and hereby does move for an order striking Defendant Nistica, Inc.'s ("Nistica") Response to Finisar's Objections to New Reply Evidence Submitted with Summary Judgment Reply and associated Exhibit A, and any further relief that the Court deems appropriate ("Motion").

Finisar's Motion is based upon this Notice, the attached Memorandum of Points and Authorities, Nistica's Response to Finisar's Objections to New Reply Evidence Submitted with Summary Judgment Reply (Dkt. No. 393) and attachments thereto, the complete files and records of this action, any oral argument the Court permits, and any further information that may properly be presented to the Court at or before the time this Motion is deemed submitted by the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

Nistica's latest failure to comply with this District's Local Rules involves Nistica improperly filing a paper it styled "Nistica's Response to Finisar's Objections to New Reply Evidence Submitted with Summary Judgment Reply" (Dkt. No. 393), including an attached Exhibit A (Dkt. No. 393-1) ("Response"), in violation of Local Rule 7-3(d).  *See* L.R. 7-3(d) ("Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval [except in two circumstances that do not apply here].").

On December 18, 2015, Nistica filed a reply brief in support of its pending motion for summary judgment.  *See* Dkt. No. 383.  The reply brief included evidence (e.g., exhibits and declarations) that improperly raised new issues.  *See* Dkt. No. 390.  Pursuant to Local Rule 7-3(d)(1), Finisar timely filed objections to the improper evidence.  *See* Dkt. No. 390.  The Local Rules contemplate no response to such objection, without leave of Court.  See L.R. 7-3(d).  On Sunday, January 3, 2016, without seeking leave of Court or even raising the issue with Finisar, Nistica filed the Response.  *See* Dkt. No. 393.  After Finisar promptly raised the impropriety of the filing with Nistica in a meet and confer correspondence, Nistica, without providing any authority and plainly ignoring the unambiguous language of the Rule, "disagreed" that "somehow Nistica should have no opportunity to respond" to Finisar's objections filed pursuant to Local Rule 7-3(d)(1).  *See* Declaration of Tigran Vardanian ("Vardanian Decl.") Exs. 1-2.

Nistica's attempt to skirt the Local Rules should not be permitted, and Nistica's Response should be stricken from the record.  *See Moran v. GMAC Mortg., LLC*, 5:13-CV-04981-LHK, 2014 WL 3853833, at *2 (N.D. Cal. Aug. 5, 2014) (striking plaintiff's response to defendant's duly filed statement of recent decision pursuant to Local Rule 7-3(d)(2) because it was "not authorized under the Civil Local Rules"); *Hwang v. City and County of San Francisco*, C-07-2718 MMC, 2008 WL 4279686, at *1 (N.D. Cal. Sept. 15, 2008) (striking "Opposition to Defendants' Objections" because "Hwang did not seek, let alone obtain, permission to file a document after the filing of the reply.").

For the foregoing reasons, Finisar respectfully requests that the Court strike Nistica's Response (Dk. No. 393), and grant any other relief the Court may deem proper.

1  Dated:  January 4, 2016                    Respectfully submitted,

2                                             /s/ *Tigran Vardanian*

3                                             Tigran Vardanian

4                                             David C. Radulescu, Ph.D. (*pro hac vice*)
                                              david@radulescullp.com
5                                             Tigran Vardanian (*pro hac vice*)
                                              tigran@radulescullp.com
6                                             Etai Lahav (*pro hac vice*)
                                              etai@radulescullp.com
7                                             Robin M. Davis (*pro hac vice*)
                                              robin@radulescullp.com
8                                             Daniel Kesack (*pro hac vice*)
                                              daniel@radulescullp.com
9
                                              RADULESCU LLP
10                                            The Empire State Building
                                              350 Fifth Avenue, Suite 6910
11                                            New York, NY 10118
                                              Telephone: (646) 502-5950
12                                            Facsimile: (646) 502-5959
13
                                              Christopher J. Cox (151650)
14                                            chris.cox@weil.com
                                              WEIL GOTSHAL & MANGES LLP
15                                            201 Redwood Shores Parkway
                                              Redwood Shores, CA 94065
16                                            Telephone: (650) 802-3029
                                              Facsimile: (650) 802-3100
17

18                                            **Attorneys for Plaintiff**
                                              **FINISAR CORPORATION**
19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, Tigran Vardanian, hereby declare:

I am over the age of eighteen years and not a party to the within action.  My business address is Radulescu LLP, The Empire State Building, 350 Fifth Avenue, Suite 6910, New York, New York 10118.

On January 4, 2016, I caused the following documents, described as:

**PLAINTIFF FINISAR CORPORATION'S ADMINISTRATIVE MOTION TO STRIKE NISTICA'S RESPONSE TO FINISAR'S OBJECTIONS TO NEW REPLY EVIDENCE SUBMITTED WITH SUMMARY JUDGMENT REPLY (DKT. NO. 393);**

**DECLARATION OF TIGRAN VARDANIAN IN SUPPORT OF PLAINTIFF FINISAR CORPORATION'S ADMINISTRATIVE MOTION TO STRIKE NISTICA'S RESPONSE TO FINISAR'S OBJECTIONS TO NEW REPLY EVIDENCE SUBMITTED WITH SUMMARY JUDGMENT REPLY (DKT. NO. 393); AND**

**[PROPOSED] ORDER GRANTING PLAINTIFF FINISAR CORPORATION'S ADMINISTRATIVE MOTION TO STRIKE NISTICA'S RESPONSE TO FINISAR'S OBJECTIONS TO NEW REPLY EVIDENCE SUBMITTED WITH SUMMARY JUDGMENT REPLY (DKT. NO. 393).**

to be served via CM/ECF, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website.

I declare under penalty of perjury that the above is true and correct.  Executed on January 4, 2016, in New York, New York.

*/s/ Tigran Vardanian*
Tigran Vardanian