UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FINISAR CORPORATION,

    Plaintiff,

v.

NISTICA, INC.,

    Defendant.

Case No. 13-cv-03345-BLF

**ORDER REFERRING MOTIONS TO SPECIAL MASTER**

For the clarity of the record, and to aid the Court, the Special Master, and the parties, the following motions that have been submitted for decision are referred to Special Master Robert Morrill for resolution:

| Docket Number | Motion |
|---|---|
| 323 | Finisar's Motion for Summary Judgment |
| 328 | Nistica's Motion for Summary Judgment |
| 399 | Motion to Strike Nistica's Response to Finisar's Objections to New Reply Evidence Submitted with Summary Judgment |
| 409 | Motion to Strike Portions of Nistica's Reply in Support of its Motion for Summary Judgment |

The following motions that have been submitted will be decided by the undersigned:

| Docket Number | Motion |
|---|---|
| 377 | Motion to Strike Nistica, Inc.'s Daubert Motion Regarding Finisar's Technical Expert Witness Dr. Katherine Hall |
| 378 | Motion to Strike Nistica, Inc.'s Daubert Motion to Exclude Opinions and Testimony of Finisar Corp.'s Damages |
| 379 | Motion to Exclude Opinions of Dr. Keith Goossen |
| 381 | Motion to Exclude Certain Opinions of Dr. Nisha M. Mody |
| 395 | Administrative Motion to File Under Seal Portions of Nistica's Opposition to Finisar Corp.'s Motion to Exclude Certain Opinions of Dr. Nisha Mody and Exhibits 1-4, 7 and 8 to the Declaration of Jennifer D. Bennett in Support Thereof |

| 397 | Administrative Motion to File Under Seal Portions of Finisar's Opposition to Defendant Nistica's Daubert Motion Regarding Dr. Katherine L. Hall and Exhibits In Support Thereof |
|---|---|
| 400 | Administrative Motion to File Under Seal Portions of Nistica's Opposition To Finisar Corp.'s Motion to Exclude Certain Opinions of Dr. Keith Goossen, the Declaration of Dr. Keith Goossen in Support Thereof, Portions of the Declaration of Jennifer D. Bennett, and Exhibits 2, 4-8, and 11-12 to the Declaration of Jennifer D. Bennett In Support Thereof |
| 403 | Administrative Motion to File Under Seal Finisar's Opposition to Nistica's Daubert Motion to Exclude Opinions and Testimony of Damages Expert Mr. Tate and Exhibits in Support Thereof |
| 408 | Administrative Motion to File Under Seal Administrative Motion to Strike Portions of Nistica's Reply In Support of Its Motion for Summary Judgment |

For any motion referred to the Special Master, the parties are responsible for providing the Special Master with courtesy copies of all relevant documents.

**IT IS SO ORDERED.**

Dated: January 6, 2016

_____
BETH LABSON FREEMAN
United States District Judge