# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NISTICA, INC.,<br><br>    Defendant. | Case No. 13-cv-03345-BLF<br><br>**ORDER PROVSIONALLY SEALING TRANSCRIPT OF JANUARY 22, 2016 HEARING** |

On January 22, 2016, the parties appeared before the Court for a *Daubert* hearing. During the hearing, the parties discussed information that had been previously sealed by the Court.

Accordingly, the Court ORDERS the transcript from the January 22, 2016 to be provisionally sealed. If the parties order transcripts, the Court Reporter may provide copies of the sealed transcript to counsel of record. Within 7 days of receiving the transcript, the parties are to submit to the Court any proposed redactions, as well as supporting declarations, and a proposed order. If no proposed redactions are received within 7 days of receiving the transcript, the Court shall unseal the hearing transcript in its entirety.

**IT IS SO ORDERED.**

Dated: January 22, 2016

_____
BETH LABSON FREEMAN
United States District Judge