UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>NISTICA, INC.,<br><br>        Defendant. | Case No. 13-cv-03345-BLF<br><br>**ORDER REGARDING REDACTION OF ORDER ON *DAUBERT* MOTIONS**<br><br>[Re: ECF 466] |

On March 14, 2016, the Court filed its order on the parties' *Daubert* motions under seal because it contains information that the Court previously allowed to be filed under seal due to their highly confidential and business sensitive nature. This order was separately transmitted to the parties in this case. The parties are ordered to meet and confer by no later than March 25, 2016 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on March 25, 2016, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: March 17, 2016

_____
BETH LABSON FREEMAN
United States District Judge