# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>NISTICA, INC.,<br><br>        Defendant. | Case No.  13-cv-03345-BLF<br><br>**ORDER REGARDING PRETRIAL CONFERENCE** |

The Court's standing order regarding the final pretrial conference sets forth instructions for the April 7, 2016 pretrial conference. In addition to the requirements in the Court's standing order, the Court limits each party to no more than 5 motions *in limine* per side. Briefing on each motion shall not exceed five pages per side. Any filing that does not comply with the Court's standing orders or civil local rules will be stricken.

**IT IS SO ORDERED.**

Dated: March 17, 2016

_____
BETH LABSON FREEMAN
United States District Judge