UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>NISTICA, INC.,<br><br>        Defendant. | Case No. 13-cv-03345-BLF<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE TO APRIL 13, 2016 AT 9:00 A.M.** |

The Court CONTINUES the parties' pretrial conference from April 7, 2016 to April 13, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 30, 2016

_____
BETH LABSON FREEMAN
United States District Judge