UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NISTICA, INC.,<br><br>    Defendant. | Case No. 13-cv-03345-BLF<br><br>**ORDER DIRECTING PARTIES TO MEDIATE BY APRIL 27, 2016** |

The Court ORDERS the parties to attend mediation with Judge Faith Hochberg by April 27, 2016. The following persons are required to attend the settlement conference: all lead trial counsel and a corporate representative who is both knowledgeable about the case and has full settlement authority. If they wish, in addition to the preceding, the parties may have additional persons attend the settlement conference.

**IT IS SO ORDERED.**

Dated: April 13, 2016

_____
BETH LABSON FREEMAN
United States District Judge