UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FINISAR CORPORATION,

    Plaintiff,

    v.

NISTICA, INC.,

    Defendant.

Case No. 13-cv-03345-BLF

**ORDER VACATING APRIL 21, 2016 CASE MANAGEMENT CONFERENCE**

The Court VACATES the case management conference scheduled for April 21, 2016.

**IT IS SO ORDERED.**

Dated: April 14, 2016

_____
BETH LABSON FREEMAN
United States District Judge