# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NISTICA, INC.,<br><br>    Defendant. | Case No. 13-cv-03345-BLF<br><br>**ORDER REGARDING REDACTION OF ORDER REGARDING MOTIONS FOR SUMMARY JUDGMENT AND ORDER REGARDING MOTIONS IN LIMINE**<br><br>[Re: ECF 514, 522] |

The Court filed its orders on the parties' summary judgment motions and motions *in limine* under seal because they contain information that the Court previously allowed to be filed under seal due to their highly confidential and business sensitive nature. These orders were separately transmitted to the parties in this case. The parties are ordered to meet and confer by no later than April 27, 2016 and submit proposed redactions to the Court's orders (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on April 27, 2016, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: April 18, 2016

_____
BETH LABSON FREEMAN
United States District Judge