# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br>　　　　Plaintiff,<br>　v.<br>NISTICA, INC.,<br>　　　　Defendant. | Case No. 13-cv-03345-BLF<br><br>**ORDER REGARDING SCHEDULE** |

IT IS HEREBY ORDERED that a re-trial on the '599 Patent shall proceed as follows: Jury selection shall commence on June 17, 2016 at 9:00 a.m. Questionnaires will be completed by the jury on that date. Thereafter, commencing on June 20, 2016 at 9:00 a.m., counsel for the parties may conduct oral voir dire of the entire jury panel, limited to 30 minutes for each side. Counsel shall be prepared to present opening statements immediately after the jury is sworn and Plaintiff shall call its witnesses beginning on June 20, 2016.

For the trial the Court will allow up to 9 hours per side.  The trial on the '599 Patent will not be phased.  Direct and cross-examination time will be tallied by the Court.  The parties shall additionally each have 30 minutes for openings and 1 hour for closings.  For the bench trial on equitable issues (if necessary), the parties shall have up to 3 hours per side, inclusive of openings and closings.

Should further claims construction the '599 Patent be necessary, the parties shall submit simultaneous briefs of no more than 5 pages on June 1, 2016.  Any responsive briefs of no more than 5 pages shall be due on June 3, 2016.  The parties are limited to a combined total of 3 terms.  Using the Patent Local Rules as guidance, the parties shall meet and confer and set up a schedule

1  to agree upon terms for construction and exchange proposed constructions.  The Court also orders
2  that each party's expert be available for a deposition of 2 hours.  The Court reserves June 9, 2016
3  at 2 p.m. for a *Markman* hearing (if necessary).

4  **IT IS SO ORDERED.**

5  Dated: May 20, 2016

6  _____
7  BETH LABSON FREEMAN
United States District Judge