1

2

3

# UNITED STATES DISTRICT COURT

4

## NORTHERN DISTRICT OF CALIFORNIA

5

### SAN JOSE DIVISION

6

7    FINISAR CORPORATION,

Plaintiff,                                      Case No.   13-cv-03345-BLF

8

9         v.                                          **ORDER DIRECTING PARTIES TO MEDIATE BY JUNE 1, 2016**

10   NISTICA, INC.,

Defendant.

11

12

13          The Court ORDERS the parties to attend mediation with Judge Faith Hochberg by June 1,

14   2016.   The following persons are required to attend the settlement conference: all lead trial

15   counsel and a corporate representative who is both knowledgeable about the case and has full

16   settlement authority. If they wish, in addition to the preceding, the parties may have additional

17   persons attend the settlement conference

18          **IT IS SO ORDERED.**

19   Dated: May 20, 2016

20                                                      _____
     BETH LABSON FREEMAN
21                                                      United States District Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California