# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

FINISAR CORPORATION,

    Plaintiff,

v.

NISTICA, INC.,

    Defendant.

Case No. 13-cv-03345-BLF

**VERDICT FORM**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

## I. INFRINGEMENT

QUESTION 1 (LITERAL INFRINGEMENT): For each patent claim Finisar asserts against Nistica's products, did Finisar meet its burden to prove by a preponderance of the evidence that those products literally infringe the asserted claim?

**Answer "Yes" or "No" for each claim.** (An answer of "Yes" is a finding for Finisar. An answer of "No" is a finding for Nistica).

a.

| Nistica Products | '599 Patent Claim 24 | |
|---|---|---|
| | Yes | No |
| Nistica WSS modules accused of infringing '599 patent claim 24 (listed in Chart of Nistica Products at p. 5 of Verdict Form) | | |

b.

| Nistica Products | '980 Patent Claim 1 | |
|---|---|---|
| | Yes | No |
| Nistica WSS modules accused of infringing '980 patent claim 1 (listed in Chart of Nistica Products at p.5 of Verdict Form) | | ✓ |

2

IF YOU ANSWERED "YES" TO EITHER QUESTION I.a. or I.b., THEN ANSWER QUESTION II.a. and II.b.

IF YOU ANSWERED ONLY "NO" TO QUESTION I.a. AND I.b. ABOVE, SKIP OVER QUESTION 2 ON DAMAGES, AND GO DIRECTLY TO THE BOTTOM OF THIS VERDICT FORM.

## II. DAMAGES

QUESTION 2 (Damages):

For each patent claim that you **found to be infringing** (that is, you answered "Yes" with respect to that category in response to Question I.a. or I.b.), provide below the amount of damages Finisar should receive to be fairly and reasonably compensated for Nistica's infringement:

### '599 Patent:

a. If you determine a royalty rate, what is the amount of reasonable royalty to which Finisar is entitled for Nistica's sales:

   i. Rate: _____ %

   ii. Sales base: $_____

   iii. Total damages through May 29, 2015 (calculated by taking the total sales from II.a.i. multiplied by the rate percentage from II.a.ii.): $_____

   OR

b. If you determine a one-time lump sum payment for the life of the patent, total damages in U.S. dollars: $_____

**'980 Patent:**

a. If you determine a royalty rate, what is the amount of reasonable royalty to which Finisar is entitled for Nistica's sales:

    i. Rate: _____%

    ii. Sales base: $_____

    iii. Total damages through May 29, 2015 (calculated by taking the total sales from II.b.i. multiplied by the rate percentage from II.b.ii.): $_____

OR

b. If you determine a one-time lump sum payment for the life of the patent, total damages in U.S. dollars: $_____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the Verdict Form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

DATED 20 May, 2016

*Patrick M. Harvey*
Presiding Juror

4

## Chart of Nistica Products

| | |
|---|---|
| Nistica WSS modules accused of infringing '599 patent claim 24 | NA000700, NA000701, NA000702, NA000704, NA000705, NA000706, NA000707, NA000709, NA000710, NA000711, NA000712, NA000713, NA000715, NA000720, NA000731, NA000770, NA000771, NA000772 |
| Nistica WSS modules accused of infringing '980 patent claim 1 | NA000700, NA000701, NA000702, NA000705, NA000709, NA000710, NA000711, NA000712, NA000713, NA000715, NA000720, NA000770, NA000771, NA000772 |