UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NISTICA, INC.,<br><br>    Defendant. | Case No.  13-cv-03345-BLF<br><br>**ORDER CONFIRMING JUNE 17, 2016 TRIAL DATE**<br><br>[Re:  ECF 622] |

The Court confirms that trial will proceed as scheduled on June 17, 2016.  The Court will follow the schedule outlined in the Order Regarding Schedule at ECF 611.

**IT IS SO ORDERED.**

Dated: May 31, 2016

_____
BETH LABSON FREEMAN
United States District Judge