# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

FINISAR CORPORATION,

    Plaintiff,

v.

NISTICA, INC.,

    Defendant.

Case No. 13-cv-03345-BLF

**ORDER TAKING CLAIM CONSTRUCTION BRIEFING UNDER SUBMISSION**

The parties' claim construction briefing is taken under submission. Accordingly, the Court VACATES the hearing scheduled for June 9, 2016.

**IT IS SO ORDERED.**

Dated: June 6, 2016

_____
BETH LABSON FREEMAN
United States District Judge