# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NISTICA, INC.,<br><br>　　　　Defendant. | Case No.  13-cv-03345-BLF<br><br>**ORDER MODIFYING TRIAL SCHEDULE** |

The Court MODIFIES the trial schedule as follows:  Jury selection shall commence on Thursday, June 16 at 1:30 p.m.  Questionnaires will be completed by the jury on that date.  The remainder of the trial will proceed as outlined in the Order Regarding Schedule at ECF 611, with oral voir dire of the entire jury panel commencing on June 20, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 6, 2016

_____
BETH LABSON FREEMAN
United States District Judge