UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FINISAR CORPORATION,

Plaintiff,

v.

NISTICA, INC.,

Defendant.

Case No. 13-cv-03345-BLF

**VERDICT FORM**

United States District Court
Northern District of California

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

## I. INFRINGEMENT

QUESTION 1 (LITERAL INFRINGEMENT): For the patent claim Finisar asserts against Nistica's products, did Finisar meet its burden to prove by a preponderance of the evidence that those products literally infringe the asserted claim?

**Answer "Yes" or "No." for the asserted claim.** (An answer of "Yes" is a finding for Finisar. An answer of "No" is a finding for Nistica).

| **Nistica Products** | **'599 Patent Claim 24** | |
|---|---|---|
| | **Yes** | **No** |
| Nistica WSS modules accused of infringing '599 patent claim 24<br><br>(listed in Chart of Nistica Products at p. 5 of Verdict Form) | | ✓ |

**IF YOU ANSWERED "YES" TO QUESTION I, THEN ANSWER QUESTIONS 2 AND 3.**

**IF YOU ANSWERED "NO" TO QUESTION I ABOVE, SKIP OVER QUESTION 2 ON DAMAGES AND QUESTION 3 ON WILLFULNESS, AND GO DIRECTLY TO THE BOTTOM OF THIS VERDICT FORM.**

## II. DAMAGES

QUESTION 2 (Damages):

For the patent claim that you **found to be infringing** (that is, you answered "Yes" in response to Question I), provide below the amount of damages Finisar should receive to be fairly and reasonably compensated for Nistica's infringement:

**'599 Patent:**

a. If you determine a royalty rate, what is the amount of reasonable royalty to which Finisar is entitled for Nistica's sales:

i. Rate: ____________%

ii. Sales base: $____________

iii. Total damages through May 29, 2015 (calculated by taking the total sales from II.a.i. multiplied by the rate percentage from II.a.ii.): $____________

OR

b. If you determine a one-time lump sum payment for the life of the patent, total damages: $____________

## III. WILLFULNESS

QUESTION 3 (WILLFUL INFRINGEMENT): Has Finisar proven by a propenderance of the evidence that Nistica's infringement of the '599 Patent was willful?

**Answer "Yes" or "No."** (An answer of "Yes" is a finding for Finisar. An answer of "No" is a finding for Nistica).

**Yes** ______ **No** ________

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the Verdict Form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

DATED June 27, 2016

[signature]

Presiding Juror

**Chart of Nistica Products**

| Nistica WSS modules accused of infringing '599 patent claim 24 | NA000700, NA000701, NA000702, NA000704, NA000705, NA000706, NA000707, NA000709, NA000710, NA000711, NA000712, NA000713, NA000715, NA000720, NA000731, NA000770, NA000771, NA000772 |
|---|---|