**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINISAR CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>NISTICA, INC.,<br><br>        Defendant. | Case No. 13-cv-03345-BLF<br><br>**ORDER REGARDING PAGE LIMITS FOR POST-JUDGMENT MOTIONS UNDER FRCP 50(B) AND 59** |

The Court SETS the total page limit on any potential post-judgment motions under Fed. R. Civ. P. 50(b) and 59 to 25 pages for the opening brief, 25 pages for the opposition brief, and 15 pages for the reply brief. These page limits are not per motion but the total number of pages allowed for both motions.

**IT IS SO ORDERED.**

Dated: July 6, 2016

_____
BETH LABSON FREEMAN
United States District Judge