# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>NISTICA, INC.,<br><br>    Defendant. | Case No. 13-cv-03345-BLF<br><br>**ORDER REGARDING JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR ATTORNEYS' FEES MOTION AND OPPOSITION**<br><br>[Re: ECF 730] |

Before the Court is the parties' joint motion to exceed the page limitations for Defendant Nistica, Inc.'s ("Nistica") motion for attorneys' fees and Plaintiff Finisar Corporation's ("Finisar") opposition thereto. ECF 730. The Court's Standing Order currently limits each party to 10 pages. The parties request that the Court increase this limit by 5 for each side. *Id*. at 1. The parties argue that the motion for attorneys' fees and opposition thereto must address numerous legal arguments and significant facts which occurred over the course of a three-year litigation, and that the additional pages will assist each party in the presentation of its arguments. *Id*.

The Court finds that the parties have shown good cause and GRANTS the joint motion. Nistica will be permitted to file a 15 page motion for attorneys' fees, and Finisar will be permitted to file a 15 page opposition. The limit for Nistica's reply remains at 5 pages. Briefing must be double-spaced in Times New Roman font, and all written text, including footnotes and quotations, must be no less than 12-point type.

**IT IS SO ORDERED.**

Dated: March 1, 2017

_____
BETH LABSON FREEMAN
United States District Judge