1

2

3              **UNITED STATES DISTRICT COURT**

4              **NORTHERN DISTRICT OF CALIFORNIA**

5              **SAN JOSE DIVISION**

6

7    FINISAR CORPORATION,                      Case No.  13-cv-03345-BLF

8              Plaintiff,

9         v.                                   **ORDER REGARDING NISTICA'S**
                                               **ADMINISTRATIVE MOTION TO**
10   NISTICA, INC.,                            **SEAL PORTIONS OF ITS MOTION**
                                               **FOR FEES AND SELECT EXHIBITS**
11             Defendant.                      Re: ECF 736

12

13        Defendant Nistica, Inc. ("Nistica") has filed an administrative motion to seal portions of its

14   Motion for Fees Under 35 U.S.C. § 285 and select exhibits to the Declaration of Jennifer D.

15   Bennett in support thereof.  ECF 736.  According to Nistica's administrative motion, Nistica's

16   Motion for Fees Under 35 U.S.C. § 285 contains "third-party confidential information," Exhibits

17   1-7, 9, and 17-19 contain "Finisar confidential information," and Exhibits 4, 5, and 10-13 contain

18   "third party confidential information."  ECF 736 at 4.  However, neither Plaintiff Finisar

19   Corporation ("Finisar") nor any third party has filed a declaration pursuant to Civil L.R. 79-5(e)(1)

20   establishing that this confidential material is sealable.  Nistica also has not filed proof pursuant to

21   Civil L.R. 79-5(e) that it served a copy of the Declaration of Robert Kramer in Support of

22   Defendant Nistica, Inc.'s Administrative Motion to File Under Seal (ECF 736-1) on any third

23   party.

24        Accordingly, the Court hereby ORDERS that:

25        1.    Finisar file a declaration establishing that the "Finisar confidential information" is

26   sealable by March 22, 2017, if sealing is desired.

27        2.    Nistica file proof that it served a copy of the Declaration of Robert Kramer in

28   Support of Defendant Nistica, Inc.'s Administrative Motion to File Under Seal (ECF 736-1) on the

United States District Court
Northern District of California

1    appropriate third party(ies) by March 17, 2017.

2            3.      In equity, the deadline for any third party to file a declaration in support of

3    Nistica's sealing motion is extended to March 22, 2017.  In the event that Nistica has not served a

4    copy of the Declaration of Robert Kramer in Support of Defendant Nistica, Inc.'s Administrative

5    Motion to File Under Seal (ECF 736-1) on the appropriate third party(ies), it must do so no later

6    than March 17, 2017 and file proof of service by that day.

7            **IT IS SO ORDERED.**

8

9    Dated: March 15, 2017

10                                                                      _____
                                                                        BETH LABSON FREEMAN
11                                                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2